Michael N. Cohen (SBN 225348)
mcohen@cohenip.com
Vikram Amritraj (SBN 321584)
vamritraj@cohenip.com
COHEN IP LAW GROUP, PC
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel: 310-288-4500
Fax: 310-246-9980

Ronald D. Coleman *Pro Hac Vice*
rcoleman@colemanlaw-pc.com
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
Tel: 973-264-9611
Patricia L. Ray *Pro Hac Vice*
raypatricia@yahoo.com
5 Old Mill Road
Freeport, PA 16229
Tel: 215-908-6810

*Attorneys for Plaintiff:*
*MMAS RESEARCH LLC*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company, Plaintiff,<br><br>v.<br><br>IQVIA Holdings Company, Daiichi Sankyo UK Limited, Lifespan Hospitals (Brown University Health), University of British Columbia, Western Ontario University, Morisky Medication Adherence Research LLC, R. Scott Weide, Chad W. Miller, Donald Morisky, Susan Morisky, Phillip Morisky, Mark Zimmerman, F. | Case No.: 2:225-cv-01057<br><br>**AMENDED COMPLAINT**<br><br>1. Breach of Contract<br>2. Violation of Digital Millennium Copyright Act (DMCA) Section 1202(a) and 1202(b) - Falsification and Removal of Copyright Management Information<br>3. Misappropriation of Trade Secrets under the Defend Trade Secrets Act (DTSA) and State Law |

1  Christopher Austin, DOES 1 through
2  10, inclusive,

3                    Defendants.

4.  17 U.S. Code § 501 – Willful
    Statutory Infringement of Copyright
5.  Tortious Interference with Contractual
    Relations and Business Expectancy

**JURY TRIAL DEMANDED**

Plaintiff, MMAS RESEARCH LLC (hereinafter "MMAS Research" or "Plaintiff), by and through its undersigned attorneys, complains and alleges as follows:

## I.    JURISDICTION AND VENUE

1.    This action arises, in part, under the Copyright Infringement Under 17 U.S.C. §§ 501 including all sections created or amended by the Digital Millenium Copyright Act conferring federal question jurisdiction under 17 U.S. Code § 501. Additionally, this Court has original jurisdiction over this controversy for misappropriation and disclosure of trade secrets claims pursuant to 18 U.S.C. § 1836(c), and diversity jurisdiction pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000.00 and there is diversity of citizenship between the Parties.

2.    Venue is proper in  this District pursuant to 28 U.S.C. §§ 1391(b)(2) because (a) a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District; (b) the unlawful acts of Defendants complained of herein have been committed within this District and have, had, or will have had effect in this District; (c) the written agreements identified and described more thoroughly below were entered into by the Parties in this District; and (d) the written agreements identified and described more thoroughly below, by their terms, stipulated to jurisdiction and venue in this District.

3.    Venue is also proper in this District pursuant to 28 U.S.C. § 1391(c)(3) because one or more defendants are amenable to personal jurisdiction in this District.

4.    Diversity jurisdiction allows this Federal Court to exercise jurisdiction without there being a federal question where the parties are citizens of different states and the amount in controversy exceeds $75,000.  Here, there is plentiful diversity among Plaintiff MMAS RESEARCH LLC, a Washington limited liability company, and the Defendants.

5.    On information and belief, Defendant IQVIA Holdings Company is located in North Carolina.

6.    On information and belief, Defendant Morisky Medication Adherence Research LLC is located in California and Nevada.

7.    On information and belief, Defendant Daiichi Sankyo UK Limited is located in the UK.

8.    On information and belief, Defendant Brown University Health is located in Rhode Island.

9.    On information and belief, Defendants Donald Morisky and Susan Morisky are longtime residents of California who moved to Nevada to retire.

10.    On information and belief, Defendant Mark Zimmerman is located in Rhode Island.

11.    On information and belief, Defendants Weide, Miller and Austin are residents of Nevada, whose Weide and Miller LTD law firm practiced law in Nevada and California.

**Weide & Miller, Ltd.**
15 Reviews ⓘ
★★★★★ 4.7

✓ Open for Business    🔗 View Website

Intellectual Property Lawyers Serving Century City
CA and Los Angeles County, California

🏆 2 Awards

Lawyers: Chad W. Miller, Randal Scott Weide, F.
Christopher Austin

12.   On information and belief, Defendant University of British Columbia is located in Vancouver, British Columbia, Canada.

13.   On information and belief, Defendant Western Ontario University is located in London, Ontario, Canada.

14.   On information and belief, Defendant James Calvin is a resident of London, Ontario, Canada.

15.   On information and belief, Defendant Phillip Morisky is a resident of California.

## II.    RELEVANT BACKGROUND

**A. THE PARTIES**

16.   Plaintiff, MMAS RESEARCH LLC ("MMAS RESEARCH"), is a Washington limited liability company in good standing.

17.   Steven Trubow ("Trubow") is the CEO of MMAS RESEARCH.

18.   Defendant IQVIA Holdings Inc. (IQVIA) is a global information provider for the healthcare industry.

19.   Defendant Daiichi Sankyo UK Limited (DS) is a pharmaceutical firm located in the UK.

20.   Defendant Lifespan Hospitals, (LH) now named Brown University

Health is a hospital system located in Rhode Island.

21.    Defendant University of British Columbia (UBC) is located in Canada.

22.    Defendant, Morisky Medication Adherence Research LLC (MMAR) is a Nevada Limited Liability Company.

23.    Defendant R. Scott Weide (WEIDE) was a partner in the Weide and Miller LTD law firm in Las Vegas which closed in January 2025.

24.    Defendant Chad W. Miller (MILLER) was a partner in the Weide and Miller LTD law firm in Las Vegas which closed in January 2025.

25.    Defendant F. Christopher Austin (AUSTIN) was a partner in the Weide and Miller LTD law firm in Las Vegas which closed in January 2025.

26.    Defendant Mark Zimmerman (ZIMMERMAN) is a doctor in the Brown University Health System formerly Lifespan Hospitals.

27.    Defendant Donald Morisky is the founder of Morisky Medication Adherence Research and the DBA MMAR LLC.

28.    Defendant Susan Morisky is the wife of Donald Morisky and a founder of Morisky Medication Adherence Research and the DBA MMAR LLC.

29.    Defendant Phillip Morisky is the son of Donald and Susan Morisky and the CEO of Morisky Medication Adherence Research LLC.

30.    Defendant James E. Calvin (CALVIN) is the Chair of Internal Medicine of Western Ontario University in London, Ontario, and the chief of medicine of London Ontario Affiliated Hospitals.

31.    Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive (the "Doe Defendants," and collectively with the above-named defendants, the "Defendants"), are other parties not yet identified who have breached contracts, misappropriated trade secrets, and infringed on registered copyrights that are the subject of this lawsuit.

32.    The true names, whether corporate, individual, or otherwise, of DOES 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues defendants by such fictitious names, and will seek leave to further

1  amend this complaint to show their true names and capacities when their

2  identities have been determined.

3      33.    Plaintiff is informed, believes, and thereupon alleges that Doe

4  Defendants were, and are, in some manner responsible for the actions, acts, and

5  omissions alleged, and for the damage caused by Defendants and are, therefore,

6  liable for the damage caused to Plaintiff.

7      34.    Plaintiff is informed, believes, and thereon alleges that Defendants

8  did, at all material times, foresee the nature and extent of the probable

9  consequences of their acts in proximately causing said damage to Plaintiff.

10     35.    Plaintiff is informed, believes, and thereon alleges that, at all relevant

11 times, Defendants controlled, and participated in the acts or conducted alleged

12 herein.

13 **B. THE MORISKY WIDGET: BACKGROUND ON OWNERSHIP AND**
   **LICENSING**

14

15     36.    MMAS Research was formed with the Washington Secretary of

16 State on December 21, 2016. The two members of MMAS Research were

17 Plaintiff Trubow, a fifty percent member, and Defendant Donald Morisky, also

18 a fifty percent member.

19     37.    MMAS Research is a member-managed LLC. Plaintiff is the owner

20 of the "MMAS RESEARCH WIDGET CODE" (the "Morisky Widget"),

21 registered under United States Copyright Registration No. TX 8-816-517

22 (Registration date December 3, 2019) (the "Morisky Widget Copyright").

23 Exhibit 1.

24 **C. The Morisky Widget Copyright**

25     38.    To protect the integrity of the Morisky Widget against

26 counterfeiting, infringing, or unauthorized use, Plaintiff filed for and obtained a

27 certificate of registration for the Morisky Widget from the United States

28 Copyright Office. The MMAS Research Widget Code copyright, as registered,

   includes previous registration of the MMAS-4, and MMAS-8. See Exhibit 1.

39.   Plaintiff has complied in all respects with the Copyright Act and Digital Millennium Copyright Act, as well as all other applicable laws.

40.   Plaintiff has been and continues to be the author and exclusive holder of all rights, title, and interest in, and copyright to the Morisky Widget.

**D.   MMAS & Licensing of the Morisky Widget**

41.   Plaintiff permits the use of the Morisky Widget through a licensing program memorialized in a licensing agreement. Under the licensing program, the use of the Morisky Widget source code is authorized by Plaintiff and only in compliance with Plaintiff's training and certification of Licensees on the trade secret MMAS coding and scoring algorithms. Restrictions on the use and disclosure of the trade secret coding and scoring of the Morisky Widget diagnostic assessments are explicit limitations of the licenses.

42.   The terms of the Morisky Widget licenses granted by Plaintiff are designed not only to protect federally registered rights, but also to protect patients and health care providers from using the diagnostic assessments incorrectly which can put the patient at risk of adverse medical events or premature death.

43.   All Morisky Widget licenses explicitly require Licensees to score and code MMAS-4 and MMAS-8, diagnostic assessments in the Morisky Widget and to be trained and certified on the use of the Morisky Widget software before administering assessments to patients, scoring and coding assessments and reporting them.

**E. The Night and Day Differences Between the 2006 MMAS-8/4 and 2017 Morisky Widget**

44.   Based upon knowledge and belief, Plaintiff alleges the 2006 and 2007 MMAS-8/4 paper tests were static scales that provide a single measure of raw medication adherence, whereas the 2017 Morisky Widget MMAS tests are dynamic diagnostic risk assessments of medication taking behavior that produce

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

three (3) scores, that not only measure raw adherence but quantify why a non-adherent patient is not taking their medication.

### F. Ninth Circuit Confirmation of Plaintiff's Ownership of Morisky Widget

45. Based upon knowledge and belief, Plaintiff alleges that in Case 2:21-cv-01406-MWF-JPR Document 48 filed 11/07/22 in MMAS Research LLC vs Charite, Defendant Donald Morisky claimed that he, not the Plaintiff was the owner of the Morisky Widget, and that Plaintiff did not have the right to sue any party for infringement of the Morisky Widget copyright. Defendant Morisky stated that "specifically, MMAS has no rights to or license in the MMAS-4, MMAS-8, or the Morisky Widget copyrights."

46. Based upon knowledge and belief, Plaintiff alleges that in Case 2:21-cv-01406-MWF-JPR Document 61 Filed 02/28/23, the Honorable MICHAEL W. FITZGERALD, U.S. District Judge wrote that the CR2A settlement agreement states that Plaintiff assigned the Morisky Widget and any related copyrights, trademarks and related intellectual property rights to Donald Morisky.

47. But to the contrary, Plaintiff's ownership of the Morisky Widget was confirmed in Memorandum on March 13, 2024, in Case: 23-55202, 03/13/2024, from the United States Court of Appeals for the Ninth Circuit wrote: "The district court erred in concluding that MMAS lacked standing to sue for copyright infringement.  The district court had found that a 2020 preliminary settlement agreement from a separate lawsuit between MMAS and Dr. Donald Morisky transferred the Morisky Widget from MMAS to Dr. Morisky.  The Ninth Circuit confirmed that the decision was in error and that the agreement simply outlined terms MMAS and Dr. Morisky desired to consent and agree to" sometime in the future and was never finalized…" MMAS thus never transferred its copyright and remains the registered owner of the Morisky Widget."  Exhibit 2.

## III.    ALLEGATIONS COMMON TO ALL CLAIMS

### A.    MMAS Research LLC, Donald Morisky and Steven Trubow

48.    Plaintiff alleges Defendant Donald Morisky relocated his established California business, MMAS Research LLC ("MMAS Research") to Washington State in December 2016.

49.    Plaintiff alleges MMAS Research was formed with the Washington Secretary of State on December 21, 2016. The two members of MMAS Research were Plaintiff Trubow, a fifty percent member, and Defendant Donald Morisky, also a fifty percent member. MMAS Research is a member-managed LLC.

50.    Based upon knowledge and belief Plaintiff alleges on February 11, 2018, Defendant Morisky sent an email to Teva Pharmaceuticals Morisky wrote,

> "I have retired from UCLA and the address for our Organization name MMAS Research, LLC (California) had been transferred to Belleview, WA, I also confirm the signing authority of Mr. Steve Trubow on all documents.  Thank you for your assistance in processing this request and please let me know if you have any further questions. We look forward to moving forward. Sincerely, Donald E. Morisky, Sc.D., M.S.P.H., Sc.M. Research Professor and Former Chair UCLA Fielding School of Public Health"

51.    Plaintiff alleges the Morisky Widget use of the MMAS-4, and MMAS-8 diagnostic assessments were developed with the permission and collaboration of Defendant Donald Morisky.

52.    Plaintiff alleges that Plaintiff, Defendant Morisky and a Virginia Tech faculty member, Dustin Machi, collaborated on the creation of the Morisky Widget MMAS-8, and MMAS-4 software beginning in June 2016 and finished in January 2017. See Exhibit 3.

53.    Upon knowledge and belief, Plaintiff alleges the Morisky Widget use of the CUDOS and CUXOS diagnostic assessments for depression and anxiety

were developed by MMAS Research LLC, Plaintiff, Defendant Donald Morisky and Dustin Machi with the written permission of Defendant Mark Zimmerman. See Exhibit 4.

54.   Upon knowledge and belief, Plaintiff alleges, The Morisky Widget was first published on the Internet in February 2017. The copyright was held by Dustin Machi, an individual working as a software engineer at Virginia Tech University until he assigned it to MMAS Research LLC in December 2019. See Exhibit 5.

55.   The plaintiff is informed, believes, and thereupon alleges that on or about January 22, 2019, Defendants Donald Morisky and Susan Morisky formed a limited liability company in Nevada called Morisky Medication Adherence Research, LLC.

56.   The plaintiff is informed, believes, and therefore it alleges Defendants Donald Morisky and Susan Morisky never disclosed to Plaintiff their intentions to form this LLC or the existence of this Nevada LLC.

57.   The plaintiff is informed, believes, and therefore it alleges MMAS Research's attorney later discovered the existence of this new entity registered by Defendant Donald Morisky. Plaintiffs then discovered expenses for Defendant Morisky Medication Adherence Research LLC were being paid through MMAS Research's banking account without authorization to do so.

58.   The plaintiff is informed, believes, and therefore alleges that Defendants MMAR LLC is an unregistered DBA in Clark County, Nevada.

59.   The plaintiff is informed, believes, and therefore alleges that Defendant Morisky Medication Adherence Research LLC (MMAR LLC) illegally signed business contracts using the unregistered fictitious DBA MMAR LLC name thereby committing misdemeanors under Nevada law. In Nevada, signing business contracts using an unregistered DBA violates NRS 602.070. This law prohibits commencing or maintaining any action on a contract or transaction made under an assumed or fictitious name (DBA) unless the

required certificate has been filed with the county clerk. Doing business without registering a DBA is a misdemeanor under NRS 602.090.

60.    The plaintiff is informed, believes, and thereupon alleges that. in July 2019, Donald Morisky voluntarily left and relinquished his 50% ownership interest in MMAS Research LLC, the Morisky Widget Software and the 200+ Morisky Widget licenses, leaving Steve Trubow 100% owner of MMAS Research LLC and the sole manager. See Exhibit 6.

**B. Tortious Interference with Morisky Widget Licensees July 2019 - December 2020**

61.    Based upon knowledge and belief, Plaintiff alleges that Defendants MMAR LLC, Donald Morisky, Susan Morisky, Phillip Morisky, Austin, Weide and Miller and intentionally interfered with the execution of Morisky Widget license contracts, causing their termination and resulting in financial loss and loss of reputation and credibility for the Plaintiff.

62.    In July 2019, the same month Defendant Donald Morisky withdrew from MMAS Research LLC, Defendant Donald Morisky wrote dozens of Morisky Widget licensees,

> Effective June 21, 2019, I, Dr.  Donald E. Morisky,
> SOLE OWNER, DEVELOPER, LICENSOR OF THE COPYRIGHTED
> MMAS 4 & 8 scales have terminated/severed my ties with Steve
> Trubow/MMAS Research, LLC.

USE OF THE COPYRIGHT MMAS IS PROTECTED BY US COPYRIGHT LAWS. PERMISSION FOR USE IS REQUIRED. A LICENSE AGREEMENT IS AVAILABLE FROM: DMORISKY@GMAIL.COM.

63.    Based upon knowledge and belief, Plaintiff alleges that on November 3, 2019, Morisky sent an email to King Saud University (KSU), a licensee trained and certified on the Morisky Widget in Nicosia Cyprus in June 2018. The email was addressed to KSU researchers but also included Saudi Arabia Government officials. Morisky wrote,

FYI, I did not 'retire' but terminated my business partnership with Steve Trubow/MMAS Research LLC effective June 21, 2019, because of his increasingly adversarial relationship with me and numerous clients who complained about his predatory pricing and threatening style.   Shortly after, he filed a lawsuit against me and my wife and two sons, falsely claiming, among other things, that he owns my U.S. copyrighted and trademarked MMAS 4 & 8 scales which I devoted my entire 37-year career to developing and are now being used worldwide as a diagnostic adherence assessment instrument.   Mr. Trubow only came on board as a business partner in 2014 with no university degree in public health. As a result, I have filed a counter lawsuit, and this matter is now before the US Federal Court in Washington State for consideration. I have retired from full-time teaching at UCLA but still remain affiliated and active as a Research Professor.  I also have formed my own company which issues licenses as before when I was on my own. I am copying my intellectual property legal counsel and attorney, F. Christopher Austin, on this email.

64.    Based upon knowledge and belief, Plaintiff alleges that as a result of Defendant's Morisky's November 3, 2019, email, KSU terminated its Morisky Widget license and Plaintiff was blacklisted from entering Saudi Arabia.

65.    Based upon knowledge and belief, Plaintiff alleges, on February 8. 2020 Dr. Morisky sent a  "shotgun" email to disparate Japanese individuals and organizations including current Morisky Widget licensees in Japan, Mitsubishi Pharma, Nihon Chouzai Pharma, several universities, as well as individuals with Japanese sounding names including Plaintiff's Japanese ex-wife Yukari Trubow, ex-brother-in law Charles Ando as well as Dustin Machi, the co-creator of the Morisky Widget who happens to have a Japanese sounding name.

66.    Morisky wrote,

Greetings Sasaki Sensei and colleagues, Effective June 21, 2019, I, Dr. Donald E. Morisky, owner/developer, and licensor of the copyrighted MMAS 4 and 8 medication-taking behavioral scales have terminated/severed all ties with Steve Trubow/MMAS Research, LLC.

67.    Based upon knowledge and belief, Plaintiff alleges that as a result of Morisky's February 2020 email, Nihon Chouzai and Mitsubishi Tanabe Pharma

refused to score and code MMAS tests in the Morisky Widget until Plaintiff's
attorney Kenneth Gross filed lawsuits and negotiated Settlement Addendums to
both Nihon Chouzai and Mitsubishi Morisky Widget licenses.

**C. Morisky's Pernicious Failure to Honor CR2A Agreement December
2020- September 2021.**

68.    Based upon knowledge and belief from September 2019 until
December 2020, MMAS Research LLC, Trubow, Morisky and MMAR LLC
were engaged in litigation in Washington State and Nevada.  This litigation
entailed allegations concerning ownership of the Morisky Widget and licensing
which was addressed in a December 2020 "CR2A" settlement agreement signed
by Donald and Susan Morisky, Phillip Morisky, MMAR LLC, Trubow and
MMAS Research LLC. In the CR2A agreement the Parties agreed to dismiss the
claims then pending against each other with prejudice and without any award of
costs or attorneys' fees in any action. See Exhibit 7.

69.    Although the commitments in the CR2A agreement purportedly
resolved these matters, Plaintiff is informed, believes, and thereupon alleges that
Defendants Donald, Susan Morisky, Phillip Morisky and MMAR LLC did not
honor commitments in the CR2A. See Exhibit 7.

70.    Based on knowledge and belief, Plaintiff alleges Defendants
MMAR, Donald, Susan, and Phillip Morisky breached Section II #3 of the CR2A
by blocking or circumventing claim settlements for a retroactive license for the
Morisky Widget that included corrective measures to be performed by the
Plaintiff for Defendants Daiichi UK, and IQVIA, Merck Germany, Emory
University, Lurie Children's Hospital, the University of New Mexico, and
AbbVie among others. Exhibit 7.

71.    Based on knowledge and belief, Plaintiff alleges Defendants Donald,
and Susan Morisky and MMAR breached Section II #7 of the CR2A by failing
to provide full access to the Morisky Widget and support as needed to licensees,

Defendants DS, IQVIA, UBC, Janssen Japan, Brescia Hospital, Novartis South Korea, Novartis Italy, Novartis Argentina, the University of Wolverhampton, King Faisal Specialty Hospital, AbbVie, OPIS, Boston Children's Hospital, the University of Naples, Sanofi, Novo Nordisk, among others, as long as their licenses to the Morisky Widget are in effect, including adhering to all European Union Privacy regulations (including but not limited to GDPR) and HIPPA). Exhibit 7.

72.    Based on knowledge and belief, Plaintiff alleges Defendants MMAR Donald, Susan and Phillip Morisky breached CR2A Section II #5 in which Donald Morisky (and/or his heirs, assigns, or successors in interest) further agrees to execute, sign, and cooperate in the finalization of any and all Claim Settlement agreements as directed by MMAS Research, LLC, Steven Trubow or the attorneys prosecuting the Claim Settlements; provided, however, that such Claims Settlement agreements will not impose future obligations on Donald Morisky or his assignees without Donald Morisky's consent, which consent shall not be unreasonably withheld. Exhibit 7.

73.    Based on knowledge and belief, Plaintiff alleges Defendant Donald Morisky wrote to the joint representation attorney Kenneth Gross on April 21, 2021. Morisky wrote,

> Hi again, Kenny, would you also please inform all lawyers working on infringement cases not to use the term "perpetual license" for all infringements <u>as this must go through the MMAR platform for scoring and recording and not the widget</u>.

74.    Based on knowledge and belief, Plaintiff alleges that Defendants Susan Morisky and Austin wrote the letters below on January 20, 2022, to joint representation lawyers Hoeller and Gross. Defendant Susan Morisky wrote.

Trubow broke the CR2 terms and refused to turn over all Don's IP derivatives by the end of CR2A Transition period , **September 2021 when everything changed for the Morisky and Trubow parties and you as lawyers for these cases, like it or not.**
He also broke the Translation Agreement with Don right off the bat .
Because of these developments , we have started notifying Morisky widget licensees to transition to our platform. This could affect pending cases you are working on.    Trubow was amply notified last year of this transitioning to Don's platform.  **For the reasons above, Don will NOT sign infringement cases that require the nonexistent widget as corrective measure and that should have been returned to Don last September.  Don's MMAR platform must be used and he will do the training.**

Exhibit 8.

On January 20, 2022, Defendant Austin wrote:

> Bottom line: Dr. Morisky will not sign any settlement agreement that includes a license in the Widget or that calls for corrective measures to be performed using the Widget. Any required retroactive license must exclusively be in the MMAR Digital Platform, and all training and corrective measures must exclusively be performed by Dr. Morisky or MMAR. Nothing in the CR2A requires Dr. Morisky to facilitate Trubow in continuing to breach the CR2A or in infringing Dr. Morisky's registered copyrights.  As such, Dr. Morisky will not sign any settlement granting any license in the Widget or authorizing Trubow to provide any training or corrective services. Nevertheless, Dr. Morisky is willing to continue to sign settlement agreements that comply <u>with these terms,</u> honoring Dr. Morisky's agreement to permit Trubow to continue to receive 55% of the net proceeds. Should Trubow reject these terms, Trubow effectively will be terminating your representation as you have acknowledged.  That choice is his. See Exhibit 9.

75.    Based on knowledge and belief, Plaintiff alleges in contradiction to legal obligations under the CR2A, Defendant Donald Morisky wrote to joint representative lawyers, Gross and Hoeller on April 15, 2022, that Morisky would no longer honor the obligations of the CR2A by signing infringement claims: Morisky wrote,

```
Starting immediately, I will no longer sign off on any infringement cases
unless Trubow stops harassing my employer UCLA and returns the Widget and
morisky.org website to me by April 21, 2022.  The CR2A calls for return of
all Morisky derivatives 120 days after signing of the agreement in
December 2020, which falls in April 2021.  We are now in April 2022.

Should Trubow stop the harassment and return my IP derivatives April 21
next week, we can resume infringement cases.  If so, I am asking both of
you, as required by CR2A, to provide me with basic info on the
infringement cases you are working on.                                    \

Thank you for your cooperation.

Donald E. Morisky, Sc.D, ScM. MSPH
```

## D. Tortious Interference with Morisky Widget Licensee

### 1.    Facts of  Morisky Interference Sanofi France

76.    Based on knowledge and belief, Plaintiff alleges that Defendant Morisky wrote an email on May 26, 2017, to Sanofi France. Defendant Donald Morisky wrote,

> Beginning January 2017, all data collection of the MMAS adherence scales must use Morisky Widget, which is a digital data entry process using any digital electronic device. I no longer am able to provide an individual license, only to an Organization of Academic Institution. My Chief Investigator, Mr. Steve Trubow who works with Olympic Labs, will be in touch with you regarding how the Sanofi Organization can purchase a Morisky Widget. He has assisted many researchers in obtaining a license to use the Morisky Widget. The Morisky widget is a revolutionary paradigm shift which not only for measuring the level of non-adherence but also provides a diagnostic assessment as to why the patient is non-adherent and provides a tailored educational counseling session to address these reasons. Mr. Trubow will inform you of the opportunity for your organization to purchase the Morisky Widget, which can be used for a lifetime. We are only providing an MMAS-8 license to Institutions and Universities, not individuals. If you would like to obtain legal permission to use the MMAS, Dr. Morisky licenses all uses of the MMAS through the Morisky Widget. (NO EXCEPTIONS)

77.    Upon knowledge and belief, Plaintiff alleges that Sanofi France and MMAS Research LLC executed a perpetual indefinite term Morisky Widget MMAS-8 License Agreement July 5, 2017. Sanofi France agreed that the Morisky Widget software is the exclusive property of MMAS and cannot be

administered, divulged or distributed without the written permission of the Plaintiff and allows Sanofi France the right to use the Morisky Widget Software by trained and certified Morisky Widget users. By special arrangement, Sanofi France will be allowed to manually administer any of the MMAS-8 tests by paper in perpetuity, but all tests must be scored, coded and reported through the Morisky Widget. Exhibit 10.

78.   Upon knowledge and belief, Plaintiff alleges on May 19, 2021, Sanofi France requested information for using the MMAS-8 in a new study.

79.   Upon knowledge and belief, Plaintiff alleges on May 19, 2021, Defendant Donald Morisky wrote an email to Sanofi France copying his lawyer Defendant Christopher Austin with the Subject Line HIGH ALERT! Re: DO NOT DEAL WITH Steve Trubow.  Morisky wrote,

> Greetings Magna and thank you for your email. Please note that effective December 2020, Mr. Trubow and I have settled legal matters. I have revoked his license to market my scales effective April 2020, and he is not authorized to make new business deals nor arrangements for my MMAS scales. I have given him limited authority to pursue past infringement cases but not to make new business deals. Please communicate only with me and my legal counsel who I copied, Esq. Chris Austin. Please do not entertain any communication from his lawyer, Peter Hoeller or Mr. Trubow. and communicate with only me and my lawyer, Chris Austin. Exhibit 11.

80.   Upon knowledge and belief, on May 25, 2021, Plaintiff alleges, Defendant Austin sent an email to Sanofi France and copied Donald Morisky and Peter Hoeller with the Subject Line HIGH ALERT! Re: DO NOT DEAL WITH Steve Trubow. Defendant Austin wrote,

> I am counsel for Dr. Morisky who is copied on this email. When Dr. Morisky initially responded to your inquiry, he was of the impression you were seeking a new license. Dr. Morisky has subsequently learned that your request falls under the existing license Sanofi has with MMAS Research, LLC. Under the terms of an agreement MMAS Research has made with Dr. Morisky, MMAS Research will provide the services and training you have requested. I have copied Peter Hoeller, who is counsel for both MMAS Research and Dr. Morisky employed for the purpose

of setting up the legal documentation required. Mr. Hoeller will follow up with you. Exhibit 11.

81.    Based upon knowledge and belief, Plaintiff alleges that the subject line in both Defendant's Donald Morisky and Austin's emails <u>Subject Line HIGH ALERT! Re: DO NOT DEAL WITH Steve Trubow</u> breached the CR2A section II. #14 which stated, "<u>Each Party covenants and agrees to not make any public defamatory statement</u> about any party to this Agreement." Exhibit 7.

82.    Based on knowledge and belief, on July 5, 2021, Plaintiff, Defendant Donald Morisky and Sanofi France executed an Addendum to the Sanofi France Morisky Widget MMAS License. The Addendum required Sanofi France to score and code all MMAS tests in a General Data Protection Regulation (GDPR) instance of the Morisky Widget on an Amazon Web Services server in Frankfurt Germany. Exhibit 12.

83.    Based on knowledge and belief, Plaintiff alleges on July 27, 2021, Defendant Donald Morisky and Plaintiff executed an agreement for translation services for the Sanofi France study. Plaintiff and Morisky agreed that the MMAS translations for the Sanofi study would have the Morisky Widget copyright. Exhibit 13.

84.    Based on knowledge and belief, Plaintiff alleges that on Aug 17, 2021, Defendant Donald Morisky wrote Plaintiff an email.  Morisky wrote,

> My revision for the Australian English and Chile translations: removal of the Morisky widget software copyright notation on the bottom of the page and replacing it with my copyright "Use of the ©MMAS is protected by US copyright laws. © 2006 Donald E. Morisky" I have been using this notation or footnote on all MMAS-8 questionnaires since 2006. Please follow and abide by our Translation Agreement where I have the final approval for all documents. Again, the Morisky widget has nothing to do with the translations and my copyrighted MMAS-8 scale has all to do with each of these translations.

85.    Based   on   knowledge   and   belief,   Plaintiff   alleges   that   in

August/September 2021, Donald Morisky removed at least 39 Morisky Widget copyright notifications as shown below from Morisky Widget translations and replaced them with his own 2006 MMAS-8 copyright as shown below in breach of the Translation Agreement and in violation of the DMCA 1202 (a) falsification of copyright and DMCA 1202 (b) altering and removing copyright information without the permission of the copyright holder.

8. How often do you have difficulty remembering to take all of your breast cancer medication?
**Never/Rarely, Once in a while, Sometimes, Usually, All the time**

© **Morisky Widget MMAS Software Registration TX 8-816-517**

8. How often do you have difficulty remembering to take all of your breast cancer medication?
**Never/Rarely, Once in a while, Sometimes, Usually, All the time**

© **2006 Donald E. Morisky**

Exhibit 14 and Exhibit 15.

86.   Based upon knowledge and belief, Plaintiff alleges that on January 14, 2021, Defendant Donald Morisky wrote to joint representation lawyer Peter Hoeller and ccd Defendant Austin with the subject Sanofi Update. Donald Morisky wrote,

> Per advice of my counsel Chris, I have notified Sanofi France, and they have accepted my offer to transition the Morisky widget to my MMAR platform, indemnifying them of future claims by Trubow. I have accordingly already finalized the training of Sanofi/ERT staff early this year and provided them with the MMAR user software which has no web link or interface, precluding the need for a ($7k?) annual web hosting expense.

87.   Based upon knowledge and belief, Plaintiff alleges that the July 2021 Sanofi France Addendum and Morisky Widget Sub License (that Defendant

Donald Morisky signed) required that Sanofi France must score and code all MMAS tests in the Morisky Widget.

88.    Based Upon knowledge and belief, Plaintiff alleges that on January 21, 2022, Sanofi France wrote to joint representation lawyer Hoeller and copied Defendants Morisky, Austin, Weide, and Miller. SUBJECT: SANOFI EFC16133 - AWS server refund Importance:

Hi Peter, Sanofi will not require the use of Amazon Web Service (Morisky Widget) in EFC16133 therefore the upfront costs paid for this service should be refunded. This is a request for you to return the $42k set aside for the Amazon Web Service to Sanofi.   Please confirm when the refund will be processed.Kind regards, Magda

89.    Based Upon knowledge and belief, Plaintiff alleges that on January 24, 2025, Sanofi France wrote to Defendants Donald Morisky, Austin, Weide, and Miller and joint representation lawyer Peter Hoeller, Sanofi wrote,

Dear Dr., Morisky,
Was Peter Hoeller informed that Morisky Widget will not be used? MMAS is not a party to the amendment to the contract that we are currently reviewing, and I am not comfortable sharing contractual agreements with external parties. Kind regards, Magdalena.Potocka-ext@sanofi.com

90.    Based upon knowledge and belief, Plaintiff alleges that on January 20, 2022, Defendant Austin emailed joint representation lawyer Hoeller, cc'ing Defendant Donald Morisky, stating the following:

Peter: Thought I would give you a heads up regarding approximately $42,000 in prepaid AWS funds.  It is my understanding that Sanofi is requesting the funds be refunded to it since it is not and has no plans to use the AWS (Morisky Widget) system throughout the life of the study.  Sanofi has been directed to contact you directly for the refund of $42K.  F. Christopher Austin Weide & Miller, Ltd.

91.    Based upon knowledge and belief, Plaintiff alleges that Defendants Donald Morisky, MMAR, and Austin intentionally tortiously interfered with the July 2021 Sanofi France Addendum and Sub License with Sanofi, resulting in

the termination of three Sanofi Morisky Widget licenses and resulting in a financial loss and a loss of credibility with Sanofi, one of the world's largest pharmaceutical firms.

92.    Based upon knowledge and belief, Plaintiff alleges that Defendants Donald Morisky and MMAR covertly executed an agreement with Sanofi France to remove the Morisky Widget from the July 2021 Sanofi Addendum and sub-license breached Section II #7 of the CR2A, which obligated the Morisky Party and MMAR to provide full access to the Morisky Widget and support as needed to all licensees as long as their licenses to the Morisky Widget are in effect, including adhering to all European Union Privacy regulations (including but not limited to GDPR) and HIPPA). Exhibit 7.

### 2.    Facts of Morisky Interference with University of Wolverhampton

93.    Upon knowledge and belief, Plaintiff alleges that the University of Wolverhampton and MMAS Research LLC executed a perpetual Morisky Widget license on June 9, 2018.

94.    Upon knowledge and belief, Plaintiff alleges that Wolverhampton fully understands and agrees that the Morisky Widget MMAS Diagnostic Assessments are the exclusive property of Licensor and can't be licensed, divulged or distributed without the written permission of the Licensor.

95.    Upon knowledge and belief, Plaintiff alleges that the University of Wolverhampton Morisky Widget license was entered in CR2A p.33, Exhibit IV, Morisky Widget licenses executed before the CR2A was executed on December 6, 2020. Exhibit 7.

96.    Upon knowledge and belief, Plaintiff alleges that in the CR2A, Section 2 #7, Defendants Donald Morisky and Susan Morisky and MMAR agree to provide full access to the Morisky Widget and support as needed to all licensees as long as their licenses to the Morisky Widget are in effect, including adhering to all European Union Privacy regulations (including but not limited to

GDPR) and HIPPA). Exhibit 7.

97.   Upon knowledge and belief, Plaintiff alleges that on March 18, 2019, MMAS Research traveled to Wolverhampton England and trained and certified nineteen (19) University of Wolverhampton faculty, graduate students, and community pharmacists on trade secret Morisky Widget scoring, coding, and editing software algorithms. See below.

| First Name | Last Name | Email | Roles | Created On |
|---|---|---|---|---|
| Hana | Morrissey | Hana.Morrissey@wlv.ac.uk | orgadmin | 2018-06-10T19:43:31.571Z |
| Patrick | Ball | patrick.ball@wlv.ac.uk | orgadmin | 2018-06-12T10:06:32.834Z |
| Steve | Trubow | trubow1+wolverhampton@gmail.co | orgadmin | 2019-03-17T00:50:38.815Z |
| vijay | lad | vjlad@hotmail.com | orgadmin | 2019-03-18T17:29:08.724Z |
| Pamela | Paul | pamela.paul@gmail.com | user | 2019-03-18T17:33:04.062Z |
| Nasreem | Bibi | nasreem_b@hotmail.com | user | 2019-03-18T17:37:27.829Z |
| ade | williams | ade.williams@nhs.net | user | 2019-03-18T17:39:17.890Z |
| Nasreem | Bibi | nasreem.bibi@nhs.net | user | 2019-03-18T17:41:11.370Z |
| vijay | lad | vijay.lad@nhs.net | user | 2019-03-18T17:43:01.841Z |
| mariam | ahmed | miriam.allia@gmail.com | user | 2019-03-18T17:43:48.631Z |
| Babatunde | Sokoya | babatunde.sokoya@nhs.net | user | 2019-03-18T17:45:18.720Z |
| Mejebi | Eyewuoma | mejebi.eyewuoma@nhs.net | user | 2019-03-18T17:46:58.616Z |
| Olu | Arikawe | lekeriks@gmail.com | user | 2019-03-18T17:48:48.025Z |
| Olutayo | Arikawe | Tayo167@gmail.com | orgadmin | 2019-03-18T17:50:50.350Z |
| henrietta | adu | adubrighton@gmail.com | user | 2019-04-05T06:11:23.050Z |
| taofik | shodunke | tshodunke@gmail.com | user | 2019-04-05T06:12:27.669Z |
| yolanda | kong | yolandakhn@gmail.com | orgadmin | 2019-04-05T06:14:39.902Z |
| sarah | aalbazi | salbazi@hotmail.co.uk | user | 2019-04-07T06:05:36.741Z |
| melissa | liew | melissa_lpm@live.co.uk | user | 2019-04-07T06:17:29.876Z |

98.   Upon knowledge and belief, Plaintiff alleges that two Wolverhampton graduate students trained and certified on the Morisky Widget, Nasreen Bibi in February 2021 and Mariam Ahmed in August 2021, published thesis and dissertations that reported the Morisky Widget MMAS-8 results in two studies. on the University of Wolverhampton open repository website.

99.   Upon knowledge and belief, Plaintiff alleges that Patrick Ball, a Professor of Pharmacology at Wolverhampton wrote Plaintiff on April 13, 2022,

That since Morisky's new website went live in October 1921, when we submitted Ahmed and Bibi's dissertations using the Morisky Widget, we get it back from the editors.

100.  Upon knowledge and belief, Plaintiff alleges that Defendants Donald Morisky and MMAR published the notice below in October 2021 on the www.moriskyscale.com website.



**UNAUTHORIZED USE OF THE MORISKY SCALE**

10/19/2019    95 Comments

The consequence of not obtaining appropriate permission to use the 4-item or 8-item Morisky Scales will result in legal action and in some cases a retraction of published articles. Unfortunately in recent years, there has been negative publicity in the use of my scales because of the aggressive and threatening demands from my former business partner. I have reorganized and embarked on a management approach that utilizes best practices in dealing with clients, including those who have infringed on copyrights. My focus is on maintaining the integrity of my copyright and encouraging scientific research. If you have infringed on my copyrights please contact me for a retroactive license. In most cases we can resolve the infringement through training on the Morisky Protocol.

101.  Based on knowledge and belief, Plaintiff alleges that in October 2021 Hana Morrissey and Charles Ball, Wolverhampton faculty members and Nasreem Bibi a graduate student, published an article in the Archives of Pharmacy Practices Journal entitled "Impact of Mental Ill Health on Medication Adherence Behavior in Patients Diagnosed with Type 2 Diabetes" (the "First Article"): The acknowledgement stated,

"We wish to acknowledge MMAS Research LLC for the use of ©Morisky Widget MMAS-8 software. Morisky Widget MMAS-8 software is protected by U.S. copyright and trademark laws. Permission for use of Morisky Widget MMAS-8 software copyright registration number TX 8-816-517 is required and was obtained for this research. A license agreement is available from MMAS Research LLC 14725 NE 20th St Bellevue, WA 98007, USA; strubow@morisky.org. we would like to express our gratitude to Steve  Trubow for the generous training     and     the     timely     license     provision. https://researchoutput.csu.edu.au/ws/portalfiles/portal/208327704/208 327458_published_article.pdf

102.  Upon knowledge and belief, Plaintiff alleges on or about December 1, 2021, Morrissey, Ball, and Bibi re-published an identical article in the same

publication entitled "Impact of Mental Ill Health on Medication Adherence Behavior in Patients Diagnosed with Type 2 Diabetes" (the "Second Article") in the Archives of Pharmacy Practices.

103.  Upon knowledge and belief, Plaintiff alleges that the <u>only difference between</u> the two Wolverhampton articles was the acknowledged in the second article, the authors wrote,

> ACKNOWLEDGMENTS: The use of MMAS-8 for this study was granted by Dr Donald Morisky. The MMAS-8 Scale, content, name, and trademarks are protected by US copyright and trademark laws. Permission for use of the scale and its coding is required. A license agreement is available from MMAR, LLC., Donald E. Morisky, ScD, ScM, MSPH, donald.morisky@moriskyscale.com. (© 2006 Donald E. Morisky)___ https://archivepp.com/storage/files/article/0c83a712-fed4-422b-97d8-43247e4e82cf-W43G5cKpzug9V55F/archiveapp-vol12-iss4-6-16-1263.pdf

98. Based on knowledge and belief, Plaintiff alleges that Defendants Donald Morisky and MMAR tortiously interfered with the Wolverhampton Morisky Widget license, replacing the 2018 license with a 2021 MMAR license.

99. Based on knowledge and belief, Plaintiff alleges that Defendants Donald Morisky and MMAR violated the DMCA 1202 (a) by providing false copyright information on the "second article" to conceal a copyright infringement of the Morisky Widget.

100. Based on knowledge and belief, Plaintiff alleges that Defendants MMAR, Donald, Susan and Phillip Morisky breached CR2A Section 2 #7 which obligated Defendants to provide full access to the Morisky Widget and support as needed to all licensees as long as their licenses to the Morisky Widget are in effect, including adhering to all European Union Privacy regulations (including but not limited to GDPR) and HIPPA). Exhibit 7.

101. Based on knowledge and belief, Plaintiff alleges in Case 2:21-cv-01301-RSM Document 42-3 Defendants Donald Morisky used the example of Wolverhampton's September 2021 (article 1) that reported the Morisky Widget

MMAS-8 results as an example of MMAS Research LLC new licensing since

the execution of the CR2A agreement. The Wolverhampton Morisky Widget license was executed in 2018, when Defendant Donald Morisky was a partner in MMAS Research LLC.

102. Based on knowledge and belief, Plaintiff alleges that the University of Wolverhampton Morisky Widget license was listed on page 33 in the CR2A for Morisky Widget licenses that were executed before the CR2A was signed on December 6, 2020. Exhibit 7.

103. Upon knowledge and belief, Plaintiff alleges in July 2022, the University of Wolverhampton published a third article, entitled "Community pharmacy brief screening intervention to improve health outcomes for patients diagnosed with chronic diseases" that reported Morisky Widget results by faculty members Morrissey and Ball, and the lead author, Olutayo Arikawe, a community pharmacist. All were trained and certified on the Morisky Widget.

104. Upon knowledge and belief, Plaintiff alleges the third Wolverhampton article acknowledged.

> that the use of MMAS-8© for this study was granted by Dr. Donald Morisky. The MMAS-8© Scale, content, name, and trademarks are protected by US copyright and trademark laws. Permission for use of the scale and its coding is required. A license agreement is available from MMAR, LLC., Donald E. Morisky, ScD, ScM, MSPH, donald.morisky@moriskyscale.com. (© 2006 Donald E. Morisky). The use of CUDOS© and CUXOS© was granted by Professor Mark Zimmerman.
> https://researchoutput.csu.edu.au/ws/portalfiles/portal/312336475/311 946682_published_article.pdf

105. Upon knowledge and belief, Plaintiff alleges in the third Wolverhampton article that the authors claimed that they completed two days of workshops on MMAS-8©, use and interpretation, <u>never mentioning the training</u>

was conducted by Steven Trubow and MMAS Research LLC on the Morisky Widget, not by Defendants Donald Morisky MMAR LLC, or Zimmerman. Below is the training and certification of all three of the authors of the July 2022 article on the Morisky Widget See below.

**University of Wolverhampton**
Available: 6118 (Scheduled: 70 Completed: 812)

| Organization | Users (19) | Assessments (50) | Settings | | |
|---|---|---|---|---|---|
| Organization ID | | First Name | | Last Name | Email |
| 7f454db9-3e22-4ce8-9d0e-7bbbde4dca87 | | Hana | | Morrissey | Hana.Morrissey@wlv.ac.uk |
| 7f454db9-3e22-4ce8-9d0e-7bbbde4dca87 | | Patrick | | Ball | patrick.ball@wlv.ac.uk |
| f454db9-3e22-4ce8-9d0e-bbbde4dca87 | | Olu | | Arikawe | lekeriks@gmail.com |
| f454db9-3e22-4ce8-9d0e- | | Olutayo | | Arikawe | Tayo167@gmail.com |

106.    Upon knowledge and belief, Plaintiff alleges that the Morisky Widget 2025 report below shows the lead author of the July 2022 article, Olutayo Arikawe scored and coded 277 MMAS-8, CUDOS and CUXOS tests in the Morisky Widget.

| | | | |
|---|---|---|---|
| Hana.Morrissey | Hana.Morrissey@wlv.ac.uk | 2018-06-10T19:43:31.571Z | 11 |
| Patrick | patrick.ball@wlv.ac.uk | 2018-06-12T10:06:32.834Z | 5 |
| OlutayoA | Tayo167@gmail.com | 2019-03-18T17:50:50.350Z | 277 |

107.    Upon information and belief, Plaintiff alleges that Defendants Donald Morisky, MMAR and Mark Zimmerman's licensing of Wolverhampton July 2022 study article for 277 Morisky Widget scored and coded tests was at least 277 willful infringements of the Morisky Widget copyright as well as misappropriation of the trade secret scoring and coding algorithms of the Morisky Widget

108.    Upon knowledge and belief, Plaintiff alleges in July 2022, the same month, Wolverhampton published its 3rd article with Morisky Widget results, MMAS Research LLC filed case # 2:22-cv-05141-AB-JC in the United States District Court in Los Angeles against the University of Wolverhampton, Defendants MMAR, Donald and Phillip Morisky, for breach of contract, willful copyright infringement and breach of contract.

109.    Upon knowledge and belief, Plaintiff alleges that in Document 41 filed 12/09/22 in case# 2:22-cv-05141-AB-JC Defendants Donald Morisky, Phillip Morisky, and MMAR LLC wrote in their motion to dismiss that Dr. Morisky, not Plaintiff, owns the Morisky Widget copyrights under both the CR2A settlement agreement and the Copyright Act.

110.    Upon knowledge and belief, Plaintiff alleges in support of Defendants Donald Morisky, Phillip Morisky, and MMAR LLC motion to dismiss the Wolverhampton case, Defendant Dr. Mark Zimmerman who licensed the Wolverhampton third article declared <u>under the threat of perjury</u> that he had *"never authorized MMMAS Research, LLC to make any use of either the CUDOS or the CUXOS, or to license the use of either of these Scales to third parties.* See Exhibit 16.

111.    Upon knowledge and belief, Plaintiff alleges Defendant Zimmerman who licensed the CUDOS and the CUXOS for the July 2022 Wolverhampton article stated that he "did not authorize [MMAS Research LLC] or anyone acting on its behalf to create a derivative work incorporating all or part of either the CUDOS or the CUXOS and that "[t]o the extent the Morisky Widget contains either CUDOS or the CUXOS, such is unauthorized and infringing." Exhibit 16.

112.    Upon knowledge and belief, Plaintiff alleges Defendant Zimmerman knowingly and willfully made false statements and committed perjury in his declaration in document # 41 in CASE #: 2:22-cv-05141-AB-JC. Exhibit 16.

113.    Upon knowledge and belief, Plaintiff alleges Defendant Zimmerman's assertions made under oath, did not square with the readily documentable history of the correspondence between Donald Morisky, Dustin Machi, James Freeman and Steven Trubow with Dr. Zimmerman as to the use of CUDOS and CUXOS in the Morisky Widget, of which MMAS Research LLC holds the copyright registration. Exhibit 4

114.    Upon knowledge and belief, Plaintiff alleges in Case 2:21-cv-01406-MWF-JPR Document 57-3 Filed 02/06/23, the Declaration of Steven Trubow provides concrete evidence that Zimmerman did indeed authorize Steven Trubow, Dustin Machi, Donald Morisky and James Freeman to create a derivative work incorporating all or part of either the CUDOS or the CUXOS.

115.    Upon knowledge and belief, Plaintiff alleges that Defendant Zimmerman's long-term employer, Defendant Brown University Health (Lifespan Hospitals) executed a retroactive, corrective and perpetual Morisky Widget License with MMAS Research LLC on January 16, 2019, that included training and certification on the Morisky Widget CUDOS and CUXOS assessments.

116.    Upon knowledge and belief, Plaintiff alleges that in section 1 of their Morisky Widget license, Lifespan Hospitals acknowledged and agreed that the Morisky Widget Diagnostic Assessments are the exclusive property of MMAS Research and cannot be used, transferred, distributed, published, or otherwise exploited without the written permission of Licensor.

117.    Upon knowledge and belief, Plaintiff alleges that Defendant Zimmerman's tortious interference and willful copyright infringement of the Morisky Widget assessments reported in the Wolverhampton July 2022 article and his perjured declaration breached Defendant Lifetime Hospitals perpetual Morisky Widget license contract.

118.    Upon knowledge and belief, Plaintiff alleges that Defendant Lifespan Hospitals was responsible for Zimmerman's tortious interference and willful copyright infringement under the doctrine of vicarious liability. Defendant Lifespan Hospitals was responsible for Zimmerman's actions even if they didn't directly authorize or know about the tortious interference, copyright infringement and perjured declaration.

3.    **Facts of Defendant Donald Morisky's and MMAR Tortious Interference With Janssen Japan and the University of California San Diego In Breach of the Regent's Settlement Agreement**

119. Based on information and belief, Plaintiff alleges that on May 20, 2019, MMAS Research LLC and Donald Morisky, an individual, settled Case 2:18-cv-09767-CAS-RAO against the Regents of the University of California (UC). See Exhibit 17.

120. Based on information and belief, Plaintiff alleges as stated in Section II(a) of the Regent's Agreement, Donald Morisky and MMAS hereby grants the UC and its employees, students, agents, contractors, and representatives a non-exclusive, non-transferable, irrevocable, royalty-free, perpetual license to use the Widget and to (i) administer the MMAS-4 and the MMAS-8 through the use of the Widget; (ii) code and score the MMAS-4 and MMAS-8 results, including, without limitation, through use of the Widget; and (iii) publish the results in one or more publications, without limitation, through use of the Widget. Exhibit 17.

121. Based on information and belief, Plaintiff alleges that under section II (c) of the Regent's Agreement, the University, including, but not limited to, University employees, students, agents, contractors, and/or representatives must receive Training on use of the Widget before using the Widget under the terms of this Agreement, on patients. Exhibit 17.

122. Based on information and belief, Plaintiff alleges in compliance with section II (a) (c) of the Regent's Agreement, from May 2019 until May 2025 only one Morisky Widget license with training and certification has been granted to a University of California (UC) employee, despite the fact that UC researchers conducted at least a half dozen MMAS-8 and MMAS-4 studies, some of which were granted permission or licenses by Defendant Donald Morisky.

123. Based on information and belief, Plaintiff alleges that on September 11, 2020, Plaintiff wrote to Professor Grover at UC Irvine about his use of the MMAS-8 in the article July 2020 entitled "Self-reported Morisky eight item

medication adherence scale is a reliable and valid measure of compliance to statins in hyperlipidemic patients in India".

https://www.sciencedirect.com/science/article/pii/S0019483220301449

124. Based on information and belief, Plaintiff alleges that on September 11, 2020, an email from the Plaintiff to Professor Grover copied Defendants Chris Austin and Angus MacDonald, the Administrator of the Regent Settlement.

125. Based on information and belief, Plaintiff alleges that Professor Grover wrote in the article "Out of a total of 200 patients, 58.5% patients had low adherence (MMAS score < 6) whereas 32.5% and 9% patients had medium (score of 6–7) and high adherence (score of 8) respectively.

126. Based on information and belief, Plaintiff alleges that Professor Grover wrote in the article "We used the MMAS-8 paper questionnaire which has lower true positive sensitivity as compared to the MMAS-8 software widget."

127. Based on information and belief, Plaintiff alleges that Professor Grover wrote in the Acknowledgements, Use of the ©MMAS is protected by US copyright laws. Permission for use is required. A license agreement is available from: Donald E. Morisky, ScD, ScM, MSPH, Professor, Department of Community Health Sciences, UCLA School of Public Health, 650 Charles E. Young Drive South, Los Angeles, CA 90095e1772, dmorisky@ucla.edu.

128. Based on information and belief, Plaintiff alleges that in the September 2020 email to Professor Grover, Defendant Austin and Regent's Administrator MacDonald, the Plaintiff wrote, Dear Dr. Grover, my name is Steven Trubow the owner of the registered    Morisky Widget MMAS-8 registered United States copyright. See attached original registration copyright. All users of MMAS-4 and MMAS-8 must sign a license, copyright agreement and be trained and certified. By special arrangement with the University of California, all UC faculty, students, and staff can obtain a free perpetual Morisky Widget MMAS-8 licenses, but they must obtain training and certification on the

Morisky Widget. The reason for the training and certification is to prevent the use of scientifically incorrect MMAS-8 scoring and coding criteria on patients that would invalidate the MMAS-8 results and potentially cause harm to patients. This appears to be the case with the attached Grover study.

129.   Based upon knowledge and belief, despite the fact that Defendant Donald Morisky agreed in the Regents Settlement that after May 10, 2019, he would cease licensing UC researchers with individual MMAS-8 licenses, he continues to offer MMAS-8 licenses in breach of Section 2 (a) of the Settlement Agreement. Exhibit 17.

130.   Based upon knowledge and belief, Plaintiff alleges that despite the fact that the original MMAS Research lawsuit against the Regents was filed because of the use by UC researchers of scientifically incorrect MMAS-8 scoring and coding criteria that would invalidate the MMAS-8 results and put seriously ill patients at risk of harm, and that in Section 3 (D)(i) of the Settlement Agreement, a UCSF researcher was required to rescore and recode MMAS-8 tests, within 60 days, the Grover article with a counterfeit MMAS-8 scoring and coding criteria was licensed by Defendant Donald Morisky and approved by Regent's Administrator Angus MacDonald.

131.   Based upon knowledge and belief, Plaintiff alleges that the Regents Settlement Administrator, Defendant Angus MacDonald took no action to change Grover's MMAS-8 license issued by Defendant Donald Morisky to a Morisky WidgetMMAS-8 license, but more importantly Defendant Angus Macdonald refused to require Grover to re-score and re-code the scientifically incorrect MMAS-8 results which could have physically harmed sick patients.  To date, the Defendant Morisky licensed and invalid MMAS-8 Grover article remains in medical literature to this day.

132. Based upon knowledge and belief, Plaintiff alleges Section 3 (a) in the Regents Settlement Agreement required Plaintiff and Defendant Donald Morisky to release the Regents and Researchers from any and all claims,

counterclaims, defenses, allegations, demands, controversies, damages, actions, causes of action of every kind or nature whatsoever, whether known or unknown, arising from or relating to the original Litigation, except for any claims arising under this Agreement. Exhibit 17.

133.  Based on information and belief, Plaintiff alleges that on September 16, 2019, three months after the Regents Settlement was executed, Aria Zand, UCLA researcher published an article entitled, The Development of a Screening Tool to Identify and Classify Nonadherence in Inflammatory Bowel Disease. https://academic.oup.com/crohnscolitis360/article/1/3/otz035/5575981

134.  Based on information and belief, Plaintiff alleges Zand wrote in the article that the "online Morisky Widget was used to score our results of the MMAS-8."

135.  Based on information and belief, Plaintiff alleges Zand published an Acknowledgement that stated, Permission for use of the scale and its coding is required. A license agreement is available from Donald E. Morisky, ScD, ScM, MSPH, MMAS Research LLC., 294 Lindura Ct. Las Vegas NV 89138-4632, USA; dmorisky@gmail.com.

136.  Based upon information and belief, Plaintiff alleges on July 22, 2018, Zand and UCLA executed a perpetual Morisky Widget license with MMAS Research LLC thar required Zand to use the following acknowledgement "This acknowledgement and footnote are required in all articles and on all tables or figures which present the Morisky Widget, MMAS-8. MMAS4 are protected by US and International Trademark and Copyright laws. Permission for use is required. A license agreement is available from: MMAS Research LLC 14725 NE 20th St. Bellevue WA 98007 or dmorisky@gmail.com.

137.  Based upon information and belief, Plaintiff alleges that Defendant Donald Morisky violated DMCA 1202 (a) by providing false copyright information on the Zand article to conceal an infringement of the Morisky Widget copyright.

138.  Based upon information and belief, Plaintiff alleges that on or about July 19, 2019, MMAS Research executed a perpetual Morisky Widget license with Janssen KK Japan and trained and certified Janssen KK employees on the Morisky Widget in Tokyo. See Exhibit 18.

139.  Based upon knowledge and belief, Plaintiff alleges that on June 16, 2021, Peter Hoeller, the joint representation lawyer for Defendant Donald Morisky and Plaintiff wrote Defendant Donald Morisky and copied Steven Trubow, "Steve and I are working out a statement of work to service a Widget license for Johnson & Johnson/Janssen in Tokyo. The work needed requires in-person re-scoring of test results, certification, and a possible corrigendum for an article (if the original results were incorrect). Do you want to participate in this? We can discuss over a phone call or web meeting if so. Just let me know, and I can set something up between you, me, and Steve." Exhibit 19.

140.  Based upon knowledge and belief, Plaintiff alleges the same day, June 16, 2021, Defendant Donald Morisky wrote back to Holler copying his personal lawyer Defendant Christopher Austin, "Yes, Peter, by all means I will participate in all MMAS Licensing including training and travel. Is this the J&J organization on Exhibit 3, number 161? If so. please provide me with the article that needs to be reviewed in preparation for an Erratum or Corrigendum. Thank you for the clarification you will provide.  (FYI, I speak fluent Japanese.) Exhibit 19.

141.  Based on knowledge and belief, Plaintiff alleges that on August 1, 2021, with Morisky's written consent and knowledge, an Addendum to the 2019 Janssen Japan Morisky Widget license was executed by Janssen Japan and MMAS Research. Exhibit 20.

142.  Based on knowledge and belief, Plaintiff alleges The Addendum required Janssen under the direction of MMAS Research to re-score and re-code 826 MMAS-8 HIV tests in the Morisky Widget. The licensor would certify in

writing the re-coding and re-scoring for the Publication within three (3) days following the completion of such re-scoring and re-coding. See Exhibit 20.

143. Based on knowledge and belief, Plaintiff alleges due to travel restrictions during the COVID pandemic, MMAS Research traveled to Tokyo in July 2022 to re-score and re-code 826 MMAS-8 HIV Test in Japanese and certify the scoring and coding in the Morisky Widget so the test results could be published See Morisky Widget report accessed April 2022 that shows Janssen Japan scored and coded 826 MMAS-8 in the Morisky Widget.

| Janssen Pharmaceutical Companies of Johnson & Johnson Japan | | 2500 | 1 | 826 |
|---|---|---|---|---|
| strubow_jpcjj | trubow1+jpcjj@gmail.com | | 2019-07-18T04:29:11.843Z | 0 |
| Yoko5 | ymurata5@its.jnj.com | | 2019-07-19T03:39:20.293Z | 3 |
| Nori1 | nhabuka@its.jnj.com | | 2019-07-19T03:41:00.731Z | 825 |

144. Based on knowledge and belief, Plaintiff alleges that on February 4, 2023, Yoko Murata (Janssen Japan) and co-authors including one from the University of California, San Diego re-published the Morisky Widget re-scored and re-coded 826 MMAS-8 HIV results in an article entitled **Medication Adherence of People Living with HIV in Japan—A Cross-Sectional Study.**

https://pmc.ncbi.nlm.nih.gov/articles/PMC9957380/

145. Based on knowledge and belief, Plaintiff alleges the University of California San Diego Researcher had a University of California perpetual Morisky Widget License per the terms of the Regent's Settlement Agreement signed by Donald Morisky and MMAS Research See Exhibit 17.

146. Based on knowledge and belief, Plaintiff alleges that on February 26, 2023, Defendants Donald Morisky and Austin posted a DMCA copyright infringement notice to the publisher and authors of the 2023 "Medication Adherence of People Living with HIV in Japan—A Cross-Sectional Study article. Defendant Donald Morisky wrote "he is the owner or agent of MMAS." "This correspondence shall constitute formal notice of infringement pursuant to §512(c)(3) of the Digital Millennium Copyright Act ('DMCA')." See Exhibit 21.

147. Based on knowledge and belief, Plaintiff alleges that in his DMCA Notification, Defendant Donald Morisky wrote I hereby declare under the penalties of perjury pursuant to 28 U.S.C. §1746, that: 1) I am the copyright owner or have the authority to act on behalf of the copyright owner; 2) I have a good faith belief that the use of the above-referenced content is not authorized by the copyright owner, its agent, or the law; and, 3) the factual representations in this correspondence are true and correct. See Exhibit 21.

148. Based on knowledge and belief, Plaintiff alleges Defendant Donald Morisky's DMCA notification of copyright infringement of the Janssen/UCSD authored article knowingly provided false copyright management information. The DMCA, under 17 U.S.C. § 1202(a), prohibits a person or business from providing false copyright information and or distributing false copyright information to conceal infringement.

149. Based on knowledge and belief, Plaintiff alleges that Regent Settlement Administrator MacDonald  refused to address Plaintiff claims that Defendant  Donald Morisky was in breach of the Regent's Settlement Agreement Section III (a) (i), when Defendant Donald Morisky filed a DMCA copyright infringement notification against the University of California San Diego, one of the co-authors of the Janssen February 2023 article, without obtaining a written waiver of sovereign immunity from the University MMAS Administrator.

150. Based on knowledge and belief, Plaintiff alleges that on June 29, 2024, Plaintiff wrote to Charles Robinson the Regent General Counsel,

Mr. Robinson, In the LOCAL RULES - CENTRAL DISTRICT OF CALIFORNIA UNITED STATES DISTRICT COURT. Rule 16-15. *It is the policy of the Court to encourage disposition of civil litigation by settlement when such is in the best interest of the parties. The Court favors any reasonable means to accomplish this goal. The parties are urged first to discuss and to attempt to reach settlement among themselves without resort to these procedures.* MMAS Research LLC reached out to you to find an amicable resolution to our claims, rather than filing a motion to enforce the settlement agreement between the Regents, MMAS Research LLC and Donald Morisky.

1
2

We have no choice but to file a motion with the CENTRAL DISTRICT OF CALIFORNIA UNITED STATES DISTRICT COURT to enforce this settlement.

3
4
5
6
7
8

151.  Based on knowledge and belief, Plaintiff alleges that Defendant Donald Morisky and the Regents are in breach of Section 3 (a) of the Settlement Agreement for refusing to address Plaintiff claims against Defendant Donald Morisky for his DMCA copyright notification against the UCSD.

9
10
11
12
13

152.  Based on knowledge and belief, Plaintiff alleges that Cheryl Foytlin, an attorney for Johnson and Johnson answered Donald Morisky's DMCA copyright infringement complaint against Janssen Japan and the co-authors the February 2023 study article, which included Ulrike Schaede (University of California San Diego). See Exhibit 22.

14
15
16
17
18
19
20
21
22

153. Based on knowledge and belief, Plaintiff alleges March 23, 2023, Foytlin wrote Defendants Donald Morisky and Christopher Austin "Your message was forwarded to me by our business team in Japan.  Per the attached agreements, Janssen Pharmaceutical KK obtained a license (from MMAS Research LLC) to administer, score, and code the MMAS-8 test for the referenced study and settled all claims related to this matter.  As we are compliant with the terms of the attached (Morisky Widget) license (Morisky Widget) and addendum, we maintain there is no infringement and don't understand why you've made the claim below." Exhibit 22

23
24
25
26

154.  Based on knowledge and belief, Plaintiff alleges On March 30, 2023, Foytlin wrote that Morisky has not withdrawn the DMCA complaint and claims the CR2A settlement agreement with your company (MMAS Research LLC) is invalid and unenforceable in view of a recent district court decision.

27
28

155.  Based on knowledge and belief, Plaintiff alleges that between March 30, 2023, and September 28, 2023, Johnson and Johnson wrongfully terminated, without notice their perpetual Janssen Japan MMAS Research 2019 Morisky

Widget license and the 2021 Addendum that was the legal basis for Janssen's re-scored and re-coded 826 MMAS-8 HIV tests for the February 2023 article. Janssen Japan replaced their Morisky Widget license with a retroactive Donald Morisky MMAR LLC License which settled Morisky's DMCA infringement notification.

156. Based on knowledge and belief, Plaintiff alleges that on September 28, 2023, James Weinberger the lawyer for Johnson and Johnson wrote Steven Trubow, "With respect to Janssen Japan, our investigation indicates that the 2019 Morisky Widget license agreement itself has been assigned to Morisky/MMAR, so there is no basis for you to assert any breach thereof, even if one existed. Finally, to the extent Morisky/MMAR have asserted any claim against our client, it is between us and them. See Exhibit 23.

157. Based on information and belief, Plaintiff alleges that contrary to Johnson and Johnson lawyer Weinberger's statement, the 2019 Janssen Japan Morisky Widget license agreement and 2021 Janssen Addendum was NEVER assigned or transferred to Morisky/MMAR.

158. Based on knowledge and belief, Plaintiff alleges in a March 13, 2024, Memorandum for Case: 23-55202, 03/13/2024, from the United States Court of Appeals for the Ninth Circuit wrote:

> The district court erred in concluding that MMAS lacked standing to sue for copyright infringement. The district court found that a 2020 preliminary settlement agreement from a separate lawsuit between MMAS and Dr. Donald Morisky transferred the Morisky Widget from MMAS to Dr. Morisky. But that agreement which simply outlined terms MMAS and Dr. Morisky desired to consent and agree to" sometime in the future—was never finalized. <u>MMAS thus never transferred its copyright and remains the registered owner of the Morisky Widget.</u> Exhibit 2.

159.  Upon information and belief, Plaintiff alleges Morisky's DMCA notification of copyright infringement of the Janssen Japan article knowingly provided false copyright management information. The DMCA, under 17 U.S.C. § 1202(a), prohibits a person or business from providing false copyright information and or distributing false copyright information to conceal infringement.

160. Based upon knowledge and belief, Plaintiff alleges Defendant Donald Morisky's DMCA notification breached the CR2A Section 2 #7 which stated,

> "The Morisky Party and MMAR agrees to provide full access to the Morisky Widget and support as needed to all licensees as long as their licenses to the Morisky Widget are in effect, including adhering to all European Union Privacy regulations (including but not limited to GDPR) and HIPPA).  Exhibit 7.

161. Upon information and belief, Plaintiff alleges that Defendants Donald Morisky and MMAR licensing of Janssen Japan's 826 Morisky Widget MMAS-8 tests was willful infringement of the Morisky Widget copyright and misappropriation of the trade secret scoring and coding algorithms of the Morisky Widget

### 4.    Facts of Morisky Interference with Daiichi UK

162. Based upon knowledge and belief, Plaintiff alleges that on September 18, 2018, Defendant Daiichi UK and MMAS Research LLC executed a perpetual Morisky Widget License. Exhibit 24.

163.  Based on knowledge and belief, Plaintiff alleges Defendant Daiichi UK was listed in the CR2A both as an existing Morisky Widget Licensee, p. 29 and as a one of 406 open infringement claims on p.33. Exhibit 7.

164.  Upon knowledge and belief, Plaintiff alleges that on September 18, 2018, and on November 4, 2019, MMAS Research traveled to London to train

and certify Daiichi UK and its clinical research organization OpenVie employees on the Morisky trade secret MMAS-8 scoring and coding software algorithms.

| Open Vie DAIICHI UK | 1000 | | |
|---|---|---|---|
| strubow_ovuk | trubow1+ovuk@gmail.com | 2019-10-27T19:45:47.843Z | 1 |
| savincent | sally-annevincent@openvie.com | 2019-11-04T13:19:56.417Z | 4 |
| mwallington | mikewallington@openvie.com | 2019-11-04T13:20:39.789Z | 6 |
| lpodger | laurenpodger@openvie.com | 2019-11-04T13:21:39.326Z | 5 |
| TBrockett | TracyBrockett@openvie.com | 2019-11-04T13:26:09.419Z | 4 |
| Marsra00 | rainy.marsh@daiichi-sankyo.co.uk | 2019-11-04T13:26:46.891Z | 7 |
| BKelleher | bethanykelleher@openvie.com | 2019-11-04T13:27:06.958Z | 4 |
| ssaberian | samirasaberian@openvie.com | 2019-11-04T13:28:23.111Z | 6 |
| sdiaz | sergiodiaz@openvie.com | 2019-11-04T13:29:23.306Z | 4 |
| jbernarde | jacquibernarde@openvie.com | 2019-11-04T13:29:52.634Z | 4 |
| jeva | joeeva@openvie.com | 2019-11-04T13:30:18.040Z | 8 |
| maggieheinrich | maggieheinrich@openvie.com | 2019-11-04T13:30:57.485Z | 5 |
| prowan | philipparowan@openvie.com | 2019-11-04T13:31:01.243Z | 5 |

165. Upon knowledge and belief, Plaintiff alleges that as of April 30, 2025, Defendant Daiichi UK has scored 63 MMAS-8 tests in the Morisky Widget. These MMAS-8 tests were only for training and certification on the Morisky Widget.

166. Upon knowledge and belief, Plaintiff alleges that in their Morisky Widget license, Defendant Daiichi fully understood and agreed that the Morisky Widget was the exclusive property of Plaintiff and can't be transferred without the written permission of the Licensor, all MMAS-8 test must be scored and coded in the Morisky Widget, and in case of scientific, administrative, or intellectual property disputes Defendant Daiichi agreed to the jurisdiction of the Los Angeles County, California State, and United States Federal Courts. Exhibit 24.

167. Upon knowledge and belief, Plaintiff alleges that on November 18th, 2021, Donald Morisky and MMAS Research signed an Addendum to Defendant Daiichi UK Morisky Widget license for Daiichi UK to score and code MMAS-8 tests in a GDPR compliant Morisky Widget server located in Frankfurt Germany. Plaintiff, Defendant Donald Morisky and joint representation lawyer, Peter Hoeller each received approximately $4500 in the Daiichi UK settlement agreement. See Exhibit 25.

168. Based on knowledge and belief, Plaintiff alleges Defendants Donald Morisky and MMAR posted the notice below on the Morisky/MMAR website www.moriskyscale.

> Effective November 2021, I have phased out the Morisky Widget Under the settlement agreement with Steven Trubow, MMAS Research LLC was required to transfer the Monsky Widget (all MMAS 4 and 8 derivatives) to Dr. Monsky by September 2021 The denvat1ves include the Monsky Widget, Morisky.org, all language translations, all licenses including Morisky widget sub-licenses, and copyright registrations relating to MMAS4 and 8 widget software that bear the name Morisky. See Exhibit Morisky Scale.

169. Based on knowledge and belief, Plaintiff alleges that on 12/20/2021 Defendants Donald Morisky and MMAR updated the Morisky Widget phase out notice on the Morisky/MMAR website www.moriskyscale.

**Update on the Morisky Widget Being Phased out of Existence**

12/26/2021                                                                 0 Comments

Effective immediately, the Morisky Widget is being phased out of existence.   Under the settlement agreement with Steven Trubow signed December 2020, MMAS Research LLC was required to transfer all MMAS 4 and 8 derivatives to Dr. Morisky by September 2021 including the Morisky Widget, Morisky.org, all language translations, all licenses including Morisky widget sub-licenses, and copyright registrations relating to MMAS4 and 8 widget software that bear the name Morisky, etc.

170. Based on knowledge and belief, Plaintiff alleges on December 6, 2021, Defendants Austin, Weide and Miller wrote to Morisky Widget licensees Defendant Daiichi UK, Defendant IQVIA, and joint representation lawyers Gross and Hoeller among others,

> "In summary, Trubow and MMAR (MMAS) Research, LLC are in breach of their CR2A agreement to have assigned the wrongfully copyrighted Morisky Widget derivative of Dr. Morisky's copyrighted MMAS-8 and MMAS-4 works by no later than September 3, 2021, back to Dr. Morisky. Morisky is the rightful owner of the Morisky Widget Copyright.   See Exhibit 22.

171. Based on knowledge and belief, Plaintiff alleges that as a result of Defendants Morisky, MMAR, Austin, Weide and Miller's tortious interference, Defendant Daiichi UK refused to score and code the MMAS-8 tests in the

Morisky Widget as per their Morisky Widget license and Addendum to their License.

172. Based upon knowledge and belief, Plaintiff alleges Defendants Donald Morisky, MMAR, Austin, Weide and Miller's tortious interference are grounds to void or invalidate the entire 2021 Daiichi UK Settlement Agreement.

173. Based on knowledge and belief, Plaintiff alleges that Defendant Daiichi UK is in breach of 1.a of their Morisky Widget license which states Daiichi-Sankyo understands and agrees that the Morisky Widget MMAS Diagnostic Assessments are the exclusive property of MMAS Research and can't be licensed, divulged or distributed without the written permission of the Licensor. Exhibit 24.

174. Based on knowledge and belief, Plaintiff alleges that Defendant Daiichi UK completed their study without scoring and coding MMAS-8 tests in the Morisky Widget. Daiichi UK breached section 1.f of their license which stated, Daiichi will be allowed to manually administer MMAS tests with paper and pencil questionnaires anytime, but all MMAS tests must be scored and coded through Morisky Widget. Exhibit 24.

175. Based on knowledge and belief, Plaintiff alleges that Defendant Daiichi UK willfully committed no less than 250 copyright infringements of the MMAS Research Widget Code MMAS-8.

176. Based on knowledge and belief, Plaintiff alleges that Defendant Daiichi UK misappropriated trade secret Morisky Widget scoring and coding algorithms.

177. Based on knowledge and belief, Plaintiff alleges that Defendants Donald Morisky and MMAR tortious interference with Defendant Daiichi UK license and claims settlement breached the CR2A Section II #7 in which The Morisky Party and MMAR agreed to provide full access to the Morisky Widget and support as needed to all licensees as long as their licenses to the Morisky

Widget are in effect, including adhering to all European Union Privacy regulations including but not limited to GDPR and HIPPA. Exhibit 7.

178. Based on knowledge and belief, Plaintiff alleges that Defendants Donald Morisky and MMAR tortious interference with Defendant Daiichi UK breached the CR2A Section II #3 in which Defendants Donald and Susan Morisky and MMAR agreed the Claim Settlement may include a retroactive license for the Morisky Widget and may include corrective measures to be performed by the licensee with the assistance of Steve Trubow. Exhibit 7.

### 5.    Wrongdoing by AUSTIN, WEIDE AND MILLER

179. Based on knowledge and belief, Plaintiff alleges that Defendants Phillip Morisky, MMAR, Weide Miller and Austin have been actively involved in wrongdoing, against MMAS Research and Steven Trubow outside the scope of legitimate representation since the CR2A was executed in December 2020. Such wrongdoing includes, but is not limited to: (1) breach of contract by violating the terms of the CR2A agreement; (2) tortious interference by contacting and threatening Morisky Widget licensees; (3) willful copyright infringement by terminating  Morisky Widget licenses and replacing them with MMAR licenses  (4) falsification and alteration of copyright information in violation of DMCA 1202(a) and (b);  (5) knowingly providing false information in United States Federal District Courts, constituting perjury under 18 U.S.C. § 1623. (6) committing  wire fraud, as defined by 18 U.S.C. § 1343, by using internet, email, and phone to carry out a scheme to defraud Plaintiff and obtain money from their Morisky Widget licensees by false pretenses.



180. The plaintiff is informed, believes, and thereupon alleges that on April 21, 2022, Defendant Donald Morisky wrote on his www.moriskyscale.com

website, accessible to anyone in the world with access to the internet that the
MORISKY WIDGET IS DEAD.  I have phased out the Morisky Widget.



181. The Plaintiff is informed, believes, and thereupon alleges that on
April 21, 2022, the intensity of the tortious inference, defamation, wire fraud
increased to legal threats against anyone, anywhere who used the Morisky
Widget.

### The Austin Letter on Weide & Miller LTD Letterhead

182.    Upon knowledge and belief, Plaintiff alleges that on April 21, 2022,
Defendants Austin, Weide, and Miller, MMAR and Donald Morisky published
the "Austin Letter" worldwide over the internet and Phillip Morisky distributed
the letter by "shotgun" emails to over 200 Morisky Widget licensees.

183.    Upon knowledge and belief, Plaintiff alleges the Austin letter was
available from April 22, 2022, until sometime in October 2022 to anyone with
access to the internet on Defendants Donald Morisky's MMAR website,
www.moriskyscale.com

184. The Austin letter on the Weide and Miller LTD law firm letterhead stated:

> "MMAS Research copyright in the Morisky Widget code is an unlawfully obtained derivative of Dr. Morisky MMAS-4 and MMAS-8 registered copyrights."
>
> "As such, neither Trubow nor MMAS Research has any right to use or license the Morisky Widget copyright, which includes use or licensure of the Morisky Widget program."
>
> ANY PERSON THAT USES OR LICENSES THE MORISKY WIDGET, MMAS-4 SCALE OR MMAS-8 SCALE WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF DR. MORISKY WILL BE IN VIOLATION OF U.S. FEDERAL COPYRIGHT LAW FOR COPYRIGHT INFRINGEMENT." See Exhibit 26.

185. Based upon knowledge and belief, Plaintiff alleges Defendants Donald Morisky, Phillip Morisky, Austin, Weide, Miller and MMAR committed wire fraud, as defined by 18 U.S.C. § 1343, by broadcasting the Austin letter over the internet, and distributing the Austin letter over email, to carry out a scheme to defraud Plaintiff and obtain money from their Morisky Widget licensees by false pretenses.

186. Based on knowledge and belief, Plaintiff alleges the distribution of the Austin letter violated the Digital Millennium Copyright Act (DMCA) 1202 (a), (b), by providing false copyright information, on www.moriskyscale and by email with the intent to conceal and facilitate copyright infringements.

187. Based on knowledge and belief, Plaintiff alleges the Austin letter constitutes willful violations of federal copyright law and demonstrates a pattern of deceptive practices aimed at undermining MMAS Research LLC's intellectual property rights.

188. Based on knowledge and belief, Plaintiff alleges that Defendants Weide, Miller, Austin, and Phillip Morisky contacted Morisky Widget licensees, parties to Court settlements, and attorneys representing Morisky Widget

licensees threatening to sue them for willful copyright infringement if they continue to use the Morisky Widget.

189. Based on knowledge and belief, Plaintiff alleges Defendants Weide, Miller, Austin and Phillip Morisky sent Austin's April 21, 2022 letter to Morisky Widget Licensees to Defendants IQVIA, Daiichi UK as well as to Novo Nordisk, Novartis South Korea, Sanofi France, Sanofi Columbia, Novartis Italy, AbbVie, Novartis Argentina, Merck Germany, University of Naples, Boston Children's Hospital, Defendant Mitsubishi Tanabe Pharmaceutica Brescia Hospital, Riga Stradins University, among dozens of others.

**6.    Facts of Morisky Tortious Interference with Brescia Hospital Italy Morisky Widget License**

190. Based on knowledge and belief, Plaintiff alleges that on July 7, 2022, the Hospital Administrator for the Brescia Hospital (Italy) wrote, we hereby inform you that on April 22, 2022, we have received a letter from the Firm "Weide and Miller Ltd. Of Las Vegas with the subject "Infringement Against MMAS Research LLC and Steven Trubow", Given the above as of today, it is believed that Brescia is regularly in possession of the perpetual Morisky Widget licensed used by virtue of the signed contract, therefore the reason for the letter sent by Weide and Miller Ltd of Las Vegas USA are not understood.

**7.    Morisky Tortious Interference with Boston's Children's Hospital**

191. Based on knowledge and belief, Plaintiff alleges Boston Children's Hospital wrote in Case 1:24-cv-12108-DJC, Document 21 that in April 2022, Dr. Morisky lawyer (Austin) wrote a letter to Morisky Widget licensees, including Boston Children's Hospital, asserting that Dr. Morisky owned the Widget copyright and implicitly threatening legal action against anyone who dealt with Trubow. (Compl. ¶ 54 & Ex. 16). This was a source of "confusion for Morisky Widget licensees" (Compl. ¶ 55), evidently including the Hospital.

192. Based on knowledge and belief, Boston Children's Hospital wrote in Case 1:24-cv-12108-DJC, Document 56,

> "The Hospital Defendants find themselves embroiled in the dispute between Dr. Morisky and Trubow because the Hospital changed the text regarding attribution of the MMAS-8 assessment on a government website after receiving threatening correspondence from Dr. Morisky's lawyers. The Hospital Defendants may decide to bring a cross claim against Dr. Morisky and MMAR on a tortious interference theory.

## 8. Morisky Tortious Interference with Clermont Ferrand Hospital France

193. Based on knowledge and belief, the story of Clermont Ferrand Hospital, like Brescia and Boston Children's Hospital, a Morisky Widget licensee, Clermont Ferrand Hospital in France received a letter from Dr. Morisky's lawyer threatening litigation for copyright infringement. It was "confused" by the letter's "negativity" and "threats." See Exhibit 27.

194. Based on knowledge and belief, Plaintiff alleges on June 10, 2024, the Clermont Ferrand hospital legal officer wrote to Steve Trubow, "I just have an additional question: in fact, I am questioning myself since we have received a mail on May 22nd, 2022, mentioning that only Dr. MORISKY was entitled to grant license on the MMAS 8 Scale. Would you mind telling us what we are supposed to do with the mail from Weide & Miller who is supposed to be Dr. Morisky Lawyer. See Exhibit 28.

195. Based on knowledge and belief, Plaintiff alleges that on March 12, 2024, Clermont Ferrand published an article, entitled "Low plasma belimumab levels as an indicator of poor adherence to belimumab in patients with systemic lupus erythematosus" that reported MMAS-8 results.
https://pubmed.ncbi.nlm.nih.gov/38123937/

196. Based on knowledge and belief, Plaintiff alleges the Clermont Ferrand March 2024 article was licensed by Defendants Donald Morisky and MMAR, despite the fact that in the CR2A on p.29, Clermont Ferrand was listed

as having a Morisky Widget license prior to the execution of the CR2A. Exhibit 7.

197. Based on knowledge and belief, Plaintiff alleges that Defendants Donald Morisky and MMAR breached the CR2A Section 2 #7 which required The Morisky Party and MMAR to provide full access to the Morisky Widget and support as needed to all licensees as long as their licenses to the Morisky Widget are in effect, including adhering to all European Union Privacy regulations (including but not limited to GDPR) and HIPPA. Exhibit 7.

**9. Tortious Interference with IQVIA**

198. Upon knowledge and belief, Plaintiff alleges that in September 2021, Defendants IQVIA Daiichi Sankyo, Donald Morisky and Plaintiff signed a settlement agreement.

199. Upon knowledge and belief, Plaintiff alleges that in April 2022, Defendant Donald Morisky and Phillip Morisky, sent the Austin Letter to Defendants IQVIA and Daiichi UK, and Daiichi Japan.

200. Upon knowledge and belief, Plaintiff alleges that on April 21, 2022, Phillip Morisky and Defendant Donald Morisky wrote to Defendant IQVIA's general counsel, Laura Kibbe. Phillip Morisky wrote "Please see attached correspondence from our Legal Counsel." Thank you, Philip Morisky, MBA

201. Upon knowledge and belief, Plaintiff alleges that on April 25, 2022, Laura Kibbe, wrote to Defendant Austin and joint representation lawyer Hoeller, Kibbe wrote,

> I am in receipt of the email from Phillip Morisky and the Austin letter. As you are aware we settled this matter last year. IQVIA has no interest in any ongoing dispute between Mr. Trubow and Dr. Morisky. I am not sure why we have received the attached Austin letter no what response is required. Can you please advise?

202. Upon knowledge and belief, Plaintiff alleges that on April 25, 2022, Defendant Austin responded to Laura Kibbe, writing,

We prepared the letter in response to correspondence from Mr. Trubow mischaracterizing the status of the dispute between the parties. It does not require any action by IQVIA.

203.    Upon knowledge and belief, Plaintiff alleges that as a result of the Austin letter, Defendants Daiichi Sankyo and IQVIA terminated their Morisky Widget license and replaced them with licenses from Defendant Donald Morisky and MMAR.

### 10.    Interference with Novartis Italy/OPIS

204. Based upon knowledge and believe, Plaintiff alleges MMAS Research signed a settlement agreement in May 2023 with Novartis Italy and its clinical research organization OPIS to resume the use of the Morisky Widget in a seven-year breast cancer study after it was halted by Novartis/OPIS after they received the April 21, 2022, Austin letter. The settlement agreement states,

A letter dated April 21st, 2022, from the legal counsel (Austin) of Dr. Donald Morisky, former business partner of Mr. Steven Trubow, was published online via Donald Morisky's website ("*Predatory Pricing from Steve Trubow*"), warning the users of the Morisky Widget that Mr. Morisky had filed an action against MMAS and Mr. Trubow, alleging that both of them had violated Donald Morisky's intellectual property rights over the Morisky Widget. The letter, in particular, highlighted that "*ANY PERSON THAT USES OR LICENSES THE MORISKY WIDGET, MMAS-4 SCALE OR MMAS-8 SCALE WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF DR. MORISKY WILL BE IN VIOLATION OF U.S. FEDERAL COPYRIGHT LAW FOR COPYRIGHT INFRINGEMENT*" Exhibit 28.

### 11.    Interference with Mitsubishi Tanabe Pharmaceutical Company (MTPC)

205.    Upon knowledge and belief, Plaintiff alleges that on July 8, 2022, Plaintiff received correspondence from Iyoda Junko, the legal counsel for Mitsubishis Tanabe Pharmaceutical Company (MTPC) informing MMAS

Research that Defendant Phillip Morisky sent an email with the Austin Letter attached. Exhibit 29.

206. Upon knowledge and belief, Plaintiff alleges on August 1, 2022, Frank West the attorney for MTPC sent an email to MMAS Research that suspended the MTPC Morisky Widget license until the copyright ownership of the Morisky Widget was finally resolved by the U.S. courts.

**12. Interference with Riga Stradins University (Latvia)**

207. Based upon knowledge and belief, Plaintiff alleges that on April 22, 2022, Defendant Phillip Morisky sent a letter from Defendants Austin, Weide and Miller to Morisky Widget license holder Riga Stradins University that stated

ANY PERSON THAT USES OR LICENSES THE MORISKY WIDGET, MMAS-4 SCALE OR MMAS-8 SCALE WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF DR. MORISKY WILL BE IN VIOLATION OF U.S. FEDERAL COPYRIGHT LAW FOR COPYRIGHT INFRINGEMENT.

Exhibit 30.

208. Based upon knowledge and belief, Plaintiff alleges Defendant Phillip Morisky wrote to Riga Stradins University that their Morisky Widget license was illegal. Phillip Morisky asked Riga Stradins University to send me any correspondence and the contract that was signed between your institute and Plaintiff and I will review and provide a separate license covering you. Exhibit 30.

209. Based on knowledge and belief, Plaintiff alleges that Riga Stradins University fearing a lawsuit from Defendants Phillip Morisky, Austin, Weide and Miller stopped using the Morisky Widget and refused to correspond at all with Plaintiff. Exhibit 30.

**13. Facts of Morisky Tortious Interference with CR2A Morisky Widget Licensee University of British Columbia and Trade Secrets Infringement Claims against the University of Western Ontario and the University of British Columbia.**

210. Upon knowledge and belief Plaintiff alleges that the CR2A listed the

University of British Columbia Morisky Widget License on page 32. See Exhibit 7.

211.  Upon knowledge and belief Plaintiff alleges that the CR2A Section 2, 7 obligated Defendants Donald Morisky, Susan Morisky, Phillip Morisky, and MMAR to provide full access to the Morisky Widget and support as needed to all licensees as long as their licenses to the Morisky Widget are in effect, including adhering to all European Union Privacy regulations (including but not limited to GDPR) and HIPPA). Exhibit 7.

212.  Upon knowledge and belief Plaintiff alleges that the CR2A listed the University of British Columbia claim for copyright infringement #291 page 24. Exhibit 7.

213.  Upon knowledge and belief Plaintiff alleges that Peter Hoeller, the joint representation lawyer for Donald Morisky and MMAS Research LLC attempted to settle CR2A infringement claim #291 for the University of British Columbia's Morisky Widget license with the University's counsel Michael Serebriakov. The claim was never settled because the University learned about Defendant Morisky and MMAR claims on www.moriskyscale.com/

214.  Upon knowledge and belief Plaintiff alleges that on October 31, 2021, Defendants Donald Morisky and MMAR posted on their website, www.moriskyscale.com, "We are transitioning all Morisky Widget users who request it to a new upgraded HIPPA and GDPR compliant digital format - the MMAR digital platform - within the next 45 days You may receive an email from Philip Morisky CEO of MMAR LLC, if you would like to commence the process.

215.  Upon knowledge and belief Plaintiff alleges that on June 11, 2018, MMAS Research LLC executed a retroactive and perpetual Morisky Widget license with the University of British Columbia. Exhibit 31

216.  Upon knowledge and belief Plaintiff alleges that in Section 1 of the University of British Columbia Morisky Widget license it states, All

psychometric products as well as their translations, adaptations, computer programs, software and scoring and coding algorithms, trade secrets, and any other related documents and information (including those in electronic form) which embody or are related to the Morisky Widget or MMAS tools (including without limitation the Morisky Medication Adherence Scale 4- and 8-item versions, are intellectual property of Licensor, MMAS Research LLC. Exhibit 31.

217.  Upon knowledge and belief Plaintiff alleges that in Section 1 of the University of British Columbia Morisky Widget license it states Coding and scoring criteria of the MMAS are trade secrets of MMAS Research and as such can NEVER be divulged in any publication, presentation, or website without written permission from Licensor. Exhibit 31.

218.  Upon knowledge and belief Plaintiff alleges that in Section 1 of the UBC Morisky Widget license it states UBC must submit to MMAS all presentations and manuscripts that are being considered for abstracts/poster presentations or publication to make certain that all copyright and trademark requirements are included in all manuscripts submitted for publication.  Exhibit 31.

219.  Upon knowledge and belief, Plaintiff alleges that in breach of Section 1 of their Morisky Widget license, UBC failed to submit the manuscript for the Oral anticoagulant adherence and switching in patients with atrial fibrillation observational study to Plaintiff before it was published in November 2022.

220.  Upon knowledge and belief Plaintiff alleges that contrary to their obligations under the CR2A, in November 2022, Defendant Donald Morisky licensed the UBC Oral anticoagulant adherence study. https://www.sciencedirect.com/science/article/abs/pii/S1551741122001802?via %3Dihub

221.  Upon knowledge and belief, Plaintiff alleges that in breach of their

license, in the November 2022 article, UBC published MMAS-8 results that were not scored and coded in the Morisky Widget.

222.  Upon knowledge and belief, Plaintiff alleges UBC published the November 2022 article with a license from Defendant Donald Morisky. Use of the ©MMAS is protected by US copyright and registered trademark laws. Permission for use is required. A license agreement is available from: Donald E. Morisky, 294 Lindura Court, Las Vegas, NV 89138–

4632; dmorisky@gmail.com

https://www.sciencedirect.com/science/article/abs/pii/S15517411220018 02?via%3Dihub

223.  Upon knowledge and belief, Plaintiff alleges that Defendant University of British Columbia is in breach of their Morisky Widget license for failing to publish the required MMAS Research copyright notification and instead replacing it with a copyright notification from Defendant Donald Morisky. Exhibit 31.

224.  Upon knowledge and belief, Plaintiff alleges that Defendant University of British Columbia is in breach of their Morisky Widget license for failing to submit to MMAS Research LLC all manuscripts that are being considered for abstracts/poster presentations or publication to make certain that all copyright and trademark requirements are included in all manuscripts submitted for publication. Exhibit 31.

225.  Upon knowledge and belief, Plaintiff alleges that Defendants Donald Morisky and the University of British Columbia violated DMCA section 1202 (a) for publishing false copyright information to conceal a copyright infringement of the Morisky Widget Copyright for the November 2022 article.https://www.sciencedirect.com/science/article/abs/pii/S15517411220018 02?via%3Dihub

226.  Upon knowledge and belief, Plaintiff alleges that Defendants Donald Morisky and the University of British Columbia willfully committed at

least 1000 copyright infringements of the Morisky Widget copyright in the November 2022 article.

https://www.sciencedirect.com/science/article/abs/pii/S155174112he2001802?via%3Dihub.

227.  Upon knowledge and belief, Plaintiff alleges that Defendant Donald Morisky breached the CR2A Section II licensing the UBC November 2022 article.

228.  Upon knowledge and belief, Plaintiff alleges that in July 2024, Defendants the University of British Columbia, Western Ontario University, and James Calvin published an article entitled a Randomized pilot study comparing a coach to SMARTPhone reminders to aid the management of heart failure (HF) patients: humans or machines that reported the results of 108 MMAS-8 results. https://pubmed.ncbi.nlm.nih.gov/38955396/ .

229.  Upon knowledge and belief, Plaintiff alleges that the Defendants University of British Columbia, Western Ontario University, and James Calvin scored the MMAS-8 tests with a counterfeit scientifically incorrect MMAS-8 scoring and coding criteria. The authors wrote in the article "The Morisky Medication Adherence Scale (MMAS-8) which is a patient self-report measure of medication adherence consisting of 8 questions aggregating a score between 0 (not adherent) and 8 (mostly adherent). The score for each patient was assessed as low (0–2), medium (3-5) or high (6-8)."

https://pubmed.ncbi.nlm.nih.gov/38955396/ .

230. Upon knowledge and belief, Plaintiff alleges that on May 1, 2025, Defendant James Calvin wrote to Defendant Phillip Morisky "Philip, I thought you and I had reached an understanding. As part of our conversation, we jointly wrote a letter to the editor explaining how the MMAS 8 was applied, and I believed you were happy with that arrangement. Can you tell me what has changed? I was a senior author. I was unaware that UBC or Dr Petrella had a license. Now we have a letter attached. It is an error that I did not respond". Jim

Calvin Sent from my iPhone.

231. Upon knowledge and belief, Plaintiff alleges that Defendant James Calvin and Defendant Phillip Morisky attempted to cover up the use of a counterfeit MMAS-8 scoring and coding criteria, which would have invalidated MMAS-8 tests used to monitor the medication adherence of heart failure patients.

232. Upon knowledge and belief, Plaintiff alleges that Defendants University of British Columbia, Western Ontario University, James Calvin misappropriated trade secret MMAS-8 scoring and coding criteria.

233. Upon knowledge and belief, Plaintiff alleges that Defendant University of British Columbia is in breach of their Morisky Widget license for divulging trade secret scoring and coding criteria that can NEVER be divulged in any publication, presentation, or website without written permission from MMAS Research. Exhibit 31.

234. Based upon knowledge and belief, Plaintiff alleges that Karen Gelmon, from Defendant UBC was one of the co-authors of a March 2025 article on the PALLAS Study, entitled "Oral anticoagulant adherence and switching in patients with atrial fibrillation: A prospective observational study". The PALLAS study authors wrote that the content in the article is solely the responsibility of the authors.

https://www.sciencedirect.com/science/article/abs/pii/S1551741122001802?via%3Dihub.

235. Based upon knowledge and belief, Plaintiff alleges that Defendants UBC contrary to their Morisky Widget license, reported in the PALLAS article that they added an additional question to the MMAS-4 test, *All things considered, did you? actually, take your (Palbociclib/ Anti-hormone pill) exactly as directed by your doctor?"*

https://www.sciencedirect.com/science/article/abs/pii/S1551741122001802?via%3Dihub.

236. Based upon knowledge and belief, Plaintiff alleges that Defendants UBC

breached their Morisky Widget license which stated that changes or any modifications to the wording, phrasing or scoring of the MMAS require written permission. If any changes are made to the wording, phrasing or scoring of any MMAS item without permission, the result breaches the Morisky Widget license contract and violates the copyright. Exhibit 32.

237. Based upon knowledge and belief, Plaintiff alleges that Defendants UBC, contrary to their Morisky Widget license, modified MMAS-4 into a derivative MMAS-5.

238. Based upon knowledge and belief, Plaintiff alleges that Defendants UBC, contrary to their Morisky Widget license, divulged trade secret MMAS-4 scoring and coding writing "summing the modified (MMAS-5) five questions to create a total Morisky composite score, ranging from 0 to 5, with a maximal score of 5 considered "most adherent."

239. Based upon knowledge and belief, Plaintiff alleges that Defendants UBC breached their Morisky Widget license which stated coding and scoring criteria of the MMAS are trade secrets of the MMAS Research and as such can NEVER be divulged in any publication, presentation, or website without written permission from Licensor. Exhibit 31.

**14.    Interference with IQVIA MediNeos Abitude STUDY**

240. Based on knowledge and belief, Plaintiff alleges that Defendants Donald Morisky, MMAR, Phillip Morisky, Austin, Weide and Miller threats to sue IQVIA resulted in the termination of the IQVIA MediNeos Morisky Widget license listed on p. 31 of the CR2A and replaced it with a MMAR LLC License.

241. Upon knowledge and belief, Plaintiff alleges that on September 18, 2018, Defendant IQVIA's Italian affiliate MediNeos and Plaintiff executed a perpetual Morisky Widget License. Exhibit 27.

---

**FIRST AMENDED COMPLAINT - 55**

242. Upon knowledge and belief, Plaintiff alleges Defendant IQIVIA acknowledged and agreed that the Morisky Widget MMAS-8 Diagnostic Assessments are the exclusive property of the Licensor and cannot be used, transferred, distributed, published, or otherwise exploited without the written permission of Licensor. Exhibit 27.

243. Based upon knowledge and belief, Plaintiff alleges that Defendant IQVIA understood and agreed in Section 1 of their Morisky Widget license, they will be allowed to manually administer MMAS tests with paper and pencil questionnaires anytime, but all MMAS tests must be scored and coded, without exception, through the Morisky Widget. Exhibit 27.

244. Based upon knowledge and belief, Plaintiff alleges that as of April 26, 2025, Defendant IQVIA scored only 48 MMAS tests in the Morisky Widget.

| MediNeos Observational Research | 2500 | | |
|---|---|---|---|
| strubow_medineos | trubow1+medineos@gmail.com | 2018-10-28T23:44:56.240Z | 4 |
| lsimoni | l.simoni@medineos.com | 2018-10-30T08:39:39.397Z | 7 |
| aori | a.ori@medineos.com | 2018-10-30T08:43:03.566Z | 11 |
| fferi | f.ferri@medineos.com | 2018-10-30T08:43:32.242Z | 5 |
| sfernandez | s.fernandez@medineos.com | 2018-10-30T08:44:04.376Z | 9 |
| rpatane | r.patane@medineos.com | 2018-10-30T08:44:41.569Z | 7 |
| ldipalma | l.dipalma@medineos.com | 2018-10-30T08:45:07.510Z | 5 |

245. Based upon knowledge and belief, Plaintiff alleges that in Section 2 of the IQVIA MediNeos Morisky Widget license, Defendant IQVIA acknowledges and agrees that Licensor's MMAS Coding and Scoring criteria are trade secrets of Licensor and, as such, Licensee is forbidden from publicizing MMAS™ Coding and Scoring criteria in any form without the expressed, written consent from Licensor. Licensee further acknowledges and agrees to treat such information as confidential and not to disclose it to third parties or use it in any fashion, except in connection with the performance of the right and obligations contemplated herein, and except as to information generally available to the public. Exhibit 27.

246. Based on knowledge and belief, Plaintiff alleges that Defendant IQVIA used MMAS-8 in breach of the MediNeos/IQVIA Morisky Widget license in the ABItude study article.

https://pmc.ncbi.nlm.nih.gov/articles/PMC9058899/

247. Based on knowledge and belief, Plaintiff alleges in the April 2022 article, "Real-world experience of abiraterone acetate plus prednisone in chemotherapy-naive patients with metastatic castration-resistant prostate cancer: the long-term results of the prospective ABItude study", the study design, site monitoring, data management, and statistical analysis were carried out by Defendant IQVIA. https://pmc.ncbi.nlm.nih.gov/articles/PMC9058899/

248. Based on knowledge and belief, Plaintiff alleges the Abitude study authors wrote that medium medication adherence was defined as an MMAS-8 score of 6-7. Upon information and belief, the MMAS-8 scoring and coding criteria of medium medication adherence of 6-7 reported by Defendant IQVIA was scientifically and medically incorrect and would have invalidated the MMAS-8 results, as well as possibly misdiagnosing the medication adherence of cancer patients to their medication regimen.

https://pmc.ncbi.nlm.nih.gov/articles/PMC9058899/

249. Upon knowledge and belief, Plaintiff alleges instead of using the MMAS Research LLC Copyright notification required in Appendix I of the MediNeos/IQVIA/ Morisky Widget license, Defendants IQVIA placed a false copyright notification in the ABItude study article from Donald Morisky.

writing services on behalf of Statinfo srl. Use of the ©MMAS is protected by US copyright laws. Permission for use is required. A license agreement is available from: Donald E. Morisky, ScD, ScM, MSPH, Professor, 294 Lindura Court, Las Vegas, NV 89138-4632, USA; dmorisky@gmail.com.

https://pmc.ncbi.nlm.nih.gov/articles/PMC9058899/

250.  Upon knowledge and belief, Plaintiff alleges that Defendants IQVIA and Donald Morisky violated DMCA, section 1202 (a) by providing false copyright information in the ABItude study article to conceal an infringement of the Morisky Widget copyright.

251.  Upon knowledge and belief, Plaintiff alleges The ABItude study article authors wrote in two places that "the Use of the ©MMAS is protected by US copyright laws. Permission for use is required. A license agreement is available from: Donald E. Morisky, ScD, ScM, MSPH, Professor, 294 Lindura Court, Las Vegas, NV 89138-4632 See Exhibit ABItude MediNeos Janssen Italy. https://pmc.ncbi.nlm.nih.gov/articles/PMC9058899/

**FIRST CAUSE OF ACTION**
**<u>BREACH OF CONTRACT</u>**
**<u>AS TO DEFENDANTS</u>**

**<u>Donald Morisky, Susan Morisky, Phillip Morisky, MMAR LLC, IQVIA, Daiichi UK, UBC, Mark Zimmerman, Lifespan Hospitals</u>**

252. MMAS  Research  realleges  each  allegation  contained  in  the preceding paragraphs.

253.  This cause of action for breach of contract is established by the prima facie elements of (1) existence of a valid contractual obligation, (2) performance by the plaintiff, (3) breach by the defendant, and (4) resulting damages to Plaintiff.

254. A valid contractual obligation was established by the execution of a perpetual Morisky Widget license agreement between Defendant IQVIA and Plaintiff MMAS Research LLC on September 24, 2018, which permitted use of the Morisky Widget MMAS assessments under specific conditions. These agreements constitute binding contracts under applicable law.

255. In breach of Section 1 of September 24, 2018, perpetual Morisky Widget license, Defendant IQVIA transferred and exploited the Morisky Widget MMAS assessments without permission from Plaintiff for the Abitude study.

256. In breach of Section 1 of their September 24, 2018, perpetual Morisky Widget license, Defendant IQVIA did not score and code MMAS tests with the Morisky Widget.

257. In breach of Section 2a of their September 24, 2018, perpetual Morisky Widget license, Defendant IQVIA publicized MMAS Coding and Scoring in the Abitude study without the expressed, written consent from MMAS Research.

258. A contractual obligation was established by the execution of the CR2A settlement agreement between Defendants Donald Morisky, Susan Morisky, Philip Morisky and MMAR LLC and Plaintiff, which permitted use of the Morisky Widget under specific conditions.

259. In breach of Section 2 #7 of the CR2A, Defendants Donald Morisky, Susan Morisky, MMAR LLC failed to support over 200 Morisky Widget licensees, including but not limited to Daiichi UK, IQVIA, UBC, Janssen Japan, Sanofi, AbbVie, Novartis, the University of Wolverhampton, Mitsubishi Tanabe Pharmaceuticals, OPIS, Brescia Hospital, and Boston Children's Hospital, despite their ongoing and valid licenses to the Morisky Widget. This systematic breach has caused significant disruption to these licensees' operations and research, potentially impacting patient care and scientific progress.

260. In breach of Section 2 #14 of the CR2A, Defendants Donald Morisky, Susan Morisky, Phillip Morisky, and MMAR made public defamatory statements about Plaintiff in postings on the www.moriskyscale website and in correspondence with Morisky Widget Licensees.

261. In breach of the CR2A Section 2 #3, Defendants Donald Morisky, Phillip Morisky, Susan Morisky and MMAR blocked, circumvented, and tortiously interfered with Claim Settlements that included a retroactive license for the

Morisky Widget and corrective measures to be performed by the licensee with the assistance of Steve Trubow.

262. Defendant Daiichi UK is in breach of Section 1 (a) of their Morisky Widget license for denying that the Morisky Widget MMAS-8 is the property of the Plaintiff and transferring their Morisky Widget license to Defendant Donald Morisky and MMAR.

263. Defendant Daiichi UK is in breach of Section 1 (f) of their Morisky Widget license for not scoring and coding MMAS-8 tests in the Morisky Widget. As of April 30, 2025, Defendant Daiichi UK has scored 63 MMAS-8 tests in the Morisky Widget, yet they reported administering, scoring and coding at least 489 MMAS-8 tests.

264. A valid contractual obligation was established by the execution of a perpetual Morisky Widget license agreement between Defendant Lifespan Hospitals and Plaintiff.

265. Defendants Lifespan Hospitals and Mark Zimmerman in breach of their perpetual Morisky Widget license in which they agreed that the Morisky Widget assessments, including CUXOS and CUDOS were the exclusive property of the Plaintiff and cannot be used, transferred, distributed, published, or otherwise exploited without the written permission of the Plaintiff.

266. A valid contractual obligation was established by the execution of a perpetual Morisky Widget license agreement between Defendant University of British Columbia (UBC) and Plaintiff.

267. Defendant UBC is in breach of Section 1 of their perpetual Morisky Widget license which stated all psychometric products as well as their certified translations, adaptions, computer programs, software and scoring and coding algorithms, trade secrets, and any other related documents and information (including those in electronic form) which embody or are related to the Morisky Widget or including without limitation the Morisky Medication Adherence Scale 4-and 8-item versions, are intellectual property of MMAS Research LLC.

268.  As a direct and proximate result of the breaches of Defendants Morisky Widget licenses, MMAS Research has suffered financial losses and will continue to suffer severe competitive harm, irreparable injury, and significant damage, including but not limited to loss of competitive advantage and diminution in the value of the Morisky Widget software. Consequently, MMAS Research is entitled to significant compensatory damages, punitive damages to deter future breaches, and full reimbursement of all attorney's fees and costs incurred in pursuing these claims. The Court should consider the deliberate and repeated nature of these breaches when determining the appropriate award.

### SECOND CAUSE OF ACTION
### Violation of DMCA (17 U.S.C. § sections 1202(a) 1202 (b)
### AS TO DEFENDANTS

## Donald Morisky, Mark Zimmerman, Lifespan Hospitals, UBC, MMAR LLC

## IQVIA

242. MMAS Research reasserts and realleges each and every allegation contained in the preceding paragraphs as though fully set forth herein.

243.  The DMCA, under 17 U.S.C. § 1202(a), prohibits a person or business from providing false copyright information and or distributing false copyright information to conceal an infringement. The DMCA, under 17 U.S.C. § 1202(b), prohibits a person or business from removing or altering copyright information without the copyright holder's permission.

244. Under 17 U.S.C 1203 (b) statutory damages are multiplied by each violation of the DMCA. The list below shows multiple violations of 1202 section 1202(a) and 1202 (b) by Defendants Johnson and Johnson Innovative Medicine, Donald Morisky, Phillip Morisky, and MMAR LLC.

245. Plaintiff alleges that Defendants Donald Morisky, Phillip Morisky, MMAR LLC, Weide, Miller, and Austin violated 17 U.S.C. § 1202(a) knowingly provided false copyright information with the intent to induce, enable, facilitate, or conceal an infringement of the Morisky Widget copyright in April 2022 by falsely

claiming on www.morisyscale.com ownership of the copyright protected MMAS Research Widget Code.

246. Plaintiff alleges Defendants Donald Morisky and MMAR LLC violated 17 U.S.C. § 1202(a) by falsely claiming ownership of Morisky Widget MMAS results to cover up an infringement of the Morisky Widget copyright in December 2021 and July 2022 articles published by the University of Wolverhampton.

247. Plaintiff alleges Defendants Donald Morisky, MMAR LLC, Lifespan Hospitals, and Mark Zimmerman violated 17 U.S.C. § 1202(a) by providing false copyright information in a July 2022 article published by the University of Wolverhampton to conceal an infringement of the Morisky Widget copyright.

248. Plaintiff alleges Defendants Donald Morisky violated 17 U.S.C. § 1202(a) and 1202(b) by falsely claiming ownership of at least 39 Morisky Widget translations for a Sanofi France clinical trial, removing MMAS Research 2021 copyright notification and replacing it with Morisky 2006 MMAS-8 copyright notification to conceal an infringement of the Morisky Widget copyright.

249. Plaintiff alleges Defendant Donald Morisky violated 17 U.S.C. § 1202(a) by presenting false copyright information to cover up a copyright infringement of the Morisky Widget in articles and Clinical Trials Gov reporting of MMAS-8 results of the Boston Children Hospital study to conceal an infringement of the Morisky Widget copyright.

250. Plaintiff alleges Defendants Donald Morisky and IQVIA violated 17 U.S.C. § 1202(a) by presenting false copyright information to cover up a copyright infringement of the Morisky Widget in articles and Clinical Trials Gov reporting of MMAS-8 results of the Boston Children Hospital study to conceal an infringement of the Morisky Widget copyright.

251. Plaintiff alleges Defendant UBC violated 17 U.S.C. § 1202(a) by presenting false copyright information to cover up a copyright infringement of the

Morisky Widget in an article reporting MMAS-8 results to conceal an infringement of the Morisky Widget copyright.

252.    Plaintiff alleges Defendant IQVIA and Donald Morisky violated 17 U.S.C. § 1202(a) by presenting false copyright information to conceal a copyright infringement of the Morisky Widget in an article reporting MMAS-8 results of the ABItude Italy study.

253.  As a direct and proximate result of the DMCA 1202 (a) and 1202 (b) violations, MMAS Research has suffered and will continue to suffer severe competitive harm, irreparable injury, and significant damage, including but not limited to loss of competitive advantage and diminution in the value of the Morisky Widget MMAS-software.

254.  MMAS Research seeks statutory damages for each violation of section 1202 in the sum of not less than $25,000 per violation in an amount to be proven at trial.

255.  MMAS Research is entitled according to 1202 (c) to an award for multiple DMCA 1202 violations, attorney's fees and costs incurred as a result of DMCA 1202 violations by Donald Morisky, Mark Zimmerman, MMAR LLC, and IQVIA

## THIRD CAUSE OF ACTION

### Trade Secret Misappropriation DTSA
### AS TO DEFENDANTS
### Donald Morisky, James Calvin, MMAR, UBC, Western Ontario University, Daiichi UK, IQVIA

256.  MMAS Research realleges each allegation contained in the preceding paragraphs.

257.  Plaintiff MMAS Research possesses and vigorously asserts trade secret rights in the MMAS Research Widget Code, including its proprietary editing, scoring and coding algorithms. These trade secret algorithms are highly valuable intellectual property assets, representing years of research and development. They

are not generally known to others in the industry and provide MMAS Research with a significant competitive advantage. MMAS Research has consistently implemented robust measures to maintain the secrecy of this information, including but not limited to strict confidentiality agreements, limited access protocols, and secure storage systems.

258. Under the Defend Trade Secrets Act 18 U.S.C.S. § 1839(3). A trade secret consists of three elements: (1) information; (2) that is valuable because it is unknown to others; and (3) that the owner has attempted to keep secret.

259. The trade secrets include, but are not limited to, the specific scoring and coding algorithms and test/translation editor algorithms of the MMAS Widget Code software designed to create MMAS condition and medication specific assessments in over 80 languages.

260. Plaintiff alleges Defendants Phillip Morisky, Lifespan Hospitals, Daiichi UK, UBC, and IQVIA clinicians were trained and certified on the use of copyrighted trade secret Morisky Widget scoring, coding and test editor algorithms used to create, score, code and report MMAS-4 and MMAS-8 tests.

261. Plaintiff alleges Defendants Donald Morisky, Phillip Morisky, Mark Zimmerman, Lifespan Hospitals, Daiichi UK, UBC, James Calvin, Western Ontario University, and IQVIA misappropriated Plaintiff's trade secret scoring, coding and test editor algorithms.

262. MMAS Research seeks damages in an amount to be proven at trial, as well as temporary, preliminary, and permanent injunctive relief to recover and protect their confidential, proprietary, and trade secret information and to protect other legitimate business interests.

263. Plaintiff MMAS Research is entitled to an award of damages and attorney's fees and costs incurred as a result of Defendants Donald Morisky, Phillip Morisky, Mark Zimmerman, Lifespan Hospitals, Daiichi UK, UBC, James Calvin, Western Ontario University, and IQVIA misappropriation of Morisky Widget trade secrets.

## FOURTH CAUSE OF ACTION

## WILLFUL Statutory Infringement of Copyright

## (17 U.S.C. § 501, *et seq*

## AS TO DEFENDANTS

## Defendants Daiichi UK, UBC, Lifespan Hospitals Western Ontario University, IQVIA, MMAR LLC, Donald Morisky, James Calvin, Austin, Weide, and Miller

264. Plaintiff realleges each allegation contained in the preceding paragraphs and incorporates them with this reference as though fully set forth herein.

265. At all times relevant hereto, Plaintiff MMAS Research was the owner of all copyright or rights to assert copyright claims for the Morisky Widget and all derivative works. Plaintiff MMAS Research has complied in all respects with the Copyright Act of 1976, 17 U.S.C. §§ 101, et seq., and all other laws governing copyright.

266. Plaintiff MMAS Research is informed and believes and thereon alleges that Defendants, without authorization, have infringed and will continue to infringe the Morisky Widget Copyright by using, copying, counterfeiting, distributing, or otherwise exploiting the same outside of the confines of the Agreement or any other valid agreement.

267. By reason of the copyright infringements described below, Plaintiff is entitled to recover from Defendants statutory damages up to $150,000.00 per copyright infringed for Defendants' willful copyright infringement, plus attorneys' fees.

268. Plaintiff alleges Defendants Donald Morisky, MMAR, UBC, James Calvin, Western Ontario University, Daiichi UK, IQVIA, Austin Weide and Miller violated 17 U.S.C. §501, *et seq*.

269.  Plaintiff alleges Defendants IQVIA has willfully committed no less than 400 copyright infringements of the MMAS Research Widget Code.

270.  Defendants UBC has willfully committed no less than 13,000 copyright infringements of the MMAS Research Widget Code MMAS-8.

271.  Defendants Western Ontario University and James Calvin have willfully committed no less than 500 copyright infringements of the MMAS Research Widget Code MMAS-8.

272.  Defendants Donald Morisky, Mark Zimmerman, MMAR, Lifespan Hospitals have willfully committed no less than 3000 copyright infringements of the MMAS Research Widget Code.

273.  Defendants Austin, Weide and Miller have willfully committed no less than 20,000 copyright infringements of the MMAS Research Widget Code.

## FIFTH CAUSE OF ACTION

### INTENTIONAL INTEREFERENCE WITH CONTRACT RELATIONS AS TO DEFENDANTS
### (Defendants MARK ZIMMERMAN, PHILLIP MORISKY, MMAR, DONALD MORISKY, SUSAN MORISKY, AUSTIN, WEIDE AND MILLER

274.  MMAS Research realleges each allegation contained in the preceding paragraphs.

275.  At all times relevant hereto, MMAS Research was the owner of all rights to asset claims for the Morisky Widget.

276. "California recognizes a cause of action against noncontracting parties who interfere with the performance of a contract. 'It has long been held that a stranger to a contract may be liable in tort for intentionally interfering with the performance of the contract.'" *Redfearn v. Trader Joe's Co*. (2018) 20 Cal.App.5th 989, 997 [230 Cal.Rptr.3d 98].

277. "[C]ases have pointed out that while the tort of inducing breach of contract requires proof of a breach, the cause of action for interference with contractual relations is distinct and requires only proof of interference." *Pacific*

*Gas & Electric Co. v. Bear Stearns & Co.* (1990) 50 Cal.3d 1118, 1129 [270 Cal.Rptr. 1, 791 P.2d 587] (internal citations omitted).

278. "The elements which a plaintiff must plead to state the cause of action for intentional interference with contractual relations are (1) a valid contract between plaintiff and a third party; (2) defendant's knowledge of this contract; (3) defendant's intentional acts designed to induce a breach or disruption of the contractual relationship; (4) actual breach or disruption of the contractual relationship; and (5) resulting damage." Pacific Gas & Electric Co. v. Bear Stearns & Co. (1990) 50 Cal.3d 1118, 1126 [270 Cal.Rptr. 1, 791 P.2d 587].

279. "We conclude that specific intent is not a required element of the tort of interference with prospective economic advantage. While a plaintiff may satisfy the intent requirement by pleading specific intent, i.e., that the defendant desired to interfere with the plaintiff's prospective economic advantage, a plaintiff may alternately plead that the defendant knew that the interference was certain or substantially certain to occur as a result of its action." *Korea Supply Co. v. Lockheed Martin Corp.* (2003) 29 Cal.4th 1134, 1154 [131 CACI No. 2201 ECONOMIC INTERFERENCE 1318].

280. As established above, MMAS Research had hundreds of valid Morisky Widget contracts.

281. Plaintiff alleges that Defendants Donald Morisky, Susan Morisky, Phillip Morisky, Mark Zimmerman, Austin, Weide and Miller and MMAR each knew of these contracts by way of CR2A or other means and tortiously interfered with these contracts in order to terminate the Morisky Widget licenses and replace them with Donald Morisky and MMAR licenses.

282. This interference caused over 200 Morisky Widget licensees to terminate their Morisky Widget contracts with Plaintiff.

283. As evidenced by the allegations and attached Exhibits, Defendants Donald Morisky, Phillip Morisky Susan Morisky, and MMAR have repeatedly

and intentionally interfered with Plaintiff's ability to perform the agreed terms of the CR2A and to effectuate settlements and licenses provided by the CR2A. This interference has resulted in MMAS Research losing expected revenue and suffering damage to its business reputation, scientific standing and contractual relationships.

284. MMAS Research claims Defendants Donald Morisky, Susan Morisky, Phillip Morisky, MMAR, Zimmerman, Austin, Weide and Miller intentionally and tortiously interfered and terminated perpetual Morisky Widget license contracts and legal settlements with over 200 Morisky Widget licensees.

285. Trubow and MMAS Research have lost expected revenue resulting from the intentional tortious actions of Defendants in a sum to be proven at trial, but in a sum no less than $20,000,000.

286. Such interference has not only been contrary to said obligations but has been directed to cause harm to Plaintiff. These tortious actions have included:

    a. Inducing a third party to breach a contract and terminate their Morisky Widget license.

    b. Spreading false information about the ownership of the Morisky Widget copyright.

    c. Interfering with existing court settlements and retroactive Morisky Widget licenses to settle infringements.

    d. Interfering with the use of the Morisky Widget in clinics and hospitals worldwide that compromised the treatment for seriously ill patients with chronic and infectious diseases.

    e. Interfering with the use of the Morisky Widget in international clinical trials for seriously ill patients with chronic and infectious diseases.

    f. Threatening lawsuits to existing Morisky Widget licensees if they continue to use the Widget.

g. Postings on www.moriskyscale.com that delivered false information on Morisky Widget licenses, and on the operating status and ownership of Morisky Widget.

287. Defendants Phillip Morisky, Donald Morisky, Susan Morisky, along with their Nevada-based entity MMAR, LLC, and their counsel Austin, Weide & Miller tortiously interfered with and wrongfully terminated perpetual Morisky Widget licenses held by MMAS Research, LLC, as listed in the CR2A Agreement. These licenses were held by institutions including Boston Children's Hospital, Brescia Hospital, Ann & Robert H. Lurie Children's Hospital, King Faisal Specialist Hospital, Clermont-Ferrand University Hospital, Johnson & Johnson Innovative Medicine, IQVIA, Daiichi Sankyo UK Ltd., Mitsubishi Tanabe Pharma, Sanofi S.A., AbbVie Inc., Elpen Pharmaceuticals, and the Universities of Wolverhampton, Naples, Latvia, and California, among hundreds of others.

288. Plaintiff seeks compensatory damages for economic harm, punitive damages for malicious conduct, and injunctive relief to prevent further interference.

## IV.    **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that this Court enters judgment in their favor and against Defendants as follows:

1. For actual damages in an amount according to proof at trial, but not less than $10,000,000, for economic harm suffered by Plaintiff MMAS Research due to the Defendants' actions, and for any additional profits attributable to infringements of Plaintiff MMAS Research's copyright in the Morisky Widget, in accordance with proof at trial.

2.    For statutory damages for copyright infringement and/or willful copyright infringement by Defendants, in the amount of $150,000.00 per copyright infringed, as provided under 17 U.S.C. § 504(c).

3.    For issuance of preliminary and permanent injunctive relief against Defendants, and each of them, and their respective officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Defendants, enjoining and restraining them from: using the Widget Tests or the Morisky Widget copyrighted work until a license is obtained, including the maintenance on websites, posted on the Internet, or in any publication, articles, and reports described herein, or any such articles, publication, and reports in the future that use or reference the Widget Tests, MMAS-8, or the Morisky Widget.

4.    Order that Defendants file with this Court and serve upon Plaintiffs within thirty (30) days after service on Defendants of an injunction in this action, a report by Defendants, under oath, setting forth that Defendants have complied with the injunction, as well as the steps they have taken to comply.

5.    For costs of suit incurred.

6.    For prejudgment interest in the amount of ten percent (10%) per annum or the maximum amount allowed by law.

7.    For injunctive relief, enjoining Defendant Morisky from further violations of the DMCA with respect to the Morisky Widget MMAS-8 Test.

8.    For statutory damages for the willful violation of the DMCA, in an amount to be determined at trial.

9.    For MMAS Research's costs and attorneys' fees incurred herein.

10.   For such other and further relief as the Court deems just and proper.

---

1
2  Dated:   June 8, 2025                          Respectfully submitted,
3
4                                                 By: /s/ *Michael N. Cohen*
5
6                                                 Ronald D. Coleman *Pro Hac Vice*
                                                  rcoleman@colemanlaw-pc.com
7                                                 COLEMAN LAW FIRM, PC
                                                  50 Park Place, Suite 1105
8                                                 Newark, NJ 07102
                                                  Tel: 973-264-9611
9
10                                                Patricia L. Ray *Pro Hac Vice*
                                                  raypatricia@yahoo.com
11                                                5 Old Mill Road
                                                  Freeport, PA 16229
12                                                Tel: 215-908-6810
13
14                                                Michael N. Cohen (SBN 225348)
                                                  mcohen@cohenip.com
15                                                Vikram Amritraj (SBN 321584)
                                                  vamritraj@cohenip.com
16                                                COHEN IP LAW GROUP, PC
                                                  9025 Wilshire Blvd., Suite 301
17                                                Beverly Hills, California 90211
                                                  Tel: 310-288-4500
18                                                Fax: 310-246-9980
19
20
21
22
23
24
25
26
27
28

## DEMAND FOR JURY TRIAL

Defendants hereby demand trial by a jury for all causes of action, claims, or issues in this action that are triable as a matter of right to a jury.

Dated:    June 8, 2025                              Respectfully submitted,


By: /s/ *Michael N. Cohen*

Ronald D. Coleman *Pro Hac Vice*
rcoleman@colemanlaw-pc.com
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
Tel: 973-264-9611

Patricia L. Ray *Pro Hac Vice*
raypatricia@yahoo.com
5 Old Mill Road
Freeport, PA 16229
Tel: 215-908-6810

Michael N. Cohen (SBN 225348)
mcohen@cohenip.com
Vikram Amritraj (SBN 321584)
vamritraj@cohenip.com
COHEN IP LAW GROUP, PC
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel: 310-288-4500
Fax: 310-246-9980

# EXHIBIT 1

*labeledV.w*

*MMAS Research Widget Code.*

|  |  |
|---|---|
| Type of Work: | Computer File |
| Registration Number / Date: | TX0008816517 / 2019-12-03 |
| Application Title: | MMAS Research Widget Code. |
| Title: | MMAS Research Widget Code. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | MMAS Research LLC, Transfer: By written agreement. Address: 14725 NE 20th St. #D-53 Bellevue, WA 98007-3732. |
| Date of Creation: | 2017 |
| Date of Publication: | 2017-03-18 |
| Nation of First Publication: | United States |
| Authorship on Application: | Dustin Machi, 1974- ; Domicile: United States; Citizenship: United States. Authorship: computer program. |
| Previous Registration: | 2016, TX0008285390. |
|  | 2018, TX0008632533. |
| Basis of Claim: | computer program. |
| Rights and Permission: | Douglas P. LaLone, Fishman Stewart PLLC, 800 Tower Drive, Suite 610, Troy, MI, 48098, United States, (248) 594-0650, docketing@fishstewip.com |
| Copyright Note: | C.O. correspondence. |
| Names: | Machi, Dustin, 1974- |
|  | MMAS Research LLC |

# EXHIBIT 2

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 13 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MMAS RESEARCH, LLC, a Washington Limited Liability Company, | No.   23-55202 |
| Plaintiff-Appellant, | D.C. No. 2:21-cv-01406-MWF-JPR |
| v. | |
| THE CHARITE; ANIKA STEINER; ELISABETH THEISSEN, Dr.; SMARTPATIENT GMBH, a German corporation; MY THERAPY; DOES, 1-50, inclusive, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Argued and Submitted February 13, 2024
Pasadena, California

Before:  W. FLETCHER, NGUYEN, and LEE, Circuit Judges.

This case involves a copyright dispute between MMAS Research, a medical

software company, and The Charité, a German hospital.  MMAS alleges that Charité

infringed its copyright to the Morisky Widget, a medical software program, by using

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

the Morisky Widget in unauthorized medical studies.  The district court dismissed the suit under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), finding that MMAS lacked standing to pursue a copyright claim because it did not own the Morisky Widget and that MMAS failed to allege a copyright violation.

MMAS raises three arguments on appeal.  First, MMAS argues that the district court erred in concluding it lacked standing to sue.  Second, MMAS argues that the district court erred in analyzing its copyright claim under the Copyright Act rather than the Digital Millenium Copyright Act (DMCA).  Third, MMAS argues that the district court erred in dismissing its state law claims because there was diversity jurisdiction over those claims.[1]  We have jurisdiction under 28 U.S.C. § 1291 and affirm.

1. <u>The district court erred in concluding that MMAS lacked standing to sue for copyright infringement.</u>  The district court found that a 2020 preliminary settlement agreement from a separate lawsuit between MMAS and Dr. Donald Morisky transferred the Morisky Widget from MMAS to Dr. Morisky.  But that agreement—which simply outlined terms MMAS and Dr. Morisky "desire[d] to

---

[1] MMAS also argues that the district court should have considered Charité's unclean hands before dismissing MMAS's claims.  Because unclean hands are a defense against a party seeking equitable relief, not a reason to find that a complaint plausibly alleged a claim, this argument is meritless.  *See Ellenburg v. Brockway, Inc.*, 763 F.2d 1091, 1097 (9th Cir. 1985), *abrogated on other grounds by Watkins v. Westinghouse Hanford Co.*, 12 F.3d 1517, 1527 (9th Cir. 1993).

consent and agree to" sometime in the future—was never finalized. MMAS thus never transferred its copyright and remains the registered owner of the Morisky Widget. Similarly, because the agreement was a private contract between Dr. Morisky and MMAS, and because it was never finalized, it was not an abandonment of MMAS's right to sue Charité for copyright infringement. *See Hampton v. Paramount Pictures Corp.*, 279 F.2d 100, 104 (9th Cir. 1960) (finding abandonment where copyright owner's actions demonstrated the intent to "surrender the[ir] rights and allow the public to copy").

2. The district court did not err in analyzing MMAS's copyright claim under the Copyright Act rather than the DMCA. The district court analyzed MMAS's claim under the Copyright Act, concluding that MMAS failed to state a claim because it had not alleged any domestic acts of infringement. On appeal, MMAS does not contend that Charité infringed its copyright under the Copyright Act or argue that the district court erred in concluding that MMAS failed to allege a Copyright Act violation. Instead, MMAS argues that the district court should have analyzed its claims under the DMCA. Although MMAS referenced the DMCA in the caption of its operative pleading, MMAS did not allege facts that prove a DMCA violation, make a DMCA argument to the district court, or otherwise alert the district court that it was pursuing a claim under the DMCA. For example, although MMAS contends on appeal that Charité violated the DMCA's "prohibition on the removal

3

or alteration of copyright management information," MMAS never mentioned copyright management information in its operative pleading or district court briefing. MMAS instead presented its claims as if they were traditional copyright infringement claims. The district court thus did not err in analyzing MMAS's complaint under the Copyright Act rather than the DMCA.

     3. <u>The district court did not err in dismissing the state law claims.</u> MMAS argues that the district court erred in dismissing its state law claims because there was diversity jurisdiction over those claims. MMAS did not allege the citizenship of the parties other than smartpatient GmbH in its operative complaint, and its allegation that "there is a complete diversity of citizenship" is insufficient to invoke the court's jurisdiction. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857–58 (9th Cir. 2001). Although "[d]effective allegations of jurisdiction may be amended," *id.* at 858 (quoting 28 U.S.C. § 1653), the district court previously put MMAS on notice that its jurisdictional allegations were defective, and MMAS did nothing to correct them. The district court thus did not err in dismissing those claims.

     **AFFIRMED.**

# EXHIBIT 3

**trubow1@gmail.com**

**Subject:**              FW: Requested changes in the Morisky Widget

**From:** Dustin Machi <dmachi@hapticscience.com>
**Date:** November 16, 2016 at 9:51:41 AM PST
**To:** DONALD MORISKY <dmorisky@ucla.edu>
**Cc:** Steve Trubow <trubow1@gmail.com>
**Subject: Re: Requested changes in the Morisky Widget**

Hi Don,

> Hi Dustin and here are some changes that need to be made on the
> Morisky Widget in which Steve and I went over today.  First, the name
> Morisky needs to be spelled correctly, which now reads "moriskey".

Where in the site are you seeing this?  I just took a look a moment ago and it seems to
be "morisky" everywhere so far, so if you can point me to where on the site you were
seeing this typo, I can fix.

> Next, the :Cancel box and Create Assessment Form- is not visible on the
> right side and needs to be moved up a space or two, Only the top of the
> box is visible.

I guess that the screen or the browser window is small and thats why you are seeing this
happen.  I will make it behave better.

> The Intentional and Unintentional scores are not correct. Currently,
> there are 3 and 5 and need to be changed to 4 and 4.  I have attached
> the listing of each item and its resultant categorization of "intentional
> and unintentional".

Is this a change from before?  It could certainly be a bug, but I copied the existing
morisky scoring code that we were using in MHIS. So if it is wrong here, then it is also
wrong in MHIS and has been wrong since that functionality was implemented.

> Finally, please make a screen name for Morisky and a password.

> Please send me the instructions for logging on.

Will do.  What is your preferred username?


Thanks,
Dustin



Thanks for all your hard work on this Widget.

Don

<Unintentional and Intentional Scoring Criteria_Generic2016.doc>

**trubow1@gmail.com**

**Subject:**          FW: updated protocol and workflow

**From:** Dustin Machi <dmachi@hapticscience.com>
**Sent:** Wednesday, December 7, 2016 6:01 AM
**To:** DONALD MORISKY <dmorisky@ucla.edu>
**Cc:** Steve Trubow <trubow1@gmail.com>
**Subject:** Re: updated protocol and workflow

When you launch the tests, they open in a new browser window/tab.  You can close that window after the test is complete.   Then, in the main window, you click on "assessments" at the top.   Then you will see a list of all the assessments.   You find the one you want to look at, and click the eye icon to open that assessment.  Then you will see that assessment.

I hope this helps.

Dustin



On Dec 7, 2016, at 8:41 AM, DONALD MORISKY <dmorisky@ucla.edu> wrote:

I got the widget to work but it does not go back to the results after I finish answering the MMAS questions.  Please send me the specific steps following data entry.

Thanks and sorry to bother you so early in the am....

1

On Wed, Dec 7, 2016 at 3:32 AM, Steve Trubow <trubow1@gmail.com> wrote:

Empty broswer

Sent from my iPhone

On Dec 6, 2016, at 10:35 PM, DONALD MORISKY <dmorisky@ucla.edu> wrote:

> hi Steve and Dustin and I am having problems in getting the widget to
> work.  I go to morisky.org and enter my email and password but
> nothing happens.  Please help,,,I have a presentation in the morining...
>
> Thanks,
>
> Don
>
> On Tue, Dec 6, 2016 at 7:07 PM, olympic labs <trubow1@gmail.com>
> wrote:
>
> > <image001.jpg>

# EXHIBIT 4

**From:** Dustin Machi <dmachi@hapticscience.com>
**Sent:** Friday, December 9, 2022 7:39 PM
**To:** Steve Trubow <trubowl@gmail.com>
**Subject:** fwd: re: cudos and cuxos

**Subject: Re: cudos and cuxos**
**Date:** June 1, 2016 at 6:53:53 PM EDT
**To:** "Zimmerman, Mark MD" <MZimmerman@Lifespan.org>
**Cc:** dmorisky@g.ucla.edu, Dustin Machi <dmachi@hapticscience.com>, jfreeman@smcmed.com

Dr. Zimmerman
Can we please deliver the questions electronically through the clinics portal and score the results and deliver them into
NextGen EHR which is used by the FQHC
Thank You
Steve Trubow

Sent from my iPhone

On Jun 1, 2016, at 3:28 PM, Zimmerman, Mark MD <MZimmerman@Lifespan.org> wrote:

> okay

> **From:** Steve Trubow [mailto:trubow1@gmail.com]
> **Sent:** Wednesday, June 01, 2016 5:11 PM
> **To:** Zimmerman, Mark MD
> **Cc:** 'James Freeman'; dmorisky@g.ucla.edu; dmachi@hapticscience.com
> **Subject:** RE: cudos and cuxos

> Dr. Zimmerman,

> The Cudos and Cuxos would be used by clinicians in a federally qualified health center in Atlanta as part of the
> Morisky Medication Adherence Protocol.

> Thank you

> Steve Trubow
> Olympic Labs

> Don Morisky
> UCLA

> Dustin Machi
> Virginia Tech

**From:** Zimmerman, Mark MD [mailto:MZimmerman@Lifespan.org]
**Sent:** Wednesday, June 1, 2016 2:02 PM
**To:** Steve Trubow <trubow1@gmail.com>
**Subject:** RE: cudos

It is free for use for clinicians

You can get it at www.outcometracker.org

---

**From:** Steve Trubow [mailto:trubow1@gmail.com]
**Sent:** Wednesday, June 01, 2016 4:56 PM
**To:** Zimmerman, Mark MD
**Subject:** cudos

Can I get information of the use of the cudos?
Is there any cost involved?
Thanks
Steve Trubow
360-824-0701

Begin forwarded message:

**From:** "Zimmerman, Mark MD" <MZimmerman@Lifespan.org>
**Subject: RE: cudos and cuxos**
**Date:** June 1, 2016 at 6:28:39 PM EDT
**To:** Steve Trubow <trubow1@gmail.com>
**Cc:** 'James Freeman' <jfreeman@smcmed.com>, "dmorisky@g.ucla.edu" <dmorisky@g.ucla.edu>, "dmachi@hapticscience.com" <dmachi@hapticscience.com>

okay

---

**From:** Steve Trubow [mailto:trubow1@gmail.com]
**Sent:** Wednesday, June 01, 2016 5:11 PM
**To:** Zimmerman, Mark MD
**Cc:** 'James Freeman'; dmorisky@g.ucla.edu; dmachi@hapticscience.com
**Subject:** RE: cudos and cuxos

Dr. Zimmerman,

The Cudos and Cuxos would be used by clinicians in a federally qualified health center in Atlanta as part of the Morisky Medication Adherence Protocol.

Thank you

Steve Trubow
Olympic Labs

Don Morisky
UCLA

Dustin Machi
Virginia Tech

---

**From:** Zimmerman, Mark MD [mailto:MZimmerman@Lifespan.org]
**Sent:** Wednesday, June 1, 2016 2:02 PM
**To:** Steve Trubow <trubow1@gmail.com>
**Subject:** RE: cudos

It is free for use for clinicians

You can get it at www.outcometracker.org

---

**From:** Steve Trubow [mailto:trubow1@gmail.com]
**Sent:** Wednesday, June 01, 2016 4:56 PM
**To:** Zimmerman, Mark MD
**Subject:** cudos

Can I get information of the use of the cudos?
Is there any cost involved?
Thanks
Steve Trubow
360-824-0701

Begin forwarded message:

**From:** "Steve Trubow" <trubow1@gmail.com>
**Subject: RE: cudos and cuxos**
**Date:** June 1, 2016 at 5:11:16 PM EDT
**To:** "'Zimmerman, Mark MD'" <MZimmerman@Lifespan.org>

**Cc:** "'James Freeman'" <jfreeman@smcmed.com>, <dmorisky@g.ucla.edu>, <dmachi@hapticscience.com>

Dr. Zimmerman,

The Cudos and Cuxos would be used by clinicians in a federally qualified health center in Atlanta as part of the Morisky Medication Adherence Protocol.

Thank you

Steve Trubow
Olympic Labs

Don Morisky
UCLA

Dustin Machi
Virginia Tech

---

**From:** Zimmerman, Mark MD [mailto:MZimmerman@Lifespan.org]
**Sent:** Wednesday, June 1, 2016 2:02 PM
**To:** Steve Trubow <trubow1@gmail.com>
**Subject:** RE: cudos

It is free for use for clinicians

You can get it at www.outcometracker.org

---

**From:** Steve Trubow [mailto:trubow1@gmail.com]
**Sent:** Wednesday, June 01, 2016 4:56 PM
**To:** Zimmerman, Mark MD
**Subject:** cudos

Can I get information of the use of the cudos?
Is there any cost involved?
Thanks
Steve Trubow
360-824-0701

# EXHIBIT 5

## COPYRIGHT ASSIGNMENT

This Assignment agreement is between Dustin Machi, an individual residing at 567 Wisteria Dr, Radford, VA 24141 ("Assignor"), and MMAS Research LLC, a Washington limited liability company located at 14725 NE 20th St. #D-53, Bellevue, WA 98007-3732 ("Assignee").

WHEREAS Assignor is the creator and owner of the Work identified in **Exhibit A** and any and all modifications, versions, derivations, drafts and embodiments of such Work owned and/or created by Assignor (collectively, the "Work"). The Work was created with the parties' intent that ownership of copyright and all other rights to the Work would be owned by Assignee.

Effective December 3, 2019, for good and valuable consideration, receipt of which is hereby acknowledged, Assignor assigns to Assignee all worldwide right, title and interest in and to the Work, including, but not limited to, the copyrights therein; the right to use the Works and copies and derivatives thereof in any manner Assignee chooses; and the right to all claims for any past, current or future infringement of the Work.

This Assignment shall be binding upon and inure to the benefit of the parties and their respective successors, assigns, heirs and personal and legal representatives.

**ASSIGNOR**

Signature: _____

Name:     Dustin Machi

Dated:    December 3, 2019

1

# EXHIBIT A

The Work is identified as the MMAS Research Widget Code, its architecture, output screens (GUI's), and other associated materials.

# EXHIBIT 6

**Steve trubow**

---

**Subject:**            FW: Accept your offer of withdrawal

---

**From:** Donald Morisky <dmorisky@gmail.com>
**Sent:** Friday, June 21, 2019 12:37 PM
**To:** Steve Trubow <trubow1@gmail.com>
**Subject:** Accept your offer of withdrawal

Steve: After consideration, I have decided to accept the offer of withdrawal as a member contained in the February 14, 2019 e-mail from you to me. I have attached below a copy for your convenience. The offer "If you want to withdraw from MMAS Research LLC you are free to do so, but you will give up your 50% ownership in the Morisky Widget" is accepted. I hereby withdraw as a member and from all other of my roles on behalf of MMAS Research, LLC, effective June 21, 2019.  Thank you. "

Office of the Secretary of State
Corporations & Charities Division
(360) 725-0377 | www.sos.wa.gov/corps
801 Capitol Way S, Olympia, WA 98504-0234

○ Filing Fee $10
○ Filing Fee with Expedite Service $60

Secretary of State
State of Washington
**Date Filed: 07/05/2019**
**Effective Date: 07/05/2019**
**UBI No: 604 068 990**

## AMENDED REPORT
### RCW 23.95.255

All fields required unless otherwise specified

Entity Name: MMAB Research, LLC                    UBI: 604-068-990

Has your registered agent changed? ☐ YES  ☒ NO   If Yes, please be sure to complete page 2.

| Principal Office Street Address (Must be a physical address; No PO Box or PMB) | Mailing Address (optional) ☒ Check if mailing address is the same as street address. |
|---|---|
| Address: 14725 NE 20th Street, Suite D-53 | Address: |
| Zip: 98007   City: Bellevue | Zip:   City: |
| State: WA   Country: USA | State:   Country: |

Phone (optional): 360-824-0701          Email: (optional) Trobon1@gmail.com

Governor(s) (list at least one; attach additional pages if necessary) *An entity cannot serve as its own Governor

Name: Steven Trobony
Name:
Name:

Name: Note: Donald Morisky is no longer a member or
Name: governor
Name:

Nature of Business (briefly describe the type of business your entity conducts in the state of Washington):

This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

Signature of Authorized Person: _Donald E Morisky_          Date: 6-25-19
Print Name and Title (if applicable): Donald Morisky

Phone: (optional)          Email: (optional)

Amended Report
Pg 1 | Revised 7.2018

Work Order #: ~~201907010033932~~ - 1
Received Date: 07/01/2019
Amount Received: $10.00

# EXHIBIT 7

## CR 2A Agreement

Pursuant to Washington Civil Rule 2A, the parties signing hereto comprising on the one hand Steven Trubow and MMAS Research, LLC (collectively, the "Trubow Party") and on the other hand Donald Morisky, Susan Morisky, Philip Morisky, Marty Morisky and Morisky Medication Adherence Research, LLC ("MMAR") (collectively, the "Morisky Party") (with the Trubow Party and the Morisky Party collectively identified as the "Parties" and individually as a "Party") have reached a preliminary settlement ("Agreement") and desire to consent and agree to the following terms and conditions, which shall be binding and enforceable in any court:

## I.      Background

A.      On July 29, 2019, MMAS Research, LLC and Steven Trubow filed a lawsuit in King County Superior Court against Defendants Donald Morisky, Susan Morisky, Philip Morisky, Marty Morisky and Morisky Medication Adherence Research, LLC. Defendant Donald Morisky asserted certain counterclaims against MMAS Research, LLC and Steven Trubow.

B.      On May 28, 2020, Donald Morisky filed a lawsuit against MMAS Research, LLC and Steven Trubow in Nevada federal district court asserting claims for copyright and trademark infringement.

C.      On June 19, 2020, MMAR filed a motion for attorney's fees and costs in the Washington lawsuit. Susan Morisky may also file, in the future, a motion for attorney's fees and costs in the Washington lawsuit, but has agreed to postpone doing so pending finalizing a settlement agreement.

D.        On or about July 2, 2020, the Parties reached a preliminary settlement agreement, the terms of which the Parties and their counsel agreed to formalize in a final, long-form written settlement agreement (the "Final Agreement" as defined herein).

E.        In the interim, the Parties desire to consent and stipulate to the following material terms and conditions that are to be fully set forth in the Final Agreement, but which shall be binding pursuant to CR 2A as follows;

Now, therefore, in consideration of the mutual promises and terms set forth below, the Parties agree as follows:

## II.        Settlement Terms and Conditions

1.        MMAS Research, LLC will forego any claims it has to and will acknowledge that Donald Morisky is the sole and exclusive owner of the federal copyrights in and to the MMAS-4 and the MMAS-8, together with any related trademarks, copyrights, derivatives to the same or other intellectual property rights associated with the Morisky Medication Adherence scales or protocols, including without limitation, the items set forth in **Exhibit 1** to this Agreement, (the "Morisky IP").  MMAS Research, LLC will assign the Morisky Widget and any related copyrights, trademarks and related intellectual property rights (the "MMAS IP") to Donald Morisky (or his assignees, collectively "Donald Morisky"), except for any and all copyrights, trademarks and related intellectual property for the Global Medication Reconciliation Form ("GMRF"). A written copy of the GMRF is attached hereto as **Exhibit 2**.   All copyrights, trademarks and related intellectual property for the GMRF ("GMRF IP") shall continue to be owned and controlled by Steven Trubow and/or MMAS Research, LLC; provided, however, that if MMAS Research, LLC is the holder of such GMRF IP, it may only do so under a different corporate name or DBA to

2

which it has up to 60 days from the execution of this Agreement to transition and that complies with Paragraph 8 of this Agreement (prohibiting, among other things, the use of the terms MORISKY or MMAS except in connection with actions related to "Claim Settlements" (as defined herein) in which MMAS Research, LLC is a party). Steven Trubow represents that the GMRF does not contain any content that would infringe or qualify as a copyright derivative of any of the Morisky IP or the MMAS IP, and the Morisky Party is relying on that representation to enter into this Agreement.

2.      MMAS Research, LLC and/or Steven Trubow will receive fifty-five percent (55%) and Donald Morisky will receive forty-five percent (45%) (respectively, each Party's "Proceeds Percentage") of the "Net Proceeds" (as defined herein) generated from any "Claim Settlements" (as defined herein). All proceeds of any Claim Settlement payment received from a third-party ("Gross Proceeds") shall be deposited into an attorney client trust account for the benefit of the Parties. The net of such proceeds remaining after the payment of the attorney fees and recoverable costs incurred by the attorney(s) prosecuting any Claim Settlement ("Net Proceeds"), shall be disbursed from the attorney client trust account to the Parties in accordance with their respective Proceed Percentage along with a financial accounting of the same within thirty (30) days of the attorney's receipt of such Gross Proceeds. The expenses of each Party incurred in connection with a Claim Settlement shall be exclusively born by that Party and shall not be deducted from the attorney client trust account, the Gross Proceeds, or the Net Proceeds prior to disbursement to the Parties.

3.      As used herein, the term "Claim Settlements" refers to any settlement agreement entered into by MMAS Research and/or Donald Morisky on the one hand and a third-party on the other hand alleged to have infringed the Morisky IP (as defined herein) and/or the MMAS IP, breached a contract or to be liable for any other claim related to or arising from use of the Morisky

IP, MMAS IP, or a license agreement for use of the Morisky IP and/or the MMAS IP after January 1, 2017, until the date on which this Agreement is signed by the Parties. The Claim Settlements at issue herein include any Claim Settlement agreements previously signed by Donald Morisky, now pending or existing investigations to be negotiated, finalized or executed in a final Claim Settlement at any time in the future, which concern refer or relate to the Morisky IP or the MMAS IP. The Claim Settlement *may include a retroactive license for the Morisky Widget and may include corrective measures to be performed by the licensee with the assistance of Steve Trubow, and training and certification to be done by Donald Morisky or Steve Trubow, at the option of Donald Morisky. Fees for training and certification shall be paid to the party training and certifying by the party receiving the training and certification.  The "Claim Settlements" are limited to those set forth and listed in **Exhibit 3**, attached to this Agreement, as of the date on which this Agreement is signed by the Parties.

4.      Donald Morisky authorizes MMAS Research, LLC through its attorney(s) to prosecute the Claim Settlements listed in Exhibit 3 from which a Claim Settlement may be sought related to the MMAS-4, MMAS-8, the Morisky Widget and any related intellectual property, and further agrees to cooperate in any existing investigations, claims and ensuing litigation of any such claims, whether now pending or to be litigated in the future, including the formal assignment of such claims, if necessary to MMAS Research, LLC.  With the exception of any filed, active, lawsuit then proceeding, all prosecution of Claim Settlements by MMAS Research, LLC through its attorney(s) must conclude within two (2) years of the expiration of the Transition Period as described in Paragraph 7 of this Agreement.  Any legal actions, including claims for infringement, may be filed in the name of Donald Morisky if required by law, as the owner(s) of the Morisky IP.

5.      Within thirty (30) days of the execution of this Agreement, MMAS Research, LLC and/or Steven Trubow or their counsel prosecuting any Claim Settlement shall disclose or make

available to Donald Morisky or his counsel, all information regarding any Claim Settlement set forth in Exhibit 3, including, without limitation, the nature of the infringement, the type of settlement sought (e.g. retroactive license, new license, etc.), the number of tests or assessments at issue, the estimated settlement payment, etc.  MMAS Research, LLC and/or Steven Trubow or counsel prosecuting the Claim Settlements shall in good faith entertain and address through counsel prosecuting the Claim Settlements any questions or concerns Donald Morisky may have regarding any Claim Settlements set forth in Exhibit 3 and shall dismiss or abandon any Claim Settlement shown to be without legal merit (e.g. a non-infringing use of an adherence scale in the public domain); provided, however, that the final decision as to whether the claim has legal merit shall be determined by the attorney or attorneys prosecuting the Claim Settlement at issue.  Donald Morisky (and/or his heirs, assigns, or successors in interest) further agrees to execute, sign, and cooperate in the finalization of any and all Claim Settlement agreements as directed by MMAS Research, LLC, Steven Trubow or the attorneys prosecuting the Claim Settlements; provided, however, that such Claims Settlement agreements will not impose future obligations on Donald Morisky or his assignees without Donald Morisky's consent, which consent shall not be unreasonably withheld.  MMAS Research, LLC and/or Steven Trubow shall indemnify Donald Morisky against any order, judgment, or award entered in, or any claim arising from, any Claim Settlement and against any costs or attorney's fees exceeding the sum recovered in any Claim Settlement.

6.      MMAS Research, LLC and/or Steven Trubow will assign the domain name for the "morisky.org" website to Donald Morisky or his assigns upon or prior to the completion of the "Transition Period" set forth herein.

7.      MMAS Research, LLC and Steven Trubow will provide access to and transfer the Morisky Widget software and database to Donald Morisky or his assignees. The Trubow Party

shall train the Morisky Party in the use of the Morisky Widget (including, without limitation, any code book or other instructional material, if any, identifying database variables and how they are scored) so that they may operate and maintain it as currently constituted and service licensees as presently done by the Trubow Party. Each Party will agree to cooperate in good faith and keep the existing morisky.org website available and running for a transition period to commence upon the execution of this Agreement and to conclude within 60 days of the date the Final Settlement Agreement becomes binding on the Parties in accordance with Paragraph 17 of this Agreement (the "Transition Period"). Therefore, it is agreed between the Parties that the Transition Period shall be for 120 days following execution of this Agreement unless otherwise modified by the written agreement of the Parties. Upon the completion of: (i) the transfer of the Morisky Widget software, database and all related information and content to Donald Morisky or his assignees sufficient to take over the management and operation of the same, and (ii) the termination of the Transition Period, MMAR shall indemnify MMAS Research, LLC and Steven Trubow from any claims by licensees arising from issues related to the access to or utilization of the Morisky Widget. The Morisky Party and MMAR agrees to provide full access to the Morisky Widget and support as needed to all licensees as long as their licenses to the Morisky Widget are in effect, including adhering to all European Union Privacy regulations (including but not limited to GDPR) and HIPPA).

8.      With the exception of facilitating any existing investigation, litigation, negotiation, finalization or execution of any Claim Settlements, MMAS Research, LLC and/or Steven Trubow each agree, represent and warrant each will no longer use the Morisky IP, the MMAS IP, or the MORISKY name for business purposes, including as part of the name of the company, or transact any business utilizing in whole or in conjunction with other terms, the following terms: "Morisky, Morisky Widget, MMAS, MMAS-8, or MMAS-4".

6

9.      Neither Steven Trubow nor MMAS Research, LLC shall make any assignment of any Claim Settlement to any other person without the express written permission of Donald Morisky or his assigns.

10.     MMAS Research, LLC and/or Steven Trubow agree to assign to Donald Morisky and to provide a copy to Donald Morisky of the license agreements for all licenses for the Morisky Widget with third parties, including retroactive license agreements, agreements previously executed by MMAS Research, LLC and/or Donald Morisky (the "License Agreements") that are assignable on their terms. With regard to any License Agreements that are not assignable, the Trubow Party shall work in good faith to transition the servicing of such License Agreements to the Morisky Party, including without limitation, providing relevant introductions and authorizing the Morisky Party to be an authorized agent of MMAS Research, LLC for the purpose of so servicing such License Agreements through their term.  Revenue generated on all License Agreements will belong entirely to the Morisky Party. The list of Morisky Widget licensees set forth in **Exhibit 4** to this Agreement represents the minimum number of all such License Agreements. Donald Morisky agrees to assume all ongoing obligations and responsibilities under all License Agreements assigned or serviced by Donald Morisky by the completion of the Transition Period.

11.     With the exception of privileged communications, MMAS Research, LLC and/or Steven Trubow shall forward to Donald Morisky and/or MMAR all communications (including without limitation, all social media communications, texts, emails, draft agreements, etc.) received from any person regarding Donald Morisky, the MMAS-4, the MMAS-8, or the Morisky Widget in perpetuity and/or if such accounts are held in the name of the MMAS Research, LLC, shall transfer or assign all accounts from which all such information is received (including without limitation, email, social media accounts) to Donald Morisky and/or MMAR.

12.    MMAS Research, LLC and Steven Trubow shall forward all information and communications with prospective licensees of the Morisky IP or the MMAS IP ("Prospective Licensees") and shall work in good faith during the Transition Period to effectuate the transfer and referral of such Prospective Licensees to Donald Morisky and/or MMAR.

13.    MMAS Research, LLC, Steven Trubow, Donald Morisky, Susan Morisky, Phillip Morisky, Marty Morisky and Morisky Medication Adherence Research, LLC, together with its affiliates MMAS Research, Italy, and MMAS Research, France, each agree to release one another and their respective beneficiaries, trustees, owners, predecessors, successors, assigns, agents, officers, employees, servicers, representatives, attorneys, and affiliates, present and former heirs, executors, administrators, partners, co-obligors, co-guarantors, guarantors, sureties, family members, spouse, insurers, and all persons acting by, through, under, or in concert with any of the aforesaid persons or entities, or any of them (the "Releasors") from any claims they may have against each other and their respective beneficiaries, trustees, owners, predecessors, successors, assigns, agents, officers, employees, servicers, representatives, attorneys, and affiliates, present and former heirs, executors, administrators, partners, co-obligors, co-guarantors, guarantors, sureties, family members, spouse, insurers, and all persons acting by, though, under, or in concert with any of the aforesaid persons or entities, or any of them (the "Releasees) or any of them, whether known or unknown, asserted or unasserted that could have been made that relate to, arise out of, or are connected in any way with any claim or dispute raised by any Party against another. Each of the Parties also further agree to dismiss the claims asserted in the Washington lawsuit and Nevada federal district court lawsuit now pending against each other with prejudice and without any award of costs or attorneys' fees in any action.

14.    Each Party covenants and agrees to not make any public defamatory statement about any party to this Agreement.

15.     The Parties agree to cooperate and take all reasonable steps necessary to effectuate the terms of this Agreement and the Final Agreement, including without limitation, identifying and executing all documents necessary to facilitate any assignment or transfers to Donald Morisky contemplated by this Agreement or as set forth in the Final Agreement, including without limitation, any copyrights in the Morisky Widget, MMAS IP, the Morisky kiosk apple iPhone app, MABU robot used in the Morisky Protocol, the morisky.org domain name and website together with any third-party agreements related to any content or services identified thereon, and all known potential, prospective or unexecuted license agreements or infringement claims.

16.     Steven Trubow and/or MMAS Research, LLC hereby warrant and represent that they have all right, title and authority to the MMAS IP and the morisky.org domain name transferred and assigned to Donald Morisky and indemnify Donald Morisky and his assigns against any claims by third-parties to the same.

17.     Unless extended by a written agreement of the Parties, the Parties agree to enter into a long-form, final settlement agreement, formalizing all the terms set forth herein (the "Final Agreement") on or before 5:00 p.m. (Pacific Time) sixty (60) days after the date this Agreement is executed ("Final Agreement Deadline").  If the Parties are unable to agree upon any provision or content of the Final Agreement, then no later than the Final Agreement Deadline, the Parties shall identify and appoint an agreed upon neutral mediator with the Seattle office of JDR as an "Appointed Decider" to hear and finally resolve all such disputed issues.  If the Parties cannot agree on upon a single Appointed Decider by the Final Agreement Deadline, each Party may identify a single mediator of the Seattle office of JDR, and the mediators so identified, or—in the event a Party fails to identify a mediator by the Final Agreement Deadline—the sole mediator identified by the Final Agreement Deadline, shall be the Appointed Decider.  Within thirty (30) days of appointment, the Appointed Decider shall produce and sign the Final Agreement on behalf

of the Parties, which Final Agreement shall be binding upon the Parties regardless of whether they ultimately execute it.  The Parties shall equally bear the costs and fees of the Appointed Decider.

18.    The Parties agree that if any legal action or other proceeding brought by the Parties to enforce this Agreement, or the Final Agreement or to recover damages or equitable relief for a breach of this Agreement or the Final Agreement, the prevailing party shall recover its costs and reasonable attorneys' fees incurred in any such action or proceeding, including the proceeding to resolve any dispute over the terms of the Final Agreement by the Appointed Decider.

DATED this 4th day of December 2020

By:_____    By:_____
Steven Trubow                                              Donald Morisky

By:_____    By:_____
MMAS Research, LLC, Washington              Susan Morisky
limited liability Company
                                                                    By:_____
Steven Trubow, its Managing Member          Philip Morisky

                                                                    By:_____
                                                                    Marty Morisky

                                                                    By:_____
                                                                    Morisky Medication Adherence Research,
                                                                    LLC, A Nevada limited liability company

                                                                    Philip Morisky, Its Managing Member

of the Parties, which Final Agreement shall be binding upon the Parties regardless of whether the

to enforce this Agreement, or the Final Agreement or to recover damages or equitable relief for a

reasonable attorneys' fees incurred in any such action or proceeding, including the proceeding to

DATED this ___ day of December 2020

Steven Trubow

MMAS Research, LLC, Washington limited liability Compan

Steven Trubow, its Managing Member

Donald Morisky

Susan Morisky

Philip Morisky

Marty Morisky

Morisky Medication Adherence Research.

of the Parties, which Final Agreement shall be binding upon the Parties regardless of whether they ultimately execute it.  The Parties shall equally bear the costs and fees of the Appointed Decider.

18.    The Parties agree that if any legal action or other proceeding brought by the Parties to enforce this Agreement, or the Final Agreement or to recover damages or equitable relief for a breach of this Agreement or the Final Agreement, the prevailing party shall recover its costs and reasonable attorneys' fees incurred in any such action or proceeding, including the proceeding to resolve any dispute over the terms of the Final Agreement by the Appointed Decider.

DATED this ___ day of December 2020

By:_____     By:_____
    Steven Trubow                              Donald Morisky

By:_____     By:_____
    MMAS Research, LLC, Washington             Susan Morisky
    limited liability Company
                                       By:_____
    Steven Trubow, its Managing Member         Philip Morisky

                                       By:_____
                                           Marty Morisky

                                       By:_____
                                           Morisky Medication Adherence Research,
                                           LLC, A Nevada limited liability company

                                           Philip Morisky, Its Managing Member

of the Parties, which Final Agreement shall be binding upon the Parties regardless of whether they ultimately execute it.  The Parties shall equally bear the costs and fees of the Appointed Decider.

18.     The Parties agree that if any legal action or other proceeding brought by the Parties to enforce this Agreement, or the Final Agreement or to recover damages or equitable relief for a breach of this Agreement or the Final Agreement, the prevailing party shall recover its costs and reasonable attorneys' fees incurred in any such action or proceeding, including the proceeding to resolve any dispute over the terms of the Final Agreement by the Appointed Decider.

DATED this ___ day of December 2020

By:_____
    Steven Trubow

By:_____
    MMAS Research, LLC, Washington
    limited liability Company

    Steven Trubow, its Managing Member

By:_____
    Donald Morisky

By:_____
    Susan Morisky

By:_____
    Philip Morisky

By:_____
    Marty Morisky

By:_____
    Morisky Medication Adherence Research,
    LLC, A Nevada limited liability company

    Philip Morisky, Its Managing Member

# EXHIBIT 1

## Morisky Intellectual Property

**1.       Registered Copyrights**

- (MMAS-4 Scale) TX0008285390 Copyright (06-12-2016)
- (MMAS-8 Scale) TX0008632533 Copyright (09-21-2018)

**2.       MMAS Morisky Protocol-2015, including as part of such protocol the following:**

- Subjective and Objective Measurement of Adherence
- Social Desirability, Response Bias
- Validity, Sensitivity and Specificity, MMAS health condition(s) and Medication Specific health condition(s)
- Criterion Related Validity, Patient Outcomes (following educational counseling, outcome measures including appointment-keeping behavior, 30-day hospital readmissions, quality of life, morbidity, and mortality).
- Baseline and Follow up Assessments, Never One-Off
- Diagnosis of Medication Taking Behavior, Intentional and Unintentional Non-Adherence
- Translational Research, Sustainability, Self-Management.
- Polypharmacy
- MMAS-8 scoring algorithm

**3.       Morisky Medication Adherence Protocol, including as part of such protocol the following:**

- A Beneficence
- B Evidence-Based
- C Determinants of Non-Adherence
- D Chronic Care Mgmt. and Medication Reconciliation
- E Tailored and Targeted Intervention
- F Disease Control, Remission of Mental Health and Substance Use Disorders

**4.       Trademarks/Service Marks.** The following marks have attained common law trademark rights in connection with the provision of diagnostic procedures to assess adherence to medication protocols, and in connection with identifying and proscribing compliance and intervention protocols and other related goods and services offered in connection with the same:

- MORISKY
- MORISKY MEDICATION ADHERENCE SCALE
- MORISKY SCALE
- MORISKY MEDICATION ADHERENCE PROTOCOL
- MORISKY PROTOCOL
- MMAS
- MMAS-4
- MMAS-8

# EXHIBIT 2

**GMRF**

| NEW GMRF | MGL (Public) |
|---|---|
| 1. If you feel worse when you take [name of medication], do you stop taking it? | 4. Sometimes you feel worse, when you take the medicine, do you stop taking it? |
| 2. Do you ever forget to take your [name of medication]? | 1. Do you ever forget to take your medicine? |
| 3. When you feel better, do you sometimes stop taking your [name of medication]? | 3. When you feel better do you sometimes stop taking your medicine? |
| 4. Do you ever forget to take your [name of medication], because you are using other medications? | 1. Do you ever forget to take your medicine? |

# EXHIBIT 3
# Claim Settlements

1. University of California Irvine agrover3@uci.edu 2020

2. Virginia Commonwealth 2020 Donna Wilson

3. Kings College 2 new cases Weinmen and Khan 2020

4. Li-Hui Zhu, Hunan Hospital 2020

5.yulhamin@gmail.com korea 2020

6. Shen@waldenuniversity.edu; Subocz@waldenuniversity.edu 2020

7.kkruetzf@its.jnj.com 2020

8. Ghada_thabet@aun.edu.eg mbioph@dir.bg; JHMN@iiste.org 2020

9. cecile.gaujoux.viala@chu-nimes.fr 2020 NCT03642795

  10 Jiancheng Xiu, MD NCT04409210 2020

11.  NCT04442776  Montse Cañabate, Cardenal Herrera University 2020

12.dhouha.khalifa@hotmail.fr

13. NCT04532528 Boehringer Ingelheim clintriage.rdg@boehringer-ingelheim.com

14. Zhan Shi Beijing Chao-yang Hospital, Capital Medical University,
15 m.omar2218@yahoo.com; port said university infringement on the mmas-8

16. Ospedale Regina Montis Regalis 2020 infringement

17.Xue WANG, Aiqin LV vd6n3d@163.com ijph@tums.ac.ir tyc@sdu.edu.cn

18. Hanoi Vietnam 2016 MMAS-8 license 2020 infringement
19 michael conley mmas psoterpresntatoin 2019

20. lbiganzoli@usl4.toscana.it , gina nightingale

**21. three posterprsentation infringers 2020  and 2017 mmas-8 article mercer**

**22.  MedSentry system Timothy M Hale Joseph C Kvedar**

23. Mrs. Katrin Kruetzfeldt Janssen-Cilag GmbH

24 'Geraldine Leguelinel'marion warembourg'

25. zjhzyyfy@163.com AUGUST-AHF Study>; Dr. Zhang

26. pulsewatch timmothy fitzgibbons umass mmas-8

27. abbvie austria mmas-4 andy brooks

28Mackenzie Salisbury, Walden bruce roberts dissertation

29. Iranian Transfer Nora.Kellock@ed.ac.uk University Edinburgh Morisky Widget  License

30 Daiichi Sankyo Morisky Widget License

31.Xiaona Jia  18811195613@163.com Pharmacy,  First Hospital, Beijing, China.

32. agrover3@uci.edu <agrover3@uci.edu>; ucal irvine

33. silvia.rabotti@infomed-online.it IRS

34. Jack Bernard <bernar@umich.edu> paula casey morisky widget license

35.pnj5@hotmail.com

36. wislon massey cancer center virginia commonwealth Morisky Widget license poster pres

 37. mmas-8 phillip morisky license  Bratislava 2020 peter valkovic

38 grammercy research group Melicia C. Whitt-Glover, Ph.D.

39. aozaydin26@hotmail.com MMAS-4 NCT04301128 koc university

40 Merck KGaA, Darmstadt, Germany NCT02921035

41. akelleher@kirby.unsw.edu.au  NCT04132479  jhanson@kirby.unsw.edu.au

42 NCT03185858 Lijing.yan@duke.edu duke university china

  43. brewer.laprincess@mayo.edu NCT04554147

44. Devin Mann, MD, MSIcahn School of Medicine at Mount Sinai NCT00548639

45. NCT02234713 E. Ann Yeh, The Hospital for Sick Children

46 Jonathan Knights Jonathan.Knights@otsuka-us.com

47Carolyn Bostros NCT03077711

48 g.eguchi@ommc-hp.jp; ymaeda@ommc-hp.jp,y_kanai@ommc-hp.jp mmas-9

49.  Souad.Moudallel@uzbrussel.be patricia.vanderniepen@uzbrussel.be matt stratton

50 patientslikeme morisky widget license Rich.russo@healthtell.com 'Stratton, Matthew

51.tsaejyy@ntunhs.edu.tw  taiwan

52. mcastenosis@gmail.com; mspark@chonnam.ac.kr

53 gerlando.natalello@gmail.com belligerent

54 <aozaydin26@hotmail.com,vemren@hotmail.com

55. tsegahunm@gmail.com; yimtubezenash.wamanuel@aau.edu.et

56. NCT04017559 complaints@belfasttrust.hscni.net

57 argi@cogeco.ca; annajhussey@gmail.com rodondo

58. malshibani@kau.edu.sa; mohannad_ah@hotmail.com

 59Caroline.Fabry@astrazeneca.com> kantar health morisky widget

60 bayer italy Rivaroxaban Treatment Discontinuation Rates

61habouma1@jhmi.edu Hanan Aboumatar, MD

62Montse Cañabate, Cardenal Herrera University NCT04442776,

63g.eguchi@ommc-hp.jp; ymaeda@ommc-hp.jp; g.eguchi@ommc-hp.jp

64. thkim@hanyang.ac.kr

65nadine.houede@chu-nimes.fr

66.vozzhaev-av@rudn.ru

67 info@annedeveer.com; j.ten.berg@antoniusziekenhuis.nl

68 groningen 3 morisky widget license 2020

69 barcelona dialcat morisky widget licenswe

70 liuyong2099@126.com counterfeit scoring and coding clinical trials. Gov

71 Qing-qing SONG hunan

72 'Ayse Ozkaraman' <aozaydin26@hotmail.com>  Turkey

73. mspark@chonnam.ac.kr morisky widget

74michael.crawford@howard.edu

75m.crawford@imperial.ac.uk

76john.weinman@kcl.ac.uk;

77. Muhammet Furkan Korkmaz

78 unchalee.permsuwan@gmail.com

79 Cristian M. Garmendia, cm.garmendia@gmail.com

80 Assistance Publique - Hôpitaux de Paris (Dr. Valeyrie)

81Assistance Publique - Hôpitaux de Paris (MELBASE)

82 National Cheng Kung University Hospital (Dr. Ou)

83 Wayne State University (Aranha and Patel)

84 Assistance Publique Hopitaux De Marseille

85 marta.baviera@marionegri.it  NCT03921905 Mario Negri Institute

86. henri.gonde@chu-rouen.fr,Ms. Monchablon, Anne.dandeville@univ-rouen.fr
France Open Cases at the NIH CLINICAL TRIAL.GOV WEBSITE

87 NCT03753035

88 NCT02422602

89 NCT02856542

90 NCT02926560

91 NCT02060747

92 NCT01509989

93 NCT03492476

94 NCT03454971

95 NCT03606850

96 NCT02364310

97 NCT02828449

98 NCT02611440

99. NCT03240341

100 NCT03561467

101 NCT03630692

102 NCT02147938

103 NCT02733965

104 NCT03296150

105 NCT02143479

106 NCT03145051

107 NCT02356367

108 NCT02322450

109 NCT03257969

110 NCT03642795

111 NCT01774630

112 NCT02687594

113 NCT01244750

114 avorder@umass.edu; quill004@mc.duke.edu

115. Society of Geriatric Oncology (SIOG) taskforce recommendations Laura Biganzoli

116.vanitharani.n@sriramachandra.edu.in elsevier

117.Jessica Núñez-Rodríguez and Co-authors jessica.nr92@gmail.com

118.Mulat Tirfie mulatbonny@gmail.com elsevier

119.z_azul@hotmail.com elsevier

120.yac.achouri@gmail.com elsevier

121. ouahchiyacine@gmail.com elsevier

122. shakibazadeh@tums.ac.ir elsevier

123. Nicholas Rodondi

124.dr.tayseeer@hotmail.com

125 s5854@medimail.co.kr University of Ulsan pred1054@naver.com

126. complaints@belfasttrust.hscni.net NIH study

127. NIH study FARMA-CANP NCT04391218 rmarinello@cittadellasalute.to.it

128. alma.au@polyu.edu.hk mmas-4 infringement nih website

129. michael.marschollek@plri.de

130 jose.mira@umh.es Universidad Miguel Hernandez   NCT04159558

131. NCT03753035 Nancy Hospital   barbara.girard54@gmail.com

132. Juliet N Sekandi, MD, MS, DrPHUniversity of Georgia NCT04134689

133. Ping Huang, Zhejiang Cancer Hospital NCT03455023

134. François GERNIER <f.gernier@baclesse.unicancer.fr>  NCT04554927

135. National Cheng-Kung University Hospital huihua@mail.ncku.edu.tw  NCT04488172

136 Boehringer Ingelheim  wslin545@ms27.hinet.net   tri-service general hospital taiwan scoring

137. NCT04253639 sublimed scoring and coding contact@subli-med.comfrance

138. olivia.lesaux@gmail.com, claire.falandry@chu-lyon.fr NCT03296150 lyon

139 Kalicort NCT04107246 Centre Hospitalier Universitaire de Saint Etienne philippe.gain@chu-

140 MARLENE COUPE, MD University Hospital, Montpellier   stephane.vignes@cognacq-jay.fr

141 Mario Negri Institute for Pharmacological Research NCT03921905 counterfeit marta.baviera

142 NCT03541109  Shervin Ghaffari Hoseini, MD,PhD shghaffari@yahoo.com sfa.yazdekhasti@

143  sungyk@hanyang.ac.kr modified morisky 6 hanyang unversity NCT04449224

144. Murdoch Childrens Research Institute alison.boast@gmail.com amanda.gwee@rch.org.au

`145. UNC Chapel Hill cabjones@email.unc.edu NCT04131816

146. Dott.ssa RENATA MARINELLO, rmarinello@cittadellasalute.to.it NCT04391218

147 University Hospital, Bordeaux NCT04043052 (MMAS-6) igor.sibon@chu-bordeaux.fr

148. Judith A. Cook, University of Illinois at Chicago morisky widget 312-355-3921jcook@uic.edu NCT04028609

149. Morisky Widget License Julie Wright-Nunes, University of Michigan counterfeit jcolbert@me

150. Ana-Maria Vranceanu,Massachusetts General Hospital,Harvard case6 NCT04537728avranc

151. NCT04499950 jsheng7@jhmi.edujohnshopkins 2 mmas-4

152. Centre Hospitalier Universitaire de Nîmes NCT03642795 cecile.gaujoux.viala@chu-nimes.fr

153. Ms. Savannah Cunningham and Dr. Joshua D. Kinsey of Mercer University

154. Linda Simenrio similx@upmc.edu, krall, stottsj@upmc.edu,NCT03999268

155.: NCT04560062 Lucy Anne Parker, Universidad Miguel Hernandez de Elche counterfeit lpark

156. Diego Ardissino, Azienda Ospedaliero-Universitaria di Parma ALLEPRE gpaoli@ao.pr.it,mar

157. NCT04409210Nanfang Hospital of Southern Medical University xiujc@126.com

158. amoreno1@imim.es Parc de Salut Mar NCT03848858

159. Mohammed N Meah m.meah@ed.ac.uk, d.e.newby@ed.ac.uk,University of Edinburgh, Mor

160. Centre Leon Berard NCT04070443 franck-emmanuel.nicolini@lyon.unicancer.fr

161. Radboud nienke.devries-farrouh@radboudumc.nl NCT03830190

162. International University of La Rioja,NCT03161249 anabelen.calvo@unir.net

163. Henrik Nielsen, Aalborg University Hospital NCT04140903 counterfeit henrik.nielsen@rn.dk,

164. Boehringer Ingelheim Beijing NCT04180813 Mori Widget  doctorgw@163.com

165  wslin545@ms27.hinet.net Boehringer Ingelheim taiwan counterfeit MWid NCT04532528

166.vconti@unisa.it

167.jntobin@cdnetwork.org albert einstein morisky wid

168.hynesd@oregonstate.edu; aporte3@uic.edu morisky widget license illinois

169.magee medstar georgetown morisky widget license pcori

170. moser barksdale vcu morisky widget hudasn@squ.edu.om

171.Joseph Colbert 734-936-5515jcolbert@med.umich.edu morisky widget nih counterfeit

172.chen_yanhua25@163.com sichuan

173 h-inoue@saiseikai-toyama.jp daiichi sankyo 2

174 'François GERNIER' <f.gernier@baclesse.unicancer.fr>

175.Northwell Berstein Steger 2018

176.University of Penn (Stein) Fraser Brier  Tuteja and Radner)  anti Morisky website 2017-2019

177.  University of Mass (Boucher Zerillo Goldberg McManus Fitzpat plus 3 other cases 2017-20

178  mathew scarbourough oxford berstein lawsuit 2 PUBLICATIONS

179  Breast Cancer Trials (Australia)(New Zeland Gross Berstein mbuckingham@tglaw.com.au
180 J Barner (2) University of Texas  3 cases 2017-2019 gross berstein ramirezag@uthsca.edu

181lidia.moura@mgh.harvard.edu,tmhale@mgh.harvard.eduBerstein Letter Gross File Morisky W

182.  drinkard iskandar dunbar plus two other cases emory berstein gross

 183 Yale University  Connecticut VA Hospital Berstein letter nicholas.xanthakos@va.gov Yale N

184 10 Duke University School of Medicine 7 cases 2016-2019 license gross 2017-2018 bernste

185. conend@mcmaster.ca> gross settlement june 2019

186. david.farabee@nyulangone.org

187. University of Western Ontario (Cecilia Sandoval)

188 Pfizer Stenger 8 cases

189  Dana Farber Stenger

190 Miami Stenger

191. Humana Gross Dana Drzayich Jankus <ddrzayichjankus@humana.com>

192 . Astra Zeneca Gross MORISKY WIDGET 3 LICENSES

193.  USF Gross

194 Dr. Hamilton University of Bristol Morisky Widget anna.davies@bristol.ac.uk;

195Essmann.Claudia@mh-hannover.de;; baum.christopher@mh-hannover.de; michael.marscho

196 UMASS STENGER 4 CASES 1 LICENSE

197  candace feldman brigham womens hospital harvard gross berstein lawsuit

198 . william Patterson University for Pamela Foju Kem Louie steger gross

199  Hannover Medical School gross 2018

200  Leukemia Patient Advocates Foundation (Sharf) gross berstein

201 Nationwide Children Hospital, Inc. gross berstein

202  Michigan State University (Erin Sarzynski, M.D.) gross berstein

203 AUSTRALIA NEW ZEALEND CANCER

204 South Shore Neurologic Associates morisky widget gross berstein

205<conend@mcmaster.ca berstein gross june 2019

206 French Social Security gross berstein french lawyers 2017-2019

207 University of Parma Gross DaVide

208 Sapeinza University Rome Gross Davide ;carlo.lai@uniroma1.it, pa.aceto@gmail.com

209 Chiesi Italy Chiesi Germany Morisky Widget Berlin Chemie

210 Miranda Murray GSKO'Donnell, Brian" Gross Berstein

211. Massachusetts General Hospital (Dr. Mateen & Dr. Barry) Dr. Hale & Dr. Jethwani berstein

212 Dr. Deepak Voora, M.D. Dr Patel Brian Duscha Verizon Duke Gross Bertstein lawsuit

213 unc Chapel Hill serial

214 Doyle Cummings Gross Berstein serial infringer 4 years Jia-Rong Wu,dewalt

215  Korb Salvodeli Gross Berstein French Lawyer 4 years serial infrigner

216  Cuevas Serial Infringer 4 years gross

217 Cabral Serial Infringer 4 years refile lawsuit

218 naloudah@KSU.EDU.SA university of aberdeen gross berstein 2018

219 observia settled in March 2019 geoffroy.vergez@observia-group.com>

220  Dr. Vorderstrasse, Dr. Quillian and Dr. Krauss Duke

221 Chonbuk National University Youngran13@jbnu.kr berstein final letter

222 .bojing.cai@iqvia.com IQVIA DURHAM nc BERSTEINfinal letter

223  jizan universitymjyo545@hotmail.com  berstein final letter

224 eva.joelsson-alm@sll.se Karolinska Institute Morisky Widget Berstein finalletter

225 Chia-Yi Jenny Wu National Taiwan University jenycyw@ntu.edu.tw berstein final letter

226 .Shingo Kato Saitama Medical University skato@saitama-med.ac.jp  bernstein letter

227 aaranha@med.wayne.edu berstein final letter lawsuit

228 Katherine Holmes University of Marylandkholmes@umaryland.edu berstein final letter kgros

229. Mayo Clinic 1 2017 and 2 2019 Kane Sunanda;Becker Brenda;Klemp Ellen;Caines Jake;Ca

229. LaPrincess C. Brewer, Mayo Clinic NCT04554147 brewer.laprincess@mayo.edu

230.E. Ann Yeh, MDUniversity of Toronto, The Hospital for Sick Children NCT02234713

231.thurston_mm@mercer.edu

232.thomas jefferson university poster presentation gina nightingale

233.Mohannad Alshibani,  King Abdulaziz University, Jeddah, Saudi Arabia

234.https://www.hal.inserm.fr/inserm-00663888/file/1472-6874-10-26-S2.PDF

235.'Wang, Tina' <twang@wiley.com>

236.the university of georgia  juliet.sekandi@uga.edu morisky widget

237 igor.sibon@chu-bordeaux.fr bordeaux mmas-6

238.tsegahunm@gmail.com emory

239.jsheng7@jhmi.edu hopkins 2

240. Bayer Clinical Trials (+)1-888-84 22937clinical-trials-contact@bayer.com mmas-8

Five Moore Drive P.O. 13398 Research Triangle Park, NC 27709-3398,NCT02227238

243.Tammy Toscos, Research Scientist, Informatics, Parkview Health NCT02690649

244.Athena Philis-Tsimikas, Scripps Whittier Diabetes Institute NCT02643797

245.marta.baviera@marionegri.it mmas-8 counterfeit NCT03921905

246.Dott.ssa RENATA MARINELLO  NCT04391218

247.Eliane Boucher, PhDHappify Inc. julia@happify.com

248 University Hospital of North Norway NCT02770599

249 inda Siminerio, University of Pittsburgh NCT03999268

250. john.billimek@uci.edu NCT04585594

251. NCT03830190 radboud nienke.devries-farrouh@radboudumc.nl

252.info@deltahealthalliance.org,NCT03374098

253.franck-emmanuel.nicolini@lyon.unicancer.fr NCT04070443

254.: Ana Calvo, PI anabelen.calvo@unir.net NCT03161249

255. z.jalal@bham.ac.uk university of birmingham

256.Jenni Sheng <jsheng7@jhmi.edu>, Spaulding, Erin Murdock

257.MEAH Mohammed <m.meah@ed.ac.uk>

258.Anne.dandeville@univ-rouen.fr

259.ragna.anne.lind@helse-bergen.no

260.claire.falandry@chu-lyon.fr clinical trials.gov

261.janssen johnson and johnson

262.G. Natalello E. De Lorenzi  Catholic University of the Sacred Heart, Institute

263.jblitstein@rti.org <jblitstein@rti.org>;

264.yulhamin@gmail.com university of chuncheon korea

265. Ghada_thabet@aun.edu.eg Assiut University, Egypt Ghada Thabet Mohammed

267.marco.proietti@unimi.it,;Deirdre.Lane@liverpool.ac.uk

268 m.e.t.mcmurdo@dundee.ac.uk; miles.witham@ncl.ac.uk

269 texas tech alexander morisky widget license

270 'SEVDA EFİL' <sevda_efil@hotmail.com> istanbul

271 nadia_shams@yahoo.com

271 beata.jankowska-polanska@am.wroc.pl scoring and coding incorrect

272 schira@uta.edu, d brown texas

273 Lane, Deirdre <Deirdre.Lane@liverpool.ac.uk> marco.proietti@unimi.it

274 Nagoya 2

275 swhan@dsmc.or.kr Keimyung University Korea

276 ahmad.naddaf@iu.edu.jo jordan

277 kkruetzf@its.jnj.com

278 Caterina Bucca morisky widget

279 tilahunabdeta@gmail.com ethiopia mmas-4 scoring and coding

280.Yong Huo, Peking University First Hospital NCT03565978

281 kevin.dolgin@observia-group.com

282 timothy.welty@drake.edu

283. julius.katzmann@medizin.uni-leipzig.de

284.Furkan Korkmaz <korkmazmfurkan@gmail.com

285.argi@cogeco.ca; annajhussey@gmail.com

286. merve.kolcu@sbu.edu.tr

287.Shandong University YAO Jing-jing, SUN Qiang, LI Qi, et al

288. Chomgqing university lijingfang@hospital.cqmu.edu.cn disclosed scoring

289.duanjinju@163.com Second Hospital of Shanxi Medical

290.m.eisele@uke.de hamburg

291.university of british columbia

292.danielt@arsiun.edu.et franco.veglio@unito.it

293.prorektoratfw@uni-halle.de Bleidorn@med.uni-jena.de

294.Jia-RongWu, sandra dunbar  unc emory https://www.sciencedirect.com/science/article/abs/p

295.burra@unipd.it

296 Géraldine Leguelinel-Blache University of Montpellier

297. akosobucka@wp.pl

298. jfarrellhcc@yahoo.com umass

299. goates@uab.edu

300. tawben11@hotmail.com qatar hamadi medical center

301 romagnoli_alessia@libero.it <romagnoli_alessia@libero.it>;

302.a.chatziefstratiou@yahoo.gr Papataxiarchou Katerina <k.papataxiarchou@elpen.gr> morisk

303.Ahmad Naddaf Jordan MMAS-8

304.mdsrinopiyani@yahoo.com, sri.nopiyani@unud.ac.id  mmas-8 without license

305.Valerio.neiviller@fmc-ag.com

306.nasib.babaei@yahoo.com iran mmas-8 unlicensed

307.leigh.Edward@svha.org.au

308.Karen-leigh.Edward@svha.org.au <Karen-leigh.Edward@svha.org.au>;

309.6-item Morisky Medication Adherence Scale (MMAS-6) drhopper@ikoob.com catholic unive

310.Branislava Krstic <branka022@yahoo.co.uk>

311 ra.mazzill@gmail.com <ra.mazzill@gmail.com>;Morisky widget license university of pisa

312.heloisiq@gmail.com <heloisiq@gmail.com>;Ms. Heloise Helena Siqueira brazil

313.asjarab@just.edu.jo mmas jordan mmas-4

314.angelina_wibowo@yahoo.com

315.angelina_wibowo@yahoo.com indonesia

316.Abedi.a@ArakMU.ac.ir abedi30@yahoo.co.uk

317.Ilaria Aredano,Caterina Bucca,IRS Morisky Widget

318.farmaciaalaxe@galicia.com Andrea Leites-Docío university of santigago mmas-8 scoring an

319.yxk12@ewha.ac.kr younhee kang

320.dr.hazimraffaa@gmail.com KING KHALID

321.amalsaied19@yahoo.com Mahmoud

322.juwagner@uchc.edu, Buckley, Thomas <thomas.e.buckley@uconn.edu>UCONN

323.vozzhaev-av@rudn.ru,pokrovskii@bsu.edu.ru

324.nc.ten.362@oaynai fuwai

325.claudia.giavoli@unimi.it <claudia.giavoli@unimi.it>;

326.yenpingng@hotmail.com malaysia

327.sametsancarkaya@hotmail.com
328. fusaunga@gmail.com S
fsn299@gmail.com

329. wafaa_ramadan27@yahoo.com

330.manuel_cappellari@libero.it

331.Manuel.Schwanda@fhstp.ac.at

332.y_kanai@ommc-hp.jp

333.mohamedizham@gu.edu.qa,arafatyara@gmail.com

334.RENATA MARINELLO, Azienda Ospedaliera Città della Salute e della Scienza di Torino:NC

335.cecile.gaujoux.viala@chu-nimes.fr NCT03642795

336.yenbinliu@gmail.com,wslin545@ms27.hinet.net BI Taiwan NCT04532528

337.barbara.girard54@gmail.com   NCT03753035

338.clinical-trials-contact@bayer.com NCT04174859, mmas-8 (Non-valvular Atrial Fibrillation, N

339.montserrat.canabate@uchceu.es NCT04442776

340.similx@upmc.edu NCT03999268 siminelo

341.sandra.michiels@bordet.be

342.G Natalello morisky

343.Jing Xiao jxiaont@163.com

344.giuseppe.procopio@istitutotumori.mi.it

345.mahmoud.hassanein@alexmed.edu.eg

346.Nathalie TEXIER <nathalie.texier@kappasante.com> portel

347.info@annedeveer.com; j.ten.berg@antoniusziekenhuis.nl

348.allison.gibson@uky.edu

349.greg.rosenfeld@me.com

350.moustafaesraa0@gmail.com

351.manesh.patel@duke.edu; brian.duscha@duke.edu

352.rondi.beth.gelbard@emory.edu; info@memorahealth.com

353.sadeghimasoumeh@gmail.com; shghaffari@yahoo.com

354.albcicero@gmail.com; uisllorentepeters57@gmail.com

355.nriera@chv.cat

356.Indiana tarab@iu.edu; tarahb@iu.edu

357.chenyan72_72@zju.edu.cn

358.r.paterson, napier

359.lujiao801@163.com

360.Amanda Gethman mercer

361.northeastern university poster

362.swhan@dsmc.or.kr,'황종민' <dsmcep@gmail.com>

363.Anna.Mislang@sa.gov.au nightingale mercer 'Stratton, Matthew

364.M.Tomassen@nivel.nl matthew stratton

365.'DiMezza, Danielle' <Danielle.DiMezza@umassmed.edu>

366.abigail.crocker@uvm.edu mmas-4

367.soxl@musc.edu <soxl@musc.edu>;

368.smansberger@deverseye.org
369.Zhan Shi, Liang Shi Chao-yang Hospital, Capital Medical University,

370.michellehyczy@gmail.com

CARBP

372.brunaeibel@gmail.com clinical trials NCT04475367

373.olivia.lesaux@gmail.com NCT03296150

374.ssbunova@mail.ru <ssbunova@mail.ru>;

375.kto0440@paik.ac.kr

376.'宋青青' <zimoqingqing1226@163.com>

377.annedeveer@outlook.com
378.rachel.a.elliott@manchester.AC.UK
ac.uk

378.LU UNIVERSITY OF TEXAS AUSTIN SOUTH TEXAS VA MORISKY

379.J. Seelig & M. E. W. Hemels

380.mehdi_zoghi@hotmail.com turkey

381.manuel.schwanda@fhstp.ac.at

382.ianyao@263.net.cn fuwai hospital

383. libya saved in trubow picture asus

384.audrey-castet@chu-montpellier.fr> NCT02422602
Korchmaros,Jeannie K. Lee, Susan J. Shaw Krista K. Stone
University of Massachusetts President's Office

387. Dana Opas dopas@humancaresystems.com, jholley@humancaresystems.com

388.Yale University  Connecticut VA Hospital Nicholas D. Xanthakos (nicholas.xanthakos@va.g

389.Georges.Mayeux@groupecen.com

390.Michel Bernier PIVOT Dr. Alain Larouche, Concerto Groupe Santé MMAS-4 INFRINGEMEN
12.NCT04391218  Torino
with
Medication Adherence and Asthma Control in Hispanic
Adults with Asthma?

393. Susan Feyerabend praxis@studienurologie.de HAMBURG JANSSEN MMAS4

394.  Neighborcare Health AIMS UW COMPASS cneely@icsi.org DISTRIBUTOR

395. minami VESS-Program saint louis university .Hataka R. Minami

396. University of western ontario sandoval asalmoni@uwo.ca (Professor Alan Salmoni

397.Packard, Katie A <KatiePackard@creighton.edu>

398.ahmedmajly@yahoo.com mmas-9,Ahmed Mjalia

399.giada.pietrabissa@unicatt.it

400.Astellas Pharma laurence.dubel@astellas.com; Sue.Sargeant@astellas.com lyon and mars

401.francoise.laroche2@aphp.fr

402. tawben11@hotmail.com hamed medical corp qatar

403.Ana Aguiar : anaaguiar590@gmail.com

404.TANG Xiang, ZHANG Jian-lin Guangzhou

405.krb747@gmail.com Rock Bum Kim

406. shuper@bsmu.edu.ua ukrainian mmas-8 wrong scoring and coding
407.Nadine Hellmann DelfinoValerim Teixeira Remor

# EXHIBIT 4

## Morisky Widget Licensees

### Licensees

AbbVie Canada
Abbvie
Adelphi
Albert Einstein College of Medicine
Ankara Yildirim Beyazit University
Ascensia Diabetes Care
Assurex Health
AstraZeneca Greece
AstraZeneca Kantar
AstraZeneca Latin America
Astrazeneca Russia
Azienda Ospedaliero Universitaria di Modena

BMS Italy
Bayer NL
Berlin Chemie
Boehringer Ingelheim China
Boehringer Ingelheim GmbH
Boston Children's Hospital
Bristol University
Bristol-Myers Squibb USA
Brussels Free University School of Public Health

CARIM/Maastricht University
CHIESI GmbH
CHU de Clermont-Ferrand
Caritas Medical Center
Catalia Health
Centre François Baclesse, Caen
Charing Cross Hospital - Imperial College
Chiesi Poland
China Crohns & Colitis Foundation
Chonnam National University
Clermont-Ferrand 2
Clermont-Ferrand 3
Click Therapeutics
Columbia University Medical Center
Columbia University Medical Center, Department of Psychiatry
Community Health Initiatives FQHC Brooklyn NY
Consorci Hospitalari de Vic
Consorci Sanitari de Terrassa
Copenhagen University Hospital

Daiichi-Sankyo
Denmark IBD

Department of Emergency Medicine, University of Illinois at Chicago
Dilla University Referral Hospital
Duhok University-Kurdistan,Iraq
Duke-NUS Medical School
Duquesne University School of Pharmacy

ELPEN
Ethiopia National

Federico II University
Ferring Pharmaceuticals
Florida Orthopaedic Institute
Fukuoka University Chikushi Hospital
Fundació Althaia
Fundació Mútua de Terrassa
Fundació Privada Hospital Asil de Granollers
Fundació Universitària del Bages
Fuwai Hospital

G.I. Research Institute
GSK Spain
German Liver Foundation
Gimema
Gustave Roussy

Hospital Robert Debre
Hospital de Clinicas de Porto Alegre
Hospital for Special Surgery
Huazhong University of Science and Technology
Hunan Children's Hospital
Hôpital Claude Huriez
Hôpital de la Cavale Blanche

IGES Institut GmbH
Imperial College London
Inje University Haeundae Paik Hospital
Institute Cancer De La Loire Lucien Neuwirth
Intarcia

Janssen Pharmaceutical Companies of Johnson & Johnson Japan
Jawaharlal Institute
Johnson and Johnson USA
Julius Maximilian University of Wurzburg
Kameda General Hospital

Kappa Sante
Karolinska Institute 2
Keelung Hospital Taiwan
King Faisal Specialist Hospital
King Saud University
King's College
Kyoto University Hospital

2

Laboratoires Théa
Lifespan
Louis Mourier Hospital
Lurie Childrens Hospital of Chicago

MSD KK
Maastricht University GROW School for Oncology
Mamara University
Marmara University
Mbarara University of Science and Technology
McGovern Medical School-UTHealth
MedStar
MediNeos Observational Research
Medical University of South Carolina
Medpace, Inc
Menarini France
Merck Greece
Michael E DeBakey VA Medical Center
Michigan State University
Mitsubishi Tanabe Pharma Corporation
Montefiore
Morgan Stanley Children's Cancer Center

NYU College of Global Public Health
NYU School of Medicine
NYU Taylor
Nihon Chouzai
Nippon Medical School
Nordic Pharma SAS
Northwell Health
Norway IBD
Novartis Pharma GmbH
Novartis South Korea PrimeCore
Novartis UK
Novo Nordisk

OPIS
Odenplans Medical Center
Open Vie UK
OptiNose
Oslo University Hospital
Oslo University Hospital 2
Oslo University Hospital Department of Gastroenterology
Otsuka Pharmaceutical Co

Parc Sanitari Pere Virgili
Partizan Health
Peking University First Hospital
People of Rwanda
People's Hospital of Guizhou Province
Pfizer France

3

Roche Diabetes Care
Rocky Mountain Suicide Prevention VA
Rush University Medical Center
Rīga Stradiņš University

S. Anna of Pisa Management Institute
SANOFI
SANOFI China
Sarawak Research Society
Saudi Stroke Society
Servier Global Medical Affairs
Servier Russia
Shanghai Clinical Center for Endocrine and Metabolic Diseases
Shanghai Institute of Endocrine and Metabolic Diseases
Shinshu University School of Medicine
Singapore Clinical Research Institute
Societa Italiana di Pneumologia
South Shore Neurologic
Southside Medical Center
Spain IBD
St George's Hospital
St Olavs University Hospital
Suqian First Hospital
Sweden IBD

Taiwan Society of Preventive Medicine
Takeda Greece
Texas Tech El Paso Medical Center
Tianjin University
Tufts Medical Center

U.S. Department of Veteran Affairs Geriatric Research, Education and Clinical Center Gainesville
UCLA Integrated Substance Abuse Programs
UOC Farmacia Ospedaliera di Rovigo
USC School of Pharmacy
Ulster University
United Christian Hospital
Universal Medica
University College London
University Hospital, Heinrich-Heine University Dusseldorf
University Medical Center Groningen
University of Bari
University of Brescia
University of British Columbia
University of Edinburgh
University of Groningen
University of Ljubljana, Faculty of pharmacy
University of Michigan
University of Modena
University of Pisa

University of Wolverhampton
Université de Bordeaux
Uniwersytet Jagielloński – Collegium Medicum

VA Greater Los Angeles
VCU
Vall d'Hebron Institut de Recerca
Value Outcomes Organization CZ
Vatche and Tamar Manoukian Division of Digestive Diseases, David Geffen School of Medicine, UCLA

Wake Forest Health
West China School of Nursing & West China Hospital
West China Sichuan Women's and Children's Hospital
Western Wayne FQHC

Xi'an Jiaotong University Hospital

Yeshiva

Zuckerberg San Francisco General Hospital

# EXHIBIT 8

**From:** susan morisky <smorisky@yahoo.com>
**Sent:** Thursday, January 20, 2022 1:50 PM
**To:** kgross@kigrosslaw.com; peter.hoeller@bjfip.com
**Cc:** F. Christopher Austin <caustin@weidemiller.com>; dmorisky@gmail.com
**Subject:** Widget Infringement issues

Dear Kenny, Peter

I am writing to you as one of the parties in the CR2A and as an officer of our MMAR business. Please do not regard this as interference but concerning issues for the Morisky family. We have a right to express them to you as you represent us too and most importantly affecting our business . Trubow's conduct has resulted in misrepresentations of the Morisky widget in your infringement cases and tortious interference in our own business. These issues must be addressed immediately.

there is no US copyrighted 'Morisky widget' TX0008816517 . That registration number's title is MMAS Research Widget code, (see attached) registered without Don's consent. Your infringement cases must reflect the accurate info.
2. Last year, Trubow stopped using the Morisky widget/Morisky.org website in lieu of his Global Medication Reconciliation Form (GMRF) personal business website (attached) using Don's IP as his 'GMRF Assessment' without Don's consent and in direct violation of CR2A section 1. This is now Trubow's go to website for Morisky widget infringers as he proudly showed in your cases of Daiichi UK and Daiichi Japan (attached :his own screen snapshot). He abandoned using the original widget/website yet refuses to return them to Don. This is not acceptable to the Morisky family.
3. Trubow uploaded 2 You tube videos marketing his illegal GMRF . You Tube took them down on my request.
4. Trubow broke the CR2 terms and refused to turn over all Don's IP derivatives by the end of CR2A Transition period , **September 2021 when everything changed for the Morisky and Trubow parties and you as lawyers for these cases, like it or not.**
5. He also broke the Translation Agreement with Don right off the bat .
6. Because of these developments , we have started notifying Morisky widget licensees to transition to our platform. This could affect pending cases you are working on. Trubow was amply notified last year of this transitioning to Don's platform. **For the reasons above, Don will NOT sign infringement cases that require the nonexistent widget as corrective measure and that should have been returned to Don last September. Don's MMAR platform must be used and he will do the training.**
7. Trubow is demanding infringers pay Amazon web service for his GMRF website , per year, as in the cases of Daiichi UK and Sanofi. Even though the MMAs 8 scale requires no patient personal data. In Sanofi's case, Trubow demanded a 6 year full payout at the outset. Sanofi and Daiichi will not use the widget and server, both have ditched the widget and elected to use the user software Don provided them that has no web link thus no server fee. We hope that the honest and responsible thing to do is to refund the web server money back to Sanofi.
8. Please consider that the same CR2A that authorized your pursuit of infringement cases also authorized the new reality, ie, that the widget and all licenses past pending and future are NOW Don's sole property to manage and to have a major say in cases especially re the nonexistent widget .
9. Pending agreements must reflect this reality.
10. Please only consider Don's signature and the lawyers signature to appear on the agreement. Trubow's signature does not belong. He is the biggest infringer of Don's IP and yet he is pursuing infringement cases. He will still be paid his fair share.
11. We hope that careful consideration of the above issues and your cooperation will expedite rather than delay completion of your infringement cases.
Thank you .Susan

# EXHIBIT 9

**From:** F. Christopher Austin <caustin@weidemiller.com>
**Sent:** Thursday, January 20, 2022 3:51 PM
**To:** kgross@kigrosslaw.com; Peter Hoeller <peter.hoeller@bjfip.com>
**Cc:** dmorisky@gmail.com; susan morisky <smorisky@yahoo.com>
**Subject:** RE: Widget Infringement issues
**Importance:** High

Kenny and Peter:

Don is my client and he reaffirms the core direction given by Susan. Don is presently not feeling well and asked Susan to send the email she sent below.

Bottom line: **Dr. Morisky will not sign any settlement agreement that includes a license in the Widget or that calls for corrective measures to be performed using the Widget. Any required retroactive license must exclusively be in the MMAR Digital Platform, and all training and corrective measures must exclusively be performed by Dr. Morisky or MMAR.**

Under the terms of the CR2A which Mr. Gross helped negotiate, Dr. Morisky was assigned the Widget, all Widget licenses, the website, the domain name and the copyright—all of which were required to have been tendered to Dr. Morisky last September. The breach by Trubow in refusing to comply with the terms of the CR2A, however, does not defeat Dr. Morisky's contractual rights or copyright rights in the same.

Moreover, we now have clear evidence, supported by two DMCA takedowns of infringing pages, that Trubow is directly copying the MMAS-8 in his GMRF website. He is, thus, both willfully violating the terms of the CR2A prohibiting such conduct, and he is engaging in malicious, intentional infringement of federally registered copyrights.

Nothing in the CR2A requires Dr. Morisky to facilitate Trubow in continuing to breach the CR2A or in infringing Dr. Morisky's registered copyrights. As such, Dr. Morisky will not sign any settlement granting any license in the Widget or authorizing Trubow to provide any training or corrective services.

Nevertheless, Dr. Morisky is willing to continue to sign settlement agreements that comply with these terms, honoring Dr. Morisky's agreement to permit Trubow to continue to receive 55% of the net proceeds.

Should Trubow reject these terms, , Trubow effectively will be terminating your representation as you have acknowledge. That choice is his.

You are welcome to contact me if you have any questions regarding the foregoing.

Chris

**F. Christopher Austin**
**Weide & Miller, Ltd.**

# EXHIBIT 10

## Morisky Widget MMAS License

This Morisky Widget MMAS-8 License Agreement ("Agreement") made on 05 July 2017 ("Effective Date") between Sanofi Aventis France, having its head office 82, avenue Raspail - 94250 Gentilly France, represented by Claire Bonafos, Unit Head Internal Medicine and Neurology, French Clinical Study Unit ("Licensee" or "SAF") and MMAS Research LLC (Licensor or MMAS), 14725 NE 20th St Bellevue Washington 98007 USA.

I.  <u>License</u>

A.  Ownership: The Licensee fully understands and agrees that the Morisky Widget software is the exclusive property of MMAS and cannot be administered, divulged or distributed without the written permission of the Licensor. Licensor allows SAF the right to use the Morisky Widget Software by trained and certified Morisky Widget Users and limited to the number of pre-paid MMAS-8 and MMAS-4 tests.

B.  Term: The Morisky Widget is a Perpetual/Indefinite Term License.

C.  Fees:
   a.  Licensee agrees to pay Licensor a one-time non-reoccurring **$8000.00** (USD) fee for a perpetual license to use the Morisky Widget Software. SAF can administer MMAS tests for studies, clinical trials and clinical trials without limitation or restrictions as long as the MMAS tests are administered in France.
   b.  Licensee will pay **$1500** for on-site training and certification for the Morisky Widget and the Morisky Medication Adherence Protocol at SAF in July 2017.
   c.  After the initial training at SAF in July 2017, additional training, certification and technical support for any SAF employees will be available at **no costs** for one year until July 2018 over gotomeeting webinars led by Steve Trubow on the Widget and Dr. Morisky on the Morisky Medication Adherence Protocol
   d.  After year one, training certification and technical support will be optional and will cost $1500.00 per year over gotomeeting.

e. SAF affiliates (i.e. any company which directly or indirectly controls, is controlled by or is under common control of Sanofi, a société anonyme organized and existing under the laws of France, registered in the Company and Trade Register of Paris under the number 395 030 844, having its registered office at 54 rue de la Boétie, 75008 Paris, France) outside of France can receive a **no-cost sub-license** of Morisky Widget Software but will pay a onetime $2500.00 training and certification fee plus travel expenses according to SAF Travel Policy as detailed in Appendix 2 and limited to cost recovery.

f. Licensee will pay $1500 (USD) for # 1000 MMAS-8 French tests administered by paper but scored, coded and reported by the Widget for specific study related to the treatment of the Gaucher disease (hereafter ELIPRO Study) or any other SAF study or clinical trial.

g. For any additional MMAS tests assessed by the Morisky Widget, Licensee will pay $1.00 fee each or $1.50 fee for each additional test in a language other than English. There will be a 500 test minimum for all pre-paid tests.

D. Licensor hereafter indicates the person that Licensee can contact for the organization of training, certification, gotomeeting as defined in clause C:

Steve Trubow / Trubow1@gmail.com, phone USA 360-824-0701

E. Licensor will make the MMAS-8 and MMAS-4 scoring and coding algorithm available on the Licensee account page of the Morisky Widget for European Certification Requirements.

F. By special arrangement, Licensee will be allowed to manually administer any of the MMAS-8 tests by paper in perpetuity but all tests must be scored, coded and reported through the Morisky Widget,

G. Licensee can pre-pay at the price defined in clause C for additional Morisky Widget MMAS tests to increase their number of Morisky Widget MMAS credits anytime.

Signature of Donald Morisky, MMAS Research

Date Signed    05/07/2017

Signature of Steven Trubow, MMAS Research

Date Signed

Signature of Claire Bonafos, SAF

Date Signed

05. JUL. 2017

# EXHIBIT 11

**From:** F. Christopher Austin <caustin@weidemiller.com>
**Sent:** Tuesday, May 25, 20211:52 PM
**To:** Magdalena.Potocka-ext@sanofi.com
Cc: Donald Morisky <donald.morisky..@moriskv.scale.com>;
Peter Hoeller <Reter.hoeller@bjfi.i;1.com>; Brianna Show
<bshow@weidemiller.com>
**Subject:** RE: HIGH ALERT! Re: DO NOT DEAL WITH Steve
Trubow
**Importance:** High

Dear Magdalena:

I am counsel for Dr. Morisky who is copied on this email. When Dr. Morisky initially responded to your inquiry, he was of the impression you were seeking a new license. Dr. Morisky has subsequently learned that your request falls under the existing license Sanofi has with MMAS Research, LLC. Under the terms of an agreement MMAS Research has with Dr. Morisky, MMAS Research will provide the services and training you have requested.

I have copied Peter Hoeller, who is counsel for both MMAS Research and Dr. Morisky employed for the purposes of setting up the legal documentation required. Mr. Hoeller will follow up with you.

We are sorry for the confusion. You are welcome to contact me if you have further questions or concerns.

**F. Christopher Austin**

**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

On Mon, May 24, 2021, 1:26 AM Potocka-ext, Magdalena /FR/EXT <Magdalena.Potocka-ext@sanofi.com> wrote:

> Hello Donald,
>
> Thank you for your email. I will revert with the questionnaire in the coming days.
>
> Kind regards,
> Magda
>
>
> **Magdalena Potocka**
> Vendor Manager

DOCS on behalf of Sanofi

Mobile: +48 538 369 455

Magdalena.Potocka-ext@sanofi.com

---

**From:** Donald Morisky
<donald.morisky@moriskyscale.com>
**Sent:** Thursday, May 20, 2021 12:55 AM
**To:** Potocka-ext, Magdalena /FR/EXT
<Magdalena.Potocka-ext@sanofi.com>
**Cc:** Philip Morisky
<philip.morisky@medicationadherence.institute>; Marty
Morisky <marty.morisky@moriskyscale.com>
**Subject:** HIGH ALERT! Re: DO NOT DEAL WITH Steve
Trubow

Greetings again, Magda, here is a short
questionnaire for you to fill out that will
give me a better understanding as to how
you intend to use the MMAS-8. This is the
only adherence scale in the world that not
only provides the magnitude of
nonadherence but also tells you why the
patient is not taking their medications.
There are several behavioral constructs in
the scale and you will note that I never ask
the patient "do you always take you
medication as directed" becaues 90% will
say "YES". However is you reverse the
direction of the item, by asking, "do you
sometmes forget to take your medicaiton as
directed" now only 50% will say yes. The
issue being addresses is "social desirability"
which is pleasing the interviewer by saying
yes, doctor. The "yes" bias is common in
seld-reported measures so by reversing the
direction of the question, you remove the
social desirability.

We look forward to assist you in the use of
the MMAS-8. I have validated translations in
all the languages you have identified. Once I
receive your responses to the
questionnaire, I will be able to assess the
cost of your MMAS-8 License Contract. I will
prepare first a preliminary draft for your
review and approval.

Please send me a note at [donald.morisky@moriskyscale.com](mailto:donald.morisky@moriskyscale.com) that you received this note as this is my business email.

Best wishes and we look forward to assisting you in your adherence research.

**Donald E. Morisky, Sc.D., M.S.P.H., Sc.M.**

**President, MMAR, LLC.**

**Research Professor and Former Chair**

**Lifetime Career Award, American Public Health Association**

**Department of Community Health Sciences**

**UCLA Fielding School of Public Health**

**Donald E. Morisky** MMAR, LLC, **[donald.morisky@moriskyscale.com](mailto:donald.morisky@moriskyscale.com)**

From: **Donald Morisky** <[dmorisky@gmail.com](mailto:dmorisky@gmail.com)>
Date: Wed, May 19, 2021 at 8:17 AM
Subject: Re: Licensing agreement for MMAS-8 - study AMEERA-6 EFC16133
To: Potocka-ext, Magdalena /FR/EXT <[Magdalena.Potocka-ext@sanofi.com](mailto:Magdalena.Potocka-ext@sanofi.com)>

Cc: Christopher Austin <[caustin@weidemiller.com](mailto:caustin@weidemiller.com)>

HIGH ALERT!  Re: DO NOT DEAL WITH Steve Trubow[m](mailto:m)>

Greetings Magna and thank you for your email.  Please note that effective December 2020, Mr. Trubow and I settled legal matters.  I have revoked his license to market my scales effective April 2020 and he is not authorized to make new business deals nor arrangements for my MMAS scales.  I have given him limited authority to pursue past infringement cases but not to make new business deals.  Please communicate only with me only and my legal counsel who I copied, Esq. Chris Austin. Please do not entertain any communication from his lawyer, Peter Hoeller or Mr. Trubow. and communicate with only me and my lawyer, Chris Austin.

.

On Wed, May 19, 2021 at 4:56 AM Potocka-ext, Magdalena /FR/EXT <Magdalena.Potocka-ext@sanofi.com> wrote:

> Dear Sirs,
>
> I am reaching out to you in regards to EFC16133 breast cancer study that Sanofi will be initiating in October 2021.
>
> We would like to initiate the licensing agreement to be allowed to use MMAS-8 questionnaire for EFC16133.
>
> Method of administration will be electronic and paper (as backup). Languages as listed below, could you indicate which ones are already available?

| Language | Available (Y / N) |
| --- | --- |
| English for Australia | |
| English for India | |
| Hindi for India | |
| Japanese for  Japan | |
| Mandarin for China | |
| English for Singapore | |
| Malay for Singapore | |
| Mandarin for Singapore | |
| Tamil for Singapore | |
| Korean for South Korea | |
| Mandarin for Taiwan | |
| German for Austria | |
| Dutch for Belgium (Flemish) | |
| French for Belgium | |

| | |
|---|---|
| German for Belgium | |
| Bulgarian for Bulgaria | |
| Czech for Czech Republic | |
| Danish for Denmark | |
| Estonian for Estonia | |
| Finnish for Finland | |
| French for France | |
| Georgian for Georgia | |
| German for Germany | |
| Greek for Greece | |
| Hungarian for Hungary | |
| English for the UK | |
| Arabic for Israel | |
| Hebrew for Israel | |
| Italian for Italy | |
| Dutch for the Netherlands | |
| Polish for Poland | |
| Portuguese for Portugal | |
| Romanian for Romania | |
| Russian for Russia | |
| Spanish for Spain | |
| Swedish for Sweden | |
| French for Switzerland | |
| German for Switzerland | |
| Italian for Switzerland | |
| Turkish | |
| English for UK | |

| | |
|---|---|
| Russian for Ukraine | |
| Ukrainian for Ukraine | |
| Spanish for Argentina | |
| Portuguese for Brazil | |
| Spanish for Chile | |
| Spanish for Mexico | |
| English for Canada | |
| French for Canada | |
| English for the US | |
| Spanish for the US | |

Could you advise what other information will be required to initiate the licensing process and provide a quote for Sanofi to be allowed to use MMAS-8 questionnaire in EFC16133 study?

Kind regards,
Magda


**Magdalena Potocka**
Vendor Manager

DOCS on behalf of Sanofi

Mobile: +48 538 369 455

Magdalena.Potocka-ext@sanofi.com

<~WRD0004.jpg>

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# EXHIBIT 12

## ADDENDUM TO MORISKY WIDGET MMAS LICENSE AGREEMENT

The following parties agree to this Addendum (the "Addendum") to the Morisky Widget MMAS License (the "License Agreement") made on July 5, 2017 between:

1. Sanofi Aventis France, located at 82 Avenue Raspail, 94250 Gentilly France and MMAS Research LLC ("**Licensee**" or "**SAF France**"); and

2. Dr. Donald E. Morisky, a resident of Nevada, USA, and MMAS Research LLC, located at 1501 Spring Hill Road, Petaluma, CA 94952, USA (collectively "**Licensor**").

The parties above are collectively referred to as the "Parties" and individually as a "Party" in this Addendum.

**Whereas**, Licensor is the owner of all right, title and interest in and to all psychometric products as well as their translations, adaptations, computer programs, software and scoring and coding algorithms, trade secrets, and any other related documents and information (including those in electronic form) that embody or are related to the Morisky Widget Software ("Morisky Widget") or MMAS tools, including, without limitation, the Morisky Medication Adherence Scale 4- and 8-item versions ("MMAS" tests), Morisky Medication Adherence Protocol, and any documentation thereof (collectively, the "Morisky IP");

**Whereas**, the License Agreement granted SAF France a license to administer MMAS tests in France for the ELIPRO Study;

**Whereas**, the License Agreement also provided an option for SAF France to obtain a sub-license for its affiliate entities in order to conduct studies that use the Morisky IP outside of France and in other studies; and

**Whereas**, Licensee wishes to conduct a global study, referenced as the EFC 16133 Study from 2021 to 2033, with the last MMAS-8 test being administered in 2029, that administers the MMAS tests in numerous languages and scores, codes, and reports their results in the Morisky Widget to determine medication adherence;

**Whereas**, for the EFC 16133 Study, Licensee wishes to administer translated versions of the MMAS-8 test seventeen (17) times each to 3,738 randomized patients, totaling 63,546 administered tests;

**Now Therefore**, the Parties hereby agree to the following conditions:

1. **License Agreement.** All of the terms and conditions of the License Agreement apply to this Addendum and its terms.

2. **Sub-License**. Licensor grants the following entities a sub-license to use the Morisky IP, including MMAS tests and the Morisky Widget, in order to conduct the EFC 16133 Study if the training and certification procedures in Section 2 below are completed:
   a. All affiliates of SAF France conducting the EFC 16133 Study,

*ADDENDUM TO MORISKY WIDGET MMAS LICENSE AGREEMENT*

    b. All clinical research organizations (CROs) directed by SAF France to conduct the EFC 16133 Study, and

    c. Any other third-party organizations (3POs) directed by SAF France to conduct the EFC 16133 Study.

3. **Training and Certification**. The entities listed in Section 1 may only use the Morisky IP after being trained and certified.  Before using or administering the MMAS tests and Morisky Widget, Licensee's lead investigators, clinicians, and researchers for the EFC 16133 Study (collectively "Researchers") must first be trained and certified on the Morisky Widget by Licensor. The training and certification will take two (2) days and may be conducted in Paris, France at Licensor's office at a mutually acceptable time, or in any other mutually acceptable city/location.

   Once the Researchers are certified, those certified Researchers may then train and certify others from the entities listed in Section 1 who are conducting the EFC 16133 Study.

   Only investigators, clinicians, and researchers who have been trained and certified on the Morisky Widget—either by Licensor or a Researcher trained and certified by Licensor—may score and code MMAS tests in the Morisky Widget.

   Certification for the Researchers will not expire for the life of the EFC 16133 Study, enabling the Researchers to train and certify others under this Addendum.

4. **Cost of Training and Certification.**  Licensee agrees to pay Licensor a fee of $2,500 USD plus recoverable-cost travel expenses according to SAF France Travel Policy, as detailed in Appendix 2 of the License Agreement, for a team of three people of MMAS (collectively "Training Fees") for the initial training and certification of the Researchers.  Additional training for SAF France, its affiliates, CROs, and 3POs related may be purchased for the same Training Fees, i.e., $2,500 USD plus recoverable-cost travel expenses according to SAF France Travel Policy, as detailed in Appendix 2 of the License Agreement.

5. **Paper or Electronic Tests**.  Licensor allows the investigators, clinicians, and researchers who have been trained and certified on the Morisky Widget from the entities listed in Section 1 the ability to administer MMAS tests in either paper or electronic questionnaire.

   If electronic clinical outcome assessment (eCOA) screens are used to administer MMAS tests, Licensor must approve such eCOA screens, either during the training and certification listed in Section 3 or upon request of Licensee.

6. **Scoring and Coding of MMAS Tests**.  Licensee must score and code all MMAS tests in the Morisky Widget.  To do so, Licensee may either upload MMAS test results manually into the Morisky Widget (e.g., using a CSV file) or use Licensor's proprietary application programming interface (Widget API), which automates scoring, coding,

*ADDENDUM TO MORISKY WIDGET MMAS LICENSE AGREEMENT*

and delivery of MMAS test results. Licensor agrees to collaborate with Licensee on the best approach for scoring and coding the EFC 16133 Study MMAS test results, either manually or via the Widget API.

7. **Translations**. Licensee wishes to purchase and administer MMAS tests in all of the languages listed in Exhibit 1 below. Per the License Agreement, the costs for each MMAS test in various languages is $1.50 per test. Licensor shall provide Licensee with the translated versions of the MMAS tests in the Morisky Widget. A feature of the Morisky Widget is configured to adapt the MMAS test translations to the specific conditions and medications. Licensee may add their specific health conditions and medications being tested to the translated versions of the MMAS tests, and Licensor will show Licensee, as part of the training and certification on the Morisky Widget, how to verify and certify the MMAS-8 translations for the health conditions and/or medication of the study.

During the initial training of the Researchers, Licensor will work with Licensee and its CROs and 3ROs to verify and certify all Morisky Widget MMAS-8 translations for the EFC 16133 Study. These certified Morisky Widget MMAS-8 translations may then be administered in paper or electronic form, as referenced above.

8. **Translation Services.** Licensee agrees to pay Licensor an annual fee for licensing and maintaining the certified translations of the MMAS-8 test in the Morisky Widget in the various languages listed in Exhibit 1 (referred to as "Translation Services"). The Translation Services cover all fees for translating the MMAS-8 test for the EFC 16133 Study and for adding the specific and verified MMAS-8 translations of the EFC 16133 Study to both the Morisky Widget and any eCOAs. The Translation Services amount to $6,000 annually for the lifetime of the EFC 16133 Study. A Cost Estimate is provided below that includes fees for the Translation Services for six (6) years to accommodate the EFC 16133 Study. If the translation services are needed beyond that, Licensee can purchase the Translation Services for additional years at a cost of $6,000 per year.

9. **Web Services.** Additionally, Licensee agrees to pay Licensor an annual fee for web services required to maintain the Morisky Widget website in Europe in compliance with European General Data Protection Regulation (EU GDPR) for the certified translations of the MMAS-8 test using Amazon Europe Web Services. The Amazon Europe Web Services amount to $7,000 annually for the lifetime of the EFC 16133 Study. The Cost Estimate in Exhibit 2 includes fees for the Amazon Europe Web Services for six (6) years to accommodate the EFC 16133 Study. If Licensee requires the certified translations of the MMAS-8 test and corresponding test results be hosted longer than that, Licensee can purchase additional years of the Amazon Europe Web Services for additional years at a cost of $7,000 per year.

10. **Fees**. Licensee agrees to pay the fees provided in the Cost Table in Exhibit 2 below for the tests, training, certification, Translation Services, and Amazon Europe Web Services outlined in this Addendum.

*ADDENDUM TO MORISKY WIDGET MMAS LICENSE AGREEMENT*

11. **Payment**.  Licensee agrees to pay the above Cost Estimate to Licensor by wiring payment to the following banking institution for legal counsel of the Licensor:

> Barta, Jones & Foley, P.C.
> Client Trust Account
> Bank Name: Zions Bank NA DBA Amegy Bank of Texas
> Account: 5791238263
> Routing: 113011258
> Swift Code: ZFNBUS55

Each individual signing this Addendum represents and warrants that it has the full authority and is duly authorized and empowered to execute this Addendum on behalf of the Party and/or others for which it signs.

This Addendum may be executed in one or more counterparts, each of which when so executed and delivered must be deemed to be an original, but all of which taken together form but one and the same instrument.  Facsimile and/or electronically transmitted signatures are binding as originals.

**IN WITNESS WHEREOF**, and intending to be legally bound, each of the Parties hereto has caused this Agreement to be executed as of the date set forth below.

**LICENSEE:**                                    **LICENSOR:**

**Sanofi Aventis Recherche &**              **Dr. Donald Morisky**
**Developppement**

Philippe Subiron, Site Director              Donald Morisky

26/07/21                                         30/07/21

Date                                             Date


                                                 **MMAS Research LLC**

                                                 Steven Trubow, President

                                                 30/07/21

                                                 Date

*ADDENDUM TO MORISKY WIDGET MMAS LICENSE AGREEMENT*

## EXHIBIT 1: LANGUAGES FOR MMAS TESTS

| Country | Languages |
|---------|-----------|
| Argentina | Spanish for Argentina |
| Australia | English for Australia |
| Austria | German for Austria |
| Belgium | Dutch for Belgium (Flemish) |
| Belgium | French for Belgium |
| Brazil | Portuguese for Brazil |
| Bulgaria | Bulgarian for Bulgaria |
| Canada | English for Canada |
| Canada | French for Canada |
| Chile | Spanish for Chile |
| Czech Republic | Czech for Czech Republic |
| Denmark | Danish for Denmark |
| Estonia | Estonian for Estonia |
| Finland | Finnish for Finland |
| France | French for France |
| Georgia | Georgian for Georgia |
| Germany | German for Germany |
| Greece | Greek for Greece |
| Hungary | Hungarian for Hungary |
| India | English for India |
| India | Hindi for India |
| India | Bengali |
| India | Gujarrati |

*ADDENDUM TO MORISKY WIDGET MMAS LICENSE AGREEMENT*

| | |
|---|---|
| India | Kannada |
| India | Malayalam |
| India | Marathi |
| India | Tamil |
| India | Telugu |
| India | Urdu |
| Ireland | English for the UK |
| Israel | Arabic for Israel |
| Israel | Hebrew for Israel |
| Italy | Italian for Italy |
| Japan | Japanese for Japan |
| Mainland China | Mandarin for China |
| Mexico | Spanish for Mexico |
| Netherlands | Dutch for the Netherlands |
| Poland | Polish for Poland |
| Portugal | Portuguese for Portugal |
| Romania | Romanian for Romania |
| Russia | Russian for Russia |
| Singapore | English for Singapore |
| Singapore | Malay for Singapore |
| Singapore | Mandarin for Singapore |
| Singapore | Tamil for Singapore |
| South Korea | Korean for South Korea |
| Spain | Spanish for Spain |

*ADDENDUM TO MORISKY WIDGET MMAS LICENSE AGREEMENT*

| | |
|---|---|
| Sweden | Swedish for Sweden |
| Switzerland | French for Switzerland |
| Switzerland | German for Switzerland |
| Switzerland | Italian for Switzerland |
| Taiwan | Mandarin for Taiwan |
| Turkey | Turkish |
| UK | English for UK |
| Ukraine | Russian for Ukraine |
| Ukraine | Ukrainian for Ukraine |
| USA | English for the US |
| USA | Spanish for the US |

*ADDENDUM TO MORISKY WIDGET MMAS LICENSE AGREEMENT*

## EXHIBIT 2: COST TABLE

| DESCRIPTION | Quantity | Rate | AMOUNT |
|---|---|---|---|
| Sub-License | Hours | Free | Free |
| Tests for Randomized Patients | **63,546 (3,738*17)** | $1.50 | $95,319 |
| Volume Discount for Tests (30%) | - | -30% | ($28,595.70) |
| Translation Services | 6 years | $6,000/year | $36,000 |
| Amazon Europe Web Services | 6 years | $7,000/year | $42,000 |
| Consulting, Training, Certification – Morisky Widget | 1 | $2,500 | $2,500 |
|  |  | **Total** | **$147,221** |

Table 1: Cost Table
(All costs are provided in US Dollars.)

# EXHIBIT 13

## AGREEMENT FOR TRANSLATION SERVICES

This agreement ("Agreement"), effective July 27, 2021 (the "**Effective Date**"), is entered into by the following parties:

1. Dr. Donald E. Morisky, a resident of Nevada, USA ("**Morisky**"); and
2. MMAS Research LLC, located at 15014 Spring Hill Road, Petaluma, California 94952, USA, and Steven Trubow, a resident of California (collectively, "**Trubow**").

**Whereas**, Morisky and Trubow are finalizing an agreement with Sanofi Aventis France (the "Sanofi Agreement") to conduct a worldwide study that uses MMAS-8 tests (the "ELIPRO Study");

**Whereas**, the Sanofi Agreement includes terms for "Translation Services" to cover the translation of the MMAS-8 test into 50+ languages, upload the translations of the MMAS-8 test into the Morisky Widget software, and maintain the uploaded translations in the Morisky Widget software for the length of the ELIPRO Study;

**NOW, THEREFORE, the parties agree as follows:**

1. Trubow has or will obtain ISO-17100 certified translations of the MMAS-8 test for the particular medication and medical condition of the ELIPRO Study in the 50+ languages (the "MMAS Translations").

2. Trubow will provide the MMAS Translations to Morisky for review and approval.

3. Morisky must approve the MMAS Translations before being uploaded into the Morisky Widget and Sanofi's ePRO software for use in the ELIPRO Study.

4. Trubow will be able to upload all MMAS Translations approved by Morisky into the Morisky Widget and Sanofi's ePRO software for use in the ELIPRO Study.

5. If Morisky does not approve of any MMAS Translation, Trubow will attempt to get the non-approved MMAS Translations translated again to Morisky's satisfaction.

6. All funds paid by Sanofi for the translations ("Translation Funds") shall be collected and dispersed by legal counsel Barta, Jones & Foley, PC (BJF) to Morisky and Trubow on a 50-50 basis after BJF's contingency fee of 15% is deducted and after all expenses paid by the parties for the translation services are reimbursed.

7. This Agreement constitutes and contains the entire understanding and agreement of Licensee and Licensor respecting the subject matter hereof and cancels and supersedes any and all prior and contemporaneous negotiations, correspondence, understandings and agreements between Licensee and Licensor, whether oral or written, regarding such subject matter.

8. "The MMAS Translations shall be deemed "MMAS RESEARCH IP" and subject to the disposition of MMAS RESEARCH IP under the terms of the CR 2A Agreement between the Parties."

9. Each individual signing this Agreement represents and warrants that it or he has the full authority and is duly authorized and empowered to execute this Agreement on behalf of the party and/or others for which it signs. Page 1 of 2

10. This Agreement may be executed in one or more counterparts, each of which when so executed and delivered must be deemed to be an original, but all of which taken together

form but one and the same instrument. Facsimile and/or electronically transmitted signatures are binding as originals.

**IN WITNESS WHEREOF**, and intending to be legally bound, each of the parties hereto has caused this Agreement to be executed as of the date set forth below.

**MORISKY:**

_Donald Morisky_
Dr. Donald E. Morisky

July 29, 2021
Date

**TRUBOW:**

Steven Trubow

July 28, 2021
Date

**MMAS RESEARCH LLC:**

Steven Trubow
Steven Trubow, President

July 28, 2021
Date

# EXHIBIT 14

You indicated that you are taking medication for your breast cancer.
Individuals have identified several issues regarding their medication-taking behavior and we are interested in your experiences. There is no right or wrong answer. Please answer each question based on your personal experience with your breast cancer medication.

1. Do you sometimes forget to take your breast cancer medications?
   Yes          No

2. Patients sometimes miss taking their medications for reasons other than forgetting. Thinking over the past two weeks, were there any days when you did not take your breast cancer medications?
   Yes          No

3. Have you ever cut back or stopped taking your breast cancer medications without telling your doctor, because you felt worse when you took it?
   Yes          No

4. When you travel or leave home or travel, do you sometimes forget to bring along your breast cancer medication(s)?   Yes      No

5. Did you take your breast cancer medications yesterday?   Yes      No

6. When you feel like your breast cancer is under control, do you sometimes stop taking your breast cancer medications?  Yes      No

7. Taking medications every day is a real inconvenience for some people. Do you ever feel troubled about adhering to your breast cancer treatment plan?  Yes      No

8. How often do you have difficulty remembering to take all of your breast cancer medications?
   **Never/Rarely, Once in a while, Sometimes, Usually, All the time**

© 2006 Donald E. Morisky

# EXHIBIT 15

You indicated that you are taking medication for your breast cancer.

Individuals have identified several issues regarding their medication-taking behaviour, and we are interested in your experiences. There is no right or wrong answer. Please answer each question based on your personal experience with your breast cancer medication.

1. Do you sometimes forget to take your breast cancer medication?
   Yes        No

2. Patients sometimes miss taking their medication for reasons other than forgetting. Thinking about the past two weeks, were there any days when
   you did not take your breast cancer medication?
   Yes        No

3. Have you ever cut back or stopped taking your breast cancer medication without telling your doctor because you felt worse when you took it?
   Yes        No

4. When you travel or leave home, do you sometimes forget to bring
   along your breast cancer medication(s)?  Yes        No

5. Did you take your breast cancer medication yesterday?  Yes        No

6. When you feel like your breast cancer is under control, do you sometimes stop taking your breast cancer medication? Yes        No

7. Taking medication every day is a real inconvenience for some people. Do you ever feel troubled about adhering to your breast cancer treatment plan? Yes        No

8. How often do you have difficulty remembering to take all of your breast cancer medication?
   **Never/Rarely, Once in a while, Sometimes, Usually, All the time**

**© Morisky Widget MMAS Software Registration TX 8-816-517**

Usted mencionó que toma medicamentos para tratar su cáncer de mama. Distintas personas han identificado problemas relacionados con su comportamiento de toma de medicamentos; nos interesa conocer sus experiencias. No hay respuestas correctas o incorrectas. Responda a cada pregunta de acuerdo con su experiencia personal con los medicamentos para tratar el cáncer de mama.

1) ¿Algunas veces olvida tomar sus medicamentos para tratar el cáncer de mama?

Sí          No

2. En ocasiones, los pacientes dejan de tomar sus medicamentos por razones distintas al olvido. Pensando en las últimas dos semanas, ¿hubo algún día en que
no tomó sus medicamentos para tratar el cáncer de mama?
Sí          No

3) ¿Alguna vez ha reducido o dejado de tomar sus medicamentos para tratar el cáncer de mama sin decírselo a su médico, porque se sentía peor cuando los tomaba?
Sí          No

4. Cuando viaja o se va de su casa, ¿a veces olvida llevar sus medicamentos para tratar el cáncer de mama? Sí                              No

¿Tomó ayer sus medicamentos para tratar el cáncer de mama?
5. Sí                                                          No

6. Cuando siente que su cáncer de mama está bajo control, ¿a veces deja de tomar sus medicamentos para tratarlo?
Sí                                        No

7. Para algunas personas, tomar medicamentos todos los días es un verdadero inconveniente. ¿Alguna vez ha tenido problemas para seguir el plan de tratamiento del cáncer
de mama? Sí  No

8. ¿Con qué frecuencia tiene dificultades para recordar que debe tomar todos sus medicamentos para tratar el cáncer de mama?

**Nunca/rara vez, De vez en cuando, A veces, A menudo, Todo el tiempo**

© Morisky Widget MMAS Software Registration TX 8-816-517

You indicated that you are taking medication for your breast cancer.

Individuals have identified several issues regarding their medication-taking behaviour, and we are interested in your experiences. There is no right or wrong answer. Please answer each question based on your personal experience with your breast cancer medication.

1.      Do you sometimes forget to take your breast cancer medications?
        Yes        No

2.      Patients sometimes miss taking their medications for reasons other than forgetting. Thinking over the past two weeks, were there any days when you did not take your breast cancer medications?
        Yes        No

3.      Have you ever cut back or stopped taking your breast cancer medications without telling your doctor, because you felt worse when you took it?
        Yes        No

4.      When you travel or leave home or travel, do you sometimes forget to bring along your breast cancer medication(s)? Yes        No

5.      Did you take your breast cancer medications yesterday? Yes        No

6.      When you feel like your breast cancer is under control, do you sometimes stop taking your breast cancer medications? Yes        No

7.      Taking medications every day is a real inconvenience for some people. Do you ever feel troubled about adhering to your breast cancer treatment plan?        Yes        No

8.      How often do you have difficulty remembering to take all of your breast cancer medications?
        **Never/Rarely, Once in a while, Sometimes, Usually, All the time**

**© Morisky Widget MMAS Software Registration TX 8-816-517**

Translated S.r.l.
Via Indonesia n.23
00144 Roma (RM)
P.IVA 07173521001

–
We open up language to everyone



translated.

## Certification of Translation Accuracy

**03/09/2021**                    Project N°: **38686708**

Translated document:              Language Combination:

**SFI MMAS8**                     **English to English New Zealand**

We, Translated s.r.l., a professional translation company, hereby certify that the above mentioned document has been translated by experienced and qualified professional translators to the best of their ability.

This certificate relates to the accuracy of the translation only and not to the original content of the document. In accordance with our general terms and conditions, Translated s.r.l. is not liable and shall not be held liable for the consequences of any use of the translation by the customer or any other party.

A copy of the translation is attached to this certification.



Translated S.r.l.
Via Indonesia n.23
00144 Roma (RM)
P.IVA 07173521001

Co-founder & Chairman

TRANSLATED SRL

–
TRANSLATED S.R.L.

VAT. IT 071 73 52 10 01

R.E.A. Roma 1015467

–
Via Indonesia 23

00144 Rome (RM)

Italy

–
E-MAIL info@translated.com

TEL. +39 06 90 254 001

WEB. translated.com

# EXHIBIT 16

Amanda L. Bruss (#246249)
BRUSS LEGAL PLLC
7550 E. 53rd Place # 172464
Denver, CO 80217
(415) 271-5754
amanda@brusslegal.com

*Counsel for Defendants Donald E.
Morisky, and Morisky Medication
Adherence Research LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMAS RESEARCH, LLC, a Washington limited liability company, | Case No. 2:22-cv-05141-AB-JC |
| Plaintiff, | **DECLARATION OF DR. MARK ZIMMERMAN IN SUPPORT MOTION TO DISMISS AMENDED COMPLAINT** |
| v. | |
| UNIVERSITY OF WOLVERHAMPTON et al., | DATE: January 6, 2023 |
| Defendants. | TIME: 10:00 a.m. |
| | JUDGE: Hon. André Birotte Jr. |
| | CTRM: 7B |

I, Mark Zimmerman, make this declaration pursuant to 28 U.S.C. § 1746 in support of Defendants' Motion to Dismiss. I have personal knowledge of the facts stated herein and if called upon could testify to them.

1. I am a psychiatrist and director of the Partial Hospital Program and Outpatient Services at Rhode Island Hospital, and a professor of psychiatry at Brown University. I've been principal investigator of the Rhode Island Methods to Improve Diagnostic Assessment and Services for the past 25 years. A true and correct copy of my CV is attached hereto as Exhibit A.

2. I developed the Clinically Useful Depression Outcome Scale

("CUDOS"), which was completed in 2004, and own the copyrights in that work.

3.  I developed the Clinically Useful Anxiety Outcome Scale ("CUXOS"), which was completed in 2010, and own the copyrights in that work.

4.  Use of either the CUDOS or CUXOS must be authorized and approved by me.

5.  I have never authorized MMMAS Research, LLC to make any use of either the CUDOS or the CUXOS, or to license the use of either of these Scales to third parties.

6.  I did not authorize MMMAS Research, LLC or anyone acting on its behalf to create a derivative work incorporating all or part of either the CUDOS or the CUXOS.

7.  To the extent the Morisky Widget contains either the CUDOS or the CUXOS, such use is unauthorized and infringing.

8.  I have also not authorized MMAS Research LLC to pursue copyright infringement claims – or any other claims – on my behalf.

9.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2022

_____

Dr. Mark Zimmerman

1

2

**CERTIFICATE OF SERVICE**

3
      I hereby certify that on December 8, 2022 I caused a true and correct copy of the

4
foregoing declaration to be filed via the CM/ECF system, which will serve a notice of

5
electronic filing to all counsel of record.

6

7
                                          *s/ Amanda L. Bruss*
                                          Amanda L. Bruss

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

*MMAS Research, LLC v. University of Wolverhampton et al.*

Case No. 2:22-cv-05141-AB-HC

Zimmerman Declaration

CURRICULUM VITAE

Mark Zimmerman, M.D.
5 Brookfield Court
East Greenwich, RI 02818
401-884-4687 – Home
401-215-5876 -- Cell
401-444-7098 – Work
401-444-7107 Fax
mzimmerman@lifespan.org

**PERSONAL**

Date of Birth:   June 17, 1957

Place of Birth:  Flushing, New York

Marital Status:  Married - Caryn P. Corenthal

Children:              Kyle David Corenthal Zimmerman, 6/20/89
                          Cali Jyl Corenthal Zimmerman, 4/30/92

Military Service:      None

**EDUCATION**

1974-1978          B.A., Columbia University, New York, New York

1980-1982          Graduate Classes in Clinical Psychology, University of Iowa, Iowa City, Iowa

1983-1985          Pre-med undergraduate classes, University of Iowa, Iowa City, Iowa

1986-1990          M.D., University of Health Sciences, The Chicago Medical School

1990-1991          Rotating Internship (Medicine, Neurology, Psychiatry) Medical College of
                          Pennsylvania/Eastern Pennsylvania Psychiatric Institute, Philadelphia, PA

1991-1994          Resident in Psychiatry, Eastern Pennsylvania Psychiatric Institute,
                          Philadelphia, PA

1992-1993          Chief Resident in Psychiatry, Eastern Pennsylvania Psychiatric Institute,
                          Philadelphia, PA

**PROFESSIONAL LICENSES AND BOARD CERTIFICATION**

State of Rhode Island #MD8768

American Board of Psychiatry and Neurology, 1998
           Certification #45484

1

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1990-1994 | Research Assistant Professor in Psychiatry, Medical College of Pennsylvania, Philadelphia, PA |
| 1994-2013 | Associate Professor in Psychiatry and Human Behavior, Brown University, Providence, RI |
| 2013-present | Professor in Psychiatry and Human Behavior, Brown University, Providence, RI |
| 1996-present | Director, Outpatient Psychiatric Services, Rhode Island Hospital, Providence, RI |
| 2013-present | Director, Partial Hospital Services, Rhode Island Hospital, Providence, RI |

## TEACHING ACTIVITIES

| | |
|---|---|
| 1993-1994 | Course Director of "A Crash Course in Psychiatric Diagnosis." Given to first year residents in psychiatry. |
| 1992-1993 | Course Director of Journal Club |
| 1992-1994 | Coordinator of Psychiatric Grand Rounds Program, Medical College of Pennsylvania/Eastern Pennsylvania Psychiatric Institute |
| 1996-2014 | Director, Outpatient Psychiatry Residency Rotation, Rhode Island Hospital |
| 1996-present | Course Director of weekly Journal Club, Brown University, Department of Psychiatry and Human Behavior |
| 1996-2014 | Course Director of weekly Diagnostic Case Conference, Brown University, Department of Psychiatry and Human Behavior |

## HONORS AND AWARDS

| | |
|---|---|
| 1988 | Alpha Omega Alpha |
| 1988 | First and second prize<br>Illinois Psychiatric Society Medical Student Paper Competition |
| 1989 | American Medical Association Rock Sleyster Memorial Scholarship |
| 1989 | First prize<br>Illinois Psychiatric Society Medical Student Paper Competition |
| 1990 | Second prize<br>Illinois Psychiatric Society Medical Student Paper Competition |
| 1990 | Chicago Medical School Board of Trustees Scholarship Award |
| 1990 | John J. Sheinin Research Award, Chicago Medical School |

2

| 1992 | NIMH Outstanding Resident Award |
| 1992-1994 | APA/Burroughs Wellcome Fellowship Award |
| 1993 | Laughlin Fellow of the American College of Psychiatrists |
| 1993 | Association for Academic Psychiatry Mead Johnson Fellowship |
| 1994 | APA Marie Eldridge Research Award |
| 1994 | American Association of General Hospital Psychiatrists' Lebensohn Award |
| 1994 | Academy of Psychosomatic Medicine Best Poster Award |
| 2016 | Winokur Award, American Academy of Clinical Psychiatrists |

## PROFESSIONAL SOCIETIES

| 1987- present | American Psychiatric Association |
| 1988-1990 | Chicago Medical Society |
| 1988-present | American Medical Association |
| 1990-1994 | Pennsylvania Medical Society |
| 1990-1994 | Pennsylvania Psychiatric Society |
| 1994-present | Rhode Island Psychiatric Society |
| 1996-present | Association for General Hospital Psychiatrists |
| 1996-present | Association for the Advancement of Behavior Therapy |
| 2010-present | International Society for the Study of Personality Disorders |
| 2013-present | American Society of Clinical Psychopharmacology |

## PROFESSIONAL COMMITTEES

| 1986-1987 | DSM-III-R Mood Disorders Committee |
| 1989-1990 | Illinois State Medical Society Council on Mental Health and Addiction |
| 1992-1994 | APA Committee on Psychiatric Diagnosis and Assessment |
| 1993-1994 | Philadelphia Psychiatric Society Public Affairs Committee |
| 1993-1994 | Philadelphia Psychiatric Society Committee of Residents and Fellows |
| 2012-2013 | Scientific Advisory Board for the XIII[th] International Congress on the Disorders of Personality to be held in Copenhagen in 2013 |

3

| | |
|---|---|
| 2017-present | North American Society for the Study of Personality Disorders, Board of Directors |
| 2017-present | American Society of Clinical Psychopharmacology, Continuing Education Committee |
| 2017-present | American Society of Clinical Psychopharmacology, Program Committee |
| 2017-present | American Society of Clinical Psychopharmacology, Awards Committee |
| 2018-present | American Psychiatric Association, DSM Review Committee for Serious Mental Disorders |
| 2019-present | Section Editor, Revision of DSM-5 Personality Disorders |

## OTHER COMMITTEES

| | |
|---|---|
| 1996-1998 | Clinical Advisory Committee to Green Spring of Rhode Island |
| 1994-2000 | Behavioral Science Committee, Rhode Island Hospital |
| 2000-2002 | Cancer Committee, Rhode Island Hospital |
| 2011-present | Primary and Integrated Care Committee, Rhode Island Hospital |
| 2017-present | Academic Faculty Appointments & Promotions Committee, Brown University Department of Psychiatry |
| 2018-present | Physician Compensation Committee, Lifespan Physician Group |

## EDITORIAL BOARDS

| | |
|---|---|
| 1991-2004 | Journal of Affective Disorders |
| 1994-1997 | Clinical Psychology Review |
| 1997-present | Journal of Personality Disorders (Associate Editor since 2012) |
| 2005-present | Psychiatry Research (Associate Editor from 2008-2018) |
| 2005-present | Journal of Nervous and Mental Disease |
| 2006-present | International Journal of Clinical and Health Psychology |
| 2008-present | Journal of Psychiatric Research |
| 2008-2017 | Depression and Anxiety |
| 2010-present | Journal of Clinical Psychiatry |
| 2012-present | Current Psychiatry |
| 2012-present | Annals of Clinical Psychiatry |
| 2013-present | Bipolar Disorders |

4

2015-present          Comprehensive Psychiatry

## GRANTS and CONTRACTS

Principal Investigator - "Measurement and Validity of DSM Personality Disorders", National Institute of Mental Health (MH-48732), 9/30/92 - 8/31/97, $349,966.

Principal Investigator - "Development of the Diagnostic Inventory for Depression", National Computer Systems Assessments, 12/1/95-10/14/96, $128,682.

Co-Principal Investigator - "A Scale to Improve Mental Health Diagnostic Assessment", National Institute of Mental Health (MH-56404) 9/1/97-2/28/98, $100,000.

Principal Investigator - "Development of the Psychiatric Diagnostic Screening Questionnaire", Western Psychological Services, 7/1/97-6/30/98, $100,000.

Co-Principal Investigator – "A Comprehensive Outcome Scale for Outpatient Psychiatry", National Institute of Mental Health (MH-57603-01A1) 7/1/98-12/30/98, $100,000.

Co-Principal Investigator – "A Scale to Improve Mental Health Diagnostic Assessments – 2", National Institute of Mental Health (MH-56404-01A1) 5/1/99-4/30/00, $781,508.

Principal Investigator – "An Open Label Study of the Effectiveness of Citalopram in the Treatment of Pathological Gambling", Forest Laboratories, 9/1/99-8/31/00, $16,350.

Principal Investigator – "A Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Depakote in Impulsive Aggression Across Psychiatric Disorders", Abbott Laboratories, 11/1/99-12/30/00, $110,772.

Principal Investigator – "An 8-Week, Randomized, Multicenter, Flexible-Dose, Double-Blind, Placebo-Controlled Study of Pagaclone in Patients with Panic Disorder", Parke-Davis, 11/1/99-12/30/00, $110,772.

Principal Investigator – "A 6-Week, Randomized, Multicenter, Flexible-Dose, Double-Blind, Placebo-Controlled Study of Pagaclone in Patients with Generalized Anxiety Disorder", Parke-Davis, 9/1/00-6/1/01, $122,500.

Co-Principal Investigator – "A Comprehensive Outcome Scale for Outpatient Psychiatry", National Institute of Mental Health (MH-57603-02A2) 10/1/02-9/30/04, $999,162.

Principal Investigator—"Efficacy and Safety of Olanzapine in Patients with Borderline Personality Disorder: A Randomized Double-Blind Comparison with Placebo", Eli Lilly and Company, 2004, $124,300

Principal Investigator—"Leviteracetam as Adjunctive Treatment for Depressed Psychiatric Patiens with High Anxiety" UCB Pharma, 2004.  $80,000

Co-Principal Investigator—"An Outcome Scale for Pathological Gambling" National Institute on Drug Abuse (DA020166-02A1) 9/1/05-8/31/07 $812,983

Co-Principal Investigator—"Developing a Remission from Depression Questionnaire" National Institute of Mental Health (MH074172-01A1) 3/1/06-8/31/06 $103,298

Principal Investigator—"Association Between Insomnia and Psychosocial Impairment in Depressed Outpatients" Sepracor, 2007, $37,500

Principal Investigator—"Validity of the Remission from Depression Questionnaire" Eli Lilly and Company, 11/15/09-11/14/11, $495,000

Principal Investigator—"An Exploratory Phase II Study to Determine the Safety, Tolerability and Activity of a Novel Vasopressin 1a Receptor Antagonist (SRX246) in Adults with DSM-5 Intermittent Explosive Disorder (IED)" Azevan Pharmaceuticals, Inc., March 2014 – September 2015.   $187,197

## PUBLICATIONS

Journals:

1.  Zimmerman, M. The Home Observation for Measurement of the Environment: A comment on Elardo and Bradley's review. *Developmental Review*, 1981, 1, 301-313.

2.  Zimmerman, M. The Home Observation for Measurement of the Environment: A rejoinder to Elardo and Bradley's comment. *Developmental Review,* 1981, 1, 322-329.

3.  Sines, J.S. & Zimmerman, M. Assessing children's psychosocial environments: Issues, methods, and some data from 5 contemporary instruments. *Clinical Psychology Review,* 1981, 1, 387-413.

4.  Zimmerman, M. Methodological issues in the assessment of life events: A review. *Clinical Psychology Review,* 1983, 3, 339-370.

5.  Zimmerman, M. Using personal scalings on life event inventories to predict dysphoria. *Journal of Human Stress,* 1983, 8, 32-38.

6.  Coryell, W. & Zimmerman, M. The dexamethasone suppression test and ECT outcome: A six-month follow-up. *Biological Psychiatry,* 1983, 18, 21-27.

7.  Zimmerman, M. Weighted versus unweighted life event scores: Is there a difference? *Journal of Human Stress,* 1983, 9, 30-35.

8.  Zimmerman, M. Self-report depression scales (letter). *Archives of General Psychiatry,* 1983, 40, 1035.

9.  Pfohl, B., Stangl, D. & Zimmerman, M. Increasing Axis-II reliability (letter). *American Journal of Psychiatry,* 1983, 140, 271-272.

10. Zimmerman, M., O'Hara, M.W. & Corenthal, C.P. Symptom contamination of life event scales. *Health Psychology,* 1984, 4, 77-81.

11. Zimmerman, M., Pfohl, B. & Coryell, W. Appetite and weight change and the dexamethasone suppression test. *Biological Psychiatry,* 1984, 19, 923-928.

12. Coryell, W. & Zimmerman, M. Outcome following ECT in primary unipolar depression: A test of newly proposed response predictors. *American Journal of Psychiatry,* 1984, 141, 862-867.

13. Zimmerman, M., Stangl, D., Pfohl, B. & Coryell, W. Diagnosing + endogenous depression and DSM-III melancholia (letter). *Psychiatry Research,* 1984, 12, 173-174.

14. Zimmerman, M. The stability of the revised Beck Depression Inventory in college students: Relationship with life events. *Cognitive Therapy and Research,* 1986, 10, 37-43.

15. Zimmerman, M., Coryell, W. & Pfohl, B. The importance of diagnostic thresholds in familial classification: The dexamethasone suppression test and familial subtypes of depression. *Archives of General Psychiatry,* 1985, 42, 300-304.

16. Zimmerman, M., Coryell, W. & Corenthal, C. Attribution style, the dexamethasone suppression test, and the diagnosis of melancholia in depressed inpatients. *Journal of Abnormal Psychology,* 1984, 93, 373-377.

17. Coryell, W., Pfohl, B. & Zimmerman, M. The clinical and neuroendocrine features of psychotic depression. *Journal of Nervous and Mental Disorders,* 1984, 7, 309-318.

18.  Pfohl, B., Stangl, D. & Zimmerman, M.  The implications of DSM-III personality disorders for patients with major depression.  *Journal of Affective Disorders,* 1984, 7, 309-319.

19.  Zimmerman, M., Coryell, W., Pfohl, B. & Stangl, D.  Four definitions of endogenous depression and the dexamethasone suppression test.  *Journal of Affective Disorders,* 1985, 8, 37-45.

20.  Stangl, D., Pfohl, G., Zimmerman, M., Bowers, W. & Corenthal, C.  A structured interview for the DSM-III personality disorders.  *Archives of General Psychiatry,* 1985, 42, 591-596.

21.  Zimmerman, M., Pfohl, B., Stangl, D. & Coryell, W.  An American validation study of the Newcastle diagnostic scale.  I.  Relationship with the dexamethasone suppression test.  *British Journal Psychiatry,* 1986, 149, 6217-630.

22.  Zimmerman, M., Stangl, D., Coryell, W. & Pfohl, B.  The Research Diagnostic Criteria for endogenous depression and the dexamethasone suppression test:  A discriminant function analysis.  *Psychiatry Research,* 1985, 14, 197-208.

23.  Zimmerman, M. & Coryell, W., Dysfunctional attitudes in endogenous and nonendogenous depressed inpatients.  *Cognitive Therapy and Research,* 1986, 10, 339-346.

24.  Zimmerman, M.  Validity of the dexamethasone suppression test (letter).  *Journal of Clinical Psychiatry,* 1985, 46, 110.

25.  Zimmerman, M., & Coryell, W.  Limited utility of the 1-mg dexamethasone suppression test as a measure of hypercortisolism (letter).  *Archives of General Psychiatry,* 1985, 42, 200-201.

26.  Zimmerman, M., Pfohl, B. & Stangl, D.  Life event assessment:  A comparison of self-report and interview formats.  *Journal of Human Stress,* 1986, 12, 13-19.

27.  Zimmerman, M., Coryell, W., Pfohl, B. & Stangl, D.  The validity of four definitions of endogenous depression:  II.  Clinical, demographic, familial and psychosocial correlates.  *Archives of General Psychiatry,* 1986, 43, 234-244.

28.  Coryell, W., Pfohl, B. & Zimmerman, M.  Outcome following ECT:  A comparison of primary and secondary depression.  *Convulsive Therapy,* 1985, 1, 10-14.

29.  Zimmerman, M., Coryell, W. & Pfohl, B.  The validity of the dexamethasone suppression test as a marker for endogenous depression.  *Archives of General Psychiatry,* 1986, 43 347-355.

30.  Zimmerman, M., Coryell, W. & Pfohl, B.  The categorical and dimensional models of endogenous depression.  *Journal of Affective Disorders,* 1985, 9, 181-186.

31.  Zimmerman, M., Coryell, W. & Pfohl, B.  The treatment validity of DSM-III melancholic subtyping.  *Psychiatry Research,* 1985, 16, 37-43.

32.  Zimmerman, M., Coryell, W. & Stangl, D.  The Iowa Discriminant Index for endogenous depression:  Family history correlates.  *Psychiatry Research,* 1985, 16, 45-50.

33.  Pfohl, B., Coryell, W., Zimmerman, M. & Stangl D.  DSM-III personality disorders:  Diagnostic overlap and internal consistency of individual DSM-III criteria.  *Comprehensive Psychiatry,* 1986, 27, 21-34.

34.  Zimmerman, M., Coryell, W., Pfohl, B. & Stangl, D.  Validity of familial subtypes of primary unipolar depression:  Clinical, demographic, and psychosocial correlates.  *Archives of General Psychiatry,* 1986, 43, 1090-1096.

35.  Zimmerman, M., & Coryell, W.  Reliability of follow-up assessments of depressed inpatients.  *Archives of General Psychiatry,* 1986, 43, 468-470.

36. Zimmerman, M., Coryell, W., Stangl, D. & Pfohl, B.  An American validation study of the Newcastle diagnostic scale.  II.  Relationship with clinical, demographic, familial, and psychosocial features. *British Journal of Psychiatry,* 1987, <u>150</u>, 526-532.

37. Zimmerman, M., Pfohl, B., Stangl, D. & Coryell, W.  The validity of DSM-III Axis IV (severity of psychosocial stressors).  *American Journal of Psychiatry,* 1985, <u>142</u>, 1437-1441.

38. Zimmerman, M., Pfohl, B., Stangl, D & Corenthal, C.  The influence of interviewing an informant on diagnosing personality disorders. *Journal of Clinical Psychiatry,* 1986, <u>47</u>, 261-263.

39. Coryell, W., Zimmerman, M. & Pfohl, B.  Short-term prognosis in primary and secondary major depression. *Journal of Affective Disorders,* 1985, <u>9</u>, 265-270.

40. Zimmerman, M. & Coryell, W.  Validity of RDC and DSM-III (letter). *Archives of General Psychiatry,* 1985, <u>42</u>, 633-634.

41. Coryell, W., Zimmerman, M. & Pfohl, B.  Outcome at discharge and six months in major depression:  The significance of psychotic features. *Journal of Nervous and Mental Disease,* 1986, <u>174</u>, 92-96.

42. Zimmerman, M., Coryell, W., Corenthal, C. & Wilson, S.  A self-report scale to diagnose major depression disorder. *Archives of General Psychiatry,* 1986, <u>43</u>, 1076-1081.

43. Zimmerman, M., Coryell, W. & Pfohl, B.  Melancholic subtyping: A quantitative or qualitative distinction? *American Journal of Psychiatry.* 1986, <u>143</u>, 98-100.

44. Zimmerman, M., Coryell, W., Wilson, S. & Corenthal, C.  Evaluation of symptoms of major depression disorder: Self-report vs. clinician ratings. *Journal of Nervous and Mental Disease,* 1986, <u>174</u>, 150-153.

45. Zimmerman, M., Coryell, W., Stangl, D. & Pfohl, B.  An American validation study of the Newcastle scale.  III. Course during index hospitalization and six month prospective follow-up. *Acta Psychiatrica Scandinavica,* 1986, <u>73</u>, 412-415.

46. Zimmerman, M., Coryell, W., Pfohl, B. & Stangl, D.  Validity of the Hamilton Endogenous Subscale:  An independent replication. *Psychiatry Research,* 1986, <u>18</u>, 209-215.

47. Zimmerman, M., Coryell, W., Pfohl, B., Corenthal, D. & Stangl, D.  ECT response in depressed patients with and without a DSM-III personality disorder. *American Journal of Psychiatry,* 1986, <u>143</u>, 1030-1032.

48. Coryell, W., Pfohl, B. & Zimmerman, M.  Heterogeneity in psychotic depression. *Comprehensive Psychiatry,* 1986, <u>27</u>, 430-438.

49. Pfohl, B., Coryell, W., Stangl, D. & Zimmerman, M.  Body weight and reported vs. measured weight loss as confounders of the dexamethasone suppression test. *Biological Psychiatry,* 1986, <u>21</u>, 931-938.

50. Zimmerman, M. & Coryell, W.  The Inventory to Diagnose Depression (IDD):  A self-report scale to diagnose major depressive disorder. *Journal of Consulting and Clinical Psychology,* 1987, <u>55</u>, 55-59.

51. Zimmerman, M. & Coryell, W.  The dexamethasone suppression test in healthy controls:  A review. *Psychoneuroendocrinology,* 1987, <u>12</u>, 245-251.

52. Stangl, D., Pfohl, B., Zimmerman, M., Coryell, W. & Corenthal, C.  The relationship between age and postdexamethasone cortisol.  A test of three hypotheses. *Journal of Affective Disorders,* 1986, <u>11</u>, 185-197.

53.  Zimmerman, M., Coryell, W., Wilson, S. & Corenthal, C.  Dysfunctional attitudes and attribution style in healthy controls and patients with schizophrenia, psychotic depression, and nonpsychotic depression.  *Journal of Abnormal Psychology,* 1986, 95, 403-405.

54.  Zimmerman, M., Pfohl, B., Coryell, W. & Stangl, D.  The prognostic validity of DSM-III Axis IV in depressed inpatients.  *American Journal of Psychiatry,* 1987, 144, 102-106.

55.  Coryell, W. & Zimmerman, M.  HPA-axis abnormalities in psychiatrically well controls.  *Psychiatry Research,* 1987, 20, 265-273.

56.  Zimmerman, M., Coryell, W., Stangl, D. & Pfohl, B.  Validity of an operational definition for neurotic unipolar major depression.  *Journal of Affective Disorders,* 1987, 12, 29-40.

57.  Coryell, W. & Zimmerman, M.  Demographic, historical and symptomatic features of the nonmanic psychoses.  *Journal of Nervous and Mental Disease,* 1986, 174, 585-592.

58.  Zimmerman, M. & Coryell, W.  The Inventory to Diagnose Depression Lifetime version.  *Acta Psychiatrica Scandinavica,* 1987, 75, 495-499.

59.  Zimmerman, M., Coryell, W. & Pfohl, B.  The prognostic validity of the dexamethasone suppression test:  Results of a six-month prospective follow-up.  *American Journal of Psychiatry,* 1987, 144, 212-214.

60.  Pfohl, B., Coryell, W., Zimmerman, M. & Stangl, D. Prognostic validity of self-report and interview measures of personality disorder in depressed inpatients.  *Journal of Clinical Psychiatry,* 1987, 48, 468-472.

61.  Winokur, G., Zimmerman, M. & Cadoret, R.  Cause the Bible tells me so.  *Archives of General Psychiatry,* 1988, 45, 683-684.

62.  Coryell, W. & Zimmerman, M.  Progress in the classification of functional psychoses.  *American Journal of Psychiatry,* 1987, 184, 1471-1474.

63.  Zimmerman, M., Stangl, D., Pfohl, B. & Coryell, W.  Past loss as a symptom formation factor in depression.  *Journal of Affective Disorders,* 1988, 14, 235-237.

64.  Zimmerman, M. & Coryell, W.  The validity of a self-report questionnaire for diagnosing major depressive disorder.  *Archives of General Psychiatry,* 1988, 45, 738-740.

65.  Coryell, W. & Zimmerman, M.  The heritability of schizophrenia and schizoaffective disorder: a family study.  *Archives of General Psychiatry,* 1988, 14, 323-327.

66.  Zimmerman, M., Coryell, W., Pfohl, B. & Stangl, D.  Prognostic validity of the familial subtypes of depression.  *European Archives of Psychiatry,* 1988, 237, 166-170.

67.  Zimmerman, M., Coryell, W., Pfohl, B. & Stangl, D.  The reliability of the family history method for psychiatric disorders.  *Archives of General Psychiatry,* 1988, 45, 320-322.

68.  Zimmerman, M. & Coryell, W.  The reliability of personality disorder diagnoses in a nonpatient sample.  *Journal of Personality Disorders,* 1989, 3, 53-57.

69.  Zimmerman, M., Black, D. & Coryell, W.  Diagnostic criteria for melancholia:  The comparative validity of DSM-III-R.  *Archives of General Psychiatry,* 1989, 46, 361-368.

70.  Zimmerman, M. & Coryell, W.  DSM-III personality disorder diagnoses in a nonpatient sample: Demographic correlates and comorbidity.  *Archives of General Psychiatry,* 1989, 46, 682-689.

71. Zimmerman, M. & Spitzer, R.  Melancholia:  From DSM-III to DSM-III-R.  *American Journal of Psychiatry,* 1989, <u>146</u>, 20-28.

72. Coryell, W., Zimmerman, M., Winokur, G. & Cadoret, R.  Baseline neuroendocrine function and diagnostic stability among patients with a nonmanic psychosis.  *European Archives of Psychiatry and Neurological Sciences,* 1988, <u>237</u>, 197-199.

73. Coryell, W. & Zimmerman, M.  Hypothalamic-pituitary-adrenal axis hyperactivity and recovery from functional psychoses.  *American Journal of Psychiatry,* 1989, <u>146</u>, 473-477.

74. Zimmerman, M., Pfohl, B., Coryell, W., Stangl, D. & Corenthal, D.  Diagnosing personality disorder in depressed patients: a comparison of patient and informant interviews.  *Archives of General Psychiatry,* 1988, <u>45</u>, 733-737.

75. Zimmerman, M.  Why are we rushing to publish DSM-IV?  *Archives of General Psychiatry,* 1988, <u>45</u>, 1135-1138.

76. Coryell, W. & Zimmerman, M.  Diagnosis and outcome in schizoaffective depression:  A replication.  *Journal of Affective Disorders,* 1988, <u>15</u>, 21-27.

77. Coryell, W. & Zimmerman, M.  Personality disorder in the families of depressed, schizophrenic and never-ill probands.  *American Journal of Psychiatry,* 1989, <u>146</u>, 496-502.

78. Winokur, G., Cadoret, R. & Zimmerman, M.  DSM-III and DSM-III-R:  A reply (letter)  *Archives of General Psychiatry,* 1989, <u>46</u>, 381.

79. Zimmerman, M. & Coryell, W.  Diagnosing personality disorders in the community:  A comparison of self-report and interview measures.  *Archives of General Psychiatry,* 1990, <u>47</u>, 527-531.

80. Zimmerman, M. & Coryell, W.  DSM-III personality disorder dimensions.  *Journal of Nervous and Mental Disease,* 1990, <u>178</u>, 686-692.

81. Zimmerman, M., Coryell, W., Pfohl, B. & Stangl, D.  What happens when ECT does not work?  A prospective follow-up study of ECT failures.  *Annals of Clinical Psychiatry,* 1990, <u>2</u>, 47-51.

82. Zimmerman, M., Coryell, W. & Black, D.W.  Variability in the application of contemporary diagnostic criteria:  Endogenous depression as an example.  *American Journal of Psychiatry,* 1990, <u>147</u>, 1173-1179.

83. Zimmerman, M.  The detection of depression and the financing of medical care.  *JAMA,* 1990.

84. Zimmerman, M.  Is <u>DSM-IV</u> needed at all?  *Archives of General Psychiatry,* 1990, <u>47</u>, 946-948.

85. Zimmerman, M., Jampala, V.C., Sierles, F.S. & Taylor, M.A.  <u>DSM-IV</u>:  A nosology sold before its time?  *American Journal of Psychiatry,* 1991, <u>148</u>, 463-467.

86. Zimmerman, M., Pfohl, B., Coryell, W.H., Corenthal, C. & Stangl, D.  Major depression and personality disorder.  *Journal of Affective Disorders,* 1991, <u>22</u>, 199-210.

87. Jampala, V.C., Zimmerman, M., Sierles, F.S. & Taylor, M.A.  Consumer's attitudes towards <u>DSM-III</u> and <u>DSM-III-R</u>:  A survey of psychiatric educators, researchers, practitioners and senior residents.  *Comprehensive Psychiatry,* 1992, <u>33</u>, 180-185.

88. Zimmerman, M., Jampala, V.C., Sierles, F.S. & Taylor, M.A.  <u>DSM-III</u> and <u>DSM-III-R</u>:  What are American psychiatrists using and why?  *Comprehensive Psychiatry,* 1993, <u>34</u>, 365-374.

89. Zimmerman, M., Coryell, W. & Black, D.W. A method to detect intercenter differences in the application of contemporary diagnostic criteria. *Journal of Nervous and Mental Disease,* 1993, 181, 130-134.

90. Zimmerman, M. Diagnosing personality disorders: A review of issues and research methods. *Archives of General Psychiatry,* 1994, 51, 225-245.

91. Kessel, J.B. & Zimmerman, M. Reporting errors in studies of the diagnostic performance of self administered questionnaires: Extent of the problem, recommendations for the standardized presentation of results, and implications for the peer review process. *Psychological Assessment: A Journal of Consulting and Clinical Psychology,* 1993, 5, 395-399.

92. Zimmerman, M. & Coryell, W. Screening for major depressive disorder in the community: A comparison of measures. *Psychological Assessment,* 1994, 6, 71-74.

93. Zimmerman, M. A five minute psychiatric screening interview. *Journal of Family Practice,* 1993, 37, 479-482.

94. Zimmerman, M., Farber, N.J., Hartung, J., Lush, D.T. & Kuzma, M.A. Screening for psychiatric disorders in medical patients: A feasibility and patient acceptance study. *Medical Care,* 1994, 32, 603-608.

95. Zimmerman, M., Lish, J.D., Farber, N.J., Hartung, J., Lush, D., Kuzma, M.A. & Plescia, G. Screening for depression in medical patients: Is the focus too narrow? *General Hospital Psychiatry,* 1994, 16, 388-396.

96. Lish, J.D., Zimmerman, M., Farber, N.J., Lush, D.T., Kuzma, M.A. & Plescia, G. Psychiatric screening in geriatric primary care: Should it be for depression alone? *Journal of Geriatric Psychiatry and Neurology,* 1995, 8, 141-153.

97. Lish, J.D., Zimmerman, M., Farber, N.J., Lush, D.T., Kuzma, M.A. & Plescia, G. Suicide screening in a primary care setting at a Veterans Affairs Medical Center. *Psychosomatics*, 1996, 37, 413-424.

98. Zimmerman, M., Lish, J.D., Lush, D.T., Farber, N.J., Plescia, G. & Kuzma, M.A. Suicidal ideation in medical outpatients. *Journal of General Internal Medicine*, 1995, 10, 573-576.

99. Lish, J.D., Kuzma, M.A., Lush, D.T., Plescia, G., Farber, N.J., & Zimmerman, M. Psychiatric screening in primary care: What do patients really want? *Journal of Psychosomatic Research,* 1997, 42, 167-175.

100. Zimmerman, M., Lush, D.T., Farber, N.J., Hartung, J., Plescia, G., Kuzma, M.A., & Lish, J. Primary care patients' reactions to mental health screening. *International Journal of Psychiatry in Medicine*, 1996, 26, 431-441.

101. Winokur, G., Monahan, P., Coryell, W., & Zimmerman, M. Schizophrenia and affective disorder—distinct entities or continuum: An analysis based on a prospective 6-year follow-up. *Comprehensive Psychiatry*, 1996, 37, 77-87.

102. Zimmerman, M., Mattia, J.I. Body dysmorphic disorder in psychiatric outpatients: Recognition, prevalence, comorbidity, demographic, and clinical correlates. *Comprehensive Psychiatry*, 1998, 39, 265-270.

103. Zimmerman, M., Mattia, J.I. Psychiatric diagnosis in clinical practice: Is comorbidity being missed? *Comprehensive Psychiatry*, 1999, 40, 182-191.

104. Zimmerman, M., Mattia, J.I. Is posttraumatic stress disorder underdiagnosed in routine clinical settings? *Journal of Nervous and Mental Disease*, 1999, 187, 420-428.

105. Zimmerman, M., Mattia, J.I. Psychotic subtyping of major depressive disorder and posttraumatic stress disorder. *Journal of Clinical Psychiatry*, 1999, 60, 311-314.

106. Zlotnick, C., Mattia, J.I., Zimmerman, M. Clinical correlates of self-mutilation in a sample of general psychiatric patients. *Journal of Nervous and Mental Disease*, 1999, 187, 296-301.

107. Zimmerman, M., Mattia, J.I. Axis I diagnostic comorbidity and borderline personality disorder. *Comprehensive Psychiatry*, 1999, 40, 245-252.

108. Zimmerman, M., Mattia, J.I. The reliability and validity of a screening questionnaire for 14 DSM-IV Axis I disorders (The Psychiatric Diagnostic Screening Questionnaire) in psychiatric outpatients. *Journal of Clinical Psychiatry*, 1999, 60, 677-683.

109. Zimmerman, M., Mattia, J.I. Differences between clinical and research practice in diagnosing borderline personality disorder. *American Journal of Psychiatry*, 1999, 156, 1570-1574.

110. Black, D.W., Zimmerman, M., & Coryell, W.H. Cigarette smoking and psychiatric disorder in a community sample. *Annals of Clinical Psychiatry*, 1999, 11, 129-136.

111. McDermut, W., Mattia, J.I. & Zimmerman, M. Comorbidity burden and its impact on psychosocial morbidity in depressed outpatients. *Journal of Affective Disorders*, 2001, 65, 289-295.

112. Zimmerman, M., McDermut, Wilson, Mattia, J.I. The frequency of anxiety disorders in psychiatric outpatients with major depressive disorder. *American Journal of Psychiatry*, 2000, 157, 1337-1400.

113. Zimmerman, M., Mattia, J.I. Principal and additional DSM-IV disorders for which outpatients seek treatment. *Psychiatric Services*, 2000, 51, 1299-1304.

114. Zimmerman, M., Mattia, J.I. The Psychiatric Diagnostic Screening Questionnaire: Development, reliability and validity. *Comprehensive Psychiatry*, 2001, 42, 175-189.

115. Posternak, M.A., Zimmerman, M. Switching versus augmentation: A prospective, naturalistic comparison in depressed, treatment-resistant patients. *Journal of Clinical Psychiatry*, 2001, 62, 135-142.

116. Zlotnick, C., Mattia, J.I., & Zimmerman, M. Clinical features of survivors of sexual abuse with major depression. *International Journal of Child Abuse and Neglect,* 2001, 25, 357-367.

117. Posternak, M.A., Zimmerman, M. Short-term spontaneous improvement rates in depressed outpatients. *Journal of Nervous and Mental Disease*, 2000, 188, 799-804.

118. Zimmerman, M., Mattia, J.I. A self-report scale to help make psychiatric diagnoses: The Psychiatric Diagnostic Screening Questionnaire. *Archives of General Psychiatry*, 2001, 58, 787-794.

119. Posternak, M.A., Zimmerman, M. The effectiveness of switching antidepressants during remission: A case series of depressed patients who experienced intolerable side effects. *Journal of Affective Disorders,* 2002. 69, 237-240.

120. Zlotnick, C., Mattia, J.I., & Zimmerman, M. The relationship between posttraumatic stress disorder, childhood trauma and alexithymia in an outpatient sample. *Journal of Traumatic Stress*, 2001, 14, 177-188.

121. Zimmerman, M., Mattia, J.I. & Posternak, M.A. Are subjects in pharmacological treatment trials of depression representative of patients in routine clinical practice? *American Journal of Psychiatry*, 2002, 159, 469-473.

122. Zlotnick, C., Zimmerman, M., Wolfsdorf, B.A., & Mattia, J.I. Gender differences in patients with posttraumatic stress disorder in a general psychiatric practice. *American Journal of Psychiatry*, 2001, 158, 1923-1925.

123. Posternak, M.A., Zimmerman, M. & Solomon, D.A. Integrating outcomes research into clinical practice: A pilot study. *Psychiatric Services*, 2002, 53, 335-336.

124. Posternak, M.A., Zimmerman, M. Partial validation of the atypical features subtype of major depressive disorder. *Archives of General Psychiatry*, 2002, 59, 70-76.

125. Zimmerman, M. Breen, R.B., & Posternak, M.A. An open label study of citalopram in the treatment of pathological gambling. *Journal of Clinical Psychiatry*, 2002, 63, 44-48.

126. Franklin, C.L., Zimmerman, M. Posttraumatic stress disorder and major depressive disorder: Investigating the role of overlapping symptoms in diagnostic comorbidity. *Journal of Nervous and Mental Disease*, 2001, 189, 548-551.

127. Posternak, M.A., Zimmerman, M. The symptoms of atypical depression. *Psychiatry Research*, 2001, 104, 175-181.

128. Posternak, M.A., Zimmerman, M. The prevalence of atypical features across mood, anxiety, and personality disorders. *Comprehensive Psychiatry*, 2002, 43, 253-262.

129. Posternak, M.A., Zimmerman, M., Miller, I., & Keitner, G. A reevaluation of the exclusion criteria used in antidepressant efficacy trials. *American Journal of Psychiatry*, 2002, 159, 191-200.

130. Rothschild, L., Zimmerman, M. Borderline personality disorder and age of onset in major depression. *Journal of Personality Disorders*, 2002, 16, 189-199.

131. Sheeran, T., Zimmerman, M. Screening for posttraumatic stress disorder in a general psychiatric outpatient setting. *Journal of Consulting and Clinical Psychology*, 2002, 70, 961-966.

132. Zimmerman, M., Chelminski, I., & McDermut, W. Major depressive disorder and Axis I diagnostic comorbidity. *Journal of Clinical Psychiatry*, 2002, 63, 187-193.

133. Zlotnick, C., Franklin, C.L., & Zimmerman, M. Does "subthreshold" posttraumatic stress disorder (PTSD) have any clinical relevance? *Comprehensive Psychiatry*, 2002, 43, 413-419.

134. Zlotnick, C., Franklin, C.L., & Zimmerman, M. Is comorbidity of posttraumatic stress disorder and borderline personality disorder related to greater pathology and impairment? *American Journal of Psychiatry*, 2002, 159, 1940-1943.

135. Sheeran, T., Zimmerman, M. Case identification of depression with self-report questionnaires. *Psychiatry Research*, 2002, 109, 51-59.

136. Posternak, M.A., Zimmerman, M. How accurate are patients in reporting their antidepressant treatment history? *Journal of Affective Disorders*, 2003, 75, 115-124.

137. Zimmerman, M., Posternak, M.A., & Chelminski, I. Symptom severity and exclusion from antidepressant efficacy trials. *Journal of Clinical Psychopharmacology*, 2002, 22, 610-614.

138. Posternak, M.A., Zimmerman, M. Anger and aggression in psychiatric outpatients. *Journal of Clinical Psychiatry*, 2002, 63, 665-672.

139. Rothschild, L., & Zimmerman, M. Personality disorders and the duration of depressive episode: A retrospective study. *Journal of Personality Disorders*, 2002, 16, 293-303.

140. Breen, R.B., Zimmerman, M. Rapid onset of pathological gambling in machine gamblers. *Journal of Gambling Studies*, 2002, 18, 31-43.

141. Chelminski, I., Zimmerman, M.  Pathological worry in depressed and anxious patients. *Journal of Anxiety Disorders*, 2003, 17, 533-546.

142. Franklin, C.L., Posternak, M.A., & Zimmerman, M.  The impact of subjective and expressed anger on the functioning of psychiatric outpatients with posttraumatic stress disorder. *Journal of Interpersonal Violence*, 2002, 17, 1263-1273.

143. McDermut, W., Zimmerman, M., & Chelminski, I.  The construct validity of depressive personality disorder. *Journal of Abnormal Psychology,* 2003, 112, 49-60.

144. Franklin, C.L., Sheeran, T., & Zimmerman, M.  Screening for trauma histories, posttraumatic stress disorder (PTSD), and subthreshold PTSD in psychiatric outpatients. *Psychological Assessment*, 2002, 14, 467-471.

145. Posternak, M. & Zimmerman, M.  Lack of association between seasonality and psychopathology in psychiatric outpatients. *Psychiatry Research*, 2002, 112, 187-194.

146. Sheeran, T. & Zimmerman, M. Social phobia: Still a neglected anxiety disorder? *Journal of Nervous and Mental Disease*, 2002, 190, 786-788.

147. Franklin, C.L., Young, D., & Zimmerman, M.  Psychiatric patients' vulnerability in the wake of the September 11th terrorist attacks. *Journal of Nervous and Mental Disease*, 2002, 190, 833-838.

148. Zimmerman, M. & Chelminski, I. Generalized anxiety disorder in patients with major depressive disorder: Is DSM-IV's hierarchy correct? *American Journal of Psychiatry*, 2003, 160, 504-512.

149. Zimmerman, M., & Sheeran, T.  Screening for principal versus comorbid conditions in Psychiatric outpatients with the Psychiatric Diagnostic Screening Questionnaire.  *Psychological Assessment*, 2003, 15, 110-114.

150. Zlotnick, C., Rothschild, L., & Zimmerman, M. The role of gender in the clinical presentation of patients with borderline personality disorder. *Journal of Personality Disorders*, 2002, 16, 277-282.

151. Zimmerman, M., Chelminski, I. Clinician recognition of anxiety disorders in depressed outpatients. *Journal of Psychiatric Research*, 2003, 37, 325-333.

152. Zimmerman, M. What should the standard of care for psychiatric diagnostic evaluations be? *Journal of Nervous and Mental Disease*, 2003, 191, 281-286.

153. Rothschild, L., Cleland, C., Haslam, N., & Zimmerman, M. A taxometric study of borderline personality disorder. *Journal of Abnormal Psychology*, 2003, 112, 657-666.

154. Johnson, D.M., Zlotnick, C., Zimmerman, M. The clinical relevance of a partial remission specifier for posttraumatic stress disorder.  *Journal of Traumatic Stress*, 2003, 16, 515-518.

155. Zimmerman, M., Chelminski, I., & Posternak, M  An illustration of how a self-report diagnostic screening scale could improve the internal validity of antidepressant efficacy trials. *Journal of Affective Disorders*, 2004, 80, 79-85.

156. Zimmerman, M., Sheeran, T., & Young, D. The Diagnostic Inventory for Depression: A self-report scale to diagnose DSM-IV Major Depressive Disorder. *Journal of Clinical Psychology*, 2004, 60, 87-110.

157. Zimmerman, M., Chelminski, I. & Posternak, M.A.  Exclusion criteria used in antidepressant efficacy trials: Consistency across studies and representativeness of samples included. *Journal of* Nervous *and Mental Disease*, 2004, 192, 87-94.

158. Posternak, M., Young, D., Sheeran, T., Chelminski, I., Franklin, C.L., & Zimmerman, M. Assessing past treatment history: Test-retest reliability of the Treatment Response to Antidepressant Questionnaire (TRAQ). *Journal of Nervous and Mental Disease*, 2004, <u>192</u>, 95-102.

159. Zimmerman, M., Posternak, M.A., Chelminski, I., & Solomon, D. Using questionnaires to screen for psychiatric disorders: A comment on a study of screening for bipolar disorder in the community. *Journal of Clinical Psychiatry*, 2004, <u>65</u>, 605-610.

160. Zimmerman, M., Chelminski, I. & Posternak, M.A. *A review of studies of the Montgomery-Asberg Depression Rating Scale in controls: Implications for the definition of remission in treatment studies of depression. International Clinical Psychopharmacology*, 2004, <u>19</u>, 1-7.

161. Zimmerman, M., Posternak, M.A., & Chelminski, I. Defining remission on the Montgomery-Asberg Depression Rating Scale. *Journal of Clinical Psychiatry,* 2004, <u>65</u>, 163-168.

162. Sheeran, T., Zimmerman, M. Factor structure of the Psychiatric Diagnostic Screening Questionnaire (PDSQ), a screening questionnaire for DSM-IV axis I disorders. *Journal of Behavior Therapy and Experimental Psychiatry*, 2004, <u>35</u>, 49-55.

163. Zimmerman, M., Posternak, M.A., Friedman, M, Attiullah, N., Baymiller, S., Boland, R., Berlowitz, S., Rahman, S., Uy, K., & Singer, S. Which factors influence psychiatrists' selection of an antidepressant? *American Journal of Psychiatry*, 2004, <u>161</u>, 1285-1289.

164. Zimmerman, M., Posternak, M.A., & Chelminski, I. Derivation of a definition of remission on the Montgomery-Asberg Depression Rating Scale corresponding to the definition of remission on the Hamilton Rating Scale for Depression. *Journal of Psychiatric Research*, 2004, <u>38</u>, 577-582.

165. Zimmerman, M., Chelminski, I. & Posternak, M.A. A review of studies of the Hamilton Depression Rating Scale in healthy controls: Implications for the definition of remission in treatment studies of depression. *Journal of Nervous and Mental Disease*, 2004, <u>192</u>, 595-601.

166. Zimmerman, M., Sheeran, T., Chelminski, I., & Young, D. Screening for psychiatric disorders in outpatients with DSM-IV substance use disorders. *Journal of Substance Abuse Treatment*, 2004, <u>26</u>, 181-188.

167. Zimmerman, M., Posternak, M.A., & Chelminski, I. Using a self-report depression scale to identify remission in depressed outpatients. *American Journal of Psychiatry*, 2004, <u>161</u>, 1911-1913.

168. Zimmerman, M. & Rothschild, L., Chelminski, I. The prevalence of DSM-IV personality disorders in psychiatric outpatients. *American Journal of Psychiatry*, 2005, <u>162</u>, 1911-1918.

169. Zimmerman, M., Posternak, M.A., & Chelminski, I. Implications of using different cutoffs on symptom severity scales to define remission from depression. *International Clinical Psychopharmacology*, 2004, <u>19</u>, 215-220.

170. Zimmerman, M., Posternak, M.A., & Chelminski, I. Is the cutoff to define remission on the Hamilton Rating Scale too high? *Journal of Nervous and Mental Disease*, 2005, <u>193</u>, 170-175.

171. Zimmerman, M., Chelminski, I. & Young, D. On the threshold of disorder: a study of the impact of the DSM-IV clinical significance criterion on diagnosing depressive and anxiety disorders in clinical practice. *Journal of Clinical Psychiatry*, 2004, <u>65</u>, 1400-1405.

172. Zimmerman, M., Chelminski, I. & Posternak, M.A. Generalizability of antidepressant efficacy trials: differences between depressed psychiatric outpatients who would and would not qualify for an efficacy trial. *American Journal of Psychiatry*, 2005, <u>162</u>, 1370-1372.

173. Posternak, M.A., & Zimmerman, M. Is there a delay in the antidepressant effect? A meta-analysis. *Journal of Clinical Psychiatry,* 2005, 66, 148-158.

174. Posternak, M. A., & Zimmerman. M. Elevated rates of psychosis among Hispanic patients with major depression. *Journal of Nervous and Mental Disease*, 2005, 193, 66-69.

175. Posternak, M. A., & Zimmerman, M. Dual reuptake inhibitors incur lower rates of tachyphylaxis than selective serotonin reuptake inhibitors: A retrospective study. *Journal of Clinical Psychiatry*, 2005, 66, 705-707.

176. Zimmerman, M., Posternak, M.A., & Chelminski, I. The generalizability of antidepressant efficacy trials. *Direction in Psychiatry*, 2004, 24, 301-314.

177. Zimmerman, M., Chelminski, I. & Posternak, M.A. Derivation of cutoff scores on a self-administered depression scale corresponding to symptom severity exclusion thresholds on the Hamilton Depression Scale. *Journal of Psychiatric Research,* 2004, 38, 577-582.

178. Zimmerman, M., Posternak, M., & Chelminski, I. Is it time to replace the Hamilton Depression Rating Scale as the primary outcome measure in treatment studies of depression? *Journal of Clinical Psychopharmacology*, 2005, 25, 105-110.

179. Zimmerman, M., Posternak, M.A., Attiullah, N., Friedman, M, Boland, R., Baymiller, S., Berlowitz, S., Rahman, S., Uy, K., Singer, S. & Chelminski, I. Why isn't bupropion the most frequently prescribed antidepressant? *Journal of Clinical Psychiatry*, 2005, 66, 603-610.

180. Zimmerman, M., Posternak, M.A., Friedman, M. & Chelminski, I. A Standardized Clinical Outcome Rating Scale for Depression for use in clinical practice. *Depression and Anxiety*, 2005, 22, 36-40.

181. Zimmerman, M., Chelminski, I.  Screening for anxiety disorders in depressed patients. *Journal of Psychiatric Research*, 2006, 40, 267-272.

182. Coccaro, E.F., Posternak, M.A., & Zimmerman, M. Prevalence and features of intermittent explosive disorder in a clinical setting. *Journal of Clinical Psychiatry,* 2005, 66, 1221-1227.

183. Zimmerman, M., McGlinchey, J., Posternak, M., Friedman, M., Attiullah, N., & Boerescu, D. How should remission from depression be defined? The Depressed Patient's Perspective. *American Journal of Psychiatry,* 2006, 163, 148-150.

184. Rush, A. J., Zimmerman, M., Wisniewski, S. R., Fava, M., Hollon, S., Warden, D., Biggs, M. M., Shores-Wilson, K., Shelton, R., Luther, J., Thomas, B., & Trivedi, M. Comorbid psychiatric disorders in depressed outpatients: Demographics and clinical features. *Journal of Affective Disorders*, 2005, 87, 43-45.

185. Zimmerman, M., McGlinchey, J., Posternak, M., Friedman, M., Boerescu, D., & Attiullah N. Discordance between self-reported symptom severity and psychosocial functioning ratings in depressed outpatients: Implications for how remission from depression should be defined. *Psychiatry Research*, 2006, 141, 185-191.

186. Zimmerman, M., Chelminski, I.  & Young, D. Prevalence and diagnostic correlates of DSM-IV pathological gambling in psychiatric outpatients. *Journal of Gambling Studies*, 2006, 22, 255-262.

187. Zimmerman, M. Pseudopatient or pseudoscience? A reviewer's perspective. *Journal of Nervous and Mental Disorders*, 2005, 193, 740-742.

188. Zimmerman, M., Posternak, M., McGlinchey, J., Friedman, M., Attiullah N. & Boerescu, D. Validity of a self-report depression symptom scale for identifying remission in depressed outpatients. *Comprehensive Psychiatry*, 2006, 47, 185-188.

189. Zimmerman, M., Posternak, M.A., Attiullah, N., Friedman, M, Boland, R., Baymiller, S., Berlowitz, S., Rahman, S., Uy, K., Singer, S., Chelminski, I. & Thongy, T. Weight gain, sexual dysfunctions, and bupropion. *Journal of Clinical Psychiatry*, 2005, <u>66</u>, 1336-1339.

190. Zimmerman, M., McGlinchey, J., Posternak, M., Friedman, M., Boerescu, D., & Attiullah N. Differences Between Minimally Depressed Patients Who Do and Do Not Consider Themselves To Be In Remission. *Journal of Clinical Psychiatry*, 2005, <u>66</u>, 1134-1138.

191. Zimmerman, M., Chelminski, I. & Young, D. A psychometric evaluation of the DSM-IV pathological gambling diagnostic criteria. *Journal of Gambling Studies*, 2006, 22, 329-337.

192. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder Introduction: An examination of the DSM-IV diagnostic criteria. *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 151-154.

193. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: I. A psychometric evaluation of the DSM-IV symptom criteria. *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 158-163.

194. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: II. Is there justification for compound symptom criteria? *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 235-240.

195. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: III. Can some symptoms be eliminated from the diagnostic criteria? *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 313-317.

196. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: IV. Relationship between number of symptoms and the diagnosis of disorder. *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 450-453.

197. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: V. Applying the DSM-IV exclusion criteria in clinical practice. *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 530-533.

198. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: VI. Performance of an objective test as a diagnostic criterion. *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 565-569.

199. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: VII. Family history as a diagnostic criterion. *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 704-707.

200. McGlinchey, J.B., Zimmerman, M., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: VIII. Are some symptoms better than others? *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 785-790.

201. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: IX. Are patients who deny low mood a distinct subgroup? *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 864-869.

202. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: X. Can the utility of the DSM-IV symptom criteria be improved? *Journal of Nervous and Mental Disease*, 2006, <u>194</u>, 893-897.

203. Ruscio, J., Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: XI. A taxometric investigation of the structure underlying the DSM-IV symptoms. *Journal of Nervous and Mental Disease*, 2007, 195, 10-19.

204. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnosing Major Depressive Disorder: XII. Can a self-report depression questionnaire be used to examine questions about the DSM-IV diagnostic criteria? *Journal of Nervous and Mental Disease*, 2007, 195, 158-164.

205. Rotenstein, O.H., McDermut, W., Zimmerman, M., & Chelminski, I. The validity of DSM-IV Passive-Aggressive (Negativistic) Personality Disorder. *Journal of Personality Disorders*, 2007, 21, 28-41.

206. Zimmerman, M. & Chelminski, I. A scale to screen for axis I disorders in psychiatric outpatients: Performance of the Psychiatric Diagnostic Screening Questionnaire. *Psychological Medicine,* 2006, 36, 1601-1611.

207. Zimmerman, M., Ruggero, C., Chelminski, I., Young, D., Posternak, M., Friedman, M., Boerescu, D., & Attiullah, N. Developing brief scales for use in clinical practice: The reliability and validity of single-item self-report measures of depression symptom severity, psychosocial impairment due to depression, and quality of life. *Journal of Clinical Psychiatry,* 2006, 67, 1536-1541.

208. Gibb, B. E., Chelminski, I., & Zimmerman, M. Childhood emotional, physical, and sexual abuse and diagnoses of depressive and anxiety disorders in adult psychiatric outpatients. *Depression & Anxiety*, 2007, 24, 256-263.

209. Gutman, J., McDermut, W., Miller, I., Chelminski, I., & Zimmerman, M. Personality pathology and its relation to couple functioning. *Journal of Clinical Psychology*, 2006, 62, 1275-1289.

210. Huprich, S.K., Zimmerman, M., & Chelminski, I. Should self-defeating personality disorder be revisited in the DSM? *Journal of Personality Disorders*, 2006, 20, 388-400.

211. Huprich, S.K., Zimmerman, M., & Chelminski, I. Disentangling depressive personality disorder from avoidant, borderline, and obsessive-compulsive personality disorder. *Comprehensive Psychiatry*, 2006, 47, 298-306.

212. McGlinchey, J.B., Zimmerman, M. Posternak, M., Friedman, M., Attiullah, N. & Boerescu, D. The impact of gender, age, and depressed state on patients' perspectives on remission. *Journal of Affective Disorders*, 2006, 95, 79-84.

213. First, M.B. & Zimmerman, M. Including laboratory tests in DSM-V diagnostic criteria. *American Journal of Psychiatry*, 2006, 163, 2041-2042.

214. Dalrymple, K.L., & Zimmerman, M. Does comorbid social anxiety disorder impact the clinical presentation of principal major depressive disorder? *Journal of Affective Disorders*, 2007, 100, 241-247.

215. Zimmerman, M., Posternak, M.A. & Ruggero, C.J. Impact of study design on the results of continuation studies of antidepressants. *Journal of Clinical Psychopharmacology*, 2007, 27, 177-181.

216. Zimmerman, M., Posternak, M.A. & Chelminski, I. Heterogeneity among depressed outpatients considered to be in remission. *Comprehensive Psychiatry*, 2007, 48, 113-117.

217. Zimmerman, M. To screen or not to screen: Conceptual issues in screening for psychiatric disorders in psychiatric patients with a focus on the performance of the Psychiatric Diagnostic Screening Questionnaire. *The International Journal of Mental Health & Addiction,* 2008, 6, 53-63.

218. Posternak, M., & Zimmerman, M. Therapeutic effect of follow-up assessments on antidepressant and placebo response rates in antidepressant efficacy trials: Meta-analysis. *British Journal of Psychiatry*, 2007, 190, 287-292.

19

219. Posternak, M., Novak, S., Stern, R., Hennessey, J., Joffe, R., Prange, A., & Zimmerman, M. A pilot effectiveness study: Placebo-controlled trial of adjunctive L-triiodothyronine (T3) used to accelerate and potentiate the antidepressant response. *International Journal of Neuropsychopharmacology*, 2007, 13, 1-11.

220. Ruggero, C.J., Chelminski, I., Young, D., & Zimmerman, M. Psychosocial impairment associated with bipolar II disorder. *Journal of Affective Disorders*, 2007, 104, 53-60.

221. Zimmerman, M, Francione-Witt, C, Chelminski, I, Young, D, Boerescu, D, Attiullah, N, Pohl, D, Roye, GD, Harrington, D Pre-surgical psychiatric evaluations of candidates for bariatric surgery: Part I. Reliability and reasons for and frequency of exclusion. *Journal of Clinical Psychiatry*, 2007, 68, 1557-1562.

222. Zimmerman, M., & Thongy, T. How Often Do SSRIs and Other New Generation Antidepressants Lose Their Effect During Continuation Treatment?: Evidence Suggesting the Rate of True Tachyphylaxis During Continuation Treatment is Low. *Journal of Clinical Psychiatry*, 2007, 68, 1271-1276.

223. McGlinchey, J, & Zimmerman, M. Examining a dimensional representation of depression and anxiety disorders' comorbidity in psychiatric outpatients with item response modeling. *Journal of Abnormal Psychology*, 2007, 116, 464-474.

224. Zimmerman, M., McGlinchey, J.B., Young, D., & Chelminski, I. Diagnostic Comorbidity in 2,300 Psychiatric Outpatients Presenting for Treatment Evaluated with a Semi-Structured Diagnostic Interview. *Psychological Medicine*, 2008, 38, 199-210.

225. Zimmerman, M, Francione-Witt, C, Chelminski, I, Young, D, Tortolani, C. Problems applying the DSM-IV eating disorders criteria in a general psychiatric outpatient practice. *Journal of Clinical Psychiatry*, 2008, 69, 381-384.

226. Asnaani, A., Chelminski, I., Young, D., & Zimmerman, M.  Heterogeneity of borderline personality disorder:  do the number of criteria met make a difference? *Journal of Personality Disorders*, 2007, 21, 615-625.

227. Zimmerman, M., McGlinchey, J., Posternak, M., Friedman, M., Boerescu, D., & Attiullah N. Remission in depressed patients: More than just symptom resolution?  *Journal of Psychiatric Research*, 2008, 42, 797-801.

228. Leventhal, A.M., Kahler, C.W., Ray, L.A., Stone, K., Young, D., Chelminski, I., & Zimmerman, M. Anhedonia and amotivation in psychiatric outpatients with fully remitted stimulant use disorder. *American Journal on Addictions*, 2008, 17, 218-223.

229. Leventhal, A. M., Francione, C., & Zimmerman, M.  Associations between depression subtypes and substance use disorders.  *Psychiatry Research*, 2008, 161, 43-50.

230. Zimmerman, M., Chelminski, I. & Young, D. The Frequency of Personality Disorders in Psychiatric Patients *Psychiatric Clinics of North America*, 2008, 31, 405-420.

231. Zimmerman, M., & McGlinchey, J.B. Depressed patients' acceptability of the use of scales to measure outcome in clinical practice. *Annals of Clinical Psychiatry*, 2008, 20, 125-129.

232. Gaudiano, B. A., Dalrymple, K. L., & Zimmerman, M. Prevalence and clinical characteristics of psychotic versus nonpsychotic major depression in a general psychiatric outpatient clinic. *Depression and Anxiety*, 2009, 26, 54-64.

233. Coryell, W., Fiedorowicz, J., Zimmerman, M., & Young, E. HPA-axis hyperactivity and mortality in psychotic depressive disorder: Preliminary findings. *Psychoneuroendocrinology*, 2008, 33, 654-658.

234. McGlinchey, J., & Zimmerman, M. Clinical significance and remission in treating major depressive disorder: parallels between related outcome constructs.  *Harvard Review of Psychiatry*, 2008, 16, 25-34.

235. Dalrymple, K.L., & Zimmerman, M. Screening for social fears and social anxiety disorder in psychiatric outpatients. *Comprehensive Psychiatry*, 2008, 49, 399-406.

236. Zimmerman, M., Ruggero, C.J., Chelminski, I., & Young, D. Is bipolar disorder overdiagnosed? *Journal of Clinical Psychiatry*, 2008, 69, 935-940.

237. Zimmerman, M., Chelminski, I., McGlinchey, J.B., & Posternak, M.A. A clinically useful depression outcome scale. *Comprehensive Psychiatry*, 2008, 49, 131-140.

238. Gaudiano, B. A., Young, D., Chelminski, I., & Zimmerman, M. Depressive symptom profiles and severity patterns in outpatients with psychotic versus nonpsychotic major depression. *Comprehensive Psychiatry*, 2008, 49, 421-429.

239. Zimmerman, M., McGlinchey, J.B., & Chelminski, I. An Inadequate Community Standard of Care: Lack of Measurement of Outcome When Treating Depression in Clinical Practice. *Primary Psychiatry*, 2008, 15, 67-75.

240. Dalrymple, K.L., & Zimmerman, M. Differences in clinical presentation between depressed outpatients wanting versus not wanting treatment for comorbid social anxiety disorder. *Journal of Nervous and Mental Disease*, 2008, 196, 639-642.

241. Zimmerman, M. & McGlinchey, J.B. Why don't psychiatrists use scales to measure outcome when treating depressed patients? *Journal of Clinical Psychiatry*, 2008, 69, 1916-1919.

242. Mitchell, A.J., McGlinchey, J.B., Young, D., Chelminski, I., & Zimmerman, M. Accuracy of specific symptoms in the diagnosis of major depressive disorder in psychiatric outpatients—Data from the MIDAS project. *Psychological Medicine*, 2008, 12, 1-10.

243. Zimmerman, M., Ruggero, C.J., Chelminski, I., & Young, D. Psychiatric diagnoses in patients previously overdiagnosed with bipolar disorder. *Journal of Clinical Psychiatry*, 2010, 71, 26-31.

244. Petersen, T., Andreotti, C.F., Chelminski, I., Young, D., & Zimmerman, M. Do comorbid anxiety disorders impact treatment planning for outpatients with major depressive disorder? *Psychiatry Research*, 2009, 169, 7-11.

245. Ray, L.A., Capone, C., Sheets, E., Young, D., Chelminski, I., & Zimmerman, M. Posttraumatic stress disorder with and without alcohol use disorders: Diagnostic and clinical correlates in psychiatric outpatients. *Psychiatry Research*, 2009, 170, 278-281.

246. Ray, L.A., Miranda, R., Chelminski, I., Young, D., & Zimmerman, M. Diagnostic orphans for alcohol use disorders in a treatment-seeking psychiatric sample. *Drug and Alcohol Dependence*, 2008, 96, 187-191.

247. Ray, L.A., Kahler, C.W., Young, D., Chelminski, I., & Zimmerman, M. The factor structure and severity of DSM-IV alcohol abuse and dependence symptoms in psychiatric outpatients. *Journal of Studies on Alcohol and Drugs*, 2008, 69, 496-499.

248. Leventhal, A.M., Kahler, C.W., Ray, L.A., & Zimmerman, M. Refining the depression-nicotine dependence link: Patterns of depressive symptoms in psychiatric outpatients with current, past and no history of nicotine dependence. *Addictive Behaviors*, 2009, 34, 297-303.

249. McDermut, W., Fuller, J. R., DiGiuseppe, R., Chelminski, I., & Zimmerman, M. Trait anger and Axis I comorbidity: Implications for Rational Emotive Behavior Therapy. *Journal of Rational Emotive & Cognitive Behavior Therapy*. 2009, 27, 79-82.

250. Gaudiano, B.A. & Zimmerman, M. Does comorbid posttraumatic stress disorder affect the severity and course of psychotic major depressive disorder? *Journal of Clinical Psychiatry*, 2010, 71, 442-450.

251. Zimmerman, M., & Galione, J. Psychiatrists and nonpsychiatrist physicians' reported use of the DSM-IV criteria for major depressive disorder. *Journal of Clinical Psychiatry*, 2010, 71, 235-238.

252. Zimmerman, M., Galione, J.N., Attiullah, N., Friedman, M., Toba, C., Boerescu, D.A., & Ragheb, M. Underrecognition of clinically significant side effects in depressed outpatients. *Journal of Clinical Psychiatry*, 2010, 71, 484-490.

253. Ray, L.A., Hutchinson, K.E., Leventhal, A.M., Miranda, R., Francione, C., Chelminski, I., Young, D., & Zimmerman, M. Diagnosing alcohol abuse in alcohol dependent individuals: Diagnostic and clinical implications. *Addictive Behaviors*, 2009, 34, 587-592.

254. Novak, S.P., Herman-Stahl, M., Flannery, B. & Zimmerman, M. Physical pain, common psychiatric and substance use disorders, and the non-medical use of prescription analgesics in the United States. *Drug and Alcohol Dependence*, 2009, *100, 63-70*.

255. Zimmerman, M., Ruggero, C.J., Chelminski, I., & Young, D. Clinical characteristics of depressed outpatients previously overdiagnosed with bipolar disorder. *Comprehensive Psychiatry*, 2010, 51, 99-105.

256. Zimmerman, M., Galione, J.N., Ruggero, C.J., Chelminski, I., Young, D., Dalrymple, K., & McGlinchey, J.B. Screening for bipolar disorder and finding borderline personality disorder. *Journal of Clinical Psychiatry*, 2010, 71, 1212-1217.

257. Zimmerman, M., Galione, J.N., Chelminski, I., McGlinchey, J.B., Young, D., Dalrymple, K., Ruggero, C.J., & Francione-Witt, C. A simpler definition of major depressive disorder. *Psychological Medicine*, 2010, 40, 451-457

258. Zimmerman, M., Galione, J.N., Ruggero, C.J., Chelminski, I., McGlinchey, J.B., Dalrymple, K., & Young, D. Performance of the Mood Disorders Questionnaire in a psychiatric outpatient setting. *Bipolar Disorders,* 2009, 11, 759-765.

259. Galione, J.N., & Zimmerman, M. A comparison of depressed patients with and without borderline personality disorder: Implications for interpreting studies of the validity of the bipolar spectrum. *Journal of Personality Disorders*, 2010, 24, 763-772.

260. Zimmerman, M., Galione, J.N., Ruggero, C.J., Chelminski, I., & Young, D. A different approach towards screening for bipolar disorder: The prototype matching method. *Comprehensive Psychiatry*, 2010, 51, 340-346.

261. Ruggero, C.J., Zimmerman, M., Chelminski, I., & Young, D. Borderline personality disorder and the misdiagnosis of bipolar disorder. *Journal of Psychiatric Research*, 2010, 44, 405-408.

262. Huprich, S.K., Schmitt, T., Richard, D.C.S., Chelminski, I., & Zimmerman, M. Comparing factor analytic models of the DSM-IV personality disorders. *Personality Disorders: Theory, Treatment, and Research*, 2010, 1, 22-37

263. Gaudiano, B.A., & Zimmerman, M. The relationship between childhood trauma history and the psychotic subtype of major depression. *Acta Psychiatric Scandinavica*, 2010, 21, 462-470

264. Zimmerman, M., Galione, J.N., Ruggero, C.J., Chelminski, I., McGlinchey, J.B., Dalrymple, K., & Young, D. Detecting differences in diagnostic assessment of bipolar disorder. *Journal of Nervous and Mental Disease*, 2010 198, 339-342.

265. Zimmerman, M., Chelminski, I., Young, D. & Dalrymple, K. A clinically useful anxiety outcome scale. *Journal of Clinical Psychiatry*, 2010, 71, 534-542.

266. Kennedy, S.H., Welsh, B.R., Fulton, K., Soczynska, J.K., McIntyre, R., O'Donovan, C., Milev, R., le Melledo, J.M., Bisserbe, J.C., Zimmerman, M., & Martin, N. Frequency and correlates of gambling problems in outpatients with major depressive disorder and bipolar disorder. *Canadian Journal of Psychiatry*, 2010, 55, 568-576.

267. Zimmerman, M. Is Underdiagnosis the Main Pitfall in Diagnosing Bipolar Disorder? No. *British Medical Journal*, 2010, 340, 855.

268. Zimmerman, M., Galione, J.N., Ruggero, C.J., Chelminski, I., Dalrymple, K., & Young, D. Overdiagnosis of bipolar disorder and disability payments. *Journal of Nervous and Mental Disease*, 2010, 198, 452-454.

269. Leventhal, A.M., & Zimmerman, M. The relative roles of bipolar disorder and psychomotor agitation in substance dependence risk. *Psychology of Addictive Behaviors*, 2009, 24, 360-365

270. Ray, L., Primack, J., Chelminski, I., Young, D., & Zimmerman, M. Diagnostic and clinical profiles of treatment seeking men with and without a lifetime history of substance use disorders. *Psychology of Men and Masculinity*, 2011, 12, 158-165.

271. Zimmerman, M., Galione, J.N., Chelminski, I., Young, D., Dalrymple, K., Ruggero, C.J., & Francione-Witt, C. Validity of a simpler definition of major depressive disorder. *Depression and Anxiety,* 2010, 27, 977-981.

272. Zimmerman, M., Introduction: Selecting an antidepressant. *CNS Spectrums*, 2009, Suppl. 12, 4-7.

273. Zimmerman, M., Dalrymple, K., Chelminski, I., Young, D., & Galione, J. Recognition of Irrationality of Fear and the Diagnosis of Social Anxiety Disorder and Specific Phobia in Adults: Implications for Criteria Revision in DSM-5. *Depression and Anxiety,* 2010, 27, 1044-1049.

274. Zimmerman, M., Hrabosky, J., Francione, C., Young, D., Chelminski, I., Dalrymple, K., & Galione, J.N. Impact of obesity on the psychometric properties of the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition criteria for Major Depressive Disorder. *Comprehensive Psychiatry,* 2011, 52, 146-150.

275. Zimmerman, M., Young, D., Chelminski, I., & Dalrymple, K. How can you improve quality without measuring outcome? Getting from here to there. *Primary Psychiatry*, 2010, 17, 46-53.

276. Zimmerman, M., Galione, J.N., Chelminski, I., Young, D. & Ruggero, C.J. Performance of the Bipolar Spectrum Diagnostic Scale in psychiatric outpatients. *Bipolar Disorders*, 2010, 12, 528-538.

277. Zimmerman, M. Problems diagnosing bipolar disorder in clinical practice. *Expert Review of Neurotherapeutics*, 2010, 10, 1019-1021.

278. Zimmerman, M., Galione, J.N., Attiullah, N., Friedman, M., Toba, C., Boerescu, D.A., & Rahgeb, M. Depressed patient's perspectives of two measures of outcome: The Quick Inventory of Depressive Symptomatology (QIDS) and the Remission from Depression Questionnaire (RDQ). *Annals of Clinical Psychiatry*, 2011, 23, 208-212.

279. Cooper, L.D., Balsis, S., & Zimmerman, M. Challenges associated with a polythetic diagnostic system: criteria combinations in the personality disorders. *Journal of Abnormal Psychology,* 2010, 119, 886-895.

280. Zimmerman, M., Galione, J.N., Chelminski, I., Young, D., & Dalrymple, K. Psychiatric diagnoses in patients who screen positive on the Mood Disorders Questionnaire: Implications for using the scale as a case finding instrument for bipolar disorder. *Psychiatry Research,* 2011, 185, 444-449.

281. Gaudiano, B.A., & Zimmerman, M. Evaluation of evidence for the psychotic subtyping of posttraumatic stress disorder. *British Journal of Psychiatry*, 2010, 197, 326-327.

282. Zimmerman, M., Emmert-Aronson, B., & Brown, T.A. Concordance Between a Simpler Definition of Major Depressive Disorder and the Diagnostic and Statistical Manual of Mental Disorders Fourth Edition: An Independent Replication in an Outpatient Sample. *Comprehensive Psychiatry,* 2011, 52, 261-264.

283. Zimmerman, M. A Critique of the Proposed Prototype Rating System for Personality Disorders in DSM-5. *Journal of Personality Disorders*, 2011, 25, 206-221

284. Zimmerman, M., Galione, J.N., Chelminski, I., Young, D., & Ruggero, C.J. Sustained unemployment in psychiatric outpatients with bipolar disorder: Frequency and association with demographic variables and comorbid disorders. *Bipolar Disorders*, 2010, 12, 720-726.

285. Zimmerman, M. Is There Adequate Empirical Justification for Radically Revising the Personality Disorders Section for DSM-5? *Personality Disorders: Theory, Research, and Treatment*, 2012, 3, 444-457.

286. Ray, L.A., Hart, E., Chelminski, I., Young, D., & Zimmerman, M. Clinical correlates of desire for treatment for current alcohol dependence in patients with a primary psychiatric disorder. *American Journal of Drug and Alcohol Abuse*, 2011, 37, 105-110.

287. Zimmerman, M., Hrabosky, J., Francione, C., Young, D., Chelminski, I., Dalrymple, K., & Galione, J.N. Impact of obesity on the psychometric properties of the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition criteria for major depressive disorder. *Comprehensive Psychiatry,* 2011, 52, 146-150.

288. Zimmerman, M., Galione, J.N., Ruggero, C.J., Chelminski, I., Dalrymple, K., & Young, D. Are screening scales for bipolar disorder good enough to be used in clinical practice? *Comprehensive Psychiatry*, 2011, 52, 600-606..

289. Zimmerman, M., Chelminski, I., Young, D. & Dalrymple, K. Using outcome measures to promote better outcomes. *Clinical Neuropsychiatry*, 2011, 8, 28-36.

290. Dalrymple, K., Zimmerman, M., Galione, J.N., Hrabosky, J., Chelminski, I., Young, D., & O'Brien, E. Diagnosing social anxiety disorder in the presence of obesity: Implications for a proposed change in DSM-5. *Depression and Anxiety*, 2011, 28, 377-382.

291. O'Brien, E.M., Chelminski, I., Young, D., Dalrymple, K., Hrabosky, J., & Zimmerman, M. Severe insomnia is associated with more severe presentation and greater functional deficits in depression. *Journal of Psychiatric Research,* 2011, 45, 1101-1105.

292. Dalrymple, K., & Zimmerman, M. Treatment-seeking for social anxiety disorder in a general outpatient psychiatry setting. *Psychiatry Research,* 2011, 187, 375-381.

293. Dalrymple, K., & Zimmerman, M. Age of onset of social anxiety disorder in depressed outpatients. *Journal of Anxiety Disorders*, 2011, 25, 131-137.

294. Zimmerman, M., Chelminski, I., Young, D., Dalrymple, K., & Martinez, J. Does the presence of one feature of borderline personality disorder have clinical significance?: Implications for dimensional ratings of personality disorders. *Journal of Clinical Psychiatry*, 2012, 73, 8-12.

295. Zimmerman, M. & Martinez, J.H. Web-based assessment of depression in patients treated in clinical practice: Reliability, validity, and patient acceptance. *Journal of Clinical Psychiatry*, 2012, 73, 333-338.

296. Zimmerman, M., Chelminski, I., Young, D., Dalrymple, K., & Martinez, J. Is dimensional scoring of borderline personality disorder only important for subthreshold levels of severity? *Journal of Personality Disorders*, 2013, 27, 244-251.

297. Black, D.W., Pfoh, B., Blum, N., McCormick, B., Allen, J., North, C.S., Phillips, K.A., Robins, C., Siever, L., Silk, K.R., Williams, J.B.W., & Zimmerman, M. Attitudes toward borderline personality disorder: A survey of 706 mental health clinicians. *CNS Spectrums*, 2011, 16, 67-74.

298. Zimmerman, M., Chelminski, I., Young, D., Dalrymple, K, & Galione, J.N. Overcoming the problem of diagnostic heterogeneity in applying measurement-based care in clinical practice: The concept of psychiatric vital signs. *Comprehensive Psychiatry*, 2012, 53, 117-124.

299. Zimmerman, M., & Galione, J.N. Screening for bipolar disorder with the Mood Disorders Questionnaire: A review. *Harvard Review of Psychiatry*, 2011, 19, 219-228.

300. Zimmerman, M. Broadening the concept of bipolar disorder: What should be done in the face of uncertainty? *World Psychiatry*, 2011, 10, 188-189.

301. Kotov, R., Ruggero, C.J., Krueger, R.F., Watson, D., Yuan, Q., & Zimmerman, M. New dimensions in the quantitative classification of mental illness. *Archives of General Psychiatry*, 2011, 68, 1003-1011.

302. Zimmerman, M., Dalrymple, K., Young, D., Chelminski, I., & Martinez, J. An empirical examination of Gunderson's proposed revision of the diagnostic algorithm for borderline personality disorder. *Journal of Personality Disorders*, 2012, 26, 880-889.

303. O'Brien, E. M., Dalrymple, K., Hrabosky, J., Chelminski, I., Young, D., & Zimmerman, M. Insomnia is associated with impaired quality of life among bariatric surgery candidates, *Obesity Research & Clinical Practice*, 2012, 6, e91-102.

304. Zimmerman, M., Chelminski, I., Young, D., Dalrymple, K., & Martinez, J. Does DSM-IV already capture the dimensional nature of personality disorders? *Journal of Clinical Psychiatry*, 2011, 72, 1333-1339.

305. Zimmerman, M., Martinez, J., Attiullah, N., Friedman, M., Toba, C., Boerescu, D., & Ragheb, M. Further evidence that the cutoff to define remission on the 17-item Hamilton Depression Rating Scale should be lowered. *Depression and Anxiety*, 2012, 29, 159-165.

306. Zimmerman, M., Chelminski, I., Young, D., Dalrymple, K., & Martinez, J. Impact of deleting 5 DSM-IV personality disorders on prevalence, comorbidity, and the association between personality disorder pathology and psychosocial morbidity. *Journal of Clinical Psychiatry*, 2012, 73, 202-207.

307. DiGiuseppe, R., McDermut, W., Unger, F., Fuller, J. R., Zimmerman, M., & Chelminski, I. (2011). The comorbidity of anger symptoms with personality disorders in psychiatric outpatients. *Journal of Clinical Psychology*. 2012, 68, 67-77.

308. Zimmerman, M., Martinez, J., Attiullah, N., Friedman, M., Toba, C., Boerescu, D., & Ragheb, M. Why do some depressed outpatients who are in remission according to the Hamilton Depression Rating Scale not consider themselves to be in remission? *Journal of Clinical Psychiatry*, 2012, 73, 790-795.

309. Tepe, E., Dalrymple, K., & Zimmerman, M. The impact of comorbid cannabis use disorders on the clinical presentation of social anxiety disorder. *Journal of Psychiatric Research*, 2012, 46, 50-56.

310. Zimmerman, M., Galione, J.N., Chelminski, I., Young, D., Dalrymple, K. & Morgan, T.A. Does the diagnosis of multiple Axis II disorders have clinical significance? *Annals of Clinical Psychiatry*, 2012, 24, 195-201.

311. Zimmerman, M. Would broadening the diagnostic criteria for bipolar disorder do more harm than good? Implications from a review of longitudinal studies of subthreshold conditions. *Journal of Clinical Psychiatry*, 2012, 73, 437-443.

312. Zimmerman, M. Misuse of the Mood Disorders Questionnaire as a case-finding measure and a critique of the concept of using a screening scale for bipolar disorder in psychiatric practice. *Bipolar Disorders*, 2012, 14, 127-134.

313. Zimmerman, M., Chelminski, I., Young, D., Dalrymple, K., Martinez, J., & Morgan, T.A. Which DSM-IV Personality Disorders Are Most Strongly Associated with Indices of Psychosocial Morbidity in Psychiatric Outpatients? *Comprehensive Psychiatry*, 2012, 53, 940-945.

314. Zimmerman, M., Martinez, J., Attiullah, N., Friedman, M., Toba, C., Boerescu, D., & Ragheb, M. Determining remission from depression on two self-report symptom scales: A comparison of the Quick Inventory of Depression Symptoms and the Clinically Useful Depression Outcome Scale. *Comprehensive Psychiatry*, 2012, 53, 1034-1038.

315. Zimmerman, M., Martinez, J., Attiullah, N., Friedman, M., Toba, C., & Boerescu, D. Symptom differences between depressed outpatients who are in remission according to the Hamilton Depression Rating Scale who do and do not consider themselves to be in remission. *Journal of Affective Disorders*, 2012, 142, 77-81.

316. Zimmerman, M., Martinez, J., Friedman, M., Attiullah, N., Boerescu, D.A. & Toba, C. How Can We Use Depression Severity to Guide Treatment Selection When Measures of Depression Categorize Patients Differently? *Journal of Clinical Psychiatry*, 2012, 73, 1287-1291.

317. Zimmerman, M., Martinez, J., Attiullah, N., Friedman, M., Toba, C., & Boerescu, D. How should residual symptoms be defined in depressed patients who have remitted? *Comprehensive Psychiatry*, 2013, 54, 91-96.

318. Zimmerman, M., Martinez, J., Attiullah, N., Friedman, M., Toba, C., & Boerescu, D. Why do some depressed outpatients who are not in remission according to the Hamilton Depression rating Scale nonetheless consider themselves to be in remission? *Depression and Anxiety*, 2012, 29, 891-895.

319. Zimmerman, M. Symptom severity and guideline-based treatment recommendations for depressed patients: Implications of DSM-5's potential recommendation of the PHQ-9 as the measure of choice for depression severity. *Psychotherapy and Psychosomatics,* 2012, 81, 329-332.

320. Gaudiano, B. & Zimmerman, M. Prevalence of attenuated psychotic symptoms and their relationship with DSM-IV diagnoses in a general psychiatric outpatient clinic. *Journal of Clinical Psychiatry*, 2013, 74, 149-155.

321. Kelly, M.M., Dalrymple, K., Zimmerman, M., & Phillips, K.A. A comparison study of body dysmorphic disorder versus social phobia. *Psychiatry Research*, 2013, 205, 109-116.

322. Zimmerman, M., Martinez, J., Young, D., Chelminski, I., & Dalrymple, K. Sustained unemployment in psychiatric outpatients with bipolar depression compared to major depressive disorder with comorbid borderline personality disorder. *Bipolar Disorders*, 2012, 14, 856-82.

323. Zimmerman, M., Martinez, J., Attiullah, N., Friedman, M., Toba, C., Boerescu, D., & Ragheb, M. A new type of scale for determining remission from depression: The Remission from Depression Questionnaire. *Journal of Psychiatric Research*, 2013, 47, 78-82.

324. Zimmerman, M., Martinez, J., Friedman, M., Boerescu, D., Attiullah, N., & Toba, C. Determining severity subtypes of depression with a self-report questionnaire. *Psychiatry Research*, 2013, 206, 98-102.

325. Zimmerman, M., Martinez, J., Dalrymple, K., Chelminski, I., & Young, D. "Subthreshold" depression: Is the distinction between depressive disorder not otherwise specified and adjustment disorder valid? *Journal of Clinical Psychiatry*, 2013, 74, 470-476.

326. Zimmerman, M., Martinez, J.H., Dalrymple, K., Chelminski, I., & Young, D. Should criteria be specified for depressive disorder not otherwise specified? *Journal of Affective Disorders*, 2013, 147, 118-122.

327. Zimmerman, M. Discordance between researchers and patients in defining remission from depression. *Journal of Clinical Psychiatry,* 2012, 73, 1262-1263.

328. Zimmerman, M. & Morgan, T.A. The relationship between borderline personality disorder and bipolar disorder. *Dialogues in Clinical Neuroscience,* 2013, 15, 155-169.

329. Dalrymple, K., Martinez, J., Tepe, E., Young, D., Chelminski, I., Morgan, T., & Zimmerman, M. A clinically useful social anxiety disorder outcome scale. *Comprehensive Psychiatry,* 2013, 54, 758-765.

330. Zimmerman, M., Martinez, J., Young, D., Chelminski, I., & Dalrymple, K. Severity classification on the Hamilton Depression Rating Scale. *Journal of Affective Disorders,* 2013, 150, 384-388.

331. Zimmerman, M., Martinez, J.H., Morgan, T.A., Young, D., Chelminski, I., & Dalrymple, K. Distinguishing bipolar II depression form major depressive disorder with comorbid borderline personality disorder: Demographic, clinical, and family history differences. *Journal of Clinical Psychiatry*, 2013, 74, 880-886.

332. Zimmerman, M., Martinez, J.H., Morgan, T.A., Young, D., Chelminski, I., & Dalrymple, K. Comorbid bipolar disorder and borderline personality disorder and history of suicide attempts. *Journal of Personality Disorders*, 2014, 28, 358-364.

333. Zimmerman, M., Martinez, J.H., Dalrymple, K., Chelminski, I., & Young, D. Is the distinction between adjustment disorder with depressed mood and adjustment disorder with mixed anxious and depressed mood valid? *Annals of Clinical Psychiatry*, 2013, 25, 257-65.

334. D'Avanzato, C., Martinez, J., Attiullah, N., Friedman, M., Toba, C., Boerescu, D.A., & Zimmerman, M. Anxiety symptoms among remitted depressed outpatients: Prevalence and association with quality of life and psychosocial functioning. *Journal of Affective Disorders*, 2013, 151, 401-404.

335. Morgan, T.A., Chelminski, I., Young, D., Dalrymple, K., & Zimmerman, M. Is dimensional scoring important only for subthreshold levels of severity in personality disorders other than borderline? *Comprehensive Psychiatry,* 2013, 54, 673-679.

336. Zimmerman, M., Martinez, J., Attiullah, N., Friedman, M., Toba, C., & Boerescu, D.A. The Remission from Depression Questionnaire as an outcome measure in the treatment of depression. *Depression and Anxiety,* 2014, 31, 533-538.

337. Morgan, T.A., Chelminski, I., Young, D., Dalrymple, K., & Zimmerman, M. Differences between older and younger adults with Borderline Personality Disorder on clinical presentation and impairment. *Journal of Psychiatric Research*, 2013, 47, 107-1513.

338. Zimmerman, M., Martinez, J., Friedman, M., Boerescu, D.A., Attiullah, N., & Toba, C. Speaking a more consistent language when discussing severe depression: A calibration study of three self-report measures of depressive symptoms. *Journal of Clinical Psychiatry*, 2014, 75, 141-146.

339. Levin, M.E., Dalrymple, K., & Zimmerman, M. Which facets of mindfulness predict the presence of substance use disorders in an outpatient psychiatric sample? *Psychology of Addictive Behaviors*, 2014, 28, 498-506.

340. Zimmerman, M. What is ironic about wanting empirical support to justify changes in diagnostic criteria? Commentary on "the ironic fate of the personality disorders in DSM-5." *Personality Disorders: Theory, Treatment, and Research*, 2013, 4, 352-353.

341. Zimmerman, M., & Morgan, T.A. Problematic boundaries in the diagnosis of bipolar disorder: The interface with borderline personality disorder. *Current Psychiatry Reports,* 2013, 15, 422.

342. Dalrymple, K., & Zimmerman, M. Social anxiety: When does shyness become a disorder? Exploring the fine line between over- and under-diagnosis of social anxiety disorder and the potential impact on treatment. *Current Psychiatry*, 2013, 12, 21-23, 35-38.

343. Zimmerman, M, Chelminski, I., Young, D., Dalrymple, K., Walsh, E., Rosenstein, L. A Clinically Useful Self-report Measure of the DSM-5 Anxious Distress Specifier of Major Depressive Disorder. *Journal of Clinical Psychiatry*, 2014, 75, 601-607.

344. Levin, M.E., Dalrymple, K., Himes, S. & Zimmerman, M. Which facets of mindfulness are related to problematic eating among patients seeking bariatric surgery? *Eating Behaviors,* 2014, 15, 298-305.
.

345. Zimmerman, M. Screening for bipolar disorder: Confusion between case-finding versus screening. *Psychotherapy and Psychosomatics*, 2014, 83, 259-262.

346. Zimmerman, M., D'Avanzato, C., Attiullah, N., Friedman, M., Toba, C., & Boerescu, D.A.  Scoring rules and rating formats of self-report depression questionnaires: A comparison of approaches. *Psychiatry Research*, 2014, 218, 225-228.

347. Zimmerman, M., Martinez, J., Young, D., Chelminski, I., & Dalrymple, K. Differences between patients with borderline personality disorder who do and do not have a family history of bipolar disorder. *Comprehensive Psychiatry*, 2014, 55, 1491- 1497.

348. Dalrymple, K., Morgan, T.A., Lipschitz, J., Martinez, J., Tepe, E., & Zimmerman, M. An integrated, acceptance-based behavioral approach for depression with social anxiety: Preliminary results.  *Behavior Modification*, 2014, 38, 516- 548.

349. Zimmerman, M., Morgan, T.M., Dalrymple, K., Young, D., & Chelminski, I. A brief, clinically useful, clinician-rated dimensional rating system for psychiatric diagnoses: reliability and validity in psychiatric outpatients. *Annals of Clinical Psychiatry, 2014, 26, 261-269*.

350. Zimmerman, M., Morgan, T.A., Young, D., Chelminski, I., Dalrymple, K., & Walsh, E.  Does borderline personality disorder manifest itself differently in patients with bipolar disorder and major depressive disorder? *Journal of Personality Disorders*, 2015, 29, 847-853.

351. Zimmerman, M., Chelminski, I., Young, D., Dalrymple, K. & Martinez, J. A clinically useful self-report measure of the DSM-5 Mixed Features Specifier of Major Depressive Disorder. *Journal of Affective Disorders*, 2014, 168, 357-362.

352. Zimmerman, M. Borderline personality disorder: A disorder in search of advocacy. *Journal of Nervous and Mental Disease*, 2015, 203, 8-12.

353. Zimmerman, M. & Gazarian, D. Is research on borderline personality disorder underfunded by the National Institute of Health? *Psychiatry Research*, 2014, 220, 941-944.

354. Hidalgo-Mazzei, D., Walsh, E., Rosenstein, L., & Zimmerman, M. Comorbid bipolar disorder and borderline personality disorder and substance use disorder. *Journal of Nervous and Mental Disease*, 2015, 203, 54-57.

355. Zimmerman, M., Ellison, W., Young, D, Chelminski, I., & Dalrymple, K. How many different ways do patients meet the diagnostic criteria for major depressive disorder? *Comprehensive Psychiatry*, 2015, 56, 29-34.

356. Franklin, C.L., Piazza, V., Chelminski, I., & Zimmerman, M. Defining subthreshold PTSD in the DSM-IV literature: A look toward DSM-5. *Journal of Nervous and Mental Disorder*, 2015, 203, 574-577.

357. Zimmerman, M., Ellison, W., Morgan, T.A., Young, D., Chelminski, I., & Dalrymple, K. Psychosocial morbidity associated with bipolar and borderline personality disorder in psychiatric outpatients: comparative study. *British Journal of Psychiatry*, 2015, <u>207</u>, 334-338.

358. Zimmerman, M. Does the adequacy of clinicians' diagnostic practice in routine clinical settings matter? *Journal of Clinical Psychiatry*, 2015, <u>76</u>, e888-890.

359. Ellison, W.D., Rosenstein, L., Chelminski, I., Dalrymple, K., & Zimmerman, M. The clinical significance of single features of borderline personality disorder: anger, affective instability, impulsivity and chronic emptiness in psychiatric outpatients. *Journal of Personality Disorders*, 2016, <u>30</u>, 261-270.

360. Zimmerman, M. Improving the recognition of borderline personality disorder in a bipolar world. *Journal of Personality Disorders*, *2016, 30, 320-335.*

361. Dalrymple, K., Martinez, J., Rosenstein, L., Kneeland, E.T., Zimmerman, M. Psychiatric disorder-weight associations and the moderating effect of sex in an outpatient sample. *Annals of Clinical Psychiatry*, 2015, <u>27</u>, 108-117.

362. Zimmerman, M. A Review of 20 Years of Research on Overdiagnosis and Underdiagnosis in the Rhode Island Methods to Improve Diagnostic Assessment and Services (MIDAS) Project. *Canadian Journal of Psychiatry*, 2016, <u>61</u>, 71-79.

363. Zimmerman, M., Clark, H.L., Multach, M.D., Walsh, E, Rosenstein, L.K., & Gazarian, D. Have Treatment Studies of Depression Become Even Less Generalizable? A Review of the Inclusion and Exclusion Criteria in Placebo Controlled Antidepressant Efficacy Trials Published During the Past 20 Years. *Mayo Clinic Proceedings*, 2015, <u>90</u>, 1180-1186.

364. Zimmerman, M., Multach, M.D., Walsh, E, Rosenstein, L.K., Gazarian, D. & Clark, H.L Inclusion/Exclusion Criteria in Placebo-Controlled Studies of Vortioxetine: Comparison to Other Antidepressants and Implications for Product Labelling. *Journal of Affective Disorders*, 2016, <u>190</u>, 357-361.

365. Zimmerman, M., Clark, H.L., Multach, M.D., Walsh, E,.Rosenstein, L.K., & Gazarian, D. Symptom severity and the generalizability of antidepressant efficacy trials: Changes over the past 20 years. *Journal of Clinical Psychopharmacology*, 2016, <u>36</u>, 153−156.

366. Zimmerman, M., Multach, M.D., Walsh, E,.Rosenstein, L.K., Gazarian, D. & Clark, H.L Problems in the Descriptions of the Psychiatric Inclusion and Exclusion Criteria in Publications of Antidepressant Efficacy Trials. *CNS Drugs*, 2016, <u>30</u>, 185-191.

367. Zimmerman, M. A Radical Proposal to Address the Problem of the Lack of Generalizability of Placebo-controlled Studies of Antidepressants. *Journal of Clinical Psychiatry*, 2016, <u>77</u>, e1647-e1649.

368. Zimmerman, M. The FDA's failure to address the lack of generalizability of antidepressant efficacy trials in product labeling. *British Journal of Psychiatry*, 2016, <u>208</u>, 512-514.

369. Zimmerman, M., Clark, H.L. Multach, M.D., Walsh, E,.Rosenstein, L.K., & Gazarian, D. Variability in the Substance Use Disorder Exclusion Criterion in Antidepressant Efficacy Trial. *Journal of Affective Disorders,* 2016, <u>198</u>, 39-42.

370. Gazarian, D., Multach, M.D., Ellison, W.D., Chelminski, I., Dalrymple, K. & Zimmerman, M. Does 'fear of dying' during panic attacks indicate clinical severity? *Journal of Anxiety Disorders*, 2016, <u>40</u>, 52-57.

371. Zimmerman, M., Multach, M.D., Dalrymple, K., & Chelminski, I. A clinically useful screen for borderline personality disorder in psychiatric outpatients. *British Journal of Psychiatry*, 2017, <u>210</u>, 165-166.

372. Zimmerman, M. Screening for bipolar disorder: Lessons not yet learned. *Evidence Based Mental Health*, 2016, <u>19</u>, e16.

373. Gorlin, E., Dalrymple, K., Chelminski, I., & Zimmerman, M. Diagnostic profiles of adult psychiatric outpatients with and without attention deficit hyperactivity disorder. *Comprehensive Psychiatry*, 2016, <u>70</u>, 90-97.

374. Gorlin, E., Dalrymple, K., Chelminski, I., & Zimmerman, M. Reliability and validity of a semi-structured DSM-based diagnostic interview module for the assessment of Attention Deficit Hyperactivity Disorder in adult psychiatric outpatients. *Psychiatry Research*, 2016, <u>242</u>, 46-53.

375. Zimmerman, M., Guzman Holst, C., Clark, H.L., Multach, M.D., Walsh, E, Rosenstein, L.K., & Gazarian, D. Inclusion/Exclusion Criteria in Late Life Depression Antidepressant Efficacy Trials. *International Journal of Geriatric Psychiatry*, 2017, <u>32</u>, 1009-1016.

376. Zimmerman, M., Clark, H.L. Multach, M.D., Walsh, E, Rosenstein, L.K., & Gazarian, D. The Inclusion and Exclusion Criteria in Placebo Controlled Monotherapy Trials of Bipolar Depression: A Review of Studies of the Past 20 Years. *CNS Drugs*, 2016, <u>30</u>, 1209-1218.

377. Morgan, T. A., Dalrymple, K., Multach, M., & Zimmerman, M.  Relations between mindfulness processes, psychiatric symptoms, and functioning in psychiatric and pre-bariatric surgery outpatients. *Mindfulness*, 2016, <u>8</u>, 417-432.

378. Genovese, T., Dalrymple, K., Chelminski, I., & Zimmerman, M. Subjective anger and overt aggression in psychiatric outpatients. *Comprehensive Psychiatry*, 2016, <u>73</u>, 23-30.

379. Zimmerman, M., Chelminski, I., Dalrymple, K., & Rosenstein, L. Principal Diagnoses in Psychiatric Outpatients Patients with Borderline Personality Disorder: Implications for Screening Recommendations. *Annals of Clinical Psychiatry*, 2017, <u>29</u>, 54-60.

380. Zimmerman, M. Measures of the DSM-5 Mixed Features Specifier of Major Depressive Disorder. *CNS Spectrums*, 2017, <u>12</u>, 1-7.

381. Zimmerman, M., Walsh, E., Friedman, M., Boerescu, D.A., & Attiullah, N. Identifying remission from depression on three self-report scales. *Journal of Clinical Psychiatry*, 2017, <u>78</u>, 177-183.

382. Montoya, A., Lebrec, J., Keane, K.M., Fregenal, I., Ciudad, A., Morinigo, A., Aguera-Ortiz, L., Romera, I., Gilaberte, I., & Zimmerman, M. Broader conceptualization of remission assessed by the Remission from Depression Questionnaire and its association with symptomatic remission: a prospective, multicenter, observational study. *BMC Psychiatry*, 2016, <u>16</u>, 352.

383. Yusufov, M., Dalrymple, K, Bernstein, M.H., Walsh, E., Rosenstein, L., Chelminski, I., Zimmerman, M.  Body mass index, depression and suicidality: The role of self-esteem in bariatric surgery candidates.  *Journal of Affective Disorders*, 2017, <u>208</u>, 238-247.

384. Kotov, R., Krueger, R. F., Watson, D., Achenbach, T. M., Althoff, R. R., Bagby, M., Brown, T. A., Carpenter, W. T., Caspi, A., Clark, L. A., Eaton, N. R., Forbes, M. K.,  Forbush, K. T., Goldberg, D., Hasin, D., Hyman, S. E., Ivanova, M. Y., Lynam D. R., Markon, K., Miller, J. D., Moffitt, T. E., Morey, L. C., Ormel, J., Patrick, C. J., Regier, D. A., Rescorla, L., Robinson, E., Ruggero C. J., Samuel, D. B., Sellbom, M., Simms, L. J., Skodol, A. E., Slade, T., South, S. C., Tackett, J. L., Waldman, I. D., Widiger, T. A., Wright, A. G. C., & Zimmerman, M. (in press). The Hierarchical Taxonomy of Psychopathology (HiTOP): A dimensional alternative to traditional nosologies. *Journal of Abnormal Psychology*, 2017, <u>126</u>, 454-477.

385. Zimmerman, M., Walsh, E., Chelminski, I., & Dalrymple, K. Has the Symptom Severity Inclusion Requirement Narrowed the Definition of Major Depressive Disorder in Antidepressant Efficacy Trials? *Journal of Affective Disorders*, 2017, 211, 60-64.

386. Dalrymple, K, Walsh, E., Rosenstein, L., Chelminski, I, & Zimmerman, M. Modification of the Medical Exclusion Criterion in DSM-5 Social Anxiety Disorder: Comorbid Obesity as An Example. *Journal of Affective Disorders*, 2017, 210, 230-236.

387. Stahl, S.M., Morrissette, D.A., Faedda, G., Fava, M., Goldberg, J., Keck, P.E., Lee, Y., Malhi, G., Marangoni, C., McElroy, S.L., Ostacher, M., Rosenblat, J, Sole, E., Suppes, T., Takeshima, M., Thase, M., Vieta, E., Young, A., Zimmerman, M., & McIntyre, R.S. Guidelines for the Recognition and Management of Mixed Depression. *CNS Spectrums*, 2017, 22, 203-219.

388. Jeon, S.W., Han, C., Ko, Y., Yoon, S.Y., Pae, C., Choi, J., Park, Y.C., Kim, J., Yoon, H., Ko, S., Patkar, A.A, Zimmerman, M. Measurement-based Treatment of Residual Symptoms Using Clinically Useful Depression Outcome Scale: Korean Validation Study. *Clinical Psychopharmacology and Neuroscience* 2017, 15, 28-34.

389. Zimmerman,M., Gazarian, D., Multach, M., Attiullah, N., Benoff, T., Boerescu, D.A., Friedman, M.A., Mehring, L.B., Moon, S., & Patel, S. A clinically useful self-report measure of psychiatric patients' satisfaction with the initial evaluation. *Psychiatry Research*, 2017, 252, 38-44.

390. Zimmerman, M., Clark, H., McGonigal, P., Harris, L., Holst, C.G., & Martin, J. Reliability and validity of the DSM-5 Anxious Distress Specifier Interview. *Comprehensive Psychiatry*, 2017, 76, 11-17.

391. Zimmerman, M., Gorlin, E., Dalrymple, K., & Chelminski, I. A clinically useful screen for attention deficit disorder in psychiatric outpatients. *Annals of Clinical Psychiatry*, 2017 29,160-166.

392. Forbes, M.K., Kotov, R. Ruggero, C.J., Watson, D., Zimmerman, M., Krueger, R.F. Delineating the joint hierarchical structure of clinical and personality disorders in an outpatient psychiatric sample. *Comprehensive Psychiatry*, 2017, 79, 19-30.

393. Waszczuk, M. A., Zimmerman, M., Ruggero, C. J., Li, K., MacNamara, A., Weinberg, A., Hajcak, G., Watson, D. & Kotov, R. What do clinicians treat: diagnoses or symptoms? The incremental validity of a symptom-based, dimensional characterization of emotional disorders in predicting medication prescription patterns. *Comprehensive Psychiatry*, 2017, 79, 80-88.

394. Zimmerman, M. Screening for bipolar disorder with self-administered questionnaires: A critique of the concept and a call to stop publishing studies of their performance in psychiatric samples. *Depression and Anxiety*, 2017, 34, 779-785.

395. Zimmerman, M., Guzman Holst, C., Mehring, L.B., Moon, S. & Berges, A. The impact of anonymity on psychiatric patients' satisfaction with the initial evaluation. *Annals of Clinical Psychiatry*, 2017, 29, 220-226.

396. Zimmerman, M., Martin, J., Clark, H., McGonigal, P., Harris, L., & Holst, C.G. Measuring anxiety in depressed patients: A comparison of the Hamilton Anxiety Rating Scale and the DSM-5 Anxious Distress Specifier Interview. *Journal of Psychiatric Research*, 2017, 93, 59-63.

397. Jeon, S.W., Han, C., Ko, Y.H., Yoon, S., Pae, C.U., Choi, J., Kim, J.M., Yoon, H.K., Lee, H., Patkar, A.A. & Zimmerman, M. A Korean Validation Study of the Clinically Useful Anxiety Outcome Scale: Comorbidity and Differentiation of Anxiety and Depressive Disorders. *PLOS One*, 2017, 12, e0179247.

398. Zimmerman, M. Improving the Recognition of Borderline Personality Disorder. *Current Psychiatry*, 2017, 16, 13-19.

399. Zimmerman, M., Clark, H., McGonigal, P., Harris, L., Holst, C.G., & Martin, J. Relationship Between the DSM-5 Anxious Distress Specifier and the Hamilton Depression Rating Scale Anxiety/Somatization Factor. *Journal of Nervous and Mental Disease,* 2018, <u>206</u>, 152-154.

400. Stanton, K. & Zimmerman, M. Clinician Ratings of Vulnerable and Grandiose Narcissistic Features: Implications for an Expanded Narcissistic Personality Disorder Diagnosis. *Personality Disorders: Theory, Research, and Treatment,* 2018, <u>9</u>, 263-272.

401. Walsh, E., Rosenstein, L., Dalrymple, K., Chelminski, I., & Zimmerman, M. The Importance of Assessing for Childhood Abuse and Lifetime PTSD in Bariatric Surgery Candidates. *Journal of Clinical Psychology in Medical Settings*, 2017, <u>24,</u> 341–354.

402. Zimmerman, M., Chelminski, I., Dalrymple, K., & Martin, J. Screening for bipolar disorder and finding borderline personality disorder: A replication and extension. *Journal of Personality Disorders*, 2019, 33, 533-543.

403. Zimmerman, M., Walsh, E., Friedman, M., Boerescu, D.A., & Attiullah, N. Are Self-Report Scales as Effective as Clinician Rating Scales in Measuring Treatment Response in Routine Clinical Practice? *Journal of Affective Disorders*, 2018; <u>225</u>, 449-452.

404. Dalrymple, K.L., Clark, H., Chelminski, I., & Zimmerman, M. The interaction between mindfulness, emotion regulation, and social anxiety, and its association with emotional eating in bariatric surgery candidates. *Mindfulness*, 2018, <u>9</u>, 1780-93.

405. Rosenstein, L., Ellison, W., Walsh, E., Chelminski, I., Dalrymple, K., & Zimmerman, M. The role of emotion regulation difficulties in the connection between childhood emotional abuse and borderline personality features. *Personality Disorders: Theory, Research, and Treatment*, 2018; <u>9</u>, 590-594.

406. Harris, L., Chelminski, I., Dalrymple, K., Morgan, T., & Zimmerman, M. Suicide attempts and emotion regulation in psychiatric outpatients. *Journal of Affective Disorders*, 2018; <u>232</u>, 300-304.

407. Lorenzo-Luaces, L., Zimmerman, M., & Cuipers, P. Are studies of psychotherapies for depression more or less generalizable than studies of antidepressants? *Journal of Affective Disorders,* 2018, <u>234</u>, 8-13.

408. Zimmerman, M., Morgan, T., & Stanton, K. The severity of psychiatric disorders. *World Psychiatry*, 2018, <u>17</u>, 258-275.

409. Stanton, K., Forbes, M., & Zimmerman, M. Distinct dimensions defining the adult ADHD self-report scale: Implications for assessing inattentive and hyperactive/impulsive symptoms. *Psychological Assessment*, 2018 <u>30,</u> 1549-1559.

410. Zimmerman, M., McGonigal, P., Moon, S.S., Mehring, L., LaHaye, J., Berges, A., & Schmidhofer, S.  Does diagnosing a patient with borderline personality disorder negatively impact patient satisfaction with the initial diagnostic evaluation? *Annals of Clinical Psychiatry*, 2018; 30, 215-219.

411. Kerr, S., Dalrymple, K., Chelminski, I., & Zimmerman, M. Depression and substance disorders in the offspring of depressed parents as a function the parent's borderline personality disorder symptomatology.  *Annals of Clinical Psychiatry*, 2018, <u>30</u>, 207-214.

412. Zimmerman, M. & Guzman Holst, C. Screening for psychiatric disorders with self-administered questionnaires. *Psychiatry Research*, 2018, <u>270</u>, 1068-1073.

413. Kotov, R., Ruggero, C. J., Krueger, R. F., Watson, D., & Zimmerman, M. The perils of hierarchical exclusion rules: A further word of caution. *Depression and Anxiety*, 2018, <u>35</u>, 903-904.

414. Zimmerman, M, Balling, C., Chelminiski, I., & Dalrymple, K. Understanding the severity of depression: which symptoms of depression are the best indicators of depression severity? *Comprehensive Psychiatry*, 2018, 87, 84-88.

415. Zimmerman, M., Harris, L., Martin, J., & McGonigal, P. Reliability and validity of a self-report scale for daily assessments of the severity of depressive symptoms. *Psychiatry Research*, 2018, 270, 581-586.

416. Zimmerman, M., Kieffer, R. Kerr, S., & Balling, C. Reliability and validity of a self-report scale for daily assessments of the severity of anxiety symptoms. *Comprehensive Psychiatry*, 2018; 90, 37-42.

417. Ellison, W.E., Rosenstein, L., Morgan, T., & Zimmerman, M. Community and clinical epidemiology of borderline personality disorder. *Psychiatric Clinics of North America,* 2018, 41, 561–573.

418. Zimmerman, M., Martin, J., McGonigal, P., Harris, L., Kerr, S., Balling, C., Kiefer, R., Stanton, K., & Dalrymple, K. Validity of the DSM-5 Anxious Distress Specifier for Major Depressive Disorder. *Depression and Anxiety*, 2019; 36, 31-38

419. Zimmerman, M, Balling, C., Dalrymple, K., & Chelminiski, I. Screening for borderline personality disorder in psychiatric outpatients with major depressive disorder and bipolar disorder. *Journal of Clinical Psychiatry*, 2019, 80, 18m12257.

420. Stanton, K., & Zimmerman, M. Unique and shared features of narcissistic and antisocial personality disorders: implications for assessing and modeling externalizing traits. *Journal of Clinical Psychology*, 2019; 75, 433-444.

421. Zimmerman, M. Severity and the treatment of depression: A review of 2 controversies. *Journal of Nervous and Mental Disease*. 2019, 207, 219–223.

422. McGonigal, P., Kerr, S.R., Morgan, T.A., Dalrymple, K., Chelminski, I., & Zimmerman, M. Should childhood conduct disorder be necessary to diagnose antisocial personality disorder in adults? *Annals of Clinical Psychiatry*, 2019; 31, 36-44.

423. Balling, C., Chelminski, I., Dalrymple, K., & Zimmerman, M. Differentiating borderline personality from bipolar disorder with the Mood Disorder Questionnaire (MDQ): a replication and extension of the International Mood Network (IMN) Nosology Project. *Comprehensive Psychiatry*, 2019, 88, 49–51

424. Zimmerman, M., Kerr, S., Kiefer, R., Balling, C., & Dalrymple, K. What is anxious depression? Overlap and agreement between different definitions. *Journal of Psychiatric Research*, 2019; 109, 133-138.

425. Parker, G., Tavella, G., Macqueen, G., Berk, M., Grunze, H, Deckersbach, T., Dunner, D.L., Sajatovic, M., Amsterdam, J.D., Ketter, T.A. Yatham, L.N., Keesing, L.V., Bassett, D., Zimmerman, M., Fountoulakis, K.M., Duffy, A., Alda, M., Calkin, C., Sharma, V., Anand, A., Singh, M.K. Hajek, T., Boyce, P., Frey, B.N., Castle, D.J., Young, A.H. Vieta, E., Rybakowski, J.K. Swartz, H.A. Schaffer, A., Murray, G., Bayes, A., Lam, R.W., Bora, E., Post, R.M., Ostacher, M.J.,Lafer, B., Cleare, A.J.,  Burdick, K.E., O'Donovan, C., Ortiz, A., Henry, C., Kanba, S., Rosenblat, J.D., Parikh, S.V., Bond, D.J., Grunebaum, M.F., Frangou, S., Goldberg, J.F., Orum, M., Osser, D.N., Frye, M.A., McIntyre, R.S., Fagiolini, A., Manicavasagar, V., Carlson, G.A., Malhi, G.S.  Revising DSM-5 criteria for the bipolar disorders: Phase I of the AREDOC project. *Australian and New Zealand Journal of Psychiatry,* 2018, 52, 1173-82

426. Zimmerman, M., Mehring, L.B., Moon, S., & Guzman Holst, C. Measuring psychiatric patients satisfaction with the initial evaluation. *Psychiatry Research*, 2019, 273, 509-513.

427. Zimmerman, M, Balling, C., Dalrymple, K., & Chelminiski, I. Have treatment studies of depression become even less generalizable? Applying the inclusion and exclusion criteria in placebo controlled antidepressant efficacy trials published over 20 years to a clinical sample. *Psychotherapy and Psychosomatics,* 2019, <u>88</u>, 165-70

428. Zimmerman, M., & Balling, C. Screening for borderline personality disorder with the McLean Screening Instrument: a review and critique of the literature. *Journal of Personality Disorders*, 2021, <u>35</u>, 288-298.

429. Carpenter, R.W., Stanton, K., Emery, N.N., & Zimmerman, M. Positive and Negative in the Mood Disorder Questionnaire: Associations with Psychopathology and Emotion Dysregulation in a Clinical Sample. *Assessment*, 2019, <u>27</u>, 219-31.

430. Zimmerman, M, Balling, C., Dalrymple, K., & Chelminiski, I. Symptom presence versus symptom intensity in understanding the severity of depression: implications for documentation in electronic medical records. *Journal of Affective Disorders,* 2019, <u>256</u>, 344-347.

431. Zimmerman, M., Kerr, S. How should the severity of depression be rated on self-report depression scales? *Psychiatry Research,* 2019, <u>280</u>, 1-5.

432. Zimmerman, M, Balling, C., Dalrymple, K., & Chelminiski, I. Understanding the severity of depression: do nondepressive symptoms influence global ratings of depression severity? *CNS Spectrums,* 2019, 1-4.

433. Zimmerman, M., Balling, C., Chelminski, I. & Dalrymple, K. Applying the inclusion/exclusion criteria in placebo-controlled studies to a clinical sample: a comparison of medications. *Journal of Affective Disorders*, 2019, <u>260</u>, 483-488.

434. Zimmerman, M. The 9-item Patient Health Questionnaire (PHQ-9). *JAMA*, 2019, <u>322</u>, 2125.

435. Kiefer, R., Chelminski, I., Dalrymple, K. & Zimmerman, M. Principal diagnoses in psychiatric outpatients with posttraumatic stress disorder: Implications for screening recommendations. *Journal of Nervous and Mental Disease*, 2019, <u>208</u>, 283-87.

436. Zimmerman, M., Kerr, S., Balling, C., Kiefer, R., & Dalrymple, K. DSM-5 Anxious Distress Specifier in patients with bipolar depression. *Annals of Clinical Psychiatry*, 2020, <u>32</u>, e2.

437. Zimmerman, M., Kerr, S., Kiefer, R., Balling, C., & Dalrymple, K. Is the DSM-5 Anxious Distress Specifier sufficient for measuring anxiety in depressed patients?: Implications for measurement-based care. *Annals of Clinical Psychiatry*, 2020, <u>32</u>, 5-11.

438. Snow, M.B., Balling, C., & Zimmerman, M. Re-examining borderline personality disorder and substance use disorder: the role of emotion dysregulation. Annals of Clinical Psychiatry, 2020, <u>32</u>, Epub ahead of print

439. Rodriguez-Seijas, C., Thompson, J.S., Diehl, J.M. & Zimmerman, M. A comparison of the dimensionality of the Hamilton Rating Scale for anxiety and the DSM-5 distress anxious specifier interview. *Psychiatry Research*, 2020, <u>284</u>, 1-7.

440. Levine, A. Z., Aljabari, R., Dalrymple, K., & Zimmerman, M. Nonsuicidal self-injury and suicide: differences between those with and without borderline personality disorder. *Journal of Personality Disorders*, 2020, <u>34</u>:131-144.

441. Diehl, J., McGonigal, P.T., Morgan, T.A., Dalrymple, K., Harris, L., Chelminski, I., & Zimmerman, M. Emotion regulation accounts for associations between mindfulness and depression across and within diagnostic categories. *Annals of Clinical Psychiatry*, 2020, <u>32</u>, 92-105.

442. Rodriguez-Seijas, C., Morgan, T.A., & Zimmerman, M. Stability and consistency of the alternative model of personality disorder across multiple admissions to an acute care setting. *Psychological Assessment*, 2020, 32, 123-131.

443. Zimmerman, M., Balling, C., Chelminski, I. & Dalrymple, K. Patients with Borderline Personality Disorder and Bipolar Disorder: A Descriptive and Comparative Study. *Psychological Medicine*, 2020, 51, 1479–1490.

444. Thompson, J. S., Kiefer, R., Diehl, J. M., & Zimmerman, M. Impact of anxiety on dropping out of treatment for depression at an intensive partial hospitalization program. *Annals of Clinical Psychiatry*, 2020, 32, 249-255.

445. Zimmerman, M., Thompson, J.S., Diehl, J. M., Balling, C., & Kiefer, R. Is the DSM-5 Anxious Distress Specifier Interview a valid measure of anxiety in patients with generalized anxiety disorder: A comparison to the Hamilton Anxiety Scale *Psychiatry Research*, 2020, 286, 112859.

446. Maj, M., Stein, D.J., Parker, G., Zimmerman, M., Fava, G.A., De Hert, M., Demyttenaere, K., McIntyre, R.S., Widiger, T., & Wittchen, H.U. The clinical characterization of the adult patient with syndromal depression. *World Psychiatry*, 2020, 19, 269-293.

447. Stanton, K., McGonigal, P. T., Kerr, S., Morgan, T. A., & Zimmerman, M. Adult retrospective reports of externalizing behavior: Distinct dimensions and key associations for past conduct disorder ratings. *Journal of Psychopathology and Behavioral Assessment,* 2020, 43, 1-11.

448. Forbes, M. K., Sunderland, M., Rapee, R. M., Batterham, P. J., Calear, A. L., Carragher, N., Ruggero, C., Zimmerman, M., Baillie, A. J., Lynch, S. J., Mewton, L, Slade, T., & Krueger, R. F. A detailed hierarchical model of psychopathology: From individual symptoms up to the general factor of psychopathology. *Clinical Psychological Science,* 2021, 9, 139-168.

449. Morgan, T.A., Dalrymple, K., D'Avanzato, C. D., Zimage, S., Balling, C., & Zimmerman, M. Conducting Outcomes Research in a Clinical Practice Setting: The effectiveness and acceptability of Acceptance and Commitment Therapy (ACT) in a partial hospital program, *Behavior Therapy*, 2021, 52, 272-285.

450. Levin-Aspenson, H.F., Watson, D., Clark, L.A., & Zimmerman, M. What is the general factor of psychopathology: Consistency of the p-factor across samples. *Assessment*, 2021, 28(4),1035-1049.

451. Zimmerman, M. Why hierarchical dimensional approaches to classification will fail to transform diagnosis in psychiatry. *World Psychiatry*, 2021, 20,70-71.

452. Rodriguez-Seijas, C., Morgan, T.A., & Zimmerman, M. A population-based examination of criterion level disparities in the diagnosis of borderline personality disorder among sexual minority adults. *Assessment,* 2021, 28, 1097-1109.

453. Terrill, D. R., Rodriguez-Seijas, C., & Zimmerman, M. Assessing suicidal ideation using a brief self-report measure. *Psychiatry Research*, 2021, 297.

454. Zimmerman, M., Terrill, D., D'Avanzato, C., & Tirpak, J.W. Telehealth Treatment of Patients in an Intensive Acute Care Psychiatric Setting During the COVID-19 Pandemic: Comparative Safety and Effectiveness to In-Person Treatment. *Journal of Clinical Psychiatry*, 2021;82(2):20m13815

455. Zimmerman, M. Screening Tests are Not Diagnostic: A Commentary on a Study of Electroconvulsive Therapy for Depressed Patients with and without Borderline Personality Disorder. *Journal of Clinical Psychiatry*, 2021;82(2):21com13909

456. Benjamin, I., Rodriguez-Seijas, C., Zimmerman, M. (2021). Differences in patient satisfaction across sexual orientation and gender identity in an acute care setting. *Psychology of Sexual Orientation and Gender Diversity,* 2021, 1-12.

457. Zimmerman, M., Benjamin, I., Tirpak, J.W., & D'Avanzato, C. Patient Satisfaction with Partial Hospital Telehealth Treatment During the COVID-19 Pandemic: Comparison to In-Person Treatment. *Psychiatry Research*, 2021, 301, 113966

458. Ward, M., Benjamin, I. & Zimmerman, M. Are there differences in the clinical presentations of patients with borderline personality disorder based on treatment setting? *Journal of Personality Disorders,* in press.

459. Zimmerman, M. Using screening scales for bipolar disorder in epidemiologic studies: lessons not yet learned. *Journal of Affective Disorders,* 2021, 292, 708-713.

460. Levin-Aspenson, H., Boyd, S.I., Diehl, J., & Zimmerman, M. A clinically useful anger outcome scale. *Journal of Psychiatric Research*, 2021, 141, 160-166.

461. Zimmerman, M., Ward, M., D'Avanzato, C.,  & Tirpak, J.W. Telehealth treatment of patients with borderline personality disorder in a partial hospital setting during the COVID-19 pandemic: comparative safety, patient satisfaction, and effectiveness to in-person treatment. *Journal of Personality Disorders*, 2022, 36(3), 277–295.

462. Diehl, J.M., Rodriguez-Seijas, C., Thompson, J. S., Dalrymple, K., Chelminski, I., & Zimmerman, M. (in press). Exploring the optimal factor structure of the Five Facet Mindfulness Questionnaire: Associations between mindfulness facets with dimensions of psychopathology. *Journal of Personality Assessment,* 2021, 15, 1-11.

463. Zimmerman, M., Benjamin, I., & Seijas-Rodriguez, C. P. Psychiatric diagnoses among transgender and gender diverse patients compared to cisgender patients. *Journal of Clinical Psychiatry*, in press.

464. Peters, J.R., Crowe, M.L.,  Morgan, T. Zimmerman, M., Sharp, C., Grilo, C.M., Sanislow, C.A., Shea, M.T., Zanarini, M.C., McGlashan, T.H., Morey, L.C., Skodol, A.E., & Yen, S. Borderline personality disorder networks across adolescent and adult clincal samples: examining symptom centrality and replicability. *Psychological Medicine*, 2022, 1-8.

465. Ward, M. Zimmerman, M.  Treatment engagement of depressed patients with and without psychosis in a partial hospital program: dropout, symptom reduction, and satisfaction. *Annals of Clinical Psychiatry*, in press.

466. Chassen, G.S., Cho, J., Zimmerman, M., Leventhal, A.M. Comorbidity of obsessive-compulsive disorder and symptoms with nicotine dependence: Observational epidemiologic evidence from us-representative and psychiatric outpatient population-based samples. *Journal of Psychiatric Research*, 2022, 146, 156-162.

467. Diehl, J.M., Smoski, M.J., Zimmerman, M. Emotion regulation difficulties link trait resilience and symptoms of depression and anxiety in psychiatric outpatients. *Annals of Clinical Psychiatry*, in press

468. Zimmerman, M. Should blind psychiatrists be paid less? *Journal of Clinical Psychiatry*, 2022;83(4):21com14354

469. Zimmerman, M. & Becker, L. Psychiatric patients who do not believe they deserve to get better. *Journal of Clinical Psychiatry*, in press.

470. Terrill, D., Levin-Aspenson, H., & Zimmerman, M. Sudden gains and treatment outcomes among depressed individuals in a partial hospitalization program. *Clinical Psychology & Psychotherapy*, in press.

471. Becker, L., Zimmerman, M., Morgan, T.A., & Rodriguez-Seijas, C. Is there a bias in the diagnosis of borderline personality disorder among racially minoritized patients? *Personality Disorders: Theory, Research, and Treatment*, in press.

472. Stanton, K., Watts, A., Levin-Aspenson, H. F., Carpenter, R., Emery, N. N., & Zimmerman, M. (2022). Focusing narrowly on model fit in factor analysis can mask construct heterogeneity and model misspecification: Applied demonstrations across sample and assessment types. *Journal of Personality Assessment*. in press.

473. Zimmerman, M. Should the demonstration of improved patient outcome be necessary to overhaul diagnostic approaches?: Comment on Bach and Tracy (2022). *Personality Disorders: Theory, Treatment & Research*, in press.

474. Levin-Aspenson, H.F., Diehl, J.M., Boyd, S.I., & Zimmerman, M. Levels of anger severity in psychiatric outpatients. *Journal of Nervous and Mental Disease*, in press.

475. Zimmerman, M. Positive predictive value: a clinician's guide to avoid misinterpreting the results of screening tests. *Journal of Clinical Psychiatry*, in press.

476. Zimmerman, M. & Becker, L. The hidden borderline patient: patients with borderline personality disorder who do not engage in recurrent suicidal or self-injurious behavior. *Psychological Medicine*, in press.

477. Dalrymple, K.L., Wahrer, K.S., Walsh, E., Rosenstein, L., & Zimmerman, M. A Pilot Randomized Controlled Trial of the Feasibility and Acceptability of Acceptance and Commitment Therapy for Comorbid Social Anxiety Disorder in a Routine Practice Setting. *Journal of Cognitive Psychotherapy.* in press.

478. Zimmerman, M. & Becker, L. Depressed patients who do not believe they deserve to get better: prevalence, clinical characteristics, and treatment outcome. *Annals of Clinical Psychiatry*, in press

479. Dalrymple, K.L., Maleva, V., Chelminski, I., & Zimmerman, M. Judgment towards emotions as a mediator of the relationship between emotional eating and depression symptoms in bariatric surgery candidates. *Eating and Weight Disorders*. in press

480. Zimmerman, M., & Lin, S.Y. 50% Improvement: Should treatment response go beyond symptom improvement when evaluating the treatment of depression? *Journal of Clinical Psychiatry*, in press.

481. Zimmerman, M., D'Avanzato, C., & King, B. Telehealth treatment of patients with major depressive disorder during the COVID-19 pandemic: comparative safety, patient satisfaction, and effectiveness to prepandemic in-person treatment. *Journal of Affective Disorders*, in press.

Summary of Publications

| Journal | Total | First Author |
|---|---|---|
| Acta Psychiatr Scand | 3 | 2 |
| Addictive Behaviors | 2 | 0 |
| Am J Psychiatry | 26 | 17 |
| Am J Drug and Alcohol Abuse | 1 | 0 |
| Am J Addictions | 1 | 0 |
| Annals Clin Psychiatry | 22 | 12 |
| Arch Gen Psychiatry | 25 | 19 |
| Assessment | 3 | 0 |
| Australian & N Zealand J Psychiatry | 1 | 0 |
| Behavior Modification | 1 | 0 |
| Behavior Therapy | 1 | 0 |
| Biol Psychiatry | 3 | 1 |
| Bipolar Disorders | 5 | 5 |
| BMC Psychiatry | 1 | 0 |
| Br Medical Journal | 1 | 2 |
| Br J Psychiatry | 7 | 4 |
| Canadian Journal of Psychiatry | 2 | 1 |
| Clinical Neuropsychiatry | 1 | 1 |
| Clinical Psychological Science | 1 | 0 |
| Clin Psychology | 2 | 1 |
| Clinical Psychology & Psychotherapy | 1 | 0 |
| Clin Psychopharm & Neuroscience | 1 | 0 |
| CNS Drugs | 2 | 2 |
| CNS Spectrums | 5 | 3 |
| Cogn Ther Res | 2 | 2 |
| Compr Psychiatry | 39 | 23 |
| Convulsive Therapy | 1 | 0 |
| Current Psychiatry | 2 | 1 |
| Current Psychiatry Reports | 1 | 1 |
| Depression and Anxiety | 12 | 8 |
| Develop Review | 2 | 2 |
| Dialogues in Clinical Neuroscience | 1 | 1 |
| Directions in Psychiatry | 1 | 1 |
| Drug & Alcohol Dependence | 2 | 0 |
| Eating and Weight Disorders | 1 | 0 |
| Eating Behaviors | 1 | 0 |
| Eur Arch Psychiatr | 1 | 1 |
| Eur Arch Psychiatr Neurol Sci | 1 | 0 |
| Expert Review of Neurotherapeutics | 1 | 1 |
| Evidence Based Mental Health | 1 | 1 |
| General Hospital Psychiatry | 1 | 1 |
| Harvard Review of Psychiatry | 2 | 1 |
| Health Psychol | 1 | 1 |
| International Clinical Psychopharmacology | 2 | 2 |
| International J of Child Abuse and Neglect | 1 | 0 |
| International J of Geriatric Psychiatry | 1 | 1 |
| International J of Mental Health & Addiction | 1 | 1 |
| International J Neuropsychopharmacology | 1 | 0 |
| International J Psychiatry in Medicine | 1 | 1 |
| JAMA | 2 | 2 |
| J Abnorm Psychol | 7 | 2 |
| J Affective Disord | 34 | 19 |
| J Anxiety Disord | 3 | 0 |
| J Clin Psychiatry | 54 | 45 |
| J Clinical Psychology | 3 | 1 |
| Journal of Clinical Psychology in Medical Settings | 1 | 0 |
| J Clin Psychopharmacology | 4 | 4 |
| J Cognitive Psychotherapy | 1 | 0 |
| J Consult Clin Psychol | 2 | 1 |
| J Behav Ther & Exptal Psychiatry | 1 | 0 |
| J Family Practice | 1 | 1 |
| J Gambling Studies | 3 | 2 |
| J Gen Int Medicine | 1 | 1 |

| | | |
|---|---|---|
| J Geri Psych Neurol | 1 | 0 |
| J Human Stress | 3 | 3 |
| J Interpersonal Violence | 1 | 0 |
| J Nerv Ment Dis | 42 | 25 |
| J Personality Assessment | 2 | 0 |
| J Personality Disord | 20 | 9 |
| J Psychiatric Research | 14 | 8 |
| J Psychopath & Behav Assessment | 1 | 0 |
| J Psychosomatic Research | 1 | 0 |
| J Rational Emotive Therapy | 1 | 0 |
| J Studies on Alcohol & Drugs | 1 | 0 |
| J Substance Abuse Treatment | 1 | 1 |
| J Traumatic Stress | 2 | 0 |
| Mayo Clinic Proceedings | 1 | 1 |
| Medical Care | 1 | 1 |
| Mindfulness | 2 | 0 |
| Obesity Research & Clinical Practice | 1 | 0 |
| Personality Disorders: Theory, Treatment & Research | 7 | 3 |
| PLOS One | 1 | 0 |
| Primary Psychiatry | 2 | 2 |
| Psychiatric Clinics of North America | 2 | 1 |
| Psychiatric Services | 2 | 1 |
| Psychiatry Research | 29 | 17 |
| Psychology of Sexual Orientation and Gender Diversity | 1 | 0 |
| Psychoneuroendocrinology | 2 | 1 |
| Psychol Assessment | 6 | 2 |
| Psychological Medicine | 7 | 5 |
| Psychology of Addictive Behaviors | 2 | 0 |
| Psychology of Men and Masculinity | 1 | 0 |
| Psychosomatics | 1 | 0 |
| Psychotherapy and Psychosomatics | 3 | 3 |
| World Psychiatry | 4 | 3 |
| **Total** | **481** | **284** |

Unpublished/submitted manuscripts:

482. Zimmerman, M.  Multi-site studies of diagnostic reliability: The hidden base rate problem.

483. Posternak, M.A., Zimmerman, M.  Compliance with antidepressant treatment in an outpatient psychiatric practice.

484. Breen, R.B., Zimmerman, M. A comparison of clinical and demographic factors in early- and late-onset pathological gamblers.

485. Young, D., Zimmerman, M. Depressed patients with and without comorbid anxiety disorders: Implications for generalizability of antidepressant efficacy studies.

486. Franklin, C.L. & Zimmerman, M. Posttraumatic stress disorder and comorbid personality disorders.

487. Zimmerman, M., & Chelminski, I. Reporting errors in studies of the diagnostic performance of self-administered questionnaires: A ten-year follow-up.

488. Franklin, C.L., Strong, D.R., & Zimmerman, M. Evidence for the categorical nature of posttraumatic stress disorder in psychiatric outpatients.

489. Rothschild, L., Cleland, C., Haslam, N., & Zimmerman, M. A taxometric analysis of avoidant personality disorder.

490. Zimmerman, M., Posternak, M.A., Attiullah, N., Friedman, M, Boland, R., Baymiller, S., Berlowitz, S., Rahman, S., Uy, K., Singer, S. & Chelminski, I. Factors Used By Psychiatrists to Choose Amongst the SSRIs.

491. Chelminski, I., & Zimmerman, M. Does anxiety hurt too?

492. Zimmerman, M., Posternak, M.A., & Ruggero, C.J. Have maintenance studies of depression recurrence been incorrectly designed?

493. Huprich, S. K., Erdodi, L., Chelminski, I., & Zimmerman, M.  Comorbidity of self-defeating and depressive personality disorders:  One disorder or two?

494. Zimmerman, M., Ruggero, C.J., & Posternak, M.A. Failure to Validate the Distinction Between Relapse and Recurrence: Implications for the Design of Maintenance Studies of Depression

495. Mitchell, A.J., Galione, J., & Zimmerman, M. Frequency and diagnostic value of individual symptoms in late-life and mid-life depression: A large scale comparative study.

496. Zimmerman, M. Is the Beck Depression Inventory worth the money?

497. Zimmerman, M., Hrabosky, J., Francione, C., Young, D., Chelminski, I., Dalrymple, K., & Galione, J.N. Demographic and clinical differences between obese and nonobese psychiatric outpatients with major depressive disorder

498. Zimmerman, M., Chelminski, I., Young, D. & Dalrymple, K. Measuring outcome in the treatment of depression: The future standard of care

499. Zimmerman, M., Galione, J.N., Chelminski, I., Young, D. & Dalrymple, K. Should diagnostic uniqueness be required for recognition as a valid diagnostic entity?

500. Morgan, T.M., Chelminski, I., Young, D., Dalrymple, K. & Zimmerman, M. What is the Clinical Validity of Factor Structures for Borderline Personality Disorder?

501. Martinez, J. & Zimmerman, M. Racial differences in the association between childhood abuse and psychiatric diagnoses in psychiatric outpatients.

502. Zimmerman, M., Martinez, J.H., Young, D., Chelminski, I., & Dalrymple, K. Impulse control disorders in psychiatric outpatients

503. Zimmerman, M., Morgan, T.A., Young, D., Chelminski, I., Dalrymple, K. & Rosenstein, L. Is there a Borderline Personality Disorder spectrum?

504. Zimmerman, M., Guzman Holst, C., Chelminski, I., & Dalrymple, K. Which psychiatric disorders are independently associated with a history of suicide attempts in psychiatric outpatients?

505. Zimmerman, M., Balling, C., Dalrymple, K., Chelminski, I. Identifying Gate Criteria for Polythetically Defined Personality Disorders: Developing an Empirically Based, Clinically Useful, Method of Screening for Specific Personality Disorders

506. Zimmerman, M., Kiefer, R., Balling, C., Kerr, S., & Morgan, T.A. How should samples be selected when evaluating the effectiveness of treatments for depression in routine clinical practice?

507. Dalrymple, K., Maleva, V., Chelminski, I., & Zimmerman, M. Do facets of mindfulness and emotion regulation skills moderate the association between emotional eating and depression severity in bariatric surgery candidates?

508. Zimmerman, M.& Thompson, J.S. Deconstructing Depressed Patients' Evaluation of the Benefit of Treatment

509. Terrill, D., Boyd, S., & Zimmerman, M. Factors Associated with the Rapid Resolution of Suicidal Ideation in Patients Treated in an Intensive Partial Hospital Program

510. D'Avanzato, C., Tirpak, J.W., Obraztsova, O., Zimage, S., Zimmerman, M. Transitioning the Rhode Island Hospital Partial Hospital Program in Acceptance and Commitment Therapy to Telehealth during COVID-19: Methodology and Lessons Learned

511. Diehl, J.M., Levin-Aspenson, H., Boyd, S.I., & Zimmerman, M. Differential associations of self- and clinician-rated anger with psychiatric disorders in partial hospitalization patients.

512. Levin-Aspenson, H., & Zimmerman, M. Validation of Hierarchical Taxonomy in a Clinical Sample

513. Stanton, K., Balzen, K.M., DeFluri, C., Brock, P., Levin-Aspenson, H.F. & Zimmerman, M. Negative mood dysregulation loads strongly onto common factors with many forms of psychopathology: Considerations for assessing nonspecific symptoms.

514. Levin-Aspenson, H.F., Khoo, S., Stanton, K., King, B., & Zimmerman, M. A Bridge Between *DSM-5* Section II Personality Disorder Criteria and *ICD-11* Personality Disorder Trait Domains

515. Zimmerman, M., Yun, J. & Seijas-Rodriguez, C. Are Transgender and Gender Diverse Psychiatric Patients Less Inclined to Assert that They Deserve to Feel Better Compared to Cisgender Patients?

516. Terrill, D.R., Dellavella, C., King, B.T., Hubert, T., Wild, H., & Zimmerman, M. Latent Classes of Symptom Trajectories During Partial Hospitalization for Major Depressive Disorder and Generalized Anxiety Disorder

517. Levin-Aspenson, H.F., Marks, R.M., Dalrymple, K., & Zimmerman, M. Does the Five Facet Mindfulness Questionnaire Measure the Same Constructs Before and After ACT-Based Treatment? Examination of the Longitudinal Measurement Invariance of the 24-Item FFMQ-SF

518. Khoo, S., Yun, J., Lin, S.Y., & Zimmerman, M.  Do AMPD Domains predict treatment outcomes in individuals with major depressive disorder?

Books:

1. Zimmerman, M. *Interview Guide for Evaluating DSM-III-R Psychiatric Disorders and the Mental Status Examination.* Philadelphia, PA: Psych Products Press, 1992.

2. Zimmerman, M. *Diagnosing DSM-III-R Psychiatric Disorders in Primary Care Settings: An Interview Guide for the Nonpsychiatrist Physician.* Philadelphia, PA: Psych Products Press, 1993.

3. Zimmerman, M. *Interview Guide for Evaluating DSM-IV Psychiatric Disorders and the Mental Status Examination.* Philadelphia, PA: Psych Products Press, 1994.

4. Zimmerman, M. *Diagnosing DSM-IV Psychiatric Disorders in Primary Care Settings: In Interview Guide for the Nonpsychiatrist Physician.* Philadelphia, PA: Psych Products Press, 1994.

5. Zimmerman, M. *Interview Guide for Evaluating DSM-5 Psychiatric Disorders and the Mental Status Examination.* Philadelphia, PA: Psych Products Press, 2013.


Book Chapters:

1. Zimmerman, M., Mattia, J.I. Screening for Psychiatric Disorders in Medical Patients. In RG Robinson and WR Yates (Eds), *Psychiatric Treatment of the Medically Ill.* Marcel Dekker, Inc., New York, NY, 1999.

2. McDermut, W., Zimmerman, M. The Effect of Personality Disorders on Outcomes in the Treatment of Depression. In Rush, A.J. (Ed), *Mood & Anxiety Disorders.* Current Science, Philadelphia, PA, 1999, 321-338

3. Mattia, J.I., Zimmerman, M. Epidemiology of Personality Disorders. In J. Livesley (Ed) *Handbook of Personality Disorders.* Guilford Press, New York, NY, 2001, 107-123.

4. Zimmerman, M. Integrating the assessment methods of researchers in routine clinical practice: The Rhode Island Methods to Improve Diagnostic Assessment and Services (MIDAS) project. In M. First (Ed) *Annual Review of Psychiatry*, American Psychiatric Press Inc, Washington, D.C., 2003, 29-74.

5. Rothschild, L., & Zimmerman, M. The interface between personality disorders and depression. In M. Fava and J.E. Alpert (Eds.) *Handbook of Chronic Depression.* Marcel Dekker, New York, NY, 2004, 19-48.

6. Zimmerman, M. & Spitzer, R. Psychiatric classification. In B.J. Sadock and V.A. Sadock (Eds) *Kaplan and Sadock's Comprehensive Textbook of Psychiatry (eighth edition).* Lippincott Williams & Wilkins, Baltimore, MD, 2005, 1003-1034

7. McDermut, W. & Zimmerman, M. Assessment Instruments and Standardized Evaluation. In J.M. Oldham, A. E. Skodol, D.S. Bender (Eds) *The American Psychiatric Publishing Textbook of Personality Disorders*, American Psychiatric Publishing, Washington, D.C., 2005, 89-101.

8. Posternak, M.A. & Zimmerman, M. Depression: Identification and Diagnosis. In R.J. Goldberg (Ed) *Practical Guide to the Care of the Psychiatric Patient* (third edition). Mosby Elsevier, Philadelphia, PA, 2007, 86-107.

*9.* Posternak, M.A. & Zimmerman, M. Antidepressants. In R.J. Goldberg (Ed) Practical Guide to the Care of the *Psychiatric Patient (third edition).* Mosby Elsevier, Philadelphia, PA, 2007, 108-136.

10. Goldberg, R.J., Posner, D., Zimmerman, M. Treatment of Anxiety: Medications and Therapies. In R. J. Goldberg (Ed) *Practical Guide to the Care of the Psychiatric Patient (third edition).* Mosby Elsevier, Philadelphia, PA, 2007, 178-194.

11. McDermut, W. & Zimmerman, M. (2007) Personality Disorders, Personality Traits, and Defense Mechanism Measures. In A. J. Rush, M. B. First, & D. Blacker [Eds.] *Handbook of Psychiatric Measures*., Washington DC: American Psychiatric Publishing, 791-837.

12. LaFrance, W.C. & Zimmerman, M. (2009) Classification of Nonepileptic Seizures. In S.C. Schacter and W.C. LaFrance (Eds) *Non-Epileptic Seizures (third edition)*, Cambridge University Press, London, 199-212.

13. Zimmerman, M. & Spitzer, R. Psychiatric classification. In B.J. Sadock and V.A. Sadock (Eds) *Kaplan and Sadock's Comprehensive Textbook of Psychiatry (ninth edition)*. Lippincott Williams & Wilkins, Baltimore, MD, in press.

14. Ragheb, M., & Zimmerman, M. Comorbidity. In G. Reyes, J.D. Elhai, and J.D. Ford (Eds) *The Encyclopedia of Psychological Trauma*. Hoboken, NJ, 2008, 148-152.

15. Zimmerman, M., Chelminski, I., McGlinchey, J.B., & Young, D The Clinically Useful Depression Outcome Scale (CUDOS). In R.E. Ingram (Ed.) *International Encyclopedia of Depression*. 2009, 138-143.

16. Zimmerman, M., McGlinchey, J.B., & Chelminski, I. Measurement-based care and outcome measures: Implications for practice. In T.E. Schwartz & T. Peterson (Eds) *Depression: Treatment Strategies and Management (second edition)*. London: Informa Medical, in press, pp. 128-138.

17. Zimmerman, M. Borderline Personality Disorder, *Ferri's Clinical Advisor*, Philadelphia, 2012, Mosby.

18. Zimmerman, M. Depression, Major, *Ferri's Clinical Advisor*, Philadelphia, 2012, Mosby.

19. Zimmerman, M. Histrionic Personality Disorder, *Ferri's Clinical Advisor*, Philadelphia, 2012, Mosby.

20. Zimmerman, M. Seasonal Affective Disorder, *Ferri's Clinical Advisor*, Philadelphia, 2012, Mosby.

21. Morgan, T.A., & Zimmerman, M. Is Borderline Personality Disorder Underdiagnosed and Bipolar Disorder Overdiagnosed? In L.W. Choi-Kain and J.G. Gunderson. (Eds.) Borderline Personality and Mood Disorders: Comorbidity and Controversy. Springer, New York, 2015, 65-78

22. Morgan, T. A., & Zimmerman, M. (2018). Epidemiology of personality disorders. In W. J. Livesley & R. Larstone (Eds.), Handbook of personality disorders: Theory, research, and treatment. 2nd ed. (pp. 173–196). New York, NY: The Guilford Press.

23. D'Avanzato, C., Zimmerman, M. (2016). The diagnosis of mood disorders. In R.J. DeRubeis & D. R. Strunk (Eds.), The Oxford Handbook of Mood Disorders. New York: Oxford University Press.

24. D'Avanzato, C. & Zimmerman, M. (2019). Clinical decision-making in combined pharmacotherapy and psychotherapy with complex clients: adopting an evidence-based approach. In S. Dimidjian (Ed.), *Evidence Based Practice in Action*.

Instruments:

1. Zimmerman, M.  Inventory to Diagnose Depression (IDD).  National Computer Systems, Minnetonka, MN.  1994

2. Zimmerman, M.  Positive and Negative Impact (PANI) Life Events Inventory, Iowa City, University of Iowa, 1982.

3. Pfohl, B., Stangl, D.S. & Zimmerman, M.  Structured Interview for DSM-III Personality (SIDP)

4. Pfohl, B., Blum, N., Zimmerman, M. & Stangl, D.S.  Structured Interview for DSM-III-R Personality (SIDP-R).

5. Pfohl, B., Blum, N., Zimmerman, M.  Structured Interview for DSM-IV Personality (SIDP-IV). Washington, D.C., American Psychiatric Press Inc., 1997.

6. Zimmerman, M.  The SCREENER.  Copyright 1994.

7. Zimmerman, M. The Psychiatric Diagnostic Screening Questionnaire. Western Psychological Services, Los Angeles, CA, 2002.

8. Zimmerman, M. The Clinically Useful Depression Outcome Scale (CUDOS). Copyright 2004.

9. Zimmerman, M. The Diagnostic Inventory for Depression (DID). Copyright 2004.

10. Zimmerman, M. The Clinically Useful Anxiety Outcome Scale (CUXOS). Copyright 2010.

11. Zimmerman, M. The Remission from Depression Questionnaire (RDQ). Copyright 2011.

12. Zimmerman, M. The Clinically Useful Social Anxiety Disorder Outcome Scale (CUSADOS). Copyright, 2012.

13. Zimmerman, M. The Clinically Useful Depression Outcome Scale Anxious Depression Specifier Subscale (CUDOS-A). Copyright, 2014

14. Zimmerman, M. The Clinically Useful Depression Outcome Scale Mixed Specifier Subscale (CUDOS-M). Copyright, 2014

15. Zimmerman, M. The DSM-5 Anxious Distress Specifier Interview (DADSI). Copyright, 2017

16. Zimmerman, M. The Clinically Useful Patient Satisfaction Scale (CUPSS). Copyright, 2017

17. Zimmerman, M. The Clinically Useful Anger Outcome Scale (CUANGOS). Copyright, 2022.

Abstracts:

1.  Coryell, W. & Zimmerman, M.:  Clinical and biological predictors of ECT outcome.  Presented at 135th Annual Meeting of the American Psychiatric Association, Toronto, Canada, May 1982.

2.  Coryell, W., Zimmerman, M. & Lansing, M.:  The DST and diagnosis as ECT response predictors:  Outcome at discharge and at six months.  Presented at the 13th C.I.N.P. Congress, Jerusalem, Israel, June 1982.

3.  Pfohl, B., Zimmerman, M. & Coryell, W.:  DSM-III Axes II, IV, V and dexamethasone nonsuppression.  Presented at American Psychiatric Association, 136th Annual Meeting, New York, New York, May 1983.

4.  Zimmerman, M., Stangl, D., Coryell, W., Pfohl, B. & Corenthal, C.:  Four definitions of melancholia and the dexamethasone suppression test.  Presented at American Psychiatric Association 136th Annual Meeting, New York, New York, May 1983.

5.  Pfohl, B., Stangl, D., Zimmerman, M. & Bowers, W.:  SIDP:  Interview for DSM-III personality disorders.  Presented at the American Psychiatric Association, 136th Annual Meeting, New York, New York, May 1983.

6.  Coryell, W. & Zimmerman, M.:  Outcome following ECT in primary unipolar depression:  Two studies of newly proposed response predictors.  Presented at the Annual Meeting of the American Psychopathological Association, New York, New York, March 1984.

7.  Zimmerman, M., Coryell, W. & Stangl, D.:  Five definitions of endogenous depression:  Relationship to ECT response.  Presented at the Annual Meeting of the Society of Biological Psychiatry, Los Angeles, California, May 1984.

8.  Zimmerman, M., Coryell, W. & Pfohl, B.:  The importance of diagnostic thresholds in familial classification:  The dexamethasone suppression test in genetic subtypes of depression.  Presented at the Annual Meeting of the Society of Biological Psychiatry, Los Angeles, California, May 1984.

9.  Pfohl, B., Logue, C., Stangl, D., Zimmerman, M. & Coryell, W.:  Are subtypes of depression related to personality?  Read at 138th Annual Meeting, American Psychiatric Association, Dallas, Texas, May 1985.

10.  Zimmerman, M., Coryell, W. & Pfohl, B.:  A new approach towards validating the dexamethasone suppression test as a maker for endogenous depression.  Presented at the Annual Meeting of the Society of Biological Psychiatry, Dallas, Texas, May 1985.

11.  Zimmerman, M., Coryell, W. & Pfohl, B.:  Validity of four definitions of endogenous depression.  Presented at the Annual Meeting of the Society of Biological Psychiatry, Dallas, Texas, May 1985.

12.  Zimmerman, M., Coryell, W. & Pfohl, B.:  The treatment validity of DSM-III melancholic subtyping.  Presented at the Annual Meeting of the Society of Biological Psychiatry, Dallas, Texas, May 1985.

13.  Coryell, W. & Zimmerman, M.:  Multiple neuroendocrine testing in nonmanic psychosis.  Presented at the IVth World Congress of Biological Psychiatry, Philadelphia, Pennsylvania, September 1985.

14.  Coryell, W. & Zimmerman, M.:  Neuroendocrine testing and outcome in psychoses:  A one year follow-up.  Read at the World Psychiatric Association Regional Symposium, Athens, Greece, October 1985.

15.  Coryell, W. & Zimmerman, M.:  Nonmanic psychosis:  Do neuroendocrine test results have prognostic significance.  Read at the Annual Meeting of the American College of Neuropsychopharmacology, Maui, Hawaii, December 1985.

16. Coryell, W. & Zimmerman, M.: A family study of functional psychosis: The importance of new clinical and neuroendocrine classification schemes. Presented at the Annual Meeting of the Society of Psychiatric Research, Park City, Utah 1986.

17. Zimmerman, M. & Coryell, W.: A self-report scale to diagnose depression: Comparison with a clinician's diagnosis and the DIS. Presented at the American Psychopathological Association, 76th Annual Meeting, New York, New York, March 1986.

18. Nasrallah, H.A., Coryell, W., McCalley-Whitters, M. & Zimmerman M.: Equal efficacy of amitriptyline with and without a neuroleptic in psychotic depression. Presented at the 41st Annual Meeting of the Society of Biological Psychiatry, Washington, D.C., May 1986.

19. Zimmerman, M.: DSM-III melancholia: We hardly knew ye. Presented at the 41st Annual Meeting of the Society of Biological Psychiatry, Washington, D.C., May 1986.

20. Zimmerman, M., Coryell, W. & Pfohl, B.: The future of melancholic subtyping: Solutions to past problems. Presented at the 41st Annual Meeting of the Society of Biological Psychiatry, Washington,

21. Zimmerman, M., Coryell, W. & Pfohl, B.: The prognostic validity of the DST. Presented at the 41st Annual Meeting of the Society of Biological Psychiatry, Washington, D.C., May 1986.

22. Zimmerman, M. & Coryell, W.: The inventory to diagnose depression. Presented at the 41st Annual Meeting of the Society of Biological Psychiatry, Washington, D.C., May 1986.

23. Nasrallah, H.A., Coryell, W.H., McCalley-Whitters, M. & Zimmerman, M.: TCA alone can be effective in psychotic depression. Presented at the 139th Annual Meeting of the American Psychiatric Association, Washington, D.C., May 1986.

24. Zimmerman, M. & Coryell, W.: A follow-up of depressed patients who did not improve with ECT. Presented at the 42nd Annual Meeting of the Society of Biological Psychiatry, Chicago, Illinois, May 1987.

25. Zimmerman, M. Coryell, W. & Black, D.: Endogenous depression: A concept in search of a definition. Presented at the 42nd Annual Meeting of the Society of Biological Psychiatry, Chicago, Illinois. May 1987.

26. Zimmerman, M. & Coryell, W.: Personality disorder and depression: A family study. Presented at the 140th Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 1987.

27. Zimmerman, M. & Coryell, W.: Correlates of personality disorders in the community. Presented at the 140th Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 1987.

28. Coryell, W. & Zimmerman, M.: Can neuroendocrine disturbances predict recovery from functional psychoses? Presented at the 43rd Annual Meeting of the Society of Biological Psychiatry, Montreal, Canada, May 1988.

29. Zimmerman, M. & Coryell, W.: Validity of the Inventory to Diagnose Depression. Presented at the 141st Annual Meeting of the American Psychiatric Association, Montreal, Canada, May, 1988.

30. Zimmerman, M., Pfohl, B.M., Coryell, W.H., Stangl, D. & Corenthal, C.: Diagnosing personality disorder in depressed patients. Presented at the 141st Annual Meeting of the American Psychiatric Association, Montreal, Canada, May 1988.

31. Zimmerman, M., Jampala, V.C., Sierles, F., & Taylor, M.A.: DSM-IV: A nosology sold before its time? Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May 1990.

32. Jampala, V.C., Zimmerman, M., Sierles, F. & Taylor, M.A.: DSM-III and DSM-III-R: Who is using them and why?  Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May 1990.

33. Zimmerman, M., Pfohl, B.M., Coryell, W., Corenthal, C. & Stangl, D.: Major depression and personality disorder.  Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, New York, May 1990.

34. Zimmerman, M., Pfohl, B.M., Coryell, W.H., Stangl, D. & Corenthal, C.: Personality disorder diagnoses:  who should we interview?  Presented at the 143rd Annual Meeting of the Psychiatric Association, New York, New York, May 1990.

35. Zimmerman, M., Coryell, W. & Black, D.: A major problem in diagnosing personality disorder.  Presented at the 146th Annual Meeting of the American Psychiatric Association, San Francisco, California, May 1993.

36. Zimmerman, M., Farber, N. & Hartung, J.: The Screener.  Presented at the 146th Annual Meeting of the American Psychiatric Association, San Francisco, California, May 1993.

37. Zimmerman, M.: Interstudy rater variance: A major problem in diagnosing personality disorders.  Presented at the 3rd International Congress on the Disorders of Personality, Boston, Massachusetts, September 1993.

38. Zimmerman, M.: Review of issues and research methods in diagnosing personality disorders:  I. Diagnostic reliability.  Presented at the 3rd International Congress on the Disorders of Personality, Boston, Massachusetts, September 1993.

39. Zimmerman, M.: Review of issues and research methods in diagnosing personality disorders:  II. Who, What, When and How.  Presented at the 3rd International Congress on the Disorders of Personality, Boston, Massachusetts, September 1993.

40. Zimmerman, M., Farber, N., Hartung, J., Lush, D. & Kuzma, M.: A problem with screening for the depression in medical patients: The failure to assess other psychiatric disorders.  Presented at the 7th Annual NIMH International Research Conference on Mental Health Problems in the General Health Sector, Washington, D.C., September 1993.

41. Zimmerman, M. & Kessel, J.: Reporting errors in scientific communications.  Presented at the 147th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 1994.

42. Zimmerman, M., Farber, N., Hartung, J., Lush, D. & Kuzma, M.: Screening for depression in primary care:  A problem.  Presented at the 147th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 1994.

43. Zimmerman, M., Lish, J., Farber, N.J., Hartung, J., Lush, D.T., Kuzma, M.A. & Plescia, G.: Screening for depressive and nondepressive disorders in medical patients:  Relationship with high health care utilization and perceived physical and mental health.  Presented at the 41st Annual Meeting of the Academy of Psychosomatic Medicine, Phoenix, AZ, November 1994.

44. Zimmerman, M., Farber, N.J., Lush, D.T., Plescia, G., Kuzma, M.A. & Lish, J.: Primary care patients' reaction to mental health screening.  Presented at the 41st Annual Meeting of the Academy of Psychosomatic Medicine, Phoenix, AZ, November 1994.

45. Phillips, K.A., Zimmerman, M.: Body dysmorphic disorder in a medical setting.  Presented at the 148th Annual Meeting of the American Psychiatric Association, Miami, Florida, May 1995.

46. Zimmerman, M., Lish, J.D., Lush, D.T., Farber, N.J., Plescia, G., Kuzman, M.A.: Suicidal ideation in urban medical outpatients.  Presented at the 148th Annual Meeting of the American Psychiatric Association, Miami, Florida, May 1995.

47. Zimmerman, M., Lish, J.D., Lush, D.T., Farber, N.J., Kuzma, M.A.: The prevalence of suicidal ideation in urban medical outpatients. Association for Advancement of Behavior Therapy 29th Annual Convention, Washington, D.C., November 1995.

48. Zimmerman, M., Mattia, J.I.: The SCREENER: Reliability and validity in psychiatric outpatients. Association for Advancement of Behavior Therapy 29th Annual Convention, Washington, D.C., November 1995.

49. Mattia, J.I., Zimmerman, M., Horowitz, B.: Screening for depression in primary care: what about other disorders? Association for Advancement of Behavior Therapy 29th Annual Convention, Washington, D.C., November 1995.

50. Zimmerman, M., Younkin, Pfohl, B., Blum, N.: Comparison of the DSM-III-R and DSM-IV Axis-II Criteria. Association for Advancement of Behavior Therapy 29th Annual Convention, Washington, D.C., November 1995.

51. Zimmerman, M.: A potential problem with multi-site studies of diagnostic reliability. Association for Advancement of Behavior Therapy 29th Annual Convention, Washington, D.C., November 1995.

52. Zimmerman, M., Mattia, J.I., Phillips, K.A.: Screening for Body Dysmorphic Disorder in an Outpatient Clinic. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

53. Mattia, J.I., Zimmerman, M.: Screening for Social Phobia in an Outpatient Psychiatry Clinic. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

54. Zimmerman, M., Mattia, J.I.: Reliability and Validity of the SCREENER. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

55. Santostefano, P., Zimmerman, M.: Issues in Outcomes Assessment. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

56. Mattia, J.I., Zimmerman, M.: The Inititial Evaluation: Screening and Diagnosis. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

57. Zimmerman, M., Mattia, J.I.: Measuring Outcome. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

58. Pato, C.N., Zimmerman, M., Mattia, J.I.: Efficacy, Effectiveness and Efficiency of Treatment. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

59. Penn, J.V., Zimmerman, M., Mattia, J.I.: Screening for Psychiatric Disorders in Medical Outpatients: A Patient Acceptance Study. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

60. Younkin, S., Zimmerman, M., Horowitz, B., Moulton, A., Mattia, J.I.: Screening for PTSD in Primary Care Samples: Prevalence and Patterns of Health Care Utilization, Psychosocial Functioning and Life Satisfaction. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

61. Mattia, J.I., Zimmerman, M., Horowitz, B.: Screening for Psychiatric Disorders in Primary Care. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

62. Zimmerman, M., Horowitz, B., Mattia, J.I.: Screening for Psychiatric Disorders in Primary Care: Patient Acceptance Versus Physician Reluctance. Presented at the 149th Annual Meeting of the American Psychiatric Association Annual Meeting, New York, New York, May 1996.

63. Zimmerman, M., Mattia, J.I., Moulton, A., Horowitz, B.:  PTSD in Primary Care: Prevalence and Associated Psychological Morbidity.  Association for Advancement of Behavior Therapy 30th Annual Convention, New York, New York, November, 1996.

64. Zimmerman, M., Mattia, J.I., Younkin, S., Nepaul, A.:  The Underdiagnosis of PTSD in an Outpatient Setting.  Association for Advancement of Behavior Therapy 30th Annual Convention, New York, New York, November, 1996.

65. Zimmerman, M., Horowitz, B., Mattia, J.I.:  Patient Acceptance and Physician Reluctance to Screen for Psychiatric Disorders in Primary Care.  Association for Advancement of Behavior Therapy 30th Annual Convention, New York, New York, November, 1996.

66. Mattia, J.I., Zimmerman, M., Younkin, S., Nepaul, A.:  The Problem of Underdiagnosis in Routine Outpatient Care: Empirical Evidence.  Association for Advancement of Behavior Therapy 30th Annual Convention, New York, New York, November, 1996.

67. Younkin, S., Zimmerman, M., Mattia, J.I., Hunter, S.M., Nepaul, A.:  The Relationship Between DSM-IV Substance Dependence and Abuse in a Psychiatric Patient Population.  Association for Advancement of Behavior Therapy 30th Annual Convention, New York, New York, November, 1996.

68. Younkin, S., Zimmerman, M., Mattia, J.I., Hunter, S.M., Nepaul, A.:  Nicotine Dependence in Psychiatric Patient Populations.  Association for Advancement of Behavior Therapy 30th Annual Convention, New York, New York, November, 1996.

69. Zimmerman, M., Mattia, J.I., Younkin, S., Nepaul, A.:  The Underrecognition of Diagnostic Comorbidity in Depressed Outpatients.  Association for Advancement of Behavior Therapy 30th Annual Convention, New York, New York, November, 1996.

70. Nepaul, A., Mattia, J.I., Zimmerman, M., Younkin, S., Hunter, S.M.:  Domains of Social Phobia in Psychiatric Inpatients and Outpatients.  Association for Advancement of Behavior Therapy 30th Annual Convention, New York, New York, November, 1996.

71. Mattia, J.I., Zimmerman, M., Younkin, S., Nepaul, A.:  Social Phobia and Suicidal Ideation.  Association for Advancement of Behavior Therapy 30th Annual Convention, New York, New York, November, 1996.

72. Mattia, J.I., Zimmerman, M., Younkin, S., Nepaul, A.:  The Underrecognition of Social Phobia.  Association for Advancement of Behavior Therapy 30th Annual Convention, New York, New York, November, 1996.

73. Zimmerman, M., Mattia, J.I., Hunter, S., Younkin, S.:  The Prevalence and Correlates of Body Dysmorphic in Psychiatric Outpatients.  Association for Advancement of Behavior Therapy 31st Annual Convention, Miami Beach, Florida, November, 1997.

74. Mattia, J.I., Zimmerman, M., Younkin, S, Hunter, S.:  The Prevalence and Diagnostic Comorbidity of PTSD in Outpatient Psychiatry:  Association for Advancement of Behavior Therapy 31st Annual Convention, Miami Beach, Florida, November, 1997.

75. Mattia, J.I., Zimmerman, M., Hunter, S, Younkin, S.:  Post Traumatic Stress Disorder, Functional Impairment, and Suicide.  Association for Advancement of Behavior Therapy 31st Annual Convention, Miami Beach, Florida, November, 1997.

76. Mattia, J.I., Zimmerman, M., Hunter, S, Younkin, S.:  Obsessive-Compulsive Disorder in a General Outpatient Psychiatric Practice.  Association for Advancement of Behavior Therapy 31st Annual Convention, Miami Beach, Florida, November, 1997.

77.  McDermut, W., Mattia, J.I., Younkin, S., Hunter, S., Zimmerman, M.:  Signs and Symptoms of Depression: Sensitivity, Specificity, Positive and Negative Predictive Value.  Association for Advancement of Behavior Therapy 31st Annual Convention, Miami Beach, Florida, November, 1997.

78.  Mattia, J.I., Zimmerman, M, Younkin, S., Hunter, S.:  Is Anxiety Overlooked in the Presence of Primary Depression?  Association for Advancement of Behavior Therapy 31st Annual Convention, Miami Beach, Florida, November, 1997.

79.  Zimmerman, M, Mattia, J.I., Younkin, S., Hunter, S.:  Diagnosing Personality Disorders: Differences Between Clinical and Research Practice.  Association for Advancement of Behavior Therapy 31st Annual Convention, Miami Beach, Florida, November, 1997.

80.  Zimmerman, M, Mattia, J.I., Younkin, S., Hunter, S.  Borderline Personality Disorder: Prevalence and Correlates in Psychiatric Outpatients.  Association for Advancement of Behavior Therapy 31st Annual Convention, Miami Beach, Florida, November, 1997.

81.  Zimmerman, M., Mattia, J.I., Younkin, S., Torres, M.:  Differences Between Clinical and Research Practice in Diagnosing Personality Disorders.  Presented at the 151st Annual Meeting of the American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, 1998.

82.  Zimmerman, M., Mattia, J.I., Younkin, S., Torres, M.:  The Prevalence of the DSM-IV Impulse Control Disorders in Psychiatric Outpatients.  Presented at the 151st Annual Meeting of the American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, 1998.

83.  Zimmerman, M., Mattia, J.I., Younkin, S., Torres, M.:  Body Dysmorphic Disorder in Psychiatric Patients. Presented at the 151st Annual Meeting of the American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, 1998.

84.  Zimmerman, M., Mattia, J.I., Younkin, S., Torres, M.:  The Underdiagnosis of PTSD in an Outpatient setting. Presented at the 151st Annual Meeting of the American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, 1998.

85.  Zimmerman, M., Mattia, J.I.:  Psychiatric Diagnosis in Clinical Practice.  Presented at the 151st Annual Meeting of the American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, 1998.

86.  Zimmerman, M., Mattia, J.I.:  For What DSM-IV Disorders do Outpatients Want Treatment.  Presented at the 151st Annual Meeting of the American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, 1998.

87.  Zimmerman, M., Mattia, J.I., Torres, M., Younkin, S.:  PTSD and Psychotic Subtyping of Major Depressive Disorder: Association for Advancement of Behavior Therapy 32nd Annual Convention, Washington, DC, November, 1998.

88.  Zimmerman, M., Mattia, J.I., Torres, M., Younkin, S.:  The Psychiatric Diagnostic Screening Questionnaire (PDSQ).  Association for Advancement of Behavior Therapy 32nd Annual Convention, Washington, DC, November, 1998.

89.  Zimmerman, M., Mattia, J.I., McDermut, W.:  Nondepressive Disorders in Outpatients with MDD. Presented at the 152nd Annual Meeting of the American Psychiatric Association Annual Meeting, Washington, DC, May 1999.

90.  Zimmerman, M., Mattia, J.I., McDermut, W.:  Are Patients in Pharmacological Treatment Trials of Depression Representative of Patients in Routine Clinical Practice? Presented at the 152nd Annual Meeting of the American Psychiatric Association Annual Meeting, Washington, DC, May 1999.

91.  Zimmerman, M., Mattia, J.I., McDermut, W.:  A Screening Instrument for Use in Psychiatric Outpatient Practice. Presented at the 152nd Annual Meeting of the American Psychiatric Association Annual Meeting, Washington, DC, May 1999.

92.  Pfohl, B.M., Gunderson, J.G., Silk, K.R., Zimmerman, M., Williams, J.B., Phillips, K.A., Robins, C., Rush, A.J.,: Survey of Clinician Attitudes Towards BPD. Presented at the 152nd Annual Meeting of the American Psychiatric Association Annual Meeting, Washington, DC, May 1999.

93.  Zimmerman, M., Mattia, J.I., Breen, R.:  Pathological Gambling in Psychiatric Outpatients: Prevalence, Comorbidity, Demographics and Clinical Correlates. Presented at the 153rd Annual Meeting of the American Psychiatric Association Annual Meeting, Chicago, IL, May 2000.

94.  Zimmerman, M., Mattia, J.I.:  An Outpatient Measure: The Multidimensional Assessment of Symptoms and Psychosocial Functioning (MASP). Presented at the 153rd  Annual Meeting of the American Psychiatric Association Annual Meeting, Chicago, IL, May 2000.

95.  Zimmerman, M., Posternak, M.A., Mattia, J.I.: The Generalizability of Antidepressant Efficacy Trials Results from an Outpatient Practice. Presented at the 153rd Annual Meeting of the American Psychiatric Association Annual Meeting, Chicago, IL, May 2000.

96.  Posternak, M.A., Zimmerman, M., Mattia, J.I.:  Switching Versus Augmentation: A Prospective, Naturalistic Comparison in Depressed, Treatment-Resistant Patients. Presented at the 153rd Annual Meeting of the American Psychiatric Association Annual Meeting, Chicago, IL, May 2000.

97.  Zimmerman, M., Mattia, J.I.: Pathological gambling in Psychiatric Outpatients: Prevalence, Comorbidity, Demographic and Clinical Correlates. Presented at the 11th International Conference on Gambling and Risk-Taking, Las Vegas, NV, June 2000.

98.  Zimmerman, M., Breen, R.B.: An Open-Label Study of Citalopram in the Treatment of Pathological Gambling. Presented at the 11th International Conference on Gambling and Risk-Taking, Las Vegas, NV, June 2000.

99.  Zlotnick, C., Mattia, J.I., Zimmerman, M.  Gender Differences in Clinical Features of PTSD in a Sample of Outpatients.

100. Zimmerman, M., Mattia, J.I.: A Self-Report Scale to Help Make Psychiatric Diagnoses: The Psychiatric Diagnostic Screening Questionnaire.  Presented at the 34th Annual Association for the Advancement of Behavior Therapy Meeting, New Orleans, LA, November 2000.

101. Zimmerman, M., Mattia, J.I.: A New Self-Report Outcomes Scale: The Multidimensional Assessment of Symptoms and Psychological Functioning (MASP).  Presented at the 34th Annual Association for the Advancement of Behavior Therapy Meeting, New Orleans, LA, November 2000.

102. Chelminski, I, Zimmerman, M.: Pathological Worry in Major Depression and Comorbid Anxiety Disorders. Presented at the 154th Annual Meeting of the American Psychiatric Association Annual Meeting, New Orleans, LA, May 2001.

103. Zimmerman, M., Chelminski, I.: GAD in Patients with MDD. Presented at the 154th Annual Meeting of the American Psychiatric Association Annual Meeting, New Orleans, LA, May 2001.

104. Zimmerman, M., Sheeran, T.: Screening for PTSD in a General Outpatient Psychiatric Setting. Presented at the 154th Annual Meeting of the American Psychiatric Association Annual Meeting, New Orleans, LA, May 2001.

105. Zimmerman, M., Posternak, M.A., Singer, S., Attiullah, N., Rahman, S., Baymiller, S., & Uy, K.K. Factors influencing psychiatrists' choice of antidepressants: A Prospective Study. Presented at the 154th Annual Meeting of the American Psychiatric Association Annual Meeting, New Orleans, LA, May 2001.

106. Young, D.D., Zimmerman, M.: Anxiety Symptoms in Depressed Patients with and without Comorbid Anxiety Disorders: Implications for Generalizability of Antidepressant Efficacy Studies. Presented at the 154th Annual Meeting of the American Psychiatric Association Annual Meeting, New Orleans, LA, May 2001.

107. Franklin, C.L.F., Zimmerman, M.: PTSD and MDD: The Role of Overlapping Symptoms in Diagnostic Comorbidity. Presented at the 154th Annual Meeting of the American Psychiatric Association Annual Meeting, New Orleans, LA, May 2001.

108. Breen, R., Zimmerman, M.: A Comparison of Clinical and Demographic Factors in Early-Onset and Late-Onset Pathological Gamblers. Presented at the 154th Annual Meeting of the American Psychiatric Association Annual Meeting, New Orleans, LA, May 2001.

109. Posternak, M.A., Zimmerman, M.: The Validity of Atypical Depression. Presented at the 154th Annual Meeting of the American Psychiatric Association Annual Meeting, New Orleans, LA, May 2001.

110. Posternak, M.A., Zimmerman, M.: The Prevalence of Anger in Psychiatric Outpatients. Presented at the 154th Annual Meeting of the American Psychiatric Association Annual Meeting, New Orleans, LA, May 2001

111. Zimmerman, M., Sheeran, T. Screening for PTSD in General Outpatient Psychiatric Setting. Presented at the 35th Annual Association for the Advanced of Behavior Meeting, Philadelphia, PA, November 2001.

112. Zimmerman, M., Chelminski, I. Are Anxiety Disorders Underdetected in Depressed Patients? Presented at the 35th Annual Association for the Advanced of Behavior Meeting, Philadelphia, PA, November 2001.

113. Chelminski, I., Zimmerman, M. Screening for Anxiety Disorders in Depressed Patients. Presented at the 35th Annual Association for the Advanced of Behavior Meeting, Philadelphia, PA, November 2001.

114. Chelminski, I., Zimmerman, M. Pathological Worry in Depressed and Anxious Patients. Presented at the 35th Annual Association for the Advanced of Behavior Meeting, Philadelphia, PA, November 2001.

115. Rothschild, L., Zimmerman M. Age of Onset and Borderline Personality Disorder in Major Depression. Presented at the 35th Annual Association for the Advanced of Behavior Meeting, Philadelphia, PA, November 2001.

116. Chelminski, I., Zimmerman, M. Major Depression and Generalized Anxiety Disorder: Is DSM-IV's Hierarchy Correct? Presented at the 35th Annual Association for the Advanced of Behavior Meeting, Philadelphia, PA, November 2001.

117. Zimmerman, M. Chelminski, I., Axis I Comorbidity in Patients with Major Depressive Disorder. Presented at the 35th Annual Association for the Advanced of Behavior Meeting, Philadelphia, PA, November 2001.

118. Zimmerman, M. The Diagnostic Inventory for Depression: A Self-report Scale to Diagnose DSM-IV Major Depressive Disorder. Presented at the 35th Annual Association for the Advanced of Behavior Meeting, Philadelphia, PA, November 2001.

119. Haslam, N., Rothschild, L., Cleland, C. & Zimmerman, M. Borderline personality disorder: A taxometric analysis. Presented at the XX[th] American Psychological Society Annual Convention, XXXX, June 2002

120. Zimmerman, M. & Sheeran, T. Factor analysis of the Psychiatric Diagnostic Screening Questionnaire. Presented at the XXth Annual Meeting of the American Psychological Association, Chicago, IL, August, 2002.

121. Sheeran, T. & Zimmerman, M. Identifying depression with self-report questionnaires. Presented at the XXth Annual Meeting of the American Psychological Association, Chicago, IL, August, 2002.

122. Posternak, M.A. & Zimmerman, M. How accurate are depressed patients in reporting their antidepressant treatment? Presented at the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 2002.

123. Franklin, C.L., Sheeran, T. & Zimmerman, M. Assessing trauma histories, PTSD, and subthreshold PTSD syndromes in psychiatric outpatients. Presented at the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 2002.

124. Franklin, C.L. & Zimmerman, M. PTSD and comorbid personality disorders. Presented at the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 2002.

125. Franklin, C.L., Young, D.D., & Zimmerman, M. Psychiatric patients' vulnerability after the September 11th terrorist attacks. Presented at the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 2002.

126. Chelminski, I. & Zimmerman, M. Underdetection of anxiety disorders in depressed patients and a method to improve recognition. Presented at the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 2002.

127. Zimmerman, M., Posternak, M.A., Attiullah, N., Baymiller, S.E., Berlowitz, S.l., Boland, R.J., & Friedman, M. Factors Associated with Antidepressant Choice Survey: Choosing among SSRIs. Presented at the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 2002.

128. Zimmerman, M., Chelminski, I., & Posternak, M.A. Exclusion criteria used in antidepressant efficacy trials. Presented at the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 2002.

129. Sheeran, T. & Zimmerman, M. Construct validity of the Psychiatric Diagnostic Screening Questionnaire. Presented at the 155th Annual Meeting of the American Psychiatric Association, Philadelphia, PA, May 2002.

130. Zimmerman, M., Posternak, M.A., & Chelminski, I. Symptom severity and exclusion from antidepressant efficacy trials. Presented at the 156th Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 2003.

131. Zimmerman, M. Integrating the assessment methods of researchers into routine clinical practice: The Rhode Island Methods to Improve Diagnostic Assessment and Services (MIDAS) Project. Presented at the 156th Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 2003.

132. Johnson, D., Zlotnick, C., & Zimmerman, M. Is a partial remission specifier clinically relevant for PTSD? Presented at the 156th Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 2003.

133. Posternak, M.A. & Zimmerman, M. Is there a delay in the antidepressant effect? A Meta-analysis. Presented at the 156th Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 2003.

134. Zimmerman, M., Chelminski, I., & Posternak, M.A. An illustration of how a self-report diagnostic screening scale could improve the internal validity of antidepressant efficacy trials. Presented at the 156th Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 2003.

135. Zimmerman, M. & Sheeran, T. Screening for principal versus comorbid conditions in psychiatric outpatients with the PDSQ. Presented at the 156th Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 2003.

136.  Zimmerman, M. & Posternak, M.A.  Placebo response in antidepressant efficacy trials: relationship to number of active treatment groups. Presented at the 156th Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 2003.

137.  Zimmerman, M., Chelminski, I. & Posternak, M. An illustration of how a self-report diagnostic screening scale could improve the internal validity of depression treatment trials. Presented at the 37th Annual Association for the Advanced of Behavior Meeting, Boston, MA, November 2003.

138.  Zimmerman, M., Posternak, M. & Chelminski, I. Defining remission on the Montgomery-Asberg Depression Rating Scale: Comparison to the DSM-IV definition of remission. Presented at the 37th Annual Association for the Advanced of Behavior Meeting, Boston, MA, November 2003.

139.  Chen, E., McDermut, W., Chelminski, I., & Zimmerman, M. A comparison of DSM-III-R and DSM-IV diagnostic criteria for melancholic depression. Presented at the 37th Annual Association for the Advanced of Behavior Meeting, Boston, MA, November 2003.

140.  Gutman, Y., McDermut, W., Chelminski, I., & Zimmerman, M. Personality pathology and its relation to family functioning. Presented at the 37th Annual Association for the Advanced of Behavior Meeting, Boston, MA, November 2003.

141.  Zimmerman, M., Sheeran, T., Chelminski, I. & Young, D. Screening for Axis I psychiatric disorders in outpatients with DSM-IV substance use disorders. Presented at the 37th Annual Association for the Advanced of Behavior Meeting, Boston, MA, November 2003.

142.  Chelminski, I., & Zimmerman, M. Intermittent explosive disorder in psychiatric outpatients: Prevalence and psychosocial and clinical correlates. Presented at the 37th Annual Association for the Advanced of Behavior Meeting, Boston, MA, November 2003.

143.  Kosch, T., McDermut, W., Chelminski, I., & Zimmerman, M. The validity of the distinction between adjustment disorder with depressed mood and depressive disorder not otherwise specified. Presented at the 37th Annual Association for the Advanced of Behavior Meeting, Boston, MA, November 2003.

144.  Chelminski, I., & Zimmerman, M. Do nonborderline patients also self-mutilate? Presented at the 37th Annual Association for the Advanced of Behavior Meeting, Boston, MA, November 2003.

145.  Chelminski, I., & Zimmerman, M. Psychotic subtyping of depression and posttraumatic stress disorder: A replicaton and extension. Presented at the 37th Annual Association for the Advanced of Behavior Meeting, Boston, MA, November 2003.

146.  Chelminski, I. & Zimmerman, M. Anxiety hurts too. Presented at the 157th Annual Meeting of the American Psychiatric Association, New York, NY, May 2004.

147.  Zimmerman, M., Chelminski, I., & Young, D. Screening for psychiatric disorders in outpatients with substance use disorders.  Presented at the 157th Annual Meeting of the American Psychiatric Association, New York, NY, May 2004.

148.  Zimmerman, M., Posternak, M.A., & Chelminski, I.  A review of SSRI comparison trials.  Presented at the 157th Annual Meeting of the American Psychiatric Association, New York, NY, May 2004.

149.  Zimmerman, M., Chelminski, I., & Posternak, M.A. Defining Remission on the Montgormery-Asberg Depression Rating Scale.  Presented at the 157th Annual Meeting of the American Psychiatric Association, New York, NY, May 2004.

150.  Zimmerman, M., Posternak, M.A., & Chelminski, I.  Is the HRSD cut-off to define remission too high?  Presented at

the 157th Annual Meeting of the American Psychiatric Association, New York, NY, May 2004.

151.  Zimmerman, M., Posternak, M.A., & Chelminski, I. A review of SSRI comparison trials. Presented at the 44th Annual NCDEU Meeting, Phoenix, AZ, June, 2004.

152. Chelminski, I., Zimmerman, M., & Posternak, M.A.  Using a self-report depression scale to identify remission in depressed outpatients.  Presented at the 44th Annual NCDEU Meeting, Phoenix, AZ, June, 2004.

153.  Zimmerman, M., Posternak, M.A., & Chelminski, I.  Defining remission from depression.  Presented at the 44th Annual NCDEU Meeting, Phoenix, AZ, June, 2004.

154. Gibb, B.E., Chelminski, I., & Zimmerman, M. Childhood emotional, physical, and sexual abuse and diagnoses of depressive and anxiety disorders in adult psychiatric outpatients. Presented at the 38th Annual Association for the Advanced of Behavior Meeting, New Orleans, LA, November 2004.

155. Zimmerman, M., Posternak, M.A., & Chelminski, I.  Is the HRSD cut-off to define remission too high?  Presented at the 38th Annual Association for the Advanced of Behavior Meeting, New Orleans, LA, November 2004.

156. Zimmerman, M., Posternak, M.A. & Chelminski, I. Using a self-report depression scale to identify remission in depressed outpatients.  Presented at the 38th Annual Association for the Advanced of Behavior Meeting, New Orleans, LA, November 2004.

157. Beccue, C., Chelminski, I., & Zimmerman, M. Impulse-control disorders in psychiatric outpatients: Prevalence and comorbidity. Presented at the 38th Annual Association for the Advanced of Behavior Meeting, New Orleans, LA, November 2004.

158. Chelminski, I., & Zimmerman, M. Anxiety hurts too. Presented at the 38th Annual Association for the Advanced of Behavior Meeting, New Orleans, LA, November 2004.

159. Chelminski, I., & Zimmerman, M. Specificity of the somatic symptoms of GAD. Presented at the 38th Annual Association for the Advanced of Behavior Meeting, New Orleans, LA, November 2004.

160. Rocker, C.A., Zimmerman, M., Posternak, M.A., & Grenga, A. Prognostic validity of a self-report scale to identify remission in outpatients with depression. Presented at the 158th Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

161. Zimmerman, M., Posternak, M.A., Attiullah, N., Friedman, M., Boland, R.J., Baymiller, S.E., & Berlowitz, S. Why isn't bupropion the most frequently prescribed antidepressant? Presented at the 158th Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

162. Zimmerman, M., Posternak, M.A., Chelminski, I. & Friedman, M. A standardized clinical outcome rating scale for depression for use in clinical practice.  Presented at the 158th Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

163. Posternak, M.A. & Zimmerman, M. The therapeutic effect of follow-up assessments on placebo response rates. Presented at the 158th Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

164. Zimmerman, M., & Chelminski, I. Screening for anxiety disorders in depressed patients. Presented at the 158th Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

165. Chelminski, I. & Zimmerman, M. History of trauma: Is generalized anxiety disorder independent from PTSD? Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

166. Chelminski, I. & Zimmerman, M. Specificity of different forms of childhood abuse to GAD. Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

167. Beccue, C., Chelminski, I., & Zimmerman, M. Impulse-control disorders in psychiatric outpatients: Prevalence and comorbidity. Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

168. Zimmerman, M., & Chelminski, I. A scale to screen for DSM-IV axis I disorders in psychiatric outpatients. Presented at the 158th Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

169. Zimmerman, M., McGlinchey, J., Posternak, M., Friedman, M., Boerescu, D., & Attiullah, N. Remission in depressed outpatients: More than just symptom resolution? Presented at the 158th Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

170. Chelminski, I. & Zimmerman, M. Obesity in psychiatric outpatients. Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

171. Zimmerman, M., McGlinchey, J., Posternak, M., Friedman, M., Attiullah, N. & Boerescu, D. How should remission from depression be defined? The depressed patient's perspective. Presented at the 158th Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

172. Zimmerman, M., Posternak, M.A. & Chelminski, I. Is it time to replace the Hamilton Depression Rating Scale? Presented at the 158th Annual Meeting of the American Psychiatric Association, Atlanta, GA, May 2005.

173. Zimmerman, M. Defining remission from depression: Have we gone wrong? Presented at the 45th Annual NCDEU Meeting, Boca Raton, FL, June, 2005.

174. McGlinchey, J.B., Zimmerman, M., Young, D., & Chelminski, I. Diagnosing major depressive disorder: Are there better symptom criteria than the DSM-IV? Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November, 2005.

175. Chelminski, I.., Zimmerman, M. Specificity of different forms of childhood abuse to GAD. Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November, 2005.

176. Zimmerman, M., McGlinchey, J.B., Posternak, M.A., Friedman, M., Attiullah, N., Boerescu, D. How should remission from depression be defined? Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November, 2005.

177. Zimmerman, M., McGlinchey, J.B., Posternak, M., Friedman, M., Attiullah, N., Boerescu, D. Remission in depressed outpatients: More than just symptom resolution? Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November, 2005.

178. McGlinchey, J.B., Zimmerman, M. Using item response theory to model comorbidity in uinpolar depression and anxiety disorders. Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November, 2005.

179. Zimmerman, M., Chelminski, I. Screening for anxiety disorders in depressed patients. Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November, 2005.

180. Beccue, C., Zimmerman, M. Should there be necessary criteria required to diagnose a personality disorder? Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November, 2005.

181. Zimmerman, M., Chelminski, I. A scale to screen for Axis I disorders in psychiatric outpatients. Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November, 2005.

182. Ahmed, A.G., DiGiuseppe, R., McDermut, W., Zimmerman, M. Axis I comorbidity of outpatients with anger symptoms. Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November 2005.

183. McDermut, W., Fuller, J.R., Zimmerman, M., Axis II comorbidity of outpatients with anger symptoms. Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November, 2005.

184. Chelminski, I., Zimmerman, M. Obesity in psychiatric outpatients. Presented at the 39th Annual Convention of the Association for Behavioral Therapies, Washington, D.C., November, 2005.

185. Dalrymple, K., Chelminski, I., Young, D., Zimmerman, M. Differences in clinical presentation of those wanting versus not wanting treatment for social anxiety disorder secondary to major depression. Presented at the 159th Annual Meeting of the American Psychiatry Association, Toronto, Ontario, Canada, May, 2006.

186. Chelminski, I., Zimmerman, M. Paranoia in depressed patients with social phobia. Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

187. Zimmerman, M., Francione-Witt, C., Boerescu, D., Pohl, D., Roye, D., Harrington, D., Young, D., Chelminski, I. Presurgical psychiatric screening of bariatric surgery candidates: Frequency and reasons for exclusion. Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

188. Zimmerman, M., Chelminski, I., Young, D. Prevalence and diagnostic correlates of DSM-IV pathological gambling in psychiatric patients. Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

189. Zimmerman, M., Chelminski, I., Young, D. A psychometric evaluation of the DSM-IV pathological gambling diagnostic criteria. Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

190. McGlinchey, J.B., Zimmerman, M., Young, D., Chelminski, I. Diagnosing major depressive disorder: Are there better symptom criteria than the DSM-IV? Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

191. McGlinchey, J.B., Zimmerman, M. Using item response theory to model the comorbidity of unipolar depression and anxiety disorder. Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

192. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I. Diagnosing major depressive disorder: I. A psychometric evaluation of the DSM-IV symptom criteria. Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

193. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I. Diagnosing major depressive disorder: II. Is there justification for compound symptom criteria? Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

194. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I. Diagnosing major depressive disorder III. Can some symptoms be eliminated from the diagnostic criteria? Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May 2006.

195. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I. Diagnosing major depressive disorder. IV. Relationship between number of symptoms and the diagnosis of disorder. Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

196. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing major depressive disorder:  V. Applying the DSM-IV exclusion criteria in clinical practice.  Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

197. Zimmerman, M., Chelminski, I., McGlinchey, J.B., Young, D.  Diagnosing major depressive disorder:  VI. Performance of an objective test as a diagnostic criterion. Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

198. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing major depressive disorder:  VII. Family history as a diagnostic criterion.  Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

199. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  IX. Are patients who deny low mood a distinct subgroup?  Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

200. Zimmerman, M., Chelminski, I., McGlinchey, J.B., Young, D. Diagnosing major depressive disorder: X. Can the criteria be improved for use in medical settings?  Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

201. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing major depressive disorder: XI. Can a self-report depression questionnaire be used to examine questions about the DSM-IV diagnostic criteria?  Presented at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

202.  Zimmerman, M., Posternak, M., Ruggero, C.  Impact of study design on the results of continuation studies of antidepressants.  Presented at the 46th Annual NCDEU Meeting, Boca Raton, Florida, June, 2006.

203. Zimmerman, M. Have maintenance studies of antidepressant prophylaxis against recurrence been incorrectly designed?  Panel presentation at the 46th Annual NCDEU Meeting, Boca Raton, Florida, June, 2006.

204. Thongdy, T., Zimmerman, M.  BPD and suicide attempt: Are there any correlates between attempters and non-attempters?  Oral presentation at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

205. Asnaani, A., Zimmerman, M.  Diagnosing borderline personality disorder : Does the number of criteria met make a difference?  Oral presentation at the 159th Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May, 2006.

206. Dalrymple, K., Zimmerman, M., Chelminski, I., Young, D.  Differences in Clinical Presentation of Those Wanting Versus Not Wanting Treatment for Social Anxiety Disorder Secondary to Major Depression.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

207. Zimmerman, M., Francione-Witt, C., Boerescu, D., Pohl, D., Roye, D., Harrington D., Young, D., Chelminski, I.  Presurgical Psychiatric Screening of Bariatric Surgery Candidates: Frequency and Reasons for Exclusion.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

208. Asnaani, A., Zimmerman, M., Chelminski, I., Young, D., Ruggero, C.  Clinical Differences Between Patients With and Without a History of Childhood Sexual Abuse.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

209. Zimmerman, M., Chelminski, I., Young, D. A Psychometric Evaluation of the DSM-IV Pathological Gambling Diagnostic Criteria.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive

Therapies, Chicago, Illinois, November, 2006.

210. Zimmerman, M., Chelminski, I., Young, D., Prevalence and Diagnostic Correlates of DSM-IV Pathological Gambling in Psychiatric Outpatients.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

211. Ruggero, C., Zimmerman, M., Chelminski, I., Young, D.  Psychosocial Functioning in Patients With Bipolar I and Bipolar II Depression.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

212. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing Major Depressive Disorder I.  A Psychometric Evaluation of the DSM-IV Symptom Criteria.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

213. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing Major Depressive Disorder II.  Is There Justification for Compound Symptom Criteria?  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

214. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing Major Depressive Disorder III.  Can Some Symptoms Be Eliminated From the Diagnostic Criteria?  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

215. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing Major Depressive Disorder IV. Relationship Between Number of Symptoms and the Diagnosis of Disorder.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

216. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing Major Depressive Disorder V.  Applying the DSM-IV Exclusion Criteria in Clinical Practice.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

217. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing Major Depressive Disorder VI.  Can a Self-Report Depression Questionnaire be Used to Examine Questions About the DSM-IV Diagnostic Criteria? Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

218. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing Major Depressive Disorder VI. Performance of an Objective Test as a Diagnostic Criterion.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

219. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing Major Depressive Disorder VII.  Family History as a Diagnostic Criterion.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

220. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing Major Depressive Disorder VIII.  Are Patients Who Deny Low Mood a Distinct Subgroup?  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

221. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Diagnosing Major Depressive Disorder IX.  Can the Clinical Utility of the DSM-IV Symptom Criteria Be Improved?  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

222. Zimmerman, M., McGlinchey, J.B., Young, D., Chelminski, I.  Can a Self-Report Depression Questionnaire Be Used to Examine Questions About the DSM-IV Diagnostic Criteria?  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

223. Chelminski, I., Zimmerman, M.  Paranoia in Social Phobia.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006

224. Dalrymple, K., Zimmerman, M., Young, D., Chelminski, I.  Screening for Social Fears and Social Anxiety Disorder in Psychiatric Outpatients:  Does the SCID Screening Question Result in Missed Diagnoses?  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

225. McGlinchey, J.B., Zimmerman, M., Posternak, M.A., Friedman, M., Attiullah, N., Boerescu, D.  The Impact of Gender, Age, and Depressed State on Patients' Perspectives of Remission.  Presented at the  40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

226. McGlinchey, J.B., Zimmerman, M.  Exploring a Dimensional Representation of Depression Symptoms With Item Response Theory.  Presented at the 40th Annual Convention of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November, 2006.

227. Resch, J., Zimmerman, M., Chelminski, I.  The Clinical Significance of Anxiety Symptoms in Depressed Psychiatric Outpatients Without a DSM-IV Anxiety Diagnosis. Presented at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

228. Zimmerman, M., McGlinchey, J.B. Patient Acceptability of the Use of Scales to Measure the Outcome of Depression in Clinical Practice.  Presented at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

229. Chelminski, I., Zimmerman, M., Asnaani, A.  Is the Circadian Phase Delay More Pronounced Among the Depressed Psychiatric Outpatients in the Winter?  Presented at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

230. Chelminski, I., Zimmerman, M., Asnaani, A.  "Larks and Owls" in Psychiatric Patients.  Presented at the 160th Annual Meeting of the American Psychiatric Association Annual Meeting, San Diego, California, May 2007.

231. Ruggero, C., Zimmerman, M., Chelminski, I., Young, D.  Is the "Soft" Bipolar Spectrum Less Impairing?  Presented at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

232. McGlinchey, J., Zimmerman, M.  Exploring a Dimensional Representation of Depression Symptoms With Item Response Modeling.  Presented at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

233. McGlinchey, J.B., Zimmerman, M., Posternak, M., Friedman, M., Attiullah, N., Boerescu, D.   The Impact of Gender, Age and Depressed State on Patients' Perspectives of Remission.  Presented at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

234. Zimmerman, M. Follow-Up Care After Initiating Antidepressant Treatment: An Empirically Informed Approach.  Oral presentation at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

235. Ruggero, C., Zimmerman, M.  Beyond Bipolar I and II: Evidence for the Validity of the Softer Bipolar Spectrum.  Oral presentation at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

236. Zimmerman, M. How Often Do SSRIs Lose Their Effect During Continuation Treatment?  Presented at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

237. Boerescu, D., Zimmerman, M. Days Missed From Work in Patients With Unipolar Major Depression With

and Without a Personality Disorder.  Presented at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

238. Zimmerman, M., McGlinchey, J.B., Chelminski, I., Young, D. Diagnostic Comorbidity in Psychiatric Outpatients Presenting for Treatment.  Presented at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

239. Zimmerman, M., Francione-Witt, C., Chelminski, I., Young, D., Tortolani, C.  Problems Applying the DSM-IV Eating Disorders Diagnostic Criteria in a General Psychiatric Outpatient Practice.  Presented at the 160th Annual Meeting of the American  Psychiatric Association, San Diego, California, May 2007.

240. Zimmerman, M. Impact of Study Design on the Results of Continuation Studies on Antidepressants.  Presented at the 160th Annual Meeting of the American Psychiatric Association, San Diego, California, May 2007.

241. Zimmerman, M., Posternak, M., Ruggero, C.  Failure to Validate the Distinction Between Relapse and Recurrence.  Presented at the 47th Annual NCDEU Meeting, Boca Raton, Florida, June 2007.

242. Zimmerman, M., Thongy, T.  How Often Do SSRIs and Other New Generation Antidepressants Lose Their Effect During Continuation Treatment?: Evidence Suggesting the Rate of True Tachyphylaxis During Continuation Treatment is Low.  Presented at the 47th Annual NCDEU Meeting, Boca Raton, Florida, June 2007.

243. Zimmerman, M, Francione-Witt, C, Chelminski, I, Young, D. Problems Applying the DSM-IV Eating Disorders Diagnostic Criteria in a General Psychiatric Outpatient Practice.  Presented at the 41st Annual Convention of the Association for Behavioral and Cognitive Therapies, Philadelphia, Pennsylvania, November 2007.

244. Zimmerman, M., McGlinchey, J.B., Chelminski, I., Young, D.  Diagnostic Comorbidity in Psychiatric Outpatients Presenting for Treatment: Findings From the Rhode Island Methods to Improve Diagnostic Assessment and Services (MIDAS) Project.  Presented at the 41st Annual Convention of the Association for Behavioral and Cognitive Therapies, Philadelphia, Pennsylvania, November 2007.

245. Dalrymple, K, Zimmerman, M.  Differences in Clinical Presentation Between Earlier- Versus Later-Onset of Social Anxiety Disorder in Patients With Major Depression.  Presented at the 41st Annual Convention of the Association for Behavioral and Cognitive Therapies, Philadelphia, Pennsylvania, November 2007.

246. Dalrymple, K, Zimmerman, M.  Does Comorbid Social Anxiety Disorder Impact the Clinical Presentation of Principal Major Depressive Disorder?  Presented at the 41st Annual Convention of the Association for Behavioral and Cognitive Therapies, Philadelphia, Pennsylvania, November 2007.

247. McGlinchey, J.B., Zimmerman, M.  Extending the Internalizing Spectrum With Item Response Modelings: The Inclusion of PTSD and OCD.  Presented at the 41st Annual Convention of the Association for Behavioral and Cognitive Therapies, Philadelphia, Pennsylvania, November 2007.

248. Chelminski, I, Zimmerman, M.  "Larks and Owls" in Psychiatric Patients.  Presented at the 41st Annual Convention of the Association for Behavioral and Cognitive Therapies, Philadelphia, Pennsylvania, November 2007.

249. Chelminski, I., Zimmerman, M., Asnaani, A.  Is the Circadian Phase Delay More Pronounced Among the Depressed Psychiatric Outpatients in the Winter?  Presented at the 41st Annual Convention of the Association for Behavioral and Cognitive Therapies, Philadelphia, Pennsylvania, November 2007.

250. Zimmerman, M., McGlinchey, J.B.  Patient Acceptability of the Use of Scales to Measure the Outcome of Depression in Clinical Practice.  Presented at the 41st Annual Convention of the Association for Behavioral and Cognitive Therapies, Philadelphia, Pennsylvania, November 2007.

251. McGlinchey, J.B., Zimmerman, M. Comorbidity of Personality Disorders in Psychiatric Outpatients With Lifetime Pathological Gambling. Presented at the 41st Annual Convention of the Association for Behavioral and Cognitive Therapies, Philadelphia, Pennsylvania, November 2007.

252. Zimmerman, M., Chelminski, I., McGlinchey, J.B. A Clinically Useful Depression Outcome Scale. Presented at the 161st Annual Meeting of the American Psychiatric Association, Washington, D.C., May 2008.

253. Zimmerman, M., Ruggero, C.J., Chelminski, I., Young, D. Is bipolar disorder overdiagnosed? Presented at the 161st Annual Meeting of the American Psychiatric Association, Washington, D.C., May 2008.

254. Zimmerman, M., McGlinchey, J.B. Why Don't Psychiatrists Use Scales to Measure Outcome When Treating Depressed Patients? Presented at the 42nd Annual Convention of the Association for Behavioral and Cognitive Therapies, Orlando, Florida, November 2008.

255. Zimmerman, M., Ruggero, C., Chelminski, I., Young, D. Is Bipolar Disorder Overdiagnosed? Presented at the 42nd Annual Convention of the Association for Behavioral and Cognitive Therapies, Orlando, Florida, November 2008.

256. Chen, M., McDermut, W., Zimmerman, M., Chelminski, I., Walton, K. A Confirmatory Factor Analysis of Cluster B Personality: A Comparison of the 3-Factor DSM-IV Model and an Empirically-Derived 4-Factor Model. Presented at the 42nd Annual Convention of the Association for Behavioral and Cognitive Therapies, Orlando, Florida, November 2008.

257. Chiu, A., McDermut, W., Mora, L., Chen, M., Zimmerman, M. Psychometric Properties of the Personality Disorder Symptom Checklist (PDSC). Presented at the 42nd Annual Convention of the Association for Behavioral and Cognitive Therapies, Orlando, Florida, November 2008.

258. Gaudiano, B., Zimmerman, M. Childhood Trauma History and Comorbid Posttraumatic Stress Disorder in Major Depression with Psychotic Features. Presented at the 42nd Annual Convention of the Association for Behavioral and Cognitive Therapies, Orlando, Florida, November 2008.

259. Dalrymple, K., Zimmerman, M. Gender Differences in Patients With Social Anxiety Disorder Presenting to a General Outpatient Psychiatry Setting. Presented at the 42nd Annual Convention of the Association for Behavioral and Cognitive Therapies, Orlando, Florida, November 2008.

260. Dalrymple, K., Zimmerman, M. What Differentiates Patients Who Seek Treatment Primarily for Social Anxiety Disorder From Those Who Have It as a Comorbid Diagnosis? Presented at the 42nd Annual Convention of the Association for Behavioral and Cognitive Therapies, Orlando, Florida, November 2008.

261. Zimmerman, M., Ruggero, C., Chelminski, I., Young, D. Psychiatric Diagnoses in Patients Previously Over-diagnosed with Bipolar Disorder. Presented at the 162nd Annual Meeting of the American Psychiatric Association, San Francisco, California, May 2009.

262. Zimmerman, M., Galione, J., Attiullah, N., Friedman, M., Toba, C., Boerescu, D., Ragheb, M. Underrecognition of Clinically Significant Side Effects in Depressed Outpatients. Presented at the 162nd Annual Meeting of the American Psychiatric Association, San Francisco, California, May 2009.

263. Leventhal, A.M., Zimmerman, M. The Relative Roles of Bipolar Disorder and Psychomotor Agitation in Substance Dependence Risk. Presented at the 32nd Annual Meeting of the Research Society on Alcoholism, San Diego, California, June 2009.

264. Zimmerman, M., Galione, J., Attiullah, N., Friedman, M., Toba, C., Boerescu, D., Ragheb, M. Underrecognition of Clinically Significant Side Effects in Depressed Outpatients. Presented at the 162nd Annual Meeting of the American Psychiatric Association, San Francisco, California, May 2009.

265. Leventhal, A.M., Zimmerman, M. The Relative Roles of Bipolar Disorder and Psychomotor Agitation in Substance Dependence Risk. Presented at the 32nd Annual Meeting of the Research Society on Alcoholism, San Diego, California, June 2009.

266. Zimmerman, M. Is There Sufficient Empirical Support for the Proposed Changes for DSM-5 in Diagnosing Personality Disorders. Presented at the 165th Annual Meeting of the American Psychiatric Association, Philadelphia, Pennsylvania, May 2012.

267. Zimmerman, M. Misuse of the Mood Disorders Questionnaire as a Case-finding Measure and a Critique of the Concept of Using a Screening Scale for Bipolar Disorder. Presented at the 165th Annual Meeting of the American Psychiatric Association, Philadelphia, Pennsylvania, May 2012.

268. Zimmerman, M. Should the Diagnostic Criteria for Bipolar Disorder be Broadened? Presented at the 165th Annual Meeting of the American Psychiatric Association, Philadelphia, Pennsylvania, May 2012.

269. Zimmerman, M. Is Dimensional Scoring of Borderline Personality Disorder Only Important for Subthreshold Levels of Severity? Presented at the 165th Annual Meeting of the American Psychiatric Association, Philadelphia, Pennsylvania, May 2012.

270. Zimmerman, M. Why Do Some Depressed Outpatients Who Are in Remission According to the Hamilton Depression Rating Scale Not Consider Themselves to be in Remission. Presented at the 165th Annual Meeting of the American Psychiatric Association, Philadelphia, Pennsylvania, May 2012.

271. Zimmerman, M. The Importance of Considering Borderline Personality Disorder When Interpreting Studies of the Validity of the Bipolar Spectrum. Presented at the 165th Annual Meeting of the American Psychiatric Association, Philadelphia, Pennsylvania, May 2012.

272. Zimmerman, M. Diagnostic Error in Bipolar Disorder: The Inherent limits of Criteria-based Diagnoses and its Impact on Overdiagnosis and Underdiagnosis. Presented at the 165th Annual Meeting of the American Psychiatric Association, Philadelphia, Pennsylvania, May 2012.

273. Zimmerman, M. Why Do Some Depressed Outpatients Who Are in Remission According to the Hamilton Depression Rating Scale Not Consider Themselves to be in Remission. Presented at the 52nd Annual NCDEU Meeting, Phoenix, Arizona, May 2012.

274. Lipschitz, J.M., Dalrymple, K., Zimmerman, M. Mindfulness and Acceptance Among Treatment Seeking Adults: Connections to Functional Impairment. Presented at the 46th Annual Convention of the Association for Behavioral and Cognitive Therapies, Maryland, November 2012.

275. Zimmerman, M. A new type of scale for determining remission from depression: The Remission from Depression Questionnaire. Presented at the 166thAnnual Meeting of the American Psychiatric Association, San Francisco, California, May 2013.

276. Zimmerman, M. The Remission from Depression Questionnaire as an Outcome Measure in the Treatment of Depression. Presented at the 53rd Meeting of NCDEU, Hollywood, Florida, May 2013.

277. Zimmerman, M. Severity Classification on the Hamilton Depression Rating Scale. Presented at the 53rd Meeting of NCDEU, Hollywood, Florida, May 2013.

278. Zimmerman, M. Speaking a More Consistent Language when Discussing Severe Depression: A Calibration Study of Three Self-Report Measures of Depressive Symptoms. Presented at the 53rd Meeting of NCDEU, Hollywood, Florida, May 2013.

279. Zimmerman, M.  Bringing Accountability to Office-Based Practice in the Treatment of Depression.  Presented at the U.S. Psychiatric and Mental Health Conference, Las Vegas, Nevada, September 2013.

280. Zimmerman, M.  Diagnosis of Bipolar Disorder: Underdiagnosis, Overdiagnosis and Why Screening Scales are not Good Enough.  Presented at the U.S. Psychiatric and Mental Health Conference, Las Vegas, Nevada, September 2013.

281. Dalrymple, K., Zimmerman, M., Miller, I., Heimberg, R.G., Hollon, S.  Combined treatment for Depression and Anxiety: Identifying and Addressing Challenges to Enhance Cross-Disciplinary Collaboration.  Presented at the 47th Annual Convention of the Association for Behavioral and Cognitive Therapies, Nashville, Tennessee, November, 2013.

282. D'Avanzato, C., Young, D., Dalrymple, K., Chelminski, I., Zimmerman, M.  Anxiety Comborbidity among Depressed Outpatients:  Comparative Impact of Individual Anxiety Disorders on Occupational Functioning.  Presented at the 47th Annual Convention of the Association for Behavioral and Cognitive Therapies, Nashville, Tennessee, November, 2013.

283. Zimmerman, M.  How has Bipolar Disorder Won the Public Relations Battle Over Borderline Personality Disorder and What Can be Done About it?  Presented at the North American Society for the Study of Personality Disorders, Boston, Massachusetts, April 2014.

284. Zimmerman, M.  Borderline Personality Disorder (BPD) and Its' Relationship to the Overdiagnosis of Bipolar Disorder.  Presented at the American Psychiatric Association's 167th Annual Meeting, New York, NY, May 2014.

285. Zimmerman, M. Distinguishing Bipolar II Depression from Major Depressive Disorder With Comorbid Borderline Personality Disorder: Demographic, Clinical, and Family History Differences. Presented at the American Psychiatric Association's 167th Annual Meeting, New York, NY, May 2014.

286. Zimmerman, M. A Dimensional Rating System for Psychiatric Disorders in Psychiatric Patients. Poster presentation at the American Society of Clinical Psychopharmacology Annual Meeting, Hollywood, Florida, June, 2014.

287. Zimmerman, M. A Clinically Useful Self-report Measure of the DSM-5 Anxious Specifier of Major Depressive Disorder. Poster presentation at the American Society of Clinical Psychopharmacology Annual Meeting, Hollywood, Florida, June 2014.

288. Zimmerman, M. A Case Mix Severity Index for Depression. Poster presentation at the American Society of Clinical Psychopharmacology Annual Meeting, Hollywood, Florida, June 2014.

289. Dalrymple, K., Gaudiano, B.A., Rosenstein, L., Walsh, E., Zimmerman, M.  Using Mobile Technology to Test the Immediate Effect of Cognitive Defusion in a Clinical Sample. Symposium presented at the 12th World Conference of the Association for Contextual Behavioral Science, Minneapolis, Minnesota, June 2014.

290. Zimmerman, M. How Many Different Ways Do Patients Meet the Diagnostic Criteria for Major Depressive Disorder? Poster presentation at the American Society of Clinical Psychopharmacology Annual Meeting, Hollywood, Florida, June 2014.

290. Zimmerman, M.  How Relevant is Our Research and Evidence Base to Actual Patient Care? Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Ft. Lauderdale, Florida, November 2014.

294. Rosenstein, L.K., Morgan, T., Ellison, W., Dalrymple, K., Zimmerman, M. Investigating the Relationship Between Borderline Personality Traits and Self-harm Behavior.  Poster presentation at the Association for Behavioral and Cognitive Therapies Annual Meeting, Philadelphia, Pennsylvania, November 2014.

295. Zimmerman, M. Real Life Consequences to Patients and Families of Misdiagnosis, Misunderstanding, Mistreatment and Stigmatization of Borderline Personality Disorder. Is Research on BPD Underfunded by the National Institutes of Health? Presented at the American Psychiatric Association 168th Annual Meeting, Toronto, Canada, May 2015.

296. Zimmerman, M. A Comparative Study of the Psychosocial Morbidity Associated with Bipolar Disorder and Borderline Personality Disorder and Borderline Personality Disorder in Psychiatric Outpatients. Presented at the American Psychiatric Association 168th Annual Meeting, Toronto, Canada, May 2015.

297. Zimmerman, M. Borderline Personality Disorder (BPD) and Comorbid Disorders: When to Prioritize Treatments for Each. Presented at the American Psychiatric Association 168th annual Meeting, Toronto, Canada, May 2015.

298. Zimmerman, M. Symptom Severity and the Generalizability of Antidepressant Efficacy Trials: Changes Over the Past 20 Years. Poster presentation at the American Society of Clinical Psychopharmacology Annual Meeting, Miami, Florida, June 2015.

298. Zimmerman, M. Exclusion Criteria in Placebo Controlled Antidepressant Efficacy Trials. Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Miami, Florida, June 2015.

300. Zimmerman, M. Is There a Borderline Personality Disorder Spectrum? Presented at the 14th Congress of the International Society for the Study of Personality Disorders, Montreal, Canada, October 2015.

301. Zimmerman, M. Is Research on BPD Underfunded by NIMH? Presented at the 14th Congress of the International Society for the Study of Personality Disorders, Montreal, Canada, October 2015.

302. Zimmerman, M. Practicing What You Preach. Presented at the 14th Congress of the International Society for the Study of Personality Disorders, Montreal, Canada, October 2015.

303. Rosenstein, L., Ellison, W., Walsh, E., Zimmerman, M. The Role of Emotion Regulation in the Connection between Childhood Emotional Abuse and Borderline Personality Features. Poster presentation at the 14th Congress of the International Society for the Study of Personality Disorders, Montreal, Canada, October 2015.

304. Morgan, T., Rosenstein, L., Zimmerman, M. Who Will Stay and Who Will Go? Predicting Treatment Retention and Outcomes Using the DSM-5 Alternative Personality Disorder Model. Presented at the 14th Congress of the International Society for the Study of Personality Disorders, Montreal, Canada, October 2015.

305. Multach, M.D., Zimmerman, M. The Impact of Mindfulness and Mindfulness Gains on Depression and Anxiety Symptoms: An ACT-based Partial Hospitalization Sample. Poster presentation at the 49th Annual Conference of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November 2015.

306. Yusufov, M., Dalrymple, K, Bernstein, M.H., Walsh, E., Rosenstein, L., Chelminski, I., Zimmerman, M. Body Mass Index and Suicidal Ideation: The Role of Self-esteem in Bariatric Surgery Candidates. Poster presentation at the 49th Annual Conference of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November 2015.

307. Gazarian, D., Multach, M., Ellison, W., Zimmerman, M. Does Fear of Dying During Panic Attacks Indicate Clinical Severity? Poster presentation at the 49th Annual Conference of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November 2015.

308. Walsh, E., Rosenstein, L., Zimmerman, M. Is it Important to Diagnose Post Traumatic Stress Disorder in Bariatric Surgery Candidates With a History of Childhood Trauma? Poster presentation at the 49th Annual Conference of the Association for Behavioral and Cognitive Therapies, Chicago, Illinois, November 2015.

309. Zimmerman, M. A Clinically Useful Screen For Borderline Personality Disorder In Psychiatric Outpatients. Paper presented at the 4th Annual Meeting of the North American Society for the Study for Personality Disorders, New York, New York, April 2016.

310. Zimmerman, M. The academic hospital clinic: Adapting to changing needs in patient care, residency training, regulations and reimbursement. Workshop at the American Psychiatric Association 169th Annual Meeting, Atlanta, GA, May 2016.

311. Zimmerman, M. The Inclusion and Exclusion Criteria in Placebo Controlled Monotherapy Trials of Bipolar Depression: A Review of Studies of the Past 20 Years. Presented at the American Psychiatric Association 169th Annual Meeting, Atlanta, GA, May 2016.

312. Zimmerman, M. A Clinically Useful Self-report Measure of Psychiatric Patients' Satisfaction with the Initial Evaluation. Presented at the American Psychiatric Association 169th Annual Meeting, Atlanta, GA, May 2016.

313. Zimmerman, M. The DSM-5 Anxious Distress Specifier Interview: Reliability and Validity. Presented at the American Psychiatric Association 169th Annual Meeting, Atlanta, GA, May 2016.

314. Zimmerman, M. A Clinically Useful Screen for Borderline Personality Disorder in Psychiatric Outpatients. Presented at the American Psychiatric Association 169th Annual Meeting, Atlanta, GA, May 2016.

315. Zimmerman, M. The DSM-5 Anxious Distress Specifier Interview: Reliability and Validity. Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Scottsdale, AZ, June 2016.

316. Zimmerman, M. Nine Problems in The Descriptions of The Psychiatric Inclusion and Exclusion Criteria in Publication of Antidepressant Efficacy Trials. Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Scottsdale, AZ, June 2016.

317. Zimmerman, M. Should the Lack of Generalizability of Antidepressant Efficacy Trials Have Implications for Product Labelling? Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Scottsdale, AZ, June 2016.

318. D'Avanzato, C., Langdon, K. J., Holowka, D., Morgan, T. A., Pilecki, B., McCutcheon, S., Dalrymple, K., & Zimmerman, M. (March, 2016). Effectiveness of an ACT-based partial hospitalization program for PTSD: Trajectories of change in PTSD symptoms and core ACT processes. In C. D'Avanzato (Chair). Mindfulness and Acceptance-Based Interventions for PTSD in Acute and Complex Populations: Refining Treatment and Clarifying Mechanisms of Change. Presented at the 14th annual conference for the Association Contextual and Behavioral Sciences, Seattle, WA.

319. Langdon, K. J., Holowka, D., D'Avanzato, C., Morgan, T. A., Pilecki, B., McCutcheon, S., Dalrymple, K., & Zimmerman, M. (March, 2016). Experiential avoidance and mindfulness: Putative mechanisms underlying symptom change during intensive ACT-based treatment among a trauma-exposed population.. In C. D'Avanzato (Chair). Mindfulness and Acceptance-Based Interventions for PTSD in Acute and Complex Populations: Refining Treatment and Clarifying Mechanisms of Change. Presented at the 14th annual conference for the Association Contextual and Behavioral Sciences, Seattle, WA.

320. Pilecki, B., Morgan, T., Multach, M., Dalrymple, K., D'Avanzato, C., Langdon, K. Holowka, D., & Zimmerman, M. (2016). Initial results of a daily meditation group for patients in an ACT-based intensive partial care program.  Symposium presented at the 14th annual conference for the Association Contextual and Behavioral Sciences, Seattle, WA.

321. Pilecki, B., Morgan, T., Czech, S., D'Avanzato, C., Holowka, D., Langdon, K., Dalrymple, K., & Zimmerman, M. (2016). Initial results of a specialty young adult track within an acceptance-based partial hospitalization program. Symposium presented at the 14th annual conference for the Association Contextual and Behavioral Sciences, Seattle, WA.

322. Morgan, T. A.; D'Avanzato, C.; Pilecki, B.; Langdon, K.; Holowka, D.; Dalrymple, K.; Guzman-Holst, C.; & Zimmerman, M. (2016). Effectiveness of an ACT-based partial hospital program in the treatment of borderline personality disorder. Poster presented at the 4th International Borderline Congress, Vienna, Austria.

323. Morgan, T. A.; D'Avanzato, C.; Dalrymple, K.; & Zimmerman, M. (2016). Adapting acceptance and mindfulness for acute care: Development, adaptation, and treatment outcomes. In A. Stein (Chair). Adaptation and Dissemination of Evidence-Based Psychotherapies for Use in Acute Psychiatric Care. Workshop presented at the American Psychiatric Association, Atlanta, GA.

324. Morgan, T. A.; Pilecki, B.; D'Avanzato, C.; Langdon, K.; Holowka, D.; Dalrymple, K.; & Zimmerman, M. (2016). Changes in symptoms and functioning after initiating treatment with defusion. In T. Morgan (Chair). Defining Defusion: Structure, Intervention, and Effects of Cognitive Defusion in Research and Clinical Practice. Symposium presented at the 14th annual conference for the Association Contextual and Behavioral Sciences, Seattle, WA.

325. Morgan, T. A.; Dalrymple, K.; Multach, M.; Pilecki, B.; D'Avanzato, C.; Langdon, K.; Holowka, D.; & Zimmerman, M. (2016). Concurrent relations between mindfulness processes, psychiatric symptoms, and functioning in psychiatric and pre-bariatric surgery outpatients. In B. Pilecki (Chair). Which Skills for Whom? Identifying and Applying Mindfulness Skills in Diverse Populations. Symposium presented at the 14th annual conference for the Association Contextual and Behavioral Sciences, Seattle, WA.

326. Zimmerman, M., Chelminski, I., Dalrymple, K., & Rosenstein, L. Principal Diagnoses in Psychiatric Outpatients Patients with Borderline Personality Disorder: Implications for Screening Recommendations. Presented at the 5th Annual Meeting of the North American Society for the Study for Personality Disorders, New York, New York, April 2017.

327. McGonigal, P.T., Guzman Holst, C., Martin, J.A., Harris, L.M., Morgan, T., & Zimmerman, M. Investigating gender differences in symptom presentation and related characteristics of Borderline Personality Disorder in psychiatric outpatients. Presented at the 5th Annual Meeting of the North American Society for the Study for Personality Disorders, New York, New York, April 2017.

328. Harris, L.M., Martin, J.A., Guzman Holst, C., McGonigal, P.T., Morgan, T., & Zimmerman, M. Predicting symptom reduction in a patient sample: a comparison of borderline personality disorder criteria count and domain scores on the Personality Inventory for DSM-5. Presented at the 5th Annual Meeting of the North American Society for the Study for Personality Disorders, New York, New York, April 2017.

329. Zimmerman, M. Walsh, E., Friedman, M., Boerescu, D.A., & Attiullah, N. Are Self-Report Scales as Effective as Clinician Rating Scales in Measuring Treatment Response in Routine Clinical Practice? Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Miami, FL, June 2017.

330. Zimmerman, M., Gorlin, E., Dalrymple, K., & Chelminski, I. A clinically useful screen for attention deficit disorder in psychiatric outpatients. Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Miami, FL, June 2017.

331. Zimmerman, M. Screening for Psychiatric Disorders with Self-administered Questionnaires. Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Miami, FL, June 2017.

332. McGonigal, P.T., Morgan, T., Naragon-Gainey, K., & Zimmerman, M. The hierarchical structure of DSM-5 personality pathology in a partial hospital patient sample. Presented at the 31st Annual Meeting of the Society for Research in Psychopathology, Denver, CO, September 2017

333. McGonigal, P.T., Harris, L.M., Guzman Holst, C., Martin, J.A., Clark, H.L., Morgan, T., & Zimmerman, M. Is suicidal behavior in antisocial personality disorder better accounted for by comorbid borderline personality disorder? Presented at the 51st Annual Convention of the Association for Behavioral and Cognitive Therapies, San Diego, CA, November 2017

334. Harris, L.M., McGonigal, P.T., Martin, J.A., Guzman Holst, C., Clark, H.L., Morgan, T., & Zimmerman, M. Suicide attempts and emotion regulation in psychiatric outpatients Presented at the 51st Annual Convention of the Association for Behavioral and Cognitive Therapies, San Diego, CA, November 2017

335. McGonigal, P.T., Morgan, T., Naragon-Gainey, K., & Zimmerman, M. The hierarchical structure of DSM-5 personality pathology in a partial hospital patient sample. Presented at the 31st Annual Meeting of the Society for Research in Psychopathology, Denver, CO, September 2017

336. Pilecki, B., Morgan, T.A., D'Avanzato, C., Holowka, D., Langdon, K., Dalrymple, K., & Zimmerman, M. Does attending an optional meditation group in an ACT-Based Acute Care Partial Hospitalization Program Improve Treatment Outcomes? Paper presented at the 14th annual conference for the Association Contextual and Behavioral Sciences, Sevilla, Spain, June, 2017

337. Diehl, J. Lee, A., Harris, L., & Zimmerman, M.  Positive changes in mindfulness are associated with increased likelihood of remission from depression. Presented at the New England Psychological Association, Newton, MA, October, 2017

338. Zimmerman, M., Chelminski, I., Dalrymple, K., & Martin, J. Screening for Bipolar Disorder and Finding Borderline Personality Disorder: A Replication and Extension. Presented at the 27th European Congress of Psychiatry, Nice, France, March, 2018

339. Zimmerman, M., & Guzman Holst, C. Screening for Psychiatric Disorders with Self-administered Questionnaires. Presented at the American Psychiatric Association 171st Annual Meeting, New York City, NY, May, 2018.

340. Zimmerman, M., Chelminski, I., Dalrymple, K., & Martin, J. Screening for Bipolar Disorder and Finding Borderline Personality Disorder: A Replication and Extension. Presented at the American Psychiatric Association 171st Annual Meeting, New York City, NY, May, 2018.

341. Olerskis, R., Dalrymple, K., Chelminski, I., & Zimmerman, M. Associations between Childhood Maltreatment and Mindfulness in Bariatric Surgery Candidates. Presented at the 38th Annual Meeting of the Anxiety and Depression Association of America, Washington, DC, April, 2018

342. Zimmerman, M., & Guzman Holst, C. Screening for Psychiatric Disorders with Self-administered Questionnaires. Presented at the 27th European Congress of Psychiatry, Nice, France, March, 2018

343. Zimmerman, M, Balling, C., Dalrymple, K., & Chelminiski, I. Have treatment studies of depression become even less generalizable?: Applying the inclusion and exclusion criteria in placebo controlled antidepressant efficacy trials published over 20 years to a clinical sample.  Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Miami, FL, May, 2018.

344. Zimmerman, M, Balling, C., Dalrymple, K., & Chelminiski, I. Reliability and validity of a self-report scale for daily assessments of the severity of depressive symptoms.  Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Miami, FL, May, 2018.

345. Aljabari, R. Harris, L. Obraztsova, O. & Zimmerman, M. Young adult identity: The impact of psychological flexibility on depression and anxiety symptoms. Presented at the Presented at the annual meeting of the Association for Contextual Behavioral Sciences, Montreal, Canada, July, 2018.

346. Kiefer, R., Balling, C., & Zimmerman, M. Principal diagnoses in psychiatric outpatients with posttraumatic stress disorder: Implications for screening recommendations. International Society for Traumatic Stress Studies (ISTSS), Washington D.C., MD, 2018, November.

347. Kiefer, R., Balling, C., Kerr, S., & Zimmerman, M. (2018, November). Differences in PTSD as a principal and comorbid diagnosis. Association for Behavioral and Cognitive Therapies (ABCT), Washington D.C., MD, 2018, November.

348. Eboigbe, L. Quan, L., Kerr, S., Kiefer, R., & Zimmerman, M. Manic/hypomanic episodes predict shorter length of treatment in patients with bipolar disorder. New England Psychiatric Association (NEPA), Worcester, MA, 2018, November.

349. Ward, M., Centofanti, G., Heistand E., Kerr, S., Kiefer, **R.**, & Zimmerman, M. Self-injurious behavior in patients with BPD and comorbid substance use or binge-type eating disorders. New England Psychiatric Association (NEPA), Worcester, MA, 2018, November.

350. Levin-Aspenson, H.F., Watson, D., Clark, L.A., & Zimmerman, M. (2019). What is the general factor of psychopathology? Consistency of the p factor across samples. Paper to be presented at the 91st annual meeting of the Midwestern Psychological Association, Chicago, Illinois.

351. Zimmerman, M., Kerr, S., Kiefer, R., Balling, C., & Dalrymple, K. Is the DSM-5 Anxious Distress Specifier sufficient for measuring anxiety in depressed patients?: implications for measurement-based care. Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Scottsdale, AZ, May, 2019.

352. Zimmerman, M., Kiefer, R., Balling, C., Kerr, S., & Morgan, T.A. How should samples be selected when evaluating the effectiveness of treatments for depression in routine clinical practice? Presented at the American Society of Clinical Psychopharmacology Annual Meeting, Scottsdale, AZ, May, 2019.

353. Rodriguez-Seijas, C., Morgan, T.A., & Zimmerman, M. (2019, September). Associations between Maladaptive Personality Domains and Premature Termination in an Acute Clinical Setting. Presented at the Thirty-third Annual Meeting of the Society for Research in Psychopathology, Buffalo, NY, August, 2019.

354. Forbes, M. K., Sunderland, M., Batterham, P. J., Calear, A. L., Carragher, N., Zimmerman, M., Ruggero, C., Rapee, R. M., & Krueger, R. F. A symptom-level approach to analysing the structure of psychopathology. Presented at the Thirty-third Annual Meeting of the Society for Research in Psychopathology, Buffalo, NY, August, 2019.

355. Johnson, B. N. (Chair), Cottin, M. (Chair), Newton-Howes, G., Sharp, C., Tackett, J. L., & Zimmerman, M. (2019, October). *Advice from the experts on getting it published: A writing workshop for young researchers.* Structured discussion conducted at the 17th biennial convention of the International Society for the Study of Personality Disorders, Vancouver, BC, Canada.

356. Zimmerman, M., Thompson, J.S., Kiefer, R., Balling, C., Kerr, S., & Morgan, T. Effectiveness of an intensive treatment program for patients with depression and borderline personality disorder. Presented at the 16th Congress of the International Society for the Study of Personality Disorders, Vancouver, CA, October 2019.

357. Zimmerman, M., Balling, C., Chelminski, I., & Dalrymple, K. Patients with borderline personality disorder and bipolar disorder (borderpolar): A descriptive and comparative study. Presented at the 16th Congress of the International Society for the Study of Personality Disorders, Vancouver, CA, October 2019.

358. Zimmerman, M., & Balling, C. Screening for borderline personality disorder with the McLean Screening Instrument: a review and critique of the literature. Presented at the 16th Congress of the International Society for the Study of Personality Disorders, Vancouver, CA, October 2019.

359. Zimmerman, M., Guzman Holst, C., Chelminski, I., & Dalrymple, K. Which psychiatric disorders are independently associated with a history of suicide attempts in psychiatric outpatients? Presented at the 16th Congress of the International Society for the Study of Personality Disorders, Vancouver, CA, October 2019.

360. Kiefer, R., Thompson, J., Chelminski, I., Dalrymple, K., & Zimmerman, M. (2020, November). The weight of trauma: PTSD's unique contribution to psychiatric outpatient's BMI status. Poster accepted at the 36th annual International Society for Traumatic Stress Studies (ISTSS). Atlanta, GA.

361. Pilecki, B., Diehl, J., Multach, M., Morgan, T.A., & Zimmerman, M. (2020). Modifying Mindfulness Practices for Anxiety Disorders. Paper presented at the 17th annual conference for the Association for Contextual and Behavioral Sciences, New Orleans, LA.

362. Stanton, K., Watts, A., Levin-Aspenson, H. F., Carpenter, R., Emery, N. N., & Zimmerman, M. (2022, April). Focusing narrowly on model fit in factor analysis can mask construct heterogeneity and model misspecification: Applied demonstrations across sample and assessment types [Paper presentation]. North American Society for the Study of Personality Disorders. Conference held virtually.

Invited Presentations

1. Depression and Generalized Anxiety Disorder: Clinical Trials in the Real World. Accademia di Scienze Psichiatrich, Rome, Italy. April 2006.

2. A review of Data, Design, and Dogma Regarding Continuation Antidepressant Treatment. CME Course Quartet. Abbott Pharmaceuticals. Rome, Italy. June, 2007.

3. After Acute Phase Antidepressant Treatment Works: A Review of Data, Design, and Dogma Regarding Continuation Antidepressant Treatment. Long Term Depression Treatment. Wyeth. Venice, Italy. December, 2007.

4. Working With Patients in the Treatment of Depression. Lilly. Neuro-Congress, Mexico City, Mexico. June 2008

5. The Treatment and Management of Depression: Things You Think You Know, That May Not Be True. Mexican Psychiatric Association (MPA) Mexico City, Mexico. October, 2008

6. Follow-up Care After Initiating Antidepressant Treatment: An Empirically Informed Approach. GSK International, Symposium "The Role of NDRI in Depression and Antidepressant Treatment" Taipei, Taiwan. November, 2008.

7. Working With Patients in the Treatment of Depression: A Scientifically Informed Approach. GSK International, Symposium "The Role of NDRI in Depression and Antidepressant Treatment" Taipei, Taiwan. November, 2008.

8. Defining Treatment Resistance for Depression. International Pathways of Investigation in Psychiatry, Psychotherapies, Pharmacotherapies, Combined Treatments Symposium, Percosi Internazionali di Studio in Psichiatria. Rome, Italy, December, 2010

9. Diagnosis of Bipolar Disorder: Underdiagnosis, Overdiagnosis, and Why Screening Scales are Not Good Enough. 14th Italian Congress of Psychopathology. Rome, Italy. February, 2010

10. Bringing Accountability to Office-Based Practice in the Treatment of Depression. Experiences of the MIDAS Project. Symposium Van rat tot ROM, Leiden, The Netherlands. November, 2011

11. Is There an Emerging Problem With the Overdiagnosis of Bipolar Disorder? Clinic Barcelona Hospital Universitari, II Annual Meeting on Therapeutics in Psychiatry, Barcelona, Spain. February, 2012

12. Predicting Response to Treatment for Depression in Clinical Practice. International Symposium on Controversies in Psychiatry. Cancun, Mexico.  June, 2012

13. Remission from Depression: A Concept in Search of a Definition (and Measure). Simposio Internacional, Madrid, Spain. April 2013

18. Diagnosis of Bipolar Disorder: Underdiagnosis, Overdiagnosis, and Why Screening Scales are Not Good Enough.
26th Annual U.S. Psychiatric and Mental Health Congress, Las Vegas, NV. October, 2013

19. Bringing Accountability to Office-based Practice in the Treatment of Depression. 26th Annual U.S. Psychiatric and Mental Health Congress, Las Vegas, NV. October, 2013

20. Problematic Boundaries in the Diagnosis of Bipolar Disorder: The Interface with Borderline Personality Disorder.
27th Annual U.S. Psychiatric and Mental Health Congress, Orlando, FL. September, 2014

21. Measuring Quality: Why You Should Do It and How You Can Do It. 27th Annual U.S. Psychiatric and Mental Health Congress, Orlando, FL. September, 2014

22. Things You Think You Know That Might Not Be True? Plenary speaker at the 61st Annual Meeting of the Academy of Psychosomatic Medicine, Fort Laudedale, FL November, 2014

23. Things You Think You Know That Might Not Be True? Pennsylvania Psychiatric Society Colloquium of Scholars—Annual Update in Psychiatry 2016. Philadelphia, PA. April, 2016

24. Enhancing Recognition of the Significance of Borderline Personality Disorder in a Bipolar World. Pennsylvania Psychiatric Society Colloquium of Scholars—Annual Update in Psychiatry 2016. Philadelphia, PA. April, 2016

25. Optimal Evaluation of Outcome When Treating Depression. Association Psiquiatrica Mexicana Congress International, Puerto Vallarta, June, 2016

26. Screening, Diagnosis, and Treatment of Patients with Both Bipolar Disorder and Borderline Personality Disorder. 29th U.S. Psychiatric and Mental Health Congress, San Antonio, TX. October, 2016

27. Things You Think You Know, That May Not Be True in the Diagnosis and Treatment of Depression. U.S. 29th Psychiatric and Mental Health Congress, San Antonio, TX. October, 2016

28. The Clinical Significance of Anxiety Disorders and the DSM-5 Anxious Distress Specifier in Depressed Patients. U.S. 30th Psychiatric and Mental Health Congress, New Orleans, LA. September, 2017

29. Enhancing Recognition of the Significance of Borderline Personality Disorder in a Bipolar World. Western New York 13th Comprehensive Review of Psychiatry, Niagara Falls, New York. October, 2017

30. Measuring Quality: Why You Should Do It and How You Can Do It. Western New York 13th Comprehensive Review of Psychiatry. Niagara Falls, New York. October, 2017

31.  Things You Think You Know, That May Not Be True in the Diagnosis and Treatment of Depression. Grand Rounds Penn State Medical School. October, 2017

32.  Remission from Depression: A Concept in Search of a Definition (and Measure)  Presented at the 27th Annual Meeting of the Japanese Society of Clinical Neuropsychopharmacology. Matsue, Japan, November, 2017

33.  Things You Think You Know, That May Not Be True, in the Diagnosis, Treatment, and Management of Depression. Presented to the Depression-Anxiety Research Group. Tokyo, Japan. November, 2017.

34.  Update on Borderline Personality Disorder: What Every Clinician Needs to Know. U.S. 31st Psychiatric and Mental Health Congress, Orlando, FL. October, 2018

35.  Severity and the Treatment of Depression: A Review of 2 Controversies. U.S. 31st Psychiatric and Mental Health Congress, Orlando, FL. October, 2018

36.  Things You Think You Know, That May Not Be True, in the Diagnosis, Treatment, and Management of Depression. Presented at joint annual meeting of Japanese Society of Clinical Neuropsychopharmacology and the Japanese Society Neuropsychiatry on November 15, 2018, Tokyo, Japan

37.  Things You Think You Know, That May Not Be True, in the Diagnosis, Treatment, and Management of Depression. Presented at 4th annual meeting of Turkish Psychiatry Summit, Antalya, Turkey, March 2019

38.  The Clinical Significance of Anxiety Disorders and the DSM-5 Anxious Distress Specifier in Depressed Patients Presented at 4th annual meeting of Turkish Psychiatry Summit, Antalya, Turkey, March 2019

39.  Severity and the Treatment of Depression: A Review of 2 Controversies. U.S. 32nd Psychiatric and Mental Health Congress, San Diego, CA. October, 2019

40.  Update on Borderline Personality Disorder. *Masterpsych Conference* American Physician Institute for Advanced Professional Studies, San Diego, CA. October, 2019

41.  Does My Patient Have Bipolar Disorder? A Review of Diagnostic Concerns, Conundrums, and Confusion and What to Do About It. U.S. 33rd Psychiatric and Mental Health Congress, Nashville, October, 2020, virtual.

42.  Differentiating Personality Disorders from Axis 1 Diagnoses. 2021 Annual Psychiatric Times™ World CME Conference, San Diego, CA, October, 2021, virtual

43.  Not Too Much or Too Little: Facing the Challenges of Pharmacotherapy in Borderline Personality Disorder. U.S. 34th Psychiatric and Mental Health Congress, San Antonio, TX, November, 2021.

44.  In the trenches with difficult to treat patients with borderline personality disorder: Principles to Survive By. U.S. 35th Psychiatric and Mental Health Congress, New Orleans, LA, September, 2022.

45.  Symptom Management or Symptom Elimination? What Should be the Goal of Treatment of Depression in Real World Clinical Practice. U.S. 35th Psychiatric and Mental Health Congress, New Orleans, LA, September, 2022.

# EXHIBIT 17

## SETTLEMENT AND RELEASE AGREEMENT

This Settlement and Release Agreement (the "Agreement") is made by and between The Regents of the University of California ("the University"), on the one hand, and MMAS Research, LLC, a Washington state limited liability corporation and any affiliates thereof, and Dr. Donald Morisky in his capacity both as a principal of MMAS Research, LLC and as an individual (together with MMAS Research LLC, "MMAS"), on the other hand.  Collectively, the University and MMAS are referred to as the "Parties."  The effective date of this Agreement is May 10, 2019 ("Effective Date").

### Recitals

A.  On November 20, 2018, MMAS filed a lawsuit against the University in the U.S. District Court for the Central District of California, Case No. 2:18-cv-09767 (the "Litigation").

B.  The Parties desire to resolve any and all disputes among them in any way to the Litigation or to the MMAS-4 or MMAS-8 (as those two terms are defined below).

C.  The Parties desire to avoid future disputes and litigation regarding the MMAS-4 and the MMAS-8 as well as any derivative works thereof.

D.  MMAS claims to hold intellectual property rights in the MMAS-4 and the MMAS-8.

E.  MMAS is willing to license those rights to the University and its employees and students.

F.  The University does not concede the validity of MMAS's claims to intellectual property rights in the MMAS-4 and the MMAS-8, and the University does not concede the need for a license, but desires that its employees and students have the ability to use the MMAS-4 and MMAS-8 in academic and research activities, unencumbered by any legal claim or dispute.

In consideration of the mutual covenants set forth in this Agreement and for other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree:

1.  **Definitions**

    a.  "MMAS-4" means (i) the 4-item Morisky Medication Adherence Scale referenced in Donald E. Morisky, M. Robin DiMatteo, *Improving the measurement of self-reported medication nonadherence: Final Response*, 64 J. Clinical Epidemiology at 262-263 (2011); (ii) all derivatives of MMAS-4, including versions reflecting condition or medication specific tests; (iii) all coding and scoring criteria created or used by MMAS in connection with the foregoing ("the MMAS-4 Coding and Scoring Criteria"), and (iv) any variations of (i)-(iii) in which MMAS claims intellectual property or other rights.

    b.  "MMAS-8" means (i) the 8-item Morisky Medication Adherence Scale validated in Morisky DE, Ang A, Krousel-Wood M, Ward H., *Predictive Validity of a Medication Adherence Measure in a Patient Setting*, Journal of Clinical Hypertension 2008; 10(5):348-354; (ii) all derivatives of MMAS-8, including

versions reflecting condition or medication specific tests; (iii) all coding and scoring criteria created or used by MMAS in connection with the foregoing ("the MMAS-8 Coding and Scoring Criteria"), and (iv) any variations of (i)-(iii) in which MMAS claims intellectual property or other rights.

c. "Widget" means the Morisky Widget.

d. "Regents" means the University, together with all past, present, and future employees, students, agents, contractors, and representatives of the University involved in the conduct and publication of research.

e. "Subject Researchers" means any and all individuals, named and unnamed in the Litigation – including without limitation Dr. Linda G. Park and Dr. Selena Z Kuo – that participated in the studies or publications identified in the Complaint for Damages (D.I. 1 in the Litigation), the First Amended Complaint for Damages (D.I. 13 in the Litigation), and the Second Amended Complaint for Damages (D.I. 21 in the Litigation) (collectively, the "Complaints"), and all exhibits attached to the Complaints.

f. "The University MMAS Administrator" means an individual selected by the University to communicate with MMAS and who is authorized by the University to waive sovereign immunity for purposes of licenses with MMAS on the one hand and employees, students, agents, contractors, and representatives of the University on the other hand related to the MMAS-4 or MMAS-8 as described in Section 6. The University may change the University MMAS Administrator from time to time by sending a notice to MMAS. As of the Effective Date, the University MMAS Administrator is Angus MacDonald.

2. **Perpetual License**

a. MMAS hereby grants the University and its employees, students, agents, contractors, and representatives a non-exclusive, non-transferable, irrevocable, royalty-free, perpetual license to use the Widget and to (i) administer the MMAS-4 and the MMAS-8 through the use of the Widget; (ii) code and score the MMAS-4 and MMAS-8 results, including, without limitation, through use of the Widget; and (iii) publish the results in one or more publications, and in such publications, to refer to the MMAS-4 and the MMAS-8 by name and with proper citation as listed in Exhibit A of this Agreement.

b. MMAS's Responsibilities. MMAS must provide training regarding use of the Widget as reasonably necessary to provide certification for University employees, students, agents, contractors, and/or representatives ("Training").

c. The University's Responsibilities. The University, including, but not limited to, University employees, students, agents, contractors, and/or representatives must receive Training on use of the Widget before using the Widget under the terms of this Agreement, on patients. The University shall pay to MMAS the sum of one

2

thousand five hundred dollars ($1,500 USD) for each session of Training that requires travel by MMAS of more than 25 miles from San Diego County. Before each such session of Training is provided and before the obligation to pay $1,500 USD is triggered, MMAS must obtain the prior written consent of the University MMAS Administrator for each such session. For avoidance of doubt, the University's obligations under this paragraph are not triggered until MMAS informs the University MMAS Administrator in writing pursuant to the notice provision in Section 7 that University employees, students, agents, contractors, and/or representatives seek to use the Widget or seek Training for the Widget. Before agreeing to waive sovereign immunity for any University employee, student, agent, contractor, or representative related to the Widget for any particular study as described under Section 3.c.ii, the University will obtain a certification from the Principal Investigator for such study or studies that, as of the date of the certification, all persons responsible for the administration, coding, and scoring of the MMAS-4 or MMAS-8 through the use of the Widget in that study or studies have received Training.

3. **Releases; Covenants Not to Sue; Obligations**

   a. <u>Mutual Release</u>. The Parties, on behalf of themselves and their legal predecessors, successors, successors-in-interest, and assigns, hereby irrevocably and forever settle, release, and absolutely discharge all Parties, as well as all Subject Researchers, from any and all claims, counterclaims, defenses, allegations, demands, controversies, damages, actions, causes of action, proceeding, debts, dues, liabilities, requests for declaratory relief, rights, contracts, costs (including attorneys' fees, costs and litigation expenses), indemnities, obligations, and losses of every kind or nature whatsoever, whether known or unknown, arising from or relating to the Litigation, except for any claims arising under this Agreement ("Mutual Release"). For the avoidance of doubt, pursuant to this Mutual Release, the Parties mutually agree to waive, relinquish, release and discharge all other Parties and their past, present and future officers, directors, employees, agents, representatives, successors, and assigns from any and all claims to sanctions arising from or related to the Litigation.

   b. <u>Waiver of Section 1542 of the California Civil Code</u>. The Parties hereby expressly waive the provisions of Section 1542 of the California Civil Code (and similar provisions in other jurisdictions, whether by statute or common law), which states as follows: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY."

   c. <u>Additional MMAS Releases and Covenants</u>. In consideration of the University's agreement not to seek attorneys' fees and costs and sanctions, which are disputed by MMAS and for which no determination of the University's entitlement has

3

been made, and for the University's agreement to undertake the Additional Obligations of the University (as discussed below), and further in the interest of creating a process for avoiding and resolving future disputes, MMAS agrees to the following:

i. **MMAS Covenant as to Past Acts.** MMAS hereby grants Regents a non-exclusive, non-transferable, irrevocable, royalty-free, perpetual covenant not to sue under any of MMAS's purported intellectual property rights in or relating to the MMAS-4 or the MMAS-8 for any actions taken by Regents on or before the Effective Date (the "Covenant as to Past Acts"). The Covenant as to Past Acts includes, without limitation: (i) the right to administer the MMAS-4 and the MMAS-8; (ii) the right to make copies of the MMAS-4 and MMAS-8 patient questionnaires; (iii) the right to code and score the MMAS-4 and MMAS-8 results, including, without limitation, through application of the MMAS-4 and MMAS-8 Coding and Scoring Criteria, and/or through application of the Widget; (iv) to publish the results of any study involving the MMAS-4 or the MMAS-8 in one or more publications, and in such publications, to refer to the MMAS-4 and/or MMAS-8 by name; and (v) to use any trademarks or service marks associated with the MMAS-4 or MMAS-8.

ii. **MMAS Covenant as to Future Acts.** MMAS hereby grants Regents a non-exclusive, non-transferable, irrevocable, royalty-free, perpetual covenant not to sue under any of MMAS's purported intellectual property rights in or relating to the MMAS-4 or the MMAS-8 for any actions taken by Regents after the Effective Date unless MMAS has first obtained a written waiver of sovereign immunity from the University MMAS Administrator (the "Covenant as to Future Acts"). The Covenant as to Future Acts includes, without limitation: (i) the right to administer the MMAS-4 and the MMAS-8; (ii) the right to make copies of the MMAS-4 and MMAS-8 patient questionnaires; (iii) the right to code and score the MMAS-4 and MMAS-8 results, including, without limitation, through application of the MMAS-4 and MMAS-8 Coding and Scoring Criteria, and/or through application of the Widget; (iv) to publish the results of any study involving the MMAS-4 or the MMAS-8 in one or more publications, and in such publications, to refer to the MMAS-4 and/or MMAS-8 by name; and (v) to use any trademarks or service marks associated with the MMAS-4 or MMAS-8. MMAS acknowledges and understands that no person other than the designated University MMAS Administrator is authorized to waive sovereign immunity on behalf of the Regents.

iii. **MMAS Additional Release.** MMAS, and its affiliates, successors, and assigns, hereby fully and forever waives, relinquishes, releases and discharges Regents and its past, present and future officers, directors, employees, agents, representatives, successors, and assigns from any and all claims, counterclaims, defenses, allegation, demands, controversies, damages, actions, causes of action, proceeding, debts, dues, liabilities,

4

requests for declaratory relief, rights, contracts, costs (including attorneys' fees, costs and litigation expenses), indemnities, obligations and losses of every kind or nature whatsoever, whether at this time known or unknown, anticipated or unanticipated, direct or indirect, fixed or contingent, which may presently exist or may hereafter arise or become known, for or by reason of any act, omission, event, transaction, matter or cause whatsoever from the beginning of time to the Effective Date of this Agreement, directly or indirectly related to or arising from the MMAS-4, the MMAS-8, the Widget, or the trademarks or service marks associated with the MMAS-4 or MMAS-8.

    d.   <u>Additional Obligations of the University</u>.

        i.   Within 60 days of the Effective Date, the University will provide to David Berstein, counsel for MMAS, an affidavit from Dr. Linda G. Park attesting to her non-use of the MMAS in her Veterans Affairs adherence study.

        ii.   Within 60 days of the Effective Date, the University will undertake reasonable efforts to confirm that the study by Dr. Selena Z. Kuo identified in Exhibit B to the Second Amended Complaint for Damages (D.I. 21 in the Litigation) ("Kuo Study") was correctly scored. Such reasonable efforts will be limited to asking Dr. Kuo to confirm that one of the following is correct: (1) in the Kuo Study, question 5 of the MMAS-8 was phrased as a "Were there any medications you did not take yesterday?" rather than "Did you take your high blood pressure medicine yesterday?" or, alternatively, (2) that, in scoring question 5 in the Kuo Study, each "yes" answer yielded one point. The University will notify Mr. Berstein, counsel for MMAS, when it has completed the reasonable efforts identified in this subparagraph.

**4. Dismissal of the Litigation.** Within three court days after the Parties execute this Agreement, the Parties will cause their respective counsel to execute and file the Joint Stipulation of Dismissal with Prejudice attached as Exhibit B. The Parties will promptly proceed with any additional procedures needed to dismiss with prejudice the Litigation. Each Party agrees to bear its own costs, attorneys' fees, and expenses relating in any way to the Litigation.

**5. Representations and Warranties**

    a.   <u>Mutual Representations and Warranties</u>. Each Party represents and warrants to the other that (i) the person executing on its behalf has the power and authority to enter this Agreement and to bind the Party to each and every obligation hereof; and (ii) the execution and delivery by such Party of this Agreement and the performance of its obligations hereunder have been duly authorized by all necessary corporate action and do not conflict with the terms of any other contract, agreement, arrangement, or understanding to which such Party is a party.

    b.   Intellectual Property in the MMAS-4 and MMAS-8.

         i.   MMAS warrants and represents that it owns valid intellectual property rights in the MMAS-4 and the MMAS-8, and in particular, MMAS represents that it owns the right to covenant not to sue with respect to all valid copyright rights and trademark rights in or associated with the MMAS-4 and MMAS-8.

        ii.   MMAS warrants and represents that the use of the MMAS-4 and MMAS-8 shall not infringe the intellectual property rights of any third party through conduct contemplated by this Agreement, including through the administration, coding and scoring, or publication of the MMAS-4 and the MMAS-8.

**6.  Communications with University MMAS Coordinator**

    a.   Requirement to Communicate with the University MMAS Administrator. In any correspondence between MMAS on the one hand and any employee, student, agent, contractor or representative of the University on the other hand, MMAS must include the University MMAS Administrator in such communications. MMAS's failure to include the University MMAS Administrator in communications will result in MMAS's forfeiture of all rights under any agreement reached between MMAS and any University employee, student, agent, contractor, or representative with whom MMAS communicated without including the University MMAS Administrator. In addition, if MMAS receives a payment from a University employee, student, agent, contractor, or representative for a license or covenant not to sue covered by this Agreement, and which was executed following communications to or from MMAS that omitted the University MMAS Administrator, MMAS will refund such monies to the University. Any such refund shall be made by check addressed to "The Regents of the University of California" and sent to the University MMAS Administrator at the address provided in the notice provision below. On the memo line of the check, MMAS will include in the names of the relevant University employee, student, agent, or representative from whom the monies were received. MMAS's failure to refund such monies will result in MMAS's forfeiture of all rights under any agreement accompanying such monies.

    b.   Liquidated Damages. If MMAS breaches any of its obligations in the paragraph above, MMAS shall pay a liquidated damages fee to the Regents of $500.00 for each breach, an amount the parties agree is reasonable in light of the anticipated or actual damages caused by the breach. No party shall be entitled to any consequential damages for any breach of this Agreement.

**7.  Notices.** All notices required or permitted to be given hereunder will be in writing and will be delivered (a) by email; and (b) by hand, or, if dispatched by prepaid air courier, with package tracking capabilities or by registered or certified airmail, postage prepaid, addressed as followed:

a. If to the University:

> Angus MacDonald
> University of California, Office of the President
> Office of the General Counsel
> 1111 Franklin Street, 8th Floor
> Oakland, CA 94607
> Angus.MacDonald@ucop.edu

b. If to MMAS Research, LLC:

> MMAS Research, LLC
> 14725 NE 20th Street
> Bellevue, WA 98007

c. If to Dr. Donald Morisky:

> Dr. Donald Morisky
> 294 Lindura Court
> Las Vegas, NV 89138

Such notices will be deemed to have been served when received by addressee. Any Party may give written notice of a change of addressee or address and, after notice of such change has been received, any notice or request will thereafter be given to such Party as above provided to such changed addressee or address.

**8. Other Provisions.**

a. <u>Governing Law</u>. This Agreement shall be governed by and construed in accordance with the laws of the state of California, excluding its conflicts of laws provisions.

b. <u>Jurisdiction</u>. If any dispute arises out of or in connection with this Agreement that cannot be resolved amicably between the Parties, such dispute shall be brought exclusively before a California court with competent jurisdiction, and all Parties to this Agreement consent to the personal jurisdiction of such court.

c. <u>Termination</u>. This Agreement, including, without limitation, the foregoing releases, is irrevocable and in effect in perpetuity for any purpose.

d. <u>No Liability</u>. This Agreement is entered into by the Parties without any admission of misconduct, responsibility, or liability, which are all expressly denied.

e. <u>Complete Agreement</u>. This Agreement constitutes the complete agreement between the Parties and supersedes all prior understandings, negotiations, representations, and agreements between them, whether oral or written. Any modification or amendment of this Agreement must be made in writing and

7

executed by all parties.  Any other understanding, negotiation, representation, or agreement between MMAS, on the one hand, and any employee, student, agent, contractor, or representative of the University, on the other, that purports to be a license and whose subject matter is covered by this Agreement is null and void.

f.    Severability. If any provision of this Agreement is held to be illegal or unenforceable, such provision will be limited or eliminated to the minimum extent necessary so that the remainder of this Agreement will continue in full force and effect and be enforceable.  The Parties agree to negotiate in good faith an enforceable substitute provision for any invalid or unenforceable provision that most nearly achieves the intent of such provision.

g.    No Construction Against Drafter.  This Agreement has been negotiated and prepared by the Parties and their respective counsel.  Should any provision of this Agreement be deemed ambiguous or a similar deficiency, the Parties agree that such ambiguity or similar deficiency will not be construed more strictly against one party on the basis that such provision was authored by that party.

h.    Counterparts.  This Agreement may be executed in one or more counterparts, each of which when so executed and delivered shall be deemed to be an original, but all of which taken together form but one and the same instrument.

_Donald C. Morisky_
Dr. Donald Morisky, President
MMAS Research, LLC


_Donald C. Morisky_
Dr. Donald Morisky


The Regents of the University of California

8

**EXHIBIT A**

## EXHIBIT A: CITATIONS, ACKNOWLEDGMENTS, AND FOOTNOTES

Required citations, acknowledgement, and footnote for the MMAS-8 are as follows:

Morisky DE, Ang A, Krousel-Wood M, Ward HJ. Predictive Validity of a Medication Adherence Measure for in an Outpatient Setting. J Clin Hypertens 2008 May; 10(5):348-354. PMID 18453793.

Krousel-Wood M, Islam T, Webber LS, Re RS, Morisky DE, Muntner P. New Medication Adherence Scale Versus Pharmacy Fill Rates in Seniors with Hypertension. Am J Manag Care. 2009 Jan;15(1):59-66. PMID: 19146365.

Morisky DE, DiMatteo MR. Improving the Measurement of Self-Reported Medication Nonadherence: Response to Authors. J Clin Epidemiol 2011 Mar; 64(3):255- 263. PMID: 21144706.

Required citation, acknowledgement, and footnote for the MMAS-4 is as follows:

Morisky DE, DiMatteo MR. Improving the Measurement of Self-Reported Medication Nonadherence: Response to Authors. J Clin Epidemiol 2011 Mar; 64(3):255- 263. PMID: 21144706.

**EXHIBIT B**

David A. Berstein (State Bar No. 204472)
J.R. Dimuzio (State Bar No. 299803)
BERSTEIN LAW, PC
4000 MacArthur Boulevard, Suite 600 East Tower
Newport Beach, California 92660
T: 949.783.4210
E-mail: *david@bersteinlaw.com; jr@bersteinlaw.com*

Attorneys for Plaintiffs MMAS Research, LLC and Dr. Donald E. Morisky

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MMAS RESEARCH, LLC, a Washington Limited Liability Company; and DR. DONALD E. MORISKY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation, LINDA G. PARK, an individual; SELENA Z. KUO, an individual; and DOES 1 through 8, inclusive,<br><br>Defendants. | Case No. 2:18-cv-09767 CAS (RAOx)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs

2  MMAS Research, LLC and Dr. Morisky and Defendant The Regents of the

3  University of California, by and through their respective counsel, stipulate and agree

4  to the dismissal of this action against all defendants with prejudice.  No other parties

5  have appeared in this action.

6

7

8  Dated: May [  ], 2019                Respectfully submitted,

9

10                                            *[DRAFT]*
                                            David A. Berstein
11                                          BERSTEIN LAW, PC
                                            4000 MacArthur Blvd., Ste 600
12                                          East Tower
                                            Newport Beach, CA 92660
13                                          Tel: +1 949-783-4210

14
                                            *Counsel for Plaintiffs*
15

16  Dated: May [  ], 2019                *[DRAFT]*
                                            David S. Chun (CSB # 315758)
17                                          David.Chun@ropesgray.com
                                            Marta Belcher (CSB # 306738)
18                                          Marta.Belcher @ropesgray.com
                                            Joseph B. Palmieri (CSB 312725)
19                                          joseph.palmieri@ropesgray.com
                                            ROPES & GRAY LLP
20                                          1900 University Avenue, 6th Floor
                                            East Palo Alto, CA  94303-2284
21                                          Tel: +1 650 617 4000
                                            Fax: +1 650 617 4090
22

23                                          *Of Counsel*
                                            Peter M. Brody
24                                          Evan Gourvitz
                                            Cassandra B. Roth
25
                                            *Counsel for Defendant*
26                                          THE REGENTS OF THE
                                            UNIVERSITY OF CALIFORNIA
27

28

**STIPULATION OF DISMISSAL WITH PREJUDICE**
Case No. 2:18-cv-09767 CAS (RAOx)



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MMAS RESEARCH, LLC, a
Washington Limited Liability
Company; and DR. DONALD E.
MORISKY, an individual,

Plaintiffs,

v.

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA, a
California corporation; LINDA G.
PARK, an individual; SELENA Z.
KUO, an individual; and DOES 1
through 8, inclusive,

Defendants.

Case No. 2:18-cv-09767-CAS (RAOx)

[PROPOSED] ORDER ON
STIPULATION OF DISMISSAL
WITH PREJUDICE

Judge: Hon. Christina A. Snyder

Mag. Judge: Rozella A. Oliver

1    Having considered the Stipulation of Dismissal with Prejudice by and

2    between the parties to this action, Plaintiffs MMAS Research, LLC and Dr. Morisky

3    ("Plaintiffs") and Defendant The Regents of the University of California

4    ("Defendant," and collectively with Plaintiffs, the "Parties"), the Court dismisses

5    this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil

6    Procedure.

7        **IT IS HEREBY ORDERED** that pursuant to the Parties' Stipulation of

8    Dismissal with Prejudice the case is **DISMISSED WITH PREJUDICE**.

9

10    IT IS SO ORDERED.

11

12    Dated: _____, 2019

13

14                                              By: _____

15                                              Hon. Christina A. Snyder
                                                United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 18

PERPETUAL MORISKY WIDGET MMAS LICENSE AGREEMENT

This Morisky Widget MMAS License Agreement ("License Agreement") is made on July 23, 2019 ("Effective Date") between Janssen Pharmaceutical  K.K., 5-2, 3-Chome Nishikanda, Chiyoda-ku, Tokyo 101-0065 ("Licensee") and MMAS Research LLC, 14725 NE 20th St., Bellevue WA 98007 ("Licensor").

**1. Ownership, Terms, Fees.**  Licensee acknowledges and agrees that the Morisky Widget MMAS Diagnostic Assessments are the exclusive property of the Licensor and cannot be used, transferred, divulged, distributed, published, or otherwise exploited without the written permission of Licensor. Licensee fully understands and agrees, pursuant to this License Agreement, the Morisky Widget™ can only be used by Janssen Japan personnel who have been trained and certified by the Licensor on the Morisky Widget and the Morisky Medication Adherence Protocol. Licensee agrees to pay Licensor a one-time, lump-sum fee of seventeen thousand five hundred dollars ($17,500) ("Payment") for a Morisky Widget MMAS License which includes four (4) hours of training and certification in Tokyo Japan on July 19, 2019 at an agreed upon time between the Parties, Such training shall not exceed a maximum of twenty-five (25) participants. After the training and certification Licensor will grant Janssen their own Morisky Widget and 2500 complimentary Morisky Widget MMAS Japanese HIV tests. Licensee shall wire Payment to Licensors Chase Bank Account no later than sixty (60) days from the Effective Date. For any additional Morisky Widget MMAS tests, Licensee will pre-pay 100 JPY for each additional Morisky Widget MMAS test. If the number of Morisky Widget tests ordered exceeds 20,000, a 30% discount will be applied. For any additional training and certification of Janssen Japan personnel, Licensee must pay Licensor on a per case basis. Licensee can terminate this perpetual license anytime with or without cause. Licensor will not issue any refund for any unused Morisky Widget tests. MMAS Research LLC represents and warrants that Licensor is entitled to enter into the License Agreement and Licensor owns all intellectual property rights about the Morisky Widget MMAS Diagnostic Assessments". All MMAS tests must be administered, scored and coded, without exception, through the Morisky Widget™. By special arrangement, Licensee will be allowed to administer both MMAS-8 paper and their own electronic questionnaires for their current HIV study, but all MMAS-8 tests must be scored and coded in the Morisky Widget. After the current HIV study is completed, all MMAS paper and electronic tests must be administered, scored and reported through the Morisky Widget.

**2.**Additional Terms

Trade Secrets. Licensee acknowledges and agrees that Licensor's Morisky Widget Coding and Scoring criteria are trade secrets of Licensor and, as such, Licensee is forbidden from publicizing Morisky Widget Coding and Scoring criteria in any form without the expressed, written consent from Licensor. Licensee further acknowledges and agrees that this License Agreement itself shall be held in confidence and neither party may disclose its existence to any third parties. This provision shall survive termination of this License Agreement, and Licensee shall not use such confidential information thereafter in competition with Licensor.

**3.**Trademarks. Licensee acknowledges and agrees that Licensor is granting Licensee limited permission to use the Morisky Widget, MMAS-8, MMAS-4, and translations of the MMAS-8 and MMAS-4 This limited permission does not grant Licensee the right to transfer use of the aforementioned trademarks or grant Licensee any use of the aforementioned trademarks beyond the rights authorized and/or contemplated by this License Agreement.

**4.**Training and Certification. Licensee acknowledges and agrees that any Janssen employee that uses the Morisky Widget shall be trained and certified by the Licensor on the Morisky Widget before use on patients. Jansen shall pay the cost of training and certification.

**5.**Reservation of Rights to Inspect. The Morisky Widget test data purchased by the Licensee is the exclusive property of the Licensee. Licensor reserves the right to inspect all Morisky Widget test results only in cases of administrative or scientific misconduct.

**6.**Withdrawal of Permission to Use. Licensee acknowledges and agrees that in the event Licensor determines scientific, administrative, or intellectual property misconduct has occurred using the Morisky Widget, Licensor reserves the right to withdraw permission for use and to pursue all available legal remedies.

**7.**Jurisdiction and Choice of Law. This License Agreement and matters connected with the performance thereof shall be construed, interpreted, applied, and governed in all respects in accordance with the laws of California and the United States.

The Parties agree: (a) that all disputes and litigation regarding this Agreement, its construction and matters connected with its performance shall be subject to the jurisdiction of the Courts of Los Angeles California.

**8.** Compliance with laws. Neither party shall perform any actions that are prohibited by local

and other anti-corruption laws (collectively "Anti-Corruption Laws") that may be applicable to one or both parties to the Agreement. Without limiting the foregoing, neither party shall make any payments, or offer or transfer anything of value, to any government official or government employee, to any political party official or candidate for political office or to any other third party related to the transaction in a manner that would violate Anti-Corruption Laws.

**9. Confidentiality.**    The parties acknowledge that each party may have access to certain of the other partys confidential and proprietary information in connection with, this Agreement (including any patents, copyrights, trade secrets or other proprietary rights in or to any products owned, developed or created by such party or any third-party owners), the deliverables and personal information (collectively "Confidential Information"). Each party will use the other partys Confidential Information solely to fulfil the purposes of this Agreement.   Neither party will disclose, in whole or in part, the other partys Confidential Information to any person, except to such partys employees, agents, contractors, consultants or representatives who reasonably require access to the Confidential Information and who have executed confidentiality agreements.

**10.** Counterparts. This License Agreement may be executed in one or more counterparts, each of which when so executed and delivered shall be deemed to be an original, but all of which taken together form but one and the same instrument. Facsimile signatures and photocopied signatures transmitted by email shall be deemed to be originals for all purposes hereunder..

**11.** Authorization. Everyone signing this Agreement represents and warrants that the has the full authority and is duly authorized and empowered to execute this Agreement on behalf of the Party and/or others for which he signs.

Please sign and return this License Agreement via email to *Trubow1@gmail.com.*

**MMAS Research LLC**
Date:

**Janssen Pharmaceutical K.K.**
**Japan**
Date:

# EXHIBIT 19

**From:** Donald Morisky <dmorisky@gmail.com>
**Date:** June 16, 2021 at 10:50:12 AM PDT
**To:** Peter Hoeller <peter.hoeller@bjfip.com>
**Cc:** Steve trubow <trubow1@gmail.com>, Christopher Austin <caustin@weidemiller.com>
**Subject: Re: J&J/Janssen**


Yes, Peter, by all means I will  participate in all MMAS Licensing including training and travel. Is this the J&J organization on Exhibit 3, number 161? If so. please provide me with the article that needs to be reviewed in preparation of an Erratum or Corrigendum. Thank you for the clarification you will provide.  (FYI, I speak fluent Japanese).

Best,

Don


On Wed, Jun 16, 2021, 9:20 AM Peter Hoeller <peter.hoeller@bjfip.com> wrote:

Hi Don,


Steve and I are working out a statement of work to service a Widget license for Johnson & Johnson/Janssen in Tokyo.  The work needed requires in-person re-scoring of test results, certification, and a possible corrigendum for an article (if the original results were incorrect).  Did you want to participate in this?  We can discuss over a phone call or web meeting if so.  Just let me know, and I can set something up between you, me, and Steve.


Thank you,
Peter

# EXHIBIT 20

ADDENDUM TO PERPETUAL

MORISKY WIDGET MMAS LICENSE AGREEMENT

This addendum ("**Addendum**"), effective August 1, 2021 (the "**Effective Date**"), is an addendum to the Perpetual Morisky Widget MMAS License Agreement ("the **License Agreement**") entered into by the following parties:

1.  Janssen Pharmaceutical K.K., 5-2, 3-Chome Nishikanda, Chiyoda-ku, Tokyo 101-0065 ("**Licensee**"); and

2.  MMAS Research LLC, located at 14725 NE 20th St. Bellevue WA 98007 USA ("**Licensor**").

**Whereas,** the License Agreement granted Licensee a limited-use license to administer MMAS-8 tests for an HIV study being conducted by Licensee so long as the MMAS-8 tests were scored and coded in Licensor's Morisky Widget software;

**Whereas,** the License Agreement expressly forbids publication of the specific scoring and coding related of the MMAS-8 tests without Licensor's written consent;

**Whereas,** Licensee administered MMAS-8 tests for a study that was made public online and entitled, "A web-based survey finds low antiretroviral therapy adherence in approximately 35% of Japanese people living with HIV," located at https://www.researchsquare.com/article/rs-289544/v1 (Yoji Inoue, et al, posted Mar. 18, 2021) (the "**Publication**");

**Whereas,** in the course of administering tests for the Publications as well as the Publications themselves, Licensee allegedly failed to comply with the terms of the License Agreement, including but not limited to: seeking pre-approval of any publications discussing scoring and coding of the MMAS-8 tests, scoring and coding MMAS tests outside of the Morisky Widget software, and using incorrect scoring and coding criteria on patients (collectively "**License Breaches**"); and

**NOW, THEREFORE, the parties agree as follows:**

1.  Licensee shall pay a one-time fee of €20,000 Euros (the "**Fee**") to remedy the License Breaches and to rescore, recode, and certify the MMAS test results in the Publication. Licensee shall pay €10,000 Euros of the Fee within thirty (30) days of execution of this Addendum, and the remainder of the Fee within thirty (30) days following Licensor's certification of the re-coding and re-scoring pursuant to Clause 3 below.

2.  The Fee, as well as the travel costs referenced below, shall be paid to the following bank account of Licensor:

> MMAS Research LLC
> Chase Bank
> Account: 250167902
> SWIFT Code: CHASUS33
> ABA/Routing Number: 021000021
> Address: 14725 NE 20th St. Bellevue WA 98007 USA

3. Licensor shall re-score and re-code all MMAS tests done for the Publication in the Morisky Widget.  Licensor will then certify in writing the re-coding and re-scoring for the Publication within three (3) days following the completion of such re-scoring and re-coding. Such re-scoring and re-coding shall be performed in person by Licensor with the clinicians/co-authors of Licensee of the Publication.  Other than the Fee and the travel costs payable under Clause 5 below, Licensee is not required to pay to Licensor any consideration for such re-scoring and re-coding.

4. This in-person re-scoring and re-coding shall be (a) physically attended by one or more employees of Licensee designated by Licensee and one or more people designated by Licensor (which shall include Mr. Steven Trubow), (b) performed at any location arranged by Licensee (e.g., in Tokyo) or arranged by Licensor and agreed to by Licensee and (c) performed on such dates arranged by Licensee and agreed to by Licensor that shall be no later than March 31, 2022, provided that if any circumstance beyond the parties' control (such as government travel restrictions) prohibits the parties from holding such in-person meeting by March 31, 2022, the parties shall work together to arrange for the in-person rescoring and re-coding as soon as possible.

5. In the event the in-person re-scoring and re-coding above is performed in Tokyo, Licensee agrees to pay Licensor's recoverable travel costs for up to three (3) people to perform this in-person re-scoring and re-coding at a capped amount of $7,200 US Dollars for business class airfare, local transportation, accommodations, and meals (excluding alcoholic drinks). The amount of such cap shall be reasonably adjusted if the location of the in-person re-scoring and re-coding is changed to another city.  Costs can be reimbursed with submitting a receipt for each item within 2 weeks from the last day of the in-person meeting.

6. The parties, on behalf of themselves and their legal predecessors, successors, successors-in-interest, and assigns, hereby irrevocably and forever settle, release, and absolutely discharge all parties, from any and all claims, allegations, demands, controversies, damages, actions, causes of action, proceeding, debts, dues, liabilities, requests for declaratory relief, rights, contracts, costs (including attorneys' fees, costs and litigation expenses), indemnities, obligations, and losses of every kind or nature whatsoever, whether known or unknown, arising from or relating to the testing for the Publication and the License Breaches related to the Publication and/or its underlying HIV study, except for any claims arising under this Addendum ("**Mutual Release**").

7. Each of Licensor and Licensee must keep confidential the terms and existence of this Addendum and may not disclose any information concerning the terms or existence of this Addendum to anyone, except (a) as required by law, (b) in litigation with any of the parties hereto regarding the rights and obligations created in this Addendum, (c) to such party's advisors or legal counsel who are similarly bound by the confidentiality obligations in this Section, or (d) with the other party's express written consent. This Section will survive termination of this Addendum.

8. This Addendum constitutes and contains the entire understanding and agreement of Licensee and Licensor respecting the subject matter hereof and cancels and supersedes any and all prior and contemporaneous negotiations, correspondence, understandings and agreements between Licensee and Licensor, whether oral or written, regarding such subject matter.

9. All other non-conflict terms of the License Agreement shall apply to this Addendum.

10. Each individual signing this Agreement represents and warrants that it has the full authority and is duly authorized and empowered to execute this Agreement on behalf of the party and/or others for which it signs.

11. This Agreement may be executed in one or more counterparts, each of which when so executed and delivered must be deemed to be an original, but all of which taken together form but one and the same instrument. Facsimile and/or electronically transmitted signatures are binding as originals.

*[SIGNATURE PAGE TO FOLLOW ON NEXT PAGE]*

**IN WITNESS WHEREOF**, and intending to be legally bound, each of the parties hereto has caused this Agreement to be executed as of the date set forth below.

<u>**LICENSEE**</u>**:**                                                    <u>**LICENSOR**</u>**:**

**Janssen Pharmaceutical K.K.**                **MMAS Research, LLC**

*Steven Trubow*

_____          _____
(Name, Title)                                               Steven Trubow, President


_____          September 2, 2021
(Signature)                                                _____
                                                                     Date


_____
Date

# EXHIBIT 21

-----Original Message-----
From: Dr. Donald Morisky <dmorisky@gmail.com>
Sent: Sunday, February 26, 2023 8:44 PM
To: publication.ethics@mdpi.com; Murata, Yoko [JANJP]
<YMURATA5@its.jnj.com>
Cc: donald.morisky@moriskyscale.com; Christopher Austin
<caustin@weidemiller.com>
Subject: [EXTERNAL] DMCA Notice of Infringement -Chief Editor Or
DMCA Agent-26022023

To: Chief Editor Or DMCA Agent and Dr. Tiki Murata

From: Dr. Donald Morisky
294 Lindura Ct.
Las Vegas , Nevada - 89138
donald.morisky@moriskyscale.com

Sunday, February 26, 2023 17:36 PM

RE DMCA NOTICE
- https://nam04.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.mdpi.com
%2F&data=05%7C01%7Cymurata5%40its.jnj.com%7C3467238ff651429cc9ff08db1864
5bc1%7C3ac94b33913548219502eafda6592a35%7C0%7C0%7C638130591536335944
%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI
6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=VZNpJSR0pAF06NRZI
Pg13Qd91uFMBqW9696yiqQynrg%3D&reserved=0

Dear Legal Correspondent or Designated DMCA Agent:

The undersigned is the owner or agent of MMAS. The use of the MMAS
diagnostic adherence assessment instrument is protected by US and
International copyrighted and trademarked laws. Permission for use is
required. A license is available from - MORISKY MEDICATION
ADHERENCE RESEARCH, LLC., Donald E. Morisky, ScD, ScM, MSPH,
MMAR, LLC, 294 Lindura Ct., Las Vegas, NV
89138; donald.morisky@moriskyscale.com.

("Morisky MMAS-4 Copyright") (Reg. No.TX0008285390, Reg. date June
12, 2016) and ("Morisky MMAS-8 Copyright") (Reg. No. TX0008632533,
Reg. date September 21, 2018). "MMAS" trademark is the subject of
Federal Trademark Application Serial No. 87775045 and is claimed to have

been used in commerce since at least as early as February 2006.

This correspondence shall constitute formal notice of infringement pursuant to §512(c)(3) of the Digital Millennium Copyright Act ('DMCA'). Upon investigation, it appears that your company provides Website services for https://nam04.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.mdpi.com%2F&data=05%7C01%7Cymurata5%40its.jnj.com%7C3467238ff651429cc9ff08db18645bc1%7C3ac94b33913548219502eafda6592a35%7C0%7C0%7C638130591536335944%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=VZNpJSR0pAF06NRZIPq13Qd91uFMBqW9696yiqQynrg%3D&reserved=0.

The following Webpages/URL's contain the material that illegally infringes on the undersigned's copyrights:

https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.mdpi.com%2F2227-9032%2F11%2F4%2F451&data=05%7C01%7Cymurata5%40its.jnj.com%7C3467238ff651429cc9ff08db18645bc1%7C3ac94b33913548219502eafda6592a35%7C0%7C0%7C638130591536335944%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=r1dAOZt%2BoFHAJM1JGbXMy2%2BvTLjJq8IWx0xaaVxDmLg%3D&reserved=0

Medication Adherence of People Living with HIV in Japan—Cross-Sectional Study

2.2.1. Adherence
• MMAS-8
The primary outcome variable, medication adherence, was measured using the Japanese version [13] of the MMAS-8. The MMAS-8 was developed by Morisky [14] and originally targeted oral medication for hypertensive patients. The MMAS-8 is now also applied to measure medication adherence in Japan [15,16] and also used in the field of HIV research [17,18].
The MMAS-8 scoring ranged from 0 to 8—8 points equated to high adherence, ≥6 to <8 points as medium adherence, and <6 points as low adherence [14]. In this study, we classified the PLHIV respondents into two groups: respondents with scores ≥ 6 points were classified as medium/high adherence, and respondents with scores < 6 points were classified as low adherence for the purpose of clarifying causes of low adherence. For analysis, if there was only one missing item, then the mean of the sum of

the other 7 items was used for the missing item, and the total score was calculated.

Demand is hereby made that you immediately take down, disable, or delete this infringing content and/or discontinue providing services to this customer, pursuant to the requirements of federal law. If this act of infringement renders your customer a 'repeat infringer' under the DMCA, please immediately terminate the customer's account.

If you fail to promptly take these remedial actions, your company will be potentially liable as a contributory infringer under the DMCA.

I hereby declare under the penalties of perjury pursuant to 28 U.S.C. §1746, that:

1) I am the copyright owner or have the authority to act on behalf of the copyright owner.
2) I have a good faith belief that the use of the above-referenced content is not authorized by the copyright owner, its agent, or the law; and,
3) the factual representations in this correspondence are true and correct.

I also agree that this transaction is governed by the Electronic Signatures in Global and National Commerce Act (E-Sign Act), 15 U.S.C. §7000, et seq., and adopt the mark below as my electronic signature for purposes of this correspondence.

Your prompt attention to this matter is appreciated. Our copyright attorney is on copy should your legal department have any questions.

Sincerely,

/s/ Dr. Donald Morisky

# EXHIBIT 22



**From:** "Foytlin, Cheryl [JJCUS]" <CFoytlin@itsJnj.com>
**Date:** March 20, 2023 at 2:04:27 PM PDT
To: "Dr. Donald Morisky" <dmorisky@gmail.com>, publication.ethics@mdpi.com, "Murata, Yoko [JANJP]" <YMURATAS@itsJnj.com>
**Cc:** donald.morisky@moriskyscale.com, Christopher Austin <caustin@weidemiller.com>, Peter.Hoeller@bjfip.com, trubow1@gmail.com, "Menchini, Peter [JJCUS]" <PMenchin@itsJnj.com>, "Niimura, Fumiko [JANJP]" <FNiimura@itsJnj.com>
**Subject: RE:  DMCA Notice of Infringement -Chief Editor Or DMCA Agent-26022023**

Dear Dr. Morisky,

Your below message was forwarded to me by our business team in Japan.  Per the attached agreements, Janssen Pharmaceutical KK obtained a license to administer, score, and code the MMAS-8 test for the referenced study and settled all claims related to this matter.  As we are compliant with the terms of the attached license and addendum, we maintain there is no infringement and don't understand why you've made the claim below.

Kind regards,
Cheryl Foytlin

Cheryl L. Foytlin
Assistant General Counsel - Trademarks

Johnson & Johnson
Law Department

One Johnson & Johnson Plaza, WH-3250
New Brunswick, NJ 08933
Phone: 732-524-2889
Fax: 732-524-6341
cfoytlin@its.jnj.com

-----Original Message-----
From: Dr. Donald Morisky <dmorisky@gmail.com>
Sent: Sunday, February 26, 2023 8:44 PM
To: publication.ethics@mdpi.com; Murata, Yoko [JANJP] <YMURATA5@its.jnj.com>
Cc: donald.morisky@moriskyscale.com; Christopher Austin <caustin@weidemiller.com>
Subject: [EXTERNAL] DMCA Notice of Infringement -Chief Editor Or DMCA Agent-26022023

To: Chief Editor Or DMCA Agent and Dr. Tiki Murata

From: Dr. Donald Morisky
294 Lindura Ct.
Las Vegas , Nevada - 89138
donald.morisky@moriskyscale.com

Sunday, February 26, 2023 17:36 PM

RE DMCA NOTICE - https://nam04.safelinks.protection.outlook.com/?
url=http%3A%2F%2Fwww.mdpi.com%2F&data=05%7C01%7Cymurata5%40its.jnj.com%7C3467238ff651429cc9ff08db18645bc
1%7C3ac94b33913548219502eafda6592a35%7C0%7C0%7C638130591536335944%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiM
C4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=VZNpJSR0pAF06NRZIPq13
Qd91uFMBqW9696yiqQynrg%3D&reserved=0

Dear Legal Correspondent or Designated DMCA Agent:

The undersigned is the owner or agent of MMAS. The use of the MMAS diagnostic adherence assessment instrument is protected by US and International copyrighted and trademarked laws. Permission for use is required. A license is available from - MORISKY MEDICATION ADHERENCE RESEARCH, LLC., Donald E. Morisky, ScD, ScM, MSPH, MMAR, LLC, 294 Lindura Ct., Las Vegas, NV 89138; donald.morisky@moriskyscale.com.

("Morisky MMAS-4 Copyright") (Reg. No.TX0008285390, Reg. date June 12, 2016) and ("Morisky MMAS-8 Copyright") (Reg. No. TX0008632533, Reg. date September 21, 2018). "MMAS" trademark is the subject of Federal Trademark Application Serial No. 87775045 and is claimed to have been used in commerce since at least as early as February 2006.

This correspondence shall constitute formal notice of infringement pursuant to §512(c)(3) of the Digital Millennium Copyright Act ('DMCA'). Upon investigation, it appears that your company provides Website services for https://nam04.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.mdpi.com%2F&data=05%7C01%7Cymurata5%40its.jnj.com%7C3467238ff651429cc9ff08db18645bc1%7C3ac94b33913548219502eafda6592a35%7C0%7C0%7C638130591536335944%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=VZNpJSR0pAF06NRZIPq13Qd91uFMBqW9696yiqQynrg%3D&reserved=0.

The following Webpages/URL's contain the material that illegally infringes on the undersigned's copyrights:

https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.mdpi.com%2F2227-9032%2F11%2F4%2F451&data=05%7C01%7Cymurata5%40its.jnj.com%7C3467238ff651429cc9ff08db18645bc1%7C3ac94b33913548219502eafda6592a35%7C0%7C0%7C638130591536335944%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=r1dAOZt%2BoFHAJM1JGbXMy2%2BvTLjJq8IWx0xaaVxDmLg%3D&reserved=0

Medication Adherence of People Living with HIV in Japan—Cross-Sectional Study

2.2.1. Adherence
• MMAS-8
The primary outcome variable, medication adherence, was measured using the Japanese version [13] of the MMAS-8. The MMAS-8 was developed by Morisky [14] and originally targeted oral medication for hypertensive patients. The MMAS-8 is now also applied to measure medication adherence in Japan [15,16] and also used in the field of HIV research [17,18].
The MMAS-8 scoring ranged from 0 to 8—8 points equated to high adherence, ≥6 to <8 points as medium adherence, and <6 points as low adherence [14]. In this study, we classified the PLHIV respondents into two groups: respondents with scores ≥ 6 points were classified as medium/high adherence, and respondents with scores < 6 points were classified as low adherence for

the purpose of clarifying causes of low adherence. For analysis, if there was only one missing item, then the mean of the sum of the other 7 items was used for the missing item, and the total score was calculated.

Demand is hereby made that you immediately take down, disable, or delete this infringing content and/or discontinue providing services to this customer, pursuant to the requirements of federal law. If this act of infringement renders your customer a 'repeat infringer' under the DMCA, please immediately terminate the customer's account.

If you fail to promptly take these remedial actions, your company will be potentially liable as a contributory infringer under the DMCA.

I hereby declare under the penalties of perjury pursuant to 28 U.S.C. §1746, that:

1) I am the copyright owner or have the authority to act on behalf of the copyright owner;
2) I have a good faith belief that the use of the above-referenced content is not authorized by the copyright owner, its agent, or the law; and,
3) the factual representations in this correspondence are true and correct.

I also agree that this transaction is governed by the Electronic Signatures in Global and National Commerce Act (E-Sign Act), 15 U.S.C. §7000, et seq., and adopt the mark below as my electronic signature for purposes of this correspondence.

Your prompt attention to this matter is appreciated. Our copyright attorney is on copy should your legal department have any questions.

Sincerely,

/s/ Dr. Donald Morisky

Sent from my iPhone

# EXHIBIT 23



On Sep 18, 2023, at 10:29AM, James Weinberger <jweinberger@fzlz.com> wrote:

Mr. Trubow-

With respect to Janssen Japan, we have reviewed the 2019 and 2021 agreements between MMAS and our client and have concluded that - as stated in your March 21, 2023 email to my client (copy attached) - the publication of the 2021 and 2023 articles, the former being a preprint of the latter, is covered by the two agreements and therefore there is no basis for any claim. Moreover, our investigation indicates that the 2019 agreement itself has been assigned to Morisky/MMAR, so there is no basis for you to assert any breach thereof, even if one existed. Finally, to the extent Morisky/MMAR have asserted any claim against our client, that is between us and them.

With respect to Actellion, our position remains as set forth in Ms. Foytlin's March 28, 2023 email to you (copy attached).

We consider these matters closed.

Regards,

**James D. Weinberger** | jweinberger@fzlz.com
Fross Zelnick | 212.813.5952

# EXHIBIT 24

Morisky Widget MMAS License

This Morisky Widget MMAS-8 License Agreement ("Agreement") made on September 18, 2018 ("Effective Date") between Daiichi- Sankyo UK Ltd Chiltern Place, 1 Chalfont Park, Chalfont St Peter, Gerrards Cross SL9 0GA ("Licensee") and MMAS Research LLC, 14725 NE 20th St Bellevue, Washington 98007

("Licensor")

1. Ownership, Term, and Fees

A       Daiichi- Sankyo understands and agrees that the Morisky Widget MMAS Diagnostic Assessments are the exclusive property of Licensor and can't be licensed, divulged or distributed without the written permission of the Licensor.

B       The Licensee fully understands and agrees that the Term for this License Agreement is perpetual, for an indefinite term, that can only be terminated by Licensor for administrative or scientific misconduct, or by Licensee at any time without cause.

C.      Daiichi-Sankyo agrees to pay Licensor a one-time 9000 GBD license fee that includes a perpetual Morisky Widget MMAS license, five-hour training/certification session in London UK October 26th 2018 and two thousand FREE MMAS assessments (in over 80 languages) provided after completion of training and certification on the Morisky Widget and the Morisky Medication Adherence Protocol in London UK in October 2018.

D.      Daiichi-Sankyo agrees to wire 9000 GBP to MMAS upon the signatures of this license. Payment will be made by bank wire transfer to Chase Bank; MMAS Research: LLC SWIFT: CHASUS33; Acct#250167902.

E.      For any additional MMAS tests, Licensee will pre-pay .5 GBP for each additional test. If the number of MMAS tests ordered exceeds 20,000, a 50% discount will apply.

F.      Licensee will be allowed to manually administer MMAS tests with paper and pencil questionnaires anytime, but all MMAS tests must be scored and coded through the Morisky Widget

G.      Licensee will be allowed to use the Morisky Widget API to administer and score MMAS-8 tests though a third- party electronic questionnaire or medical record, but all MMAS tests must be scored and coded through the Morisky Widget.

11. TERMS OF USE

A. The MMAS test data purchased by the Licensee is the exclusive property of Daiichi-Sankyo.

B. Licensee agrees to adhere to all the terms and requirements of the Morisky Widget license, the copyright and the trademark guidelines in Appendix 1 for publications and poster presentations.

C. Licensee agrees that only **Daiichi-Sankyo UK and** pH Associates UK employees who are training and certified on the Morisky Widget and the Morisky Medication Adherence Protocol by the Licensor can use the MMAS.

D. TRADEMARK: MMAS CODING & SCORING criteria are trade secrets of Licensor and as such can NEVER be divulged in any publication, presentation, or website without written permission from Licensor.

E. TRADEMARK: Permission to use the Morisky name, brand, trademarks; ™Morisky Widget, ™MMAS, ™MMAS-4, ™MMAS- 8, and ™Morisky Medication Adherence Scale" and translations of the ™MMAS will not be granted for any unauthorized use.

F. Trademark The MMAS-8 trademark and copyright requirements provided in Appendix 1 must be included in all manuscripts, web postings or other publications containing Morisky Widget & MMAS results.

G. In case of scientific, administrative, or intellectual property misconduct in using the Morisky Widget, the MMAS-4 and MMAS-8, Licensor reserves the right to withdraw permission for use and to pursue all legal remedies. All disputes arising under this license contract will be in the Los Angeles California Courts.

III. Copyright & Trademark

  Requirements Licensee agrees that

A  All licensees must submit to MMAS Research all abstracts and manuscripts that are being considered for publication to make certain that all copyright and trademark requirements are included in all manuscripts submitted for publication.

R  Licensor shall provide its approval or any feedback within 7 calendar days of receipt of any manuscript, and such approval shall not be unreasonably withheld. If Licensor does not respond within 7 calendar days, such approval shall be presumed This is to protect the licensee as we have encountered many violations of federal and international copyright and trademark laws from clients as well as individuals who use Morisky Widget MMAS intellectual property without authorization. See Appendix I for copyright and trademark guidelines.

Please sign and return this license via email to Trubow1@gmail.com.

_____

Signature of Steven Trubow, MMAS Research Date  Signed

_____

Signature of Daiichi- Sankyo UK  Date Signed

Appendix I Required citations, acknowledgement and footnote for the 8-item MMAS are as follows:

Morisky DE, Ang A, Krousel-Wood M, Ward H. Predictive Validity of a Medication Adherence Measure for Hypertension Control. Journal of Clinical Hypertension 2008; 10(5):348-354

Krousel-Wood MA, Islam T, Webber LS, Re RS, Morisky DE, Muntner P. New Medication Adherence Scale Versus Pharmacy Fill Rates in Seniors with Hypertension. Am J Manag Care 2009;15(1):59-66.

Morisky DE, DiMatteo MR. Improving the measurement of self- reported medication nonadherence: Final response. J Clin Epidemi 2011; 64:258- 263. PMID:21144706        : r-

This acknowledgement and footnote are required in all articles and on all tables or figures which present the Morisky Widget, MMAS-8. MMAS-4 are protected by US and International Trademark and Copyright laws. Permission for use is required. A license agreement is available from: MMAS Research LLC 14725 NE 20th St. Bellevue WA98007 dmorisky@gmail.com or strubow@gmail.com

# EXHIBIT 25

### SETTLEMENT AGREEMENT

This Agreement is made the 18th day of November 2021.

**BETWEEN:**

(1)   **Daiichi Sankyo UK Ltd**, a company incorporated in England & Wales (registered number 01998736) whose registered office is at Building 4, Uxbridge Business Park, Sanderson Road, Uxbridge UB8 1DH, United Kingdom ("**Daiichi Sankyo**");

(2)   **MMAS Research LLC**, a company incorporated in Washington State, United States of America (registered number 604068990) whose registered office is at 14725 NE, 20th St Bellevue, Washington 98007, United States of America ("**MMAS**");

(3)   **Steven Trubow** of 1501 Spring Hill Road, Petaluma, CA 94952 ("**Mr Trubow**"); and

(4)   **Dr. Donald E. Morisky** of 294 Lindura Court, Las Vegas, Nevada 89138 ("**Dr Morisky**"),

(each a "**Party**" and together the "**Parties**").

**WHEREAS:**

(A)   On 18 September 2018, Daiichi Sankyo and MMAS entered into an agreement (the "**Licensing Agreement**") pursuant to which, among other things, Daiichi Sankyo agreed to purchase a licence for the Morisky Widget developed by MMAS (the "**Widget**") and MMAS agreed to provide diagnostic assessments (the "**Assessments**") following completion of training and certification.

(B)   On 26 August 2021, MMAS, through its lawyers Barta, Jones & Foley P.C., wrote to Daiichi Sankyo's solicitors Hogan Lovells International LLP alleging that Daiichi Sankyo had breached certain terms of the Licensing Agreement regarding the scoring, coding and publication of the Assessments.  Daiichi Sankyo denies any liability, including that any such breaches occurred or that MMAS has suffered any loss (the "**Dispute**").

(C)   Without any admission of liability, the Parties have agreed to settle the Dispute on the terms set out in this Agreement.

**IT IS AGREED:**

1.   **PAYMENT**

1.1   On or before December 6, 2021 (the "**Payment Date**"), Daiichi Sankyo shall pay to MMAS in consideration of the terms of the full and final settlement described in clause 3 below, the sum of GBP £11,500.00 (the "**Settlement Sum**").

1.2   On or before the Payment Date, Daiichi Sankyo shall pay to MMAS the sum of GBP £4,500.00 (the "**Further Sum**", together with the Settlement Sum, the "**Sums**").  This Further Sum shall be paid in consideration of MMAS granting Daiichi Sankyo (acting through employees of Open Vie, the company utilised by Daiichi Sankyo to score the Assessments ("**Open Vie**"), who have been trained to use the Widget), access to Amazon Web Services ("**AWS**") for the scoring of Assessments for a 12-month period commencing on the date of this Agreement.

1.3   The Sums shall be paid into the following account:

Bank: Zions Bank NA DBA Amegy Bank of Texas

- 2 -

Branch: Willow Bend Banking Center

Sort Code: None

Account Number: 5791238248

SWIFTBIC: ZFNBUS55

IBAN: None

Any bank charges will be borne by Daiichi Sankyo.

2.    OTHER SETTLEMENT TERMS

2.1    Daiichi Sankyo shall ensure that all Assessments are scored in the Widget by employees of Open Vie who have been trained and certified to use the Widget.

2.2    Promptly upon a request (written or oral) from Daiichi Sankyo, MMAS shall provide remote training to Daiichi Sankyo's (or Open Vie's, at Daiichi Sankyo's request) technical support team regarding the functionality of AWS (including, without limitation, setting up logins, authentication protocols and a point of contact for customer support). The number and identity of participants from Daiichi Sankyo and/or Open Vie will be notified in advance to MMAS. This remote training will take place during business hours of Daiichi Sankyo at a time to be agreed with MMAS.

2.3    Other than pursuant to clause 2.1 above, no re-training or scoring shall be conducted by MMAS, except where requested by Daiichi Sankyo at its sole discretion (to be undertaken either virtually or in-person, at a cost to be agreed between MMAS and Daiichi Sankyo in good faith). In the event that re-training or scoring is requested, MMAS and/or Mr Trubow and/or Dr Morisky commit to providing this as soon as possible, subject to existing prior commitments.

2.4    Daiichi Sankyo shall submit any draft publication based on data derived from the Assessments and/or the Widget to MMAS for its review in advance of publication. MMAS accepts that the scope of its review is strictly limited to:

(a)    verifying the use of footnotes and citations; and

(b)    ensuring that any MMAS scoring and coding are not divulged.

MMAS shall provide any comments (within the scope of clause 2.4(a) and (b) above) to Daiichi Sankyo within seven (7) calendar days of receipt of a draft publication. If Daiichi Sankyo accepts such comments, it will amend the draft publication accordingly prior to publication. If Daiichi Sankyo does not accept such comments, the Parties shall thereafter use reasonable endeavours to seek to reach agreement about the validity and content of such comments and their impact (if any) on the relevant draft publication. In the event MMAS fails to provide any comments within 7 days of receipt of a draft publication, Daiichi Sankyo shall be entitled to regard the publication as approved by MMAS.

3.    SETTLEMENT AND RELEASES

3.1    The terms of this Agreement are in full and final settlement of any and all claims, past, present and future, howsoever and whensoever arising, whether known or unknown, that the Parties have or may have against one another arising out of, or in any way connected with, the Dispute.

- 3 -

3.2    In consideration of the payment of the Sums described in clause 1 above, and upon receipt by MMAS of the Sums in full, MMAS, Mr Trubow and Dr Morisky, on behalf of themselves, their successors and assigns, release and discharge Daiichi Sankyo, its officers, directors and any past directors, shareholders (whether holding directly or through a holding company), employees, successors and assigns from any and all liabilities and obligations, past, present and future, howsoever and whensoever arising, whether known or unknown and whether currently existing or arising in the future, arising out of or in any way connected with the Dispute.

4.    **WARRANTIES**

4.1    Each Party warrants and represents to the other with respect to itself that it has the full right, power and authority to execute, deliver, and perform this Agreement.

4.2    MMAS, Mr Trubow and Dr Morisky warrant that no changes have been made to the test scoring and coding, as well as the functionality for uploading CSV files, of the Widget since initial training was provided to Daiichi Sankyo and Open Vie by MMAS in 2019.

5.    **THIRD PARTIES**

5.1    The Parties do not intend by virtue of this Agreement to confer any rights on any third party pursuant to the provisions of the Contracts (Rights of Third Parties) Act 1999.

6.    **CONFIDENTIALITY**

6.1    Except where disclosure is required by law or statute, or to the relevant Party's auditors, accountants, legal advisers, bankers or regulators, or for the purposes of enforcing its terms, the terms of this Agreement (but not the mere fact of the existence of agreement between the Parties) shall be kept confidential and shall not be divulged or communicated to any third party without the consent of the other Party to this Agreement, such consent not to be unreasonably withheld or delayed.

7.    **NO ADMISSIONS**

7.1    The Parties agree that, by entering into this Agreement, neither Party makes any admission in relation to any matter alleged by the other in connection with the Dispute.

8.    **GOVERNING LAW AND JURISDICTION**

8.1    This Agreement shall be governed by, construed and take effect in accordance with the laws of England and Wales.  The Parties to this Agreement submit to the exclusive jurisdiction of the English High Court and agree that the courts of England and Wales shall have exclusive jurisdiction to settle any claim, dispute or matter of difference which may arise out of or in connection with this Agreement.

9.    **ENTIRE AGREEMENT**

9.1    This Agreement contains the entire agreement between the Parties with respect to its subject matter and fully sets out the terms agreed between the Parties.  The Parties agree that in entering into this Agreement they have not relied on any representations or warranties, oral or written, other than as set out in this Agreement.

10.    **VARIATION**

10.1    Any variation to this Agreement shall take effect only if made in writing signed by the Parties.

- 4 -

11.    **SEVERABILITY**

11.1    If any provision of this Agreement is or becomes in whole or in part invalid, illegal or unenforceable, the validity and enforceability of the other provisions of this Agreement shall not be affected thereby and such provision or part-provision shall be deemed deleted.

12.    **COUNTERPARTS**

12.1    This Agreement may be signed in any number of counterparts, each of which when signed shall be original, but all of which together constitute a single agreement.

Signed for and on behalf of **Daiichi Sankyo UK Ltd**

.......    ..........................

Date: 18th November 2021

*RPawa*    Medical Director, DSUK

17November 2021

Signed for and on behalf of **MMAS Research LLC**

*Steven Trubow*

..........................................

Date: November 17, 2021

Signed by **Dr Donald E. Morisky**

..........................................

Date: 11-16-2021

Signed by **Steven Trubow**

*Steven Trubow*

..........................................

Date: November 17, 2021

# EXHIBIT 26

# WEIDE & MILLER, Ltd.

10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone (702) 382-4804
Mobile (702) 610-9094
Facsimile (702) 382-4805

E-mail: CAustin@weidemiller.com
On the web: www.WeideMiller.com

April 21, 2022

**Re:    *Infringement Against MMAS Research, LLC and Steven Trubow***

Dear Colleagues of Dr. Morisky:

I am counsel for Dr. Donald Morisky, ScD, ScM, MSPH, UCLA Fielding School of Public Health, Research Professor, Emeritus, and have been asked to contact you in response to the email communication you received from Seven Trubow below.

On September 24, 2021, Dr. Morisky filed a federal copyright infringement, trademark infringement, and breach of contract action against MMAS Research, LLC and its principal Steven Trubow in the Federal District Court for the Western District of Washington (Case No. 2:21-cv-01301). It appears Mr. Trubow is engaging in trade libel against Dr. Morisky and seeking to interfere in Dr. Morisky's existing and prospective contractual relations.

Contrary to the false claims of Mr. Trubow, **no claim** of Dr. Morisky's against the Trubow and MMAS Research has been dismissed or limited in any manner by the Court. The Court roundly rejected Trubow and MMAS Research's motion to dismiss the action. As such, absent the Court's granting of our pending extraordinary request for a preliminary injunction against Trubow because of the egregious, wanton and willful nature of his continuing infringing behavior, this matter will continue to proceed on all counts against MMAS Research and Trubow in the ordinary course.

As set forth in the federal lawsuit, neither Mr. Trubow nor MMAS Research has any authority to use or license any copyright of Dr. Morisky **or any derivative** of any copyright of Dr. Morisky. Dr. Morisky is the registered holder of copyrights in the **MMAS-4 Scale (Registration No. TX 8285390)** and the **MMAS-8 Scale (Registration No. TX 8632533)**. As such, neither Trubow nor MMAS Research has any lawful right to use or license the MMAS-4 Scale or the MMAS-8 Scale.

Further, the MMAS Research copyright in the Morisky Widget code is an unlawfully obtained derivative of Dr. Morisky's MMAS-4 and MMAS-8 registered copyrights (as noted by the U.S. Copyright Office's reference to Dr Morisky's registered copyrights on the Morisky Widget registration). As such, neither Trubow nor MMAS Research has any right to use or license the Morisky Widget copyright, **which includes use or licensure of the Morisky Widget program**.

April 21, 2022
Page 2

ANY PERSON THAT USES OR LICENSES THE MORISKY WIDGET, MMAS-4 SCALE OR MMAS-8 SCALE WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF DR. MORISKY WILL BE IN VIOLATION OF U.S. FEDERAL COPYRIGHT LAW FOR COPYRIGHT INFRINGEMENT.

Finally, Trubow and MMAS Research are infringing Dr. Morisky's trademarks. Dr. Morisky is the only person authorized under U.S. federal trademark law to use the following marks in connection with the provision of medication adherence scales, protocols, consultation, training and related goods and services: MORISKY, MORISKY MEDICATION ADHERENCE SCALE, MMAS, MMAS-4, MMAS-8, MMAS WIDGET (the "Marks").

ANY PERSON THAT USES ANY OF THESE MARKS WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF DR. MORISKY WILL BE IN VIOLATION OF U.S. FEDERAL TRADEMARK LAW.

You are welcome to contact me should you have any questions regarding this letter.

Sincerely,

F. Christopher Austin, Esq.

fca-w-1409

# EXHIBIT 27

## LICENSE AGREEMENT

This Morisky Widget™ MMAS-8™ License Agreement ("License Agreement") made on September 24, 2018 ("Effective Date") between the MediNeos Observational Research, Medineos SURL Viale Virgilio 54/U, 41123, Modena, Italy, VIES Vat Code 02041030350 ("Licensee/MEDINEOS") and MMAS Research LLC,14725 NE 20th, St. Bellevue, Washington 98007 ("Licensor").

**1.    Ownership, Terms, Fees.** Licensee acknowledges and agrees that the Morisky Widget™ MMAS™ Diagnostic Assessments are the exclusive property of the Licensor and cannot be used, transferred, divulged, distributed, published, or otherwise exploited without the written permission of Licensor. Licensee fully understands and agrees, pursuant to this License Agreement, the Morisky Widget™ can only be used by agents, employees, researchers at MediNeos who have been trained and certified by the Licensor on the Morisky Widget™ and the Morisky Medication Adherence Protocol™. Please refer to Appendix 2 for the curricula for the training and certification.

The Licensee acknowledges and agrees that the Morisky Widget™ license is Perpetual for an indefinite term.

Licensee agrees to pay Licensor a one-time, lump-sum fee of fifteen thousand (15,000€) euros ("Payment") for a Morisky Widget MMAS™ License which includes training and certification in Modena, Italy between the dates of October 20, 2018 and October 30, 2018 with 2500 complimentary MMAS-8™ Italian condition(s) and medication specific tests provided after completion of training and certification on the Morisky Widget™ and the Morisky™ Protocol.

Payment no later than thirty (30) from date indicated on invoice issued after this Agreement has been    signed all

Medineos will wire payment to Licensor will direct within 60 days end of month from invoice date issued after the written signature of the contract both from licensee and liceensor. The invoice has to be headed to the following address business name: Medineos SURL Viale Surl, viale Virgilio, 54/U, - 41123, Modena, (Italy, VIES), Vat Code 02041030350 and, additionally will code 02041030350 and send the invoice in PDF format to Accounting@medineos.com.

For any additional MMAS™ tests, Licensee will pre-pay one (1€) euro for each additional Morisky Widget MMAS™ test. If the number of MMAS™ tests ordered exceeds 20,000, a 50% discount will be applied. For any additional training and certification, Licensee must pay Licensor on a per case basis.

Licensee can terminate this perpetual license anytime with or without cause. Licensor will not issue any refund for any unused MMAS™ tests.

Licensee will be allowed to manually administer MMAS™ tests with paper and pencil questionnaires anytime, but all MMAS™ tests must be scored and coded, without exception, through the Morisky Widget™.

Licensee will be allowed to use the Morisky Widget™ Application Programming Interface ("API") to administer and score MMAS-8™ through a third-party electronic questionnaire or electronic medical record, but all MMAS™ tests must be scored and coded, without exception, through the Morisky Widget™.

## 2.    **Additional Terms of Use.**

a.        Trade Secrets. Licensee acknowledges and agrees that Licensor's MMAS™ Coding and
Scoring criteria are trade secrets of Licensor and, as such, Licensee is forbidden from publicizing
MMAS™ Coding and Scoring criteria in any form without the expressed, written consent from
Licensor. Licensee further acknowledges and agrees to treat such information as confidential and
not to disclose it to third parties or use it in any fashion, except in connection with the performance
of the right and obligations contemplated herein, and except as to information generally available
to the public. Licensee further acknowledges and agrees that this License Agreement itself shall be
held in confidence and neither party may disclose its existence to any third parties. This provision
shall survive termination of this License Agreement, and Licensee shall not use such confidential
information thereafter in competition with Licensor.

b.        Trademarks. Licensee acknowledges and agrees that Licensor is granting Licensee limited
permission to use the Morisky™ name, brand, and trademarks including: Morisky Widget™,
MMAS™, MMAS4™, MMAS-8™, Morisky Medication Adherence Protocol™ and Morisky
Medication Adherence Scale™" and translations of the MMAS™ trademark ("Licensor's
Trademarks"). This limited permission does not grant Licensee the right to transfer use of the
aforementioned trademarks or grant Licensee any use of the aforementioned trademarks beyond the
rights authorized and/or contemplated by this License Agreement.

c.        Guidelines. Licensee acknowledges and agrees to adhere to all the terms and requirements of
this License Agreement including the copyright and trademark guidelines in Appendix 1 for
publications and poster presentations and the training and certification curricula in Appendix 2.
Licensee further acknowledges and agrees that the guidelines provided in Appendix 1 must be
included in all publications including manuscripts, research findings, journal articles, web postings,
or other publications containing Morisky Widget™ and MMAS™ results.

d.        Training and Certification. Licensee acknowledges and agrees that any person at
MEDINEOS that uses the Morisky Widget™ shall be trained and certified on the Morisky Widget™
and the Morisky Medication Adherence Protocol™.

e.        Reservation of Rights to Inspect. The MMAS™ test data purchased by the Licensee is the
exclusive property of the MEDINEOS. Licensor reserves the right to inspect all MMAS™ test
results only in cases of administrative or scientific misconduct.

f.        Post-Study Use. Licensee acknowledges and agrees that after the current study is
complete, Licensee will use the Morisky Widget™ for translational research or clinical applications
of the Morisky Medication Adherence Protocol™ to optimize medication adherence for patients
with chronic and infectious disease.

g.        Withdrawal of Permission to Use. Licensee acknowledges and agrees that in the event
Licensor determines scientific, administrative, or intellectual property misconduct has occurred
using the Licensor's Trademarks, the Morisky Widget™, the MMAS4™ and/or the MMAS-8™,
Licensor reserves the right to withdraw permission for use and to pursue all available legal remedies.

h.        Jurisdiction and Choice of Law. This License Agreement and matters connected with the
performance thereof shall be construed, interpreted, applied, and governed in all respects in
accordance with the laws of the United States of America and the State of California, without
reference to conflict of laws principles. The Parties agree: (a) that all disputes and litigation
regarding this Agreement, its construction and matters connected with its performance shall be
subject to the exclusive jurisdiction of the state and federal courts in the Central District of California
(the "Court"), and (b) to submit any disputes, matters of interpretation, or enforcement actions

arising with respect to the subject matter of this Agreement exclusively to the Court. The Parties hereby waive any challenge to the jurisdiction or venue of the Court over these matters. The prevailing party in any dispute arising under this Agreement shall be entitled to an award of attorney's fees and costs.

i.    Counterparts. This License Agreement may be executed in one or more counterparts, each of which when so executed and delivered shall be deemed to be an original, but all of which taken together form but one and the same instrument.

j.    Authorization. Each individual signing this Agreement represents and warrants that he has the full authority and is duly authorized and empowered to execute this Agreement on behalf of the Party and/or others for which he signs.

to comply with the guidelines for copyright and trademark stated in Appendix I.

Please sign and return this License Agreement via email to *Trubow1@gmail.com.*

**MMAS RESEARCH, LLC**

Steven Trubow, President

Date: _____

**MEDINEOS** Signature of Medineos **SURL**

Signature _____

Title: AUTHORIZED RAPRESENTATIVE

Date: 05/10/2018

**MEDINEOS** Signature of Medineos **SURL**

Signature

Title: _____

MediNeos S.U.R.L.
Legal Representative
Dr. Giovanni Gualberto Fiori

Date: _____   -5 OTT./2018

## **APPENDIX I: CITATIONS, ACKNOWLEDGMENTS, AND FOOTNOTES**

Required citations, acknowledgement, and footnote are as follows:

Morisky DE, Ang A, Krousel-Wood M, Ward HJ. Predictive Validity of a Medication Adherence Measure for in an Outpatient Setting. J Clin Hypertens 2008 May; 10(5):348-354. PMID 18453793.

Krousel-Wood M, Islam T, Webber LS, Re RS, Morisky DE, Muntner P. New Medication Adherence Scale Versus Pharmacy Fill Rates in Seniors with Hypertension. Am J Manag Care. 2009 Jan;15(1):59-66. PMID: 19146365.

Morisky DE, DiMatteo MR. Improving the Measurement of Self-Reported Medication Nonadherence: Response to Authors. J Clin Epidemiol 2011 Mar; 64(3):255- 263. PMID: 21144706.

This acknowledgement and footnote are required in all articles and on all tables or figures which present the Morisky Widget, MMAS-8.

Morisky Widget™, MMAS™, MMAS4™, MMAS-8™, Morisky Medication Adherence Protocol™, and Morisky Medication Adherence Scale™ is protected by U.S. and International Trademark and Copyright laws. Permission for use is required. A license agreement is available from: MMAS Research LLC, 14725 NE 20th St., Bellevue WA 98007 or *dmorisky@gmail.com*.

## APPENDIX II: TRAINING AND CERTIFICATION CURRICULA

### Morisky Widget™ & Morisky Medication Adherence Protocol™ Training

**I.    MMAS Fundamentals**

    a.    Subjective and Objective Measurement of Adherence.

    b.    Social Desirability, Response Bias.

    c.    Validity, Sensitivity and Specificity, MMAS Condition and Medication Specific.

    d.    Criterion Related Validity, Patient Outcomes.

    e.    Baseline and Follow up Assessments, Never One-Off.

    f.    Diagnosis of Medication Taking Behavior, Intentional and Unintentional Non-Adherence.

    g.    Translational Research, Sustainability, Self-Management.

    h.    Polypharmacy.

**II.    Morisky Medication Adherence Protocol**

    a.    Beneficence.

    b.    Evidence Based.

    c.    Determinants of Non-Adherence.

    d.    Chronic Care Management and Medication Reconciliation.

    e.    Tailored and Targeted Intervention.

    f.    Disease Control, Remission of Mental Health and Substance Use Disorders.

# EXHIBIT 28

# SETTLEMENT AGREEMENT

## By and between

- **OPIS s.r.l.**, an Italian contract research organization with registered offices in Via Giacomo Matteotti 10, 20832 Desio (MB), Italy, TAX ID and VAT n. 12605350151 ("**OPIS**" and/or the "**Licensee**")

### and

- **MMAS Research LLC**, with offices located at 101 2nd St 303 Petaluma CA 94952 ("**MMAS**" and/or the "**Licensor**")

each a "**Party**" and together the "**Parties**"

## WHEREAS

a)  OPIS, on behalf of Novartis Farma S.p.A. (with registered offices at Viale Luigi Sturzo 43, 20154 Milano, Italy, "**NVS**"), as Licensee, stipulated with MMAS, as Licensor, a License Agreement ("**Agreement**") on March 10th, 2017, for the use of the so called Morisky Widget (as defined and referred to in the Agreement itself). Terms and conditions of the Agreement are fully considered and shall be deemed entirely re-transcribed hereunder;

b)  Subsequently, the Parties integrated and amended the Agreement by means of:

  i.   a first Addendum dated July 28th, 2017 ("**Addendum 1**"), regulating corrective actions related to the use of questionnaires by OPIS on behalf of NVS in the context of the clinical trial identified by the code CINC42AIT04 (the "**ROMEI Study**" and/or "**Study**");

  ii.  a second Addendum dated April 15th, 2020 ("**Addendum 2**"), regulating the purchase by OPIS on behalf of NVS of additional questionnaires needed in the context of the Study;

  iii. a third Addendum, dated September 6th, 2021 ("**Addendum 3**"), regulating the purchase by OPIS on behalf of NVS of additional questionnaires, additional training sessions and the Amazon Web Services license needed for having the Morisky Widget compliant with EU GDPR;

together the "**Addenda**", whose terms and conditions are fully considered and shall be deemed entirely re-transcribed hereunder;

c)  In Addendum 3 OPIS agreed to use an AWS Europe GDPR compliant Morisky Widget to score MMAS-8 tests, only after they were trained and certified. After training session was held in November 2021, OPIS used the Morisky Widget to score only 35 reports as of around March 3rd, 2022;

d)  A letter dated April 21st, 2022 from the legal counsel of Dr. Donald Morisky, former business partner of Mr. Steven Trubow, was published online via Donald Morisky's website ("*Predatory Pricing from Steve Trubow*"), warning the users of the Morisky Widget that Mr. Morisky had filed an action against MMAS and Mr. Trubow, alleging that both of them had violated Donald Morisky's intellectual property rights over the Morisky Widget. The letter, in particular, highlighted that "*ANY PERSON THAT USES OR LICENSES THE MORISKY WIDGET, MMAS-4 SCALE OR MMAS-8 SCALE WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF DR. MORISKY WILL BE IN VIOLATION OF U.S. FEDERAL COPYRIGHT LAW FOR COPYRIGHT INFRINGEMENT*";

e)  On July 29th, 2022 OPIS contested the validity of Addendum 3 asking MMAS for restoration of damages based on latest Donald Morisky's legal consultant representations. OPIS did so *in bona fide* to prevent potential lawsuits and, essentially, as a consequence of the severe uncertainty created by contradictory claims on who is the owner of the Morisky Widget's intellectual property rights;

f)  MMAS, in person of Mr. Steven Trubow, replied to OPIS forwarding Recommendation of US District Court, Western District Washington at Tacoma (Case 2:21-cv-01301-RSM; U.S. Magistrate Judge David W. Christel), dated April 15th, 2022, which Recommendation rejected Donald Morisky's claims against MMAS and Mr. Steven Trubow.

g) Then, MMAS threatened legal actions against OPIS and NVS for copyright infringement and breach of contract. Conversely, OPIS on behalf of NVS threatened legal actions against MMAS for restoration of damages arising out the delay of Study conduct caused by third party claims over the intellectual property of the Morisky Widget, which delay was allegedly attributable to MMAS;

h) The Parties entered into negotiations over the past months and, for the sole purposes of finding an amicable settlement of the matter without acknowledging anything to the merit, on May 4th, 2022 mutually decided to stipulate this settlement agreement, according to the following

**TERMS AND CONDITIONS**

1. **MUTUAL WAYVERS.**

   i. Upon signature of this settlement agreement, MMAS hereby mutually, irrevocably and forever settles, releases, and absolutely discharges OPIS and NVS (including their legal predecessors, successors, successors-in-interest, and assigns) from any and all claims, allegations, demands, controversies, damages, actions, causes of action, proceeding, debts, dues, liabilities, requests for declaratory relief (including attorney's fees, costs and litigation expenses), for breach of contract and/or copyright infringements arising out or in connection with the events mentioned in the above recitals, at no penalties neither infringement fees of any kind.
   In case lawsuits have already been filed, MMAS undertakes to formally dismiss the cases and to give written evidence of that at simple OPIS's request.

   ii. Upon signature of this settlement agreement, OPIS hereby mutually, irrevocably and forever settles, releases, and absolutely discharges MMAS (including its legal predecessors, successors, successors-in-interest, and assigns) from any and all claims, allegations, demands, controversies, damages, actions, causes of action, proceeding, debts, dues, liabilities, requests for declaratory relief (including attorney's fees, costs and litigation expenses), arising out or in connection with the events mentioned in the above recitals, at no penalties neither infringement fees of any kind.

2. **INDEMNFICATION.**

   i. MMAS undertakes to indemnify, defend, and hold OPIS and NVS (and each of its officers, employees, representatives, agents, contractors, successors) totally harmless against all losses, damages, liabilities, charges, lawsuits, demands, judgements, costs and expenses (including attorney's fees, costs and litigation expenses), arising out of or in connection with any claim of any third party, including but not limited to Mr. Donald Morisky, for infringement of their intellectual property rights or any other right arising from or connected with the Agreement, the Addenda and the performance of this settlement agreement.

3. **TRAINING**

   i. OPIS shall host Mr. Steven Trubow for a face-to-face session at OPIS' Headquarters (Via Volta 94, 20832 Desio – MB – Italy) for retroactive scoring, coding and reporting with OPIS Data Managers allocated to the ROMEI Study on May 8th, 2023, at no cost neither for OPIS, nor for NVS.

   ii. Moreover, The Parties represent each other that, should there be need of giving access credentials to new Data Managers, those will need to be remotely trained and certified in advance by Mr. Steven Trubow or by his authorized delegated person, at no cost for Licensee.

4. **INVOICING**

   i. Upon full execution of this settlement agreement, MMAS shall issue OPIS at admin@opisresearch.com an invoice for the full annual fee for the period September 2022-September 2023 (EUR 7,200.00, plus VAT if due) in the context of the ROMEI Study, without interests of any kind.

   ii. OPIS shall pay such invoice by and no later than 30 (thirty) days from invoice receipt.

   iii. Without prejudice to Addendum 3, annual fee for the period September 2023-September 2024 (EUR 7,200.00, plus VAT if due) shall be invoiced not before July 31st, 2023, with payment terms not inferior to thirty (30) days from invoice's receipt.

      iv.    For any further annual cost of AWS, terms and conditions of Addendum 3 shall apply to the extent they do not conflict with this settlement agreement.

**5. ORDER OF PREVALENCE**

      i.    In case of conflict between the Agreement and/or any of the Addenda and this settlement agreement, the latter shall prevail.

      ii.    All terms and conditions of the Agreement and the Addenda shall remain in full force and effect, to the extent they do not conflict with this settlement agreement. The latter shall be deemed incorporated into and deemed a part of the Agreement and the Addenda and any future reference to the Agreement and/or the Addenda shall include the terms and conditions of this settlement agreement.

**6. ATTORNEY'S FEES**

      i.    Each Party shall bear its own attorney's fees (if and to the extent applicable) for the assistance in the matter and for the drafting of the settlement agreement.

**7. GOVERNING LAW**

      i.    The governing law of this settlement agreement is the same governing law of the Agreement.

**8. COPIES**

      i.    This settlement agreement is executed in two (2) original counterparts. In case of electronic signature, through the use of the Docusign® platform, the Parties recognize its legal validity and accepts that only an original electronically signed document shall embody this settlement agreement.

*** 

Read, understood and executed by the duly authorized representatives of the Parties.

**OPIS s.r.l.**                                                   **MMAS Research LLC**

*Steven Trubow*

Dr. Laura Ambrosoli                                   Mr. Steven Trubow

CEO

Date:_____                 Date: May 8, 2023

Page **3** of **3**

# EXHIBIT 29

---

**From:** iyoda.junko@ma.mt-pharma.co.jp iyoda.junko@ma.mt-pharma.co.jp
**Sent:** Friday, July 8, 2022 1:58 AM
**To:** nakatani.masaaki@mg.mt-pharma.co.jp; trubow1@gmail.com
**Cc:** peter.hoeller@bjfip.com; nakazawa.hiroaki@mf.mt-pharma.co.jp; fujita.yuri@ma.mt-pharma.co.jp
**Subject:** RE: Communication with Donald Morisky, Phillip Morisky, and Christopher Austin,

Dear Steven,

Thank you for your email.

We did receive a communication from Philip Morisky.  Based on that communication there appears to be a legal dispute between you/MMAS Research LLC  and the Morisky family in the United States.

Because that communication references United States legal matters, all communications regarding this matter should be with our U.S. legal counsel.  We request that you contact our U.S. legal counsel, Frank West of Oblon, McClelland, Maier and Neustadt LLP.  His email address is fwest@oblon.com.  This same response was provided to Mr. Morisky.

Best regards,
Junko Iyoda

Patent Attorney

Vice President, Head of Pharma IP Department
MITSUBISHI TANABE PHARMA CORPORATION

1-1-1, Marunouchi, Chiyoda-ku
Tokyo 100-8205, Japan
Cell: +81-80-6110-3478
iyoda.junko@ma.mt-pharma.co.jp

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

**From:** nakatani masaaki/仲谷 正晃 <nakatani.masaaki@mg.mt-pharma.co.jp>
**Sent:** Tuesday, July 5, 2022 4:09 PM
**To:** Steve trubow <trubow1@gmail.com>
**Cc:** peter.hoeller@bjfip.com; iyoda junko/伊豫田 順子 <iyoda.junko@ma.mt-pharma.co.jp>; nakazawa hiroaki/中澤 寛明 <nakazawa.hiroaki@mf.mt-pharma.co.jp>; fujita yuri/藤田 裕里 <fujita.yuri@ma.mt-pharma.co.jp>
**Subject:** RE: Communication with Donald Morisky, Phillip Morisky, and Christopher Austin,

Dear Trubow,

Thank you for your email.
It is pleasure to hear that you are in Tokyo.

Regarding your question "any communications from Donald Morisky, Phillip Morisky, or Christopher Austin", we will confirm it and response you from the department in charge.

I have an announcement that the following colleagues have swapped due to personnel reshuffle.
I would appreciate if you send email me next time, please CC to new colleagues.
Old                       New

takesaki kazumi    nakazawa.hiroaki⟨nakazawa.hiroaki@mf.mt-pharma.co.jp⟩
teranishi tatsuki fujita.yuri⟨fujita.yuri@ma.mt-pharma.co.jp⟩

P.S. It is hotter than usual in July, please take care of yourself.

Regards,
Masaaki Nakatani.


**From:** Steve trubow <trubow1@gmail.com>
**Sent:** Tuesday, July 5, 2022 7:48 AM
**To:** nakatani masaaki/仲谷 正晃 <nakatani.masaaki@mg.mt-pharma.co.jp>
**Cc:** takesaki kazumi/竹崎 和美 <takesaki.kazumi@mp.mt-pharma.co.jp>; 'teranishi tatsuki/寺西 達貴' <teranishi.tatsuki@ma.mt-pharma.co.jp>; peter.hoeller@bjfip.com; 'Steve trubow' <trubow1@gmail.com>
**Subject:** Communication with Donald Morisky, Phillip Morisky, and Christopher Austin,

[Be advised that this email came from non-MTPC managed network]
[MTPC管理外ネットワークから送信されたメールです]


Dear Masaki,

I hope this email finds you well.
I am currently working in Tokyo with Morisky Widget pharma licensees on medication reconciliation and polypharmacy medication adherence for a Japanese HIV study.
After a week of very hot weather, we welcome the rain and cooler temperatures.

Have you or your colleagues at Mitsubishi Tanabe Pharma Corporation received any communications from Donald Morisky, Phillip Morisky, or Christopher Austin concerning the Mitsubishi Tanabe Morisky Widget ?

Thank you for your prompt response.

Best
Steve in Tokyo
Steven Trubow
MMAS Research LLC USA
Petaluma California

MMAS Research France SAS
Paris France
MMAS Research Italy SRL
Vicenza Italy
(+1)360-824-0701
www.morisky.org
www.medicationsafety.healthcare
https://eu.medicationsafety.healthcare/

# EXHIBIT 30

IN THE UNITED STATES COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MMAS RESEARCH LLC,                                    Dkt No. 21-cv-0131

A Washington limited liability Company,

           Plaintiff

     v.

 University of Wolverhampton et al.

        Defendants

DECLARATION OF DINS SMITS

I Dins Smits hereby declare the truth of the following facts concerning my

experience with diagnostic studies using the Morisky Widget protocols.

1. I serve on the medical staff at Riga Stradina University at Riga, Latvia as Associate Professor in both the Department of Applied Pharmacy and the Department of Public and Epidemiology

2. In my position I supervise diagnostic studies with the assistance and support of Steve Trubow of MMAS Research LLC.

3. On April 12, 2018 Riga Stradins University executed a license agreement with MMAS Research LLC, allowing our research team to use the Morisky Widget in diagnostic studies. Please see the 2018 License Agreement as

Attachment A.

4. On December 13, 2020, we executed a second license agreement MMAS Research LLC to use the Global Medication Reconciliation Form (GRMF) Software. Please see this 2020 License Agreement as Attachment B

5. Both of these licenses were perpetual, and we did not intend that they would be canceled at any time in the near future.

6. Our successful diagnostic work under these licenses from MMAS led to my team published a well received article in Healthcare Journal about our study on our conclusions. Please see that article as Attachment C.

7. Our diagnostic work continued from 2018 until it was interrupted in April 2022, by correspondences from Phillip Morisky. Morisky threated a law suit unless we stopped working under our licenses with MMAS.

8. The letter from the lawyer of Phillip  Morisky and was very concerning.  Despite our past successful diagnostic work, it seemed imperative to comply. A PDF copy of the email correspondence is Attachment  D.

9. We wanted to continue our valuable work and contacted MMAS about our license with them.  However, to protect ourselves from the legal threats sent by Phillip Morisky, we

have abandoned the license agreement with MMAS until they indemnify Riga Stradins from the Morisky legal threats.

I declare  under the penalty  of perjury  under  the laws of the United States that the foregoing is true and correct.

Executed on February 22, 2023 in Riga, Latvia

_____

Professor Dins Smits

Attachments:

Attachment A: 2018 License Agreement with MMAS for use of Morisky Widget
Attachment B: 2020 License  Agreement with MMAS for use of GMRF protocol
Attachment C: Published Article in Healthcare Journal
Attachment D: Correspondence from Phillip Moriksy with Attorney Letter Threatening Legal Action

# EXHIBIT 31

Morisky Widget MMAS Retroactive Corrective License

The following shall constitute a retroactive and perpetual license to use the MORISKY Widget, the Morisky Medication Adherence Scales (MMAS-8) (MMAS-4) and the Morisky Medication Adherence Protocol and complete corrective measures for unauthorized use of the MMAS on June 9th between Dr. Janice Eng University of British Columbia 4255 Laurel St. Vancouver, BC  V5Z2G9 (Licensee) and MMAS Research LLC (Licensor) 14725 NE 20th St. Bellevue Washington 98007 USA.

SECTION 1. TERMS OF USAGE

Ownership and Fees: All psychometric products as well as their translations, adaptations, computer programs, software and scoring and coding algorithms, trade secrets, and any other related documents and information (including those in electronic form) which embody or are related to the Morisky Widget or MMAS tools (including without limitation the Morisky Medication Adherence Scale 4- and 8-item versions, Morisky Medication Adherence Protocol and any documentation thereof are intellectual property of Licensor, MMAS Research LLC.

Translations: Permission will only be granted to translate the MMAS tools subject to the following requirements: all new translations must be approved by the Licensor. There are no exceptions.

Changes or any modifications to the wording, phrasing or scoring of the MMAS-8 require written permission. If any changes made to the wording, phrasing or scoring of any MMAS item or other Morisky document without permission, the result breaches the Morisky Widget license contract and violates the copyright and trademark of the ™MMAS©

Coding and scoring criteria of the MMAS are trade secrets of the MMAS Research and as such can NEVER be divulged in any publication, presentation, or website without written permission from Licensor

Copyright: Permission to use the trademarks Morisky Widget, Morisky Medication Adherence Scale, "MMAS" is not and will not be granted for any unauthorized use or translations of the MMAS or other MORISKY intellectual property, in whole or in part. No electronic questionnaires, analyses, research results or publications based on unauthorized use of the MMAS will be permitted The MMAS SCALE legend and required citations provided in Appendix 1 must be included in all manuscripts, web postings or other publication containing MMAS descriptions or results

In case of scientific, administrative or intellectual property misconduct in using the MORISKY SCALE system of questionnaires or the Morisky name or MMAS names, Morisky reserves the right to withdraw permission for use and to pursue all legal remedies. Licensee agrees to the jurisdiction in and venue for any infringement (if any at all) will take place in the jurisdiction of the Los Angeles County State and Federal Court. The Morisky Widget, MMAS scales, scoring, coding agreed to in this license are non-transferrable and cannot be used by anyone other than the Licensee.

All licensees must submit to MMAS Research LLC all presentations and manuscripts that are being considered for abstracts/poster presentations or publication to make certain that all copyright and trademark requirements are included in all manuscripts submitted for publication. This is to protect the Licensee as MMAS Research LLC has encountered many violations of federal and international copyright laws from clients as well as individuals who use MMAS intellectual property without following the required copyright and trademark guidelines.

Licensee hereby agrees to use the Morisky Widget and all Morisky Medication Adherence Scales on the terms set forth in this contract.

This Morisky Widget, the MMAS-8 and the MMAS-4 license are NEVER Transferrable.

SECTION 2. FEES

In consideration of Morisky granting the University of British Columbia (UBC) a retroactive and corrective, perpetual indefinite term Morisky Widget MMAS license UBC agrees to pay Licensor a fee of $6500.00 (USD) upon signature of the contract. The license fees include the implementation of remedial measures to correct the misuse of the MMAS-8, 1000 FREE MMAS Tests and certification and training on the Morisky Widget and Morisky Medication Adherence Protocol over gotomeeting for one year. The only additional and continuing costs will be $1.00 for each pre-paid MMAS test in English and $1.50 for every MMAS test in languages other than English after UBC has used its complementary 1000 MMAS tests.

Any student, faculty, or clinician associated with UBC may perpetually use the Morisky Widget License by simply buying pre-paying for additional MMAS tests and undergoing training and certification on the Morisky Widget.

SECTION 3 DUTIES OF THE LICENSEE

Licensee agrees to adhere to all the terms and requirements of the Morisky Widget license, the copyright and the trademark guidelines in Appendix 1 for publications and poster presentations.

Licensee agrees to perform all the corrective measures required by the Licensor to obtain a retroactive Morisky Widget MMAS license to remedy the Licensee's unauthorized and misuse of MMAS-8.

Licensee agrees to be trained and certified on the Morisky Widget and the Morisky Medication Adherence Protocol.

Licensee will submit the patients responses to the 126 MMAS-8 questionnaires to the Morisky Widget to score and code MMAS tests administered without license since 2014  for A telehealth intervention to promote healthy lifestyles in stroke survivors: The Stroke Coach.

Licensee agrees to score and code any additional MMAS tests for A telehealth intervention to promote healthy lifestyles in stroke survivors: The Stroke Coach using the Morisky Widget.

Licensee will be required to notify health care professionals of any patients with MMAS-8 results that report low adherence.

Licensee can use MMAS paper questionnaires anytime if internet is unavailable but they must enter the MMAS results in the Morisky Widget after the paper test.

## SECTION 4 DUTIES OF LICENSOR

If Licensee adheres to the terms and condition of this Morisky Widget license,

Licensor assures Licensee that all the claims arising out of Licensee misuse of the MMAS-8 have been resolved and settled and that Licensor as the copyright and trademark holder, will agree not to sue or take any action against Licensee because of their unauthorized and improper use of the MMAS-8

Licensor will provide UBC with a perpetual and indefinite term Morisky Widget License

Licensor will provide UBC with 1000 Free Morisky Widget MMAS-4 or MMAS-8 tests

Licensor assures UBC that  UBC can create an unlimited number of free sub license USERS by simply paying for the MMAS tests of their choice after undergoing training and certification.

This includes any health care organization, hospital, school, clinic, or government agency in British Columbia

Licensor will provide UBC with technical and clinical training and certification required to operate the Morisky Widget over gotomeeting for a period of one year.

SECTION 5. TERMS and TERMINATION

In case of scientific, administrative or intellectual property misconduct in using the Morisky Widget, MORISKY SCALE system of questionnaires or the Morisky name or MMAS names, Owner reserves the right to withdraw permission for use and to pursue all legal remedies. Licensee agrees to the jurisdiction in and venue of the State and Federal Courts in Los Angeles County.

SECTION 6. PAYMENT OF FEES

Payment of fee are exempt from any taxes and must be made at least 10 days after the signing of the contract. A 10% late payment fee will be assessed on all late payments over 30 days.

Please sign and return this license via email to Trubow1@gmail.com.

_____

Signature of Donald Morisky, MMAS Research Date Signed

_____

Signature of UBC Date Signed

Signature of Steven Trubow MMAS Research Date Signed

I N V O I C E UBCENG

MMAS Research Olympic Labs LLC

Phone (360) 824-0701

Address          14725 NE 20th St Bellevue WA 98007 USA

BILLED TO: Department of Physical Therapy                    Date: June 9th, 2017
Faculty of Medicine
University of British Columbia
Friedman Building
212 – 2177 Wesbrook Mall

 Vancouver, BC  V6T1Z3

| Description |
| --- |
| In consideration of Morisky granting the UBC a retroactive and corrective perpetual indefinite term Morisky Widget MMAS license UBC agrees to pay Licensor a fee of $6500.00 (USD) upon signature of the contract |

TOTAL USD $6500.00 (USD)

Your payment will be made by Bank Wire Transfer. After you after return a signed copy of this license by email, please wire $6500.00 (USD) to

**Chase Bank**

MMAS Research: LLC
SWIFT: CHASUS33
Acct#129665839

Appendix 1

Required citations, acknowledgement and footnotes for the MMAS-8 are as follows.

Morisky DE, Ang A, Krousel-Wood M, Ward H. Predictive Validity of a Medication Adherence Measure for Hypertension Control. Journal of Clinical Hypertension 2008; 10(5):348-354

Krousel-Wood MA, Islam T, Webber LS, Re RS, Morisky DE, Muntner P. New Medication Adherence Scale Versus Pharmacy Fill Rates in Seniors with Hypertension. Am J Manag Care 2009;15(1):59-66.

Morisky DE, DiMatteo MR. Improving the measurement of self-reported medication nonadherence: Final response. J Clin Epidemi 2011; 64:258-263. PMID:21144706

This acknowledgement and footnote are required in all articles and on all tables or figures which present the ©MMAS-8.

Use of the ©MMAS is protected by US Copyright laws. Permission for use is required. A license agreement is available from Donald E. Morisky, MMAS Research LLC 14725 NE 20th St. Bellevue WA 98007 or from dmorisky@gmail.com