| | |
|---|---|
| 1 | Michael N. Cohen (SBN 225348) |
| 2 | mcohen@cohenip.com<br>Vikram Amritraj (SBN 321584) |
| 3 | vamritraj@cohenip.com<br>COHEN IP LAW GROUP, PC |
| 4 | 9025 Wilshire Blvd., Suite 301<br>Beverly Hills, California 90211 |
| 5 | Tel: 310-288-4500/Fax: 310-246-9980 |
| 6 | Ronald D. Coleman *Pro Hac Vice* |
| 7 | rcoleman@colemanlaw-pc.com<br>COLEMAN LAW FIRM, PC |
| 8 | 50 Park Place, Suite 1105<br>Newark, NJ 07102 |
| 9 | Tel: 973-264-9611 |
| 10 | Patricia L. Ray *Pro Hac Vice* |
| 11 | raypatricia@yahoo.com<br>5 Old Mill Road |
| 12 | Freeport, PA 16229<br>Tel: 215-908-6810 |

*Attorneys for Plaintiff:*
*MMAS RESEARCH LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>Plaintiff<br><br>v.<br><br>IQVIA Holdings Company, *et al.*,<br><br>Defendants. | CASE No. 2:25-cv-01057<br><br>**PLAINTIFF MMAS RESEARCH LLC'S RESPONSE TO ORDER REGARDING THE EFFECT OF THE FILING OF THE FIRST AMENDED COMPLAINT ON THE TWO MOTIONS TO DISMISS, AS ORDERED BY THE COURT IN DKT. 88**<br><br>Honorable R. Gary Klausner<br>U.S. District Judge |

- i -

**TO THE COURT, ALL DEFENDANTS, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** Pursuant to the Court's ORDER, CM/ECF Dkt. No. 88, Plaintiff MMAS RESEARCH LLC hereby responds as follows:

On May 27, 2025, the First Motion to Dismiss for Lack of Jurisdiction (Personal) was Ordered to be Stricken by the Court (Dkt. 81) and also Withdrawn by the Morisky Defendants (Dkt. 82).

The Second Motion to Dismiss for Lack of Jurisdiction (Subject Matter) was filed by the Morisky Defendants (Dkt. 83) on May 30, 2025.

Plaintiff MMAS RESEARCH LLC filed its First Amended Complaint (Dkt. 87) on June 11, 2025 ("FAC"), twelve (12) days after the filing of the Second Motion to Dismiss for Lack of Jurisdiction.

Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(1)(B), "A party may amend its pleading once as a matter of course . . . 21 days after service of a motion under Rule 12(b). . . ."

Accordingly, Plaintiff's FAC was filed timely and supersedes the prior initial Complaint filed by MMAS, thus mooting both the now-withdrawn and stricken First Motion to Dismiss for Lack of Jurisdiction (Personal) as well as the Second Motion to Dismiss for Lack of Jurisdiction (Subject Matter).

If the Defendants, or any of them, believe that they have any valid grounds on which to file a Third Motion to Dismiss for Lack of Jurisdiction, their Counsel should contact the undersigned Counsel for Plaintiff to Meet and Confer on the potential grounds for that future Motion to Dismiss. Nonetheless, neither of the previously filed Motions to Dismiss for Lack of Jurisdiction remain relevant because the initial Complaint they were seeking to dismiss is no longer the operative pleading in this litigation.

The undersigned Counsel of Record stands ready to provide any additional

**PLAINTIFF MMAS RESEARCH LLC'S RESPONSE TO ORDER REGARDING THE EFFECT OF THE FILING OF THE FIRST AMENDED COMPLAINT ON THE TWO MOTIONS TO DISMISS, AS ORDERED BY THE COURT IN DKT. 88**

information requested by the Court, now, or at any time.

Dated: June 17, 2025                                Respectfully submitted,


By: /s/ *Michael N. Cohen*


Ronald D. Coleman *Pro Hac Vice*
rcoleman@colemanlaw-pc.com
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ 07102
Tel: 973-264-9611

Patricia L. Ray *Pro Hac Vice*
raypatricia@yahoo.com
5 Old Mill Road
Freeport, PA 16229
Tel: 215-908-6810

Michael N. Cohen (SBN 225348)
mcohen@cohenip.com
Vikram Amritraj (SBN 321584)
vamritraj@cohenip.com
COHEN IP LAW GROUP, PC
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel: 310-288-4500
Fax: 310-246-9980