# EXHIBIT A

## Comparison of Original Complaint (DE 1) to First Amended Complaint (DE 87)

| Original Complaint (DE 1) | Amended Complaint (DE 87) | Comparison |
|---|---|---|
| **PERSONAL JURISDICTION ALLEGATIONS** | Same. | Same. No general jurisdictional facts alleged. No specific jurisdictional facts alleged. |
| ¶¶9-14, 38 Defendants all residents of Nevada. | ¶¶6, 11, 25, 27-28. Same | Same. |
| ¶37 Weide & Miller practices in Nevada and California. | ¶¶11, 25, 27-28. Same. | False and not relevant. Austin Declaration denies Weide & Miller ever practiced in CA.<br><br>Irrelevant because the firm has been dismissed as a defendant in this suit. |
| ¶40. Chris Austin resident of Nevada | ¶25. Same. | Same. |
| ¶¶50-80, 127, 133, 152-155. All wrongful actions alleged were from Nevada or in connection with action in W.D. Washington. | Same with following changes:<br><br>¶¶56-57, 61-67, 69-75, 76-92, 100-118, 119-140, 146-48, 153-54, 160, 167-172, 177, 179-189, 190, 191 193-96, 199-203, 204, 205, 207, 214, 220-25, 240, 249-50. Additional instances of breach of CR2A, violation of DMCA and interference by use of the Austin Letter and related correspondence are identified. | Same.<br><br>No new jurisdictional facts are alleged. All wrongful actions alleged against Defendants were from Nevada or in connection with action in W.D. Washington. |
| **RES JUDICATA ALLEGATIONS** | Same claims as compared below | Same. Barred by dismissal with prejudice of claims for breach of CR2A and copyright infringement of Widget Code by W.D. Wash. |
| **First Claim: Breach of Contract** for violation of CR2A Agreement | Same | Same. Barred by dismissal of breach of CR2A claim with prejudice by W.D. Wash. |
| ¶188. By failing to support Morisky Widget licensees, including but not limited to: Johnson and Johnson, | ¶259. Same with following changes: | Same. Adding or subtracting licensees is immaterial to motions to dismiss. |

| | | |
|---|---|---|
| Sanofi, AbbVie, the University of California, Novartis, the University of Wolverhampton, Mitsubishi Tanabe Pharmaceuticals OPIS, Brescia Hospital, and Boston Children's Hospital. | Missing: Johnson and Johnson, University of California, Adds: Daiichi UK, IQVIA, UBC, and Janssen Japan | |
| | ¶260. by making false claims about Plaintiff | Same as Original Complaint Claim for intentional interference. DE 1, ¶245-49. |
| | ¶261. by tortiously interfering with Claim Settlements. See, ¶261- | Same as Original Complaint Claim for intentional interference. DE 1, ¶245-49. |
| | | |
| **Second Claim: Violation of DMCA** by listing Dr. Morisky/MMAR as holder of MMAS copyrights licensed to third parties licensees in in violation of CR2A Agreement | Same | Same. Barred by dismissal of breach of CR2A claim and copyright infringement claim with prejudice by W.D. Wash. The claim for DMCA violation is derivative of both. |
| ¶200. Austin Letter violates DMCA by claiming Defendants own Morisky Widget per CR2A | ¶¶186, 247. Same | Same |
| ¶200-209. Identifies following licensees: MediNeos IQVIA, Wolverhampton, Sanofi France, ABItude Italy, ABItude Germany, Reality Germany | ¶246-252. Same, with following changes:<br><br>Adds: Boston Children's Hospital, Johnson & Johnson, Univ. British Columbia<br>Deletes: ABItude Germany¶ | Same. Adding or subtracting licensees is immaterial to motions to dismiss. |
| | | |
| **Third Claim: Misapprop. of Trade Secrets** for disclosure of MMAS-8 coding algorithm | Now now alleged against Donald Morisky. | Barred. Derivative of barred claim for breach of CR2A |
| ¶217. Alleged against Johnson & Johnson | ¶252. Alleges Defendants misappropriated the scoring algorithm of the MMAS-8 when licensing in breach of CR2A Daiichi UK, University of British Columbia, and Western Ontario University. | Same allegation as breach of CR2A. Alleges that by licensing MMAS-8 in violation of CR2A also disclosed secret scoring algorithm. Claim, therefore, barred because claim of breach of CR2A was dismissed with prejudice by W.D. Wash. |
| | | |

| | | |
|---|---|---|
| **Fourth Claim: Copyright Infringement** | Same. | Same. |
| ¶233-37. Allege Defendants infringed by licensing MMAS copyrights in following studies: USA Actelion, Japanese HIV study, Wolverhampton Community Pharmacist study, Sanofi study, Daiichi UK study. | ¶268. Same with following changes:<br><br>Missing all studies listed original complaint. | |
| Alleges licensure of MMAS copyrights owned by Defendants incongruously constitutes copyright infringement of Widget | Same. | Same |
| | | |
| **Fifth Claim: Interference** with contractual relations and business expectancy | Same. | Same. Barred by dismissal with prejudice of same claim by W.D. Wash. |
| ¶245-249, 252. By issuing, publishing, distributing Austin Letter and related communications, Defendants interfered with following contracts:<br><br>Sanofi France, Johnson & Johnson, MediNeos IQVIA, Novartis, AbbVie, Emory, Wolverhampton, Lurie Children's Hospital, Boston Children's Hospital, Brescia Hospital, Elpen Pharmaceuticals, Mitsubishi Tanabe Pharmaceuticals, King Faisal Specialist Hospital, Clermont-Ferrand University Hospital, Daiichi Sankyo UK, University Naples Latvia, University of California, Riga Stradins University (¶75) "among others." | ¶282. Same with following changes:<br><br>Missing: Johnson & Johnson and Emory. | Same. Adding or subtracting licensees is immaterial to motions to dismiss. |