# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MMAS RESEARCH LLC<br><br>PLAINTIFF(S)<br><br>v.<br><br>JOHNSON AND JOHNSON INNOVATIVE MEDICINE , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−01057−RGK−SK<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 7/7/2025 and 7/9/2025 | 121 – 125 | 121 – Second Motion to Dismiss 12B2; 122 – Motion to Dismiss Res Judicata, etc.; 123 – Notice of Errata; 124 – Notice of Errata; 125 – Declaration |
| __ | __ | __ |
| Date Filed | Doc. No. | Title of Document |

Other:
Motions at 121 and 122 contain incorrect information regarding Judge's location, counsel's phone number. Memorandums to motions contain single spaced text in violation of L.R. 11−3.6. Motions lack compliance with L.R. 7−3. 123 & 124 − Notices of Errata are improper mediums for filing of amended or corrected motions; 125 − Declaration stricken as moot.

Dated: July 10, 2025                                         By: /s/ *R. Gary Klausner*
                                                                                         U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**